# Exhibit C

US00RE41412E

(19) **United States**

(12) **Reissued Patent**
Van Steenburg

(10) Patent Number: **US RE41,412 E**

(45) Date of Reissued Patent: **Jul. 6, 2010**

(54) **LEG HOLDER SYSTEM FOR SIMULTANEOUS POSITIONING IN THE ABDUCTION AND LITHOTOMY DIMENSIONS**

(75) Inventor: **Kip Van Steenburg**, Winterpark, FL (US)

(73) Assignee: **Allen Medical Systems, Inc.**, Batesville, IN (US)

(21) Appl. No.: **09/660,433**

(22) Filed: **Sep. 7, 2000**

**Related U.S. Patent Documents**

Reissue of:
(64) Patent No.: **5,802,641**
     Issued: **Sep. 8, 1998**
     Appl. No.: **08/813,708**
     Filed: **Mar. 7, 1997**

(51) **Int. Cl.**
     *A61G 13/12* (2006.01)

(52) **U.S. Cl.** ........................ **5/648**; 5/649; 5/602; 5/624

(58) **Field of Classification Search** ................. 5/602, 5/648–651, 624
     See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 542,390 A | | 7/1895 | Linn |
| 3,982,742 A | | 9/1976 | Ford |
| 4,180,254 A | | 12/1979 | Lee et al. |
| 4,185,813 A | | 1/1980 | Spann |
| 4,252,306 A | | 2/1981 | Johnson et al. |
| 4,367,869 A | | 1/1983 | Dailey et al. |
| 4,373,709 A | | 2/1983 | Whitt |
| 4,407,277 A | | 10/1983 | Ellison |
| 4,418,900 A | | 12/1983 | Ricke |
| 4,426,071 A | * | 1/1984 | Klevstad ........................ 5/602 |
| 4,428,571 A | | 1/1984 | Sugarman |
| 4,443,005 A | | 4/1984 | Sugarman et al. |
| 4,471,952 A | | 9/1984 | Spann |
| 4,482,138 A | | 11/1984 | Spann |
| 4,526,355 A | | 7/1985 | Moore et al. |
| 4,545,573 A | | 10/1985 | Murphy |
| 4,579,324 A | | 4/1986 | McConnell |
| 4,620,698 A | | 11/1986 | Reed et al. |
| 4,681,309 A | | 7/1987 | Lechner |
| 4,702,465 A | | 10/1987 | McConnell |
| 4,732,145 A | | 3/1988 | Latham |
| 4,766,892 A | | 8/1988 | Kreitman |
| 4,782,827 A | | 11/1988 | Paratte |
| 4,802,464 A | | 2/1989 | Deprez |
| 4,809,687 A | | 3/1989 | Allen |

(Continued)

OTHER PUBLICATIONS

"O.R. Direct Surgical Table Accessories", Aug. 1996, (9 pages).
Advertisement of Allen Medical Systems. "Just Lift It", (4 pages), Parent U.S. Appl. No. 08/813,708, Patent No. 5,802, 6141.
Brouchure of O.R. Direct Surgical Table Accessories (Aug. 1996).

*Primary Examiner*—Michael Trettel
(74) *Attorney, Agent, or Firm*—Barnes & Thornburg LLP

(57) **ABSTRACT**

A leg holder system for simultaneously positioning in the abduction and lithotomy dimensions including a support device for supporting a leg cradle; a clamping device for mounting the proximate end of the support device to a mounting device having a first axis and selectively clamping and releasing motion of the support device about the first axis and about a second axis transverse to the first axis. An actuator device for actuating the clamp to selectively clamp and release simultaneously the support device and the mounting device; and an operator device remote from the clamping device and actuator device for operating the actuator device to enable the support device to move simultaneously about the first and second axis in both the lithotomy and abduction dimensions.

**52 Claims, 6 Drawing Sheets**



# US RE41,412 E

Page 2

## U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 4,827,496 A | | 5/1989 | Cheney |
| 4,886,258 A | | 12/1989 | Scott |
| 4,913,413 A | | 4/1990 | Raab |
| 4,940,218 A | * | 7/1990 | Akcelrod ..................... 5/621 |
| 5,001,739 A | | 3/1991 | Fischer |
| 5,027,799 A | | 7/1991 | Laico et al. |
| 5,042,508 A | | 8/1991 | Richard |
| 5,056,535 A | | 10/1991 | Bonnell |
| 5,097,847 A | | 3/1992 | Mikhail et al. |
| 5,290,220 A | | 3/1994 | Guhl |
| 5,462,551 A | | 10/1995 | Bailey et al. |
| 5,514,143 A | | 5/1996 | Bonutti et al. |
| 5,515,562 A | | 5/1996 | Miller et al. |
| 5,560,577 A | * | 10/1996 | Keselman .............. 248/229.25 |
| 5,582,379 A | * | 12/1996 | Keselman et al. ...... 248/229.25 |
| 5,608,934 A | | 3/1997 | Torrie et al. |
| 5,645,079 A | | 7/1997 | Zahiri et al. |
| 5,738,675 A | | 4/1998 | Botimer |
| 5,799,349 A | | 9/1998 | Petersen |
| 5,806,117 A | | 9/1998 | Gotfried |
| 5,918,330 A | * | 7/1999 | Navarro et al. ................ 5/624 |
| 6,058,534 A | * | 5/2000 | Navarro et al. ................ 5/624 |
| 6,108,841 A | * | 8/2000 | Cameron et al. .............. 5/624 |
| 6,289,537 B1 | * | 9/2001 | Hopper et al. ................ 5/602 |

* cited by examiner



FIG. 1



FIG. 2



FIG. 3



FIG. 4



FIG. 5



FIG. 6

US RE41,412 E

1

## LEG HOLDER SYSTEM FOR SIMULTANEOUS POSITIONING IN THE ABDUCTION AND LITHOTOMY DIMENSIONS

**Matter enclosed in heavy brackets [ ] appears in the original patent but forms no part of this reissue specification; matter printed in italics indicates the additions made by reissue.**

*This application is a Reissue of U.S. patent application Ser. No. 08/813,708, filed on Mar. 7, 1997 and now U.S. Pat. No. 5,802,641.*

### FIELD OF INVENTION

This invention relates to an improved leg holder system and more particularly to such a system in which adjustment in both the lithotomy and abduction dimensions can be made simultaneously with a single action.

### BACKGROUND OF INVENTION

In recent years many newer surgical procedures have required interoperative positioning of patients legs. Until recently such positioning typically required adjusting the leg holder's mounting clamp located on the surgical table siderail, beneath the sterile drape. This raised concerns about possible violation of the sterile field and it limited the performance of such adjustments to non-sterile personnel. Recent attempts to solve this problem yielded leg holders that could be raised and lowered through the drapes, however, they have several limitations. First, when adjusted upwardly they lock by means of a ratchet mechanism; this mechanism does not prevent further unintended upward movement of the legs that could result from tilting the patient in the extreme head down direction "Trendelenburg" or from surgical staff leaning against the leg holder. Secondly, abduction is predetermined and cannot be adjusted without accessing the mounting clamp.

### SUMMARY OF INVENTION

It is therefore an object of this invention to provide an improved leg holder system.

It is a further object of this invention to provide such a system with which both the lithotomy and abductions for a leg holder can be adjusted with a single action with one hand.

It is a further object of this invention to provide such a system which permits adjustment without violating the sterile field.

It is a further object of this invention to provide such a system which prevents further inadvertent upward movement even when the patient is tilted in the extreme head down or Trendelenburg direction.

It is a further object of this invention to provide such a system which when locked prevents movement in all directions.

It is a further object of this invention to provide such a system which permits a full abduction adjustment range throughout the full lithotomy range.

It is a further object of this invention to provide such a system in which the clamps are normally locked and must be activated for release.

It is a further object of this invention to provide such a system which release of the actuation of the clamps causes them to default to the locked condition.

2

It is a further object of this invention to provide such a system in which the clamps are remotely operable.

It is a further object of this invention to provide such a system in which the clamping operation is accomplished through the same instrumentality as the re-positioning of the leg holders.

It is a further object of this invention to provide such a system in which the leg holders are counterbalanced for reducing the load encountered by the user with a patient in place.

It is a further object of this invention to provide such a system in which the operation of the clamping means can be accomplished with the same action as the repositioning of the leg holders or can be decoupled for independent operation.

This invention results from the realization that a truly simple, fail-safe leg holder system which enables simultaneous positioning in the abduction and lithotomy dimensions with a single action outside the sterile field can be effected using an actuator that is normally biased to clamp both the leg cradle support device and a mounting device which have a mutually transverse axes and under control of a remote operator simultaneously releases the clamping force in both devices to enable movement of the support device about both axes for repositioning in both the abduction and lithotomy dimensions.

This invention features a leg holder system for simultaneous positioning in the abduction and lithotomy dimensions. There is a support device for supporting a leg cradle and a clamping device for mounting the proximate end of the support device to a mounting device having a first axis and selectively clamping and releasing motion of the support device about the first axis and about a second axis transverse to the first axis. An actuator device actuates the clamp to selectively clamp and release simultaneously the support device and the mounting device. An operator device remote from the clamping device and actuator device operates the actuator device to enable the support device to move simultaneously about both the first and second axes in the abduction and lithotomy dimensions.

In a preferred embodiment the clamping device may include a pair of pressure blocks a first recess for receiving the mounting device and a second recess for receiving a support device. The clamping device may include a device for biasing the blocks to normally produce friction between the recesses and their respective mounting and support devices to clamp them in position. The actuator device may include an actuator rod extending with a support device. The support device may include a bore and the actuator rod may be disposed in the bore. The actuator device may include a camming device fixed to the actuator rod and a follower device disposed in the clamping device and responsive to the camming device for opposing the biasing device to simultaneously decrease the friction force on the support device and on the mounting device to release the clamping device in both axes. The operator device may include a handle for both operating the actuator device to remotely release and secure the clamping device to the support device and the mounting device and to position the support device in the abduction and lithotomy dimensions. The support device may include a resilient device for counterbalancing the weight of the leg holder. The axis of the handle may be coincident with the axis with the actuator rod for independent actuation of the clamping device and motion of the support device in the lithotomy and abduction dimensions. The handle may include a rotatable sleeve. The support device may include a

US RE41,412 E

3

leg cradle bracket for mounting a leg cradle spaced from the axis of the support means. The actuator device may include a limiter device for arresting movement of the camming device before its highest position to enable the biasing device to back-drive the camming device when the operator device is released and automatically reestablish the clamping function between the recesses and the support and mounting devices.

### DISCLOSURE OF PREFERRED EMBODIMENT

Other objects, features and advantages will occur to those skilled in the art from the following description of a preferred embodiment and the accompanying drawings, in which:

FIG. 1 is a detailed sectional view of a leg holder system with portions broken away and foreshortened of a leg holder system according to this invention;

FIG. 2 is a view similar to FIG. 1, with the support device rotated 90°;

FIG. 3 is an exploded view of the leg holder system shown in FIGS. 1 and 2;

FIG. 4 is a pair of leg holder systems according to this invention as shown in FIGS. 1, 2 and 3 installed on an x-ray table with leg cradles and leg cradle clamps installed and employing gas cylinder lift assistance devices;

FIG. 5 is a view similar to FIG. 4 with the leg cradles repositioned with greater abduction and lesser lithotomy; and

FIG. 6 is a view similar to FIG. 4 with the leg cradles repositioned with greater lithotomy and lesser abduction.

There is shown in FIG. 1, leg holder system 10 according to this invention which enables simultaneous positioning in the abduction and lithotomy dimensions. Leg holder system 10 includes support device 12 for supporting a leg cradle not shown in FIG. 1, but seen in FIGS. 4, 5, and 6. System 10 also includes a clamping device 14, actuator device 16, and an operator device, handle 18. Support device 12 includes a hollow tube 20 which has its proximal end 22 located in clamping device 14 and its distal end 24 at handle 18. Limiter device 26 shown more completely in FIG. 3, is mounted at the distal end 24 of hollow tube 20. Clamping device 14 includes a clamp housing 30 having a recess 32 which receives and clamps a mounting device such as pivot post 34 extending from an x-ray table. Clamp housing 30 is rotatable about axis 36 of pivot post 34 which allows motion in the abduction dimension indicated by arrow 35.

Clamp housing 30 also includes a bore 38 which receives pressure blocks 40 and 42. Pressure block 40 has a bore 44 through it which receives the body 46 of pressure block 42. The enlarged tapered head 48 of pressure block 40 fits in the enlarged tapered bore 50 of clamp housing 30. Enlarged tapered head 52 of pressure block 42 fits in an enlarged tapered bore 54 of clamp housing 30. The distal end 56 of pressure block 42 includes threads 58 which mate with threads 60 on locking nut 62. The enlarged head 64 of locking nut 62 engages one of two oppositely facing Belleville washers 66 and 68 located in recess 69. Thus, when locking nut 62 is tightened down on pressure block 42 it compresses the Belleville washers 66 and 68. This causes the tapered portions 48 and 52 of pressure blocks 40 and 42 the force of the Belleville washers to be drawn tightly inwardly against the tapered recesses 50 and 54 of clamp housing 30. This wedging effect insures a good tight clamping force which brings clamp housing together by narrowing gap 70 and thereby tightening recess 32 about pivot post 34 and simul-

4

taneously wedging pressure blocks 42 and 40 tightly in the tapered recesses 50 and 54, respectively, so that they are held against rotation in the lithotomy dimension about their central axis 72 as shown by arrow 74.

Thus, in the normal condition locking nut 62 is tightened down sufficiently to compress Belleville washers 66 and 68 so that a clamping force is applied to prevent rotation 74 about axis 72 in the lithotomy dimension and prevent rotation 35 about axis 36 in the abduction dimension. Release of both of these clamping forces in both dimensions is accomplished simultaneously by rotating handle 18 about axis 80 as indicated by arrow 82. This rotation causes actuator member 86 which is fixed by pin 88 to rotate with rod 84. Pressure block 42 includes a bore 75 which is larger than but coaxially aligned with a similar bore 76 in pressure block 40. The proximal end 22 of tube 20 of support device 12 passes through bores 75 and 76 and is fixed or force fitted to bore 76 so that when handle 18 and tube 20 of support device 12 are rotated up out of the paper as indicated by arrow 77 the entire pressure block assembly including pressure blocks 40 and 42 is rotated with tube 20.

Actuator member 16 includes two bearing portions 90 and 92 which receive needle bearings 94 and 96 that enable rod 84 to rotate smoothly within tube 20. Bearing 96 is supported in journal 98 fitted in the end of tube 20. Between bearing portions 90 and 92 is eccentric portion 100 which also supports a needle bearing 102. Riding on needle bearing 102 is follower 104 which extends through bore 106 in the proximal end 22 of tubing 20. The end 108 of follower 104 is cylindrically shaped to engage the cylindrical shape of needle bearing 102. The other end 110 is concave or cup shaped to engage the spherical tip 112 of set screw 114 which is threadibly engaged in bore 116 of pressure block 42. Thus, when handle 82 is rotated about axis 80 it rotates the eccentric portion 100 to bear on follower 104 which in turn exerts an outward force on set screw 116. As a result there is a force directed along axis 72 which opposes the bias of Belleville washers 66 and 68 thereby releases the force of pressure blocks 40 and 42 on tapered portions 50 and 54 of clamp housing 30. This allows clamp housing 30 to spread somewhat thereby increasing the length of gap 70 so that recess 32 relaxes its grip on pivot post 34 and permits rotation as indicated by arrow 35 in the abduction direction and simultaneously permits pressure blocks 40 and 42 to rotate in the tapered recesses 50 and 54 so that actuator rod 84 and tube 20 of support device 12 can be rotated in a direction out of or into the paper as indicated by arrow 77.

Thus with one action, the rotation of handle 18 about axis 80, the clamp releases its grip to allow rotation about both axis 36 and axis 72 to provide simultaneous repositioning in the abduction and lithotomy dimensions. When the handle is released the force of Belleville washers 66 and 68 back-rotate the eccentric, snapping the handle to the normal position and allowing the Belleville washer to reinstate the clamping force on both axes. Covers 120 and 122 may be installed to cover the heads of pressure blocks 40 and 42, respectively.

The rotation of support device 12 in the direction of arrow 77, FIG. 1, is shown in FIG. 2, where upon the rotation of handle 18 about axis 80 and the application of eccentric 100 to counteract the clamping force of Belleville washers 66 and 68, the entire support device 12 including tube 20 and the actuator rod 84 have been rotated from the plane of the paper in FIG. 1, to the upright position where tube 20 and actuator rod 84 are perpendicular to the plane of the paper in FIG. 2.

US RE41,412 E

5

The rotational symmetry as well as rotational action may be better understood with reference to the exploded three dimensional view in FIG. 3. Also shown in FIG. 3 is collar 130 which is held to the end of tube 20 by means of set screw 132 and the limiter collar 26a on the other end of tube 20 which is held there by means of set screws 140 and 142. A circumferential slot 144 which extends less than all the way around the circumference of limiter collar 26a receives limiter pin 146 fixed to rotate with actuator rod 84. A pair of bushings 148 and 150 are mounted on either end of limiter pin 146 after it is mounted in hole 152 of actuator rod 84 to provide for a smoother rotation within slot 144. It is limiter pin 146 in conjunction with the limited extent of slot 144 that arrests the rotation of actuator rod 84 before it reaches top dead center on the cam so that upon release by the human operator of handle 18 the handle and actuator rod 84 snap back to the position where they do not oppose the force of Belleville washer 66 and 68 and so the Belleville washers reinstate the fail-safe clamping force on both axes. Handle 18 is rotatably mounted on pin 160 which is mounted for rotation about axis 85 on pin 162. Pin 62 includes a groove 164 that allows it and handle 160 to rotate about axis 85 but which engages with spring loaded balls 166 and 168 that prevent the handle 160 and pin 162 from being withdrawn from the hollow end 170 of actuator rod 84.

Although thus far the system can be shown as actuated by mechanical device namely, the action of eccentric 100. This is not a necessary limitation of the invention, for example, any device may be substituted for eccentric 100 which will exert the opposing force on follower 104 or a similar device to release the action of Belleville washers 66 and 68 on the pressure blocks and clamp pressure blocks 40 and 42 and clamp housing 30. For example, a hydraulic piston could be installed in place of eccentric 100 driven through hydraulic lines by a foot pedal, for example, which would be remote from the device and external to the sterile drapes. Similarly an electrical device having a movable armature could be used in the same fashion or even a piezo electric crystal or similar device when only small mechanical movements are required.

Typically, in use, two such systems 10a and 10b are used in conjunction with an x-ray table 180, FIG. 4. X-ray table 180 includes two rails 182 and 184 on which slide blocks 186 can be slid into and out of the plane of the paper and tightened at a desired location by handles 190 and 192. Pivot posts 34a and 34b extend upward from clamps 186 and 188 into recesses 32a and 32b, not shown, of clamp housings 30a and 30b. Mounted on each support device 20a and 20b are leg cradles (leg holders) 200 and 202 pivotally mounted on axes 204 and 206 which are spaced from the axes 80a and 80b of tubes 20a and 20b by support shafts 208 and 210 which are supported in clamps 212 and 214 that are clamped into position on tubes 20a and 20b by handles 216 and 218. The lifting of this system including cradles 200 and 202 and the legs of the patient may be assisted by means of springs or gas cylinders or other devices as symbolically indicated by gas cylinders 220 and 222 mounted to support tubes 20a and 20b by clamps 224 and 226 and mounted to pivot posts 34a and 34b by clamps 228 and 230.

In FIG. 4, cradles 200 and 202 are in a midrange position with respect to the lithotomy and abduction dimensions. By simply gripping handles 18a and 18b and rotating them in the direction of arrows 230 and 232 the eccentric members are engaged opposing the Belleville washer force and freeing up and releasing the clamping action on both axes 32a and 32b and axes 72a and 72b. Now by simply moving the handles downwardly as indicated by arrows 240 and 242 the

6

cradles 200 and 202, FIG. 5, can be moved to a lower position in the lithotomy dimension and may be spread farther apart in the abduction dimension as shown in FIG. 5, or alternatively the same motion of handles 18a and 18b in FIG. 4, which releases the clamp in both dimensions. After the operation of both of them which releases them in both dimensions the handles 18a and 18b can be moved upwardly to increase the position in the lithotomy dimension and reduce somewhat the position in the abduction dimension as shown in FIG. 6. In each case upon the accidental or intentional release of the handles 18a and 18b the limiter device allows the Belleville washers to snap the handles and the actuator rods and the eccentric out of position so that the Belleville washers, once more in a fail-safe mode, apply the clamping force in both dimensions.

Although specific features of this invention are shown in some drawings and not others, this is for convenience only as each feature may be combined with any or all of the other features in accordance with the invention.

Other embodiments will occur to those skilled in the art and are within the following claims:

What is claimed is:

1. A leg holder system for simultaneous positioning in an abduction dimension and a lithotomy dimension comprising:

a support device, having a longitudinal axis, for supporting a leg cradle;

a clamping device for mounting a proximate end of said support device to a mounting device having a first axis transverse to said longitudinal axis and selectively simultaneously clamping and releasing motion of said support device about said first axis and about a second axis transverse to both said first axis and said longitudinal axis, said support device fixed in said clamping device from rotation about said longitudinal axis;

an actuator device for actuating said clamping device to simultaneously selectively clamp and release said support device and said mounting device; and

an operator device remote from said clamping device and said actuator device for operating said actuator device to enable said support device to move jointly about both said first and said second axes in the abduction and lithotomy dimensions.

2. The leg holder system of claim 1 in which said clamping device includes a pair of pressure blocks, a first recess for receiving said mounting device and a second recess for receiving said support device.

3. The leg holder system of claim 2 in which said clamping device includes a biasing device for biasing said blocks to normally produce friction between said recesses and their respective mounting and support devices to clamp them in position.

4. The leg holder system of claim 1 in which said actuator device includes an actuator rod extending with said support device.

5. The leg holder system of claim 4 in which said support device includes a bore and said actuator rod is disposed in said bore.

6. The leg holder system of claim 4 in which said actuator device includes a camming device fixed to said actuator rod and a follower device disposed in said clamping device and responsive to said camming device for opposing said biasing device to simultaneously decrease the friction force on said support device and on said mounting device to release the clamping device in both axes.

7. The leg holder system of claim 1 in which said operator device includes a handle for both operating said actuator

US RE41,412 E

7

device to remotely release and secure said clamping device to said support device and said mounting device and to position said support device in the abduction and lithotomy dimensions.

**8**. The leg holder system of claim **1** in which said support device includes a resilient device for counterbalancing the weight borne by said support device.

**9**. The leg holder system of claim **6** in which said operator device includes a handle for both operating said actuator device to remotely release and secure said clamping device to said support device and said mounting device and to position said support device in the abduction and lithotomy dimensions.

**10**. The leg holder system of claim **9** in which the axis of said handle is coincident with the axis of said actuator rod for independent actuation of said clamp device and motion of said support device in the lithotomy dimension.

**11**. The leg holder system of claim **7** in which said handle includes a rotatable sleeve.

**12**. The leg holder system of claim **1** in which said support device includes a cradle bracket for mounting a leg cradle spaced from said longitudinal axis of said support means.

**13**. The leg holder system of claim **6** in which said actuator device includes a limiter device for arresting movement of said camming device before its highest position to enable said biasing device to back-drive said camming device when said operator device is released and automatically re-establish the clamping friction between said recesses and said support and mounting devices.

*14. A leg positioning apparatus comprising*

*a mounting device configured to be attached to a surgical table,*

*a support device having a longitudinal axis, the support device being hollow,*

*a clamping device for mounting a proximate end of the support device to the mounting device having a first axis transverse to said longitudinal axis, the clamping device being configured to selectively simultaneously clamp the motion of the support device about the first axis and about a second axis transverse to both the first axis and the longitudinal axis and to selectively simultaneously release the motion of the support device for movement about said first and second axes, said support device being fixed in said clamping device from rotation about said longitudinal axis,*

*wherein the clamping device includes a plurality of clamping elements, at least one first clamping element of the plurality of clamping elements is movable between a first clamping position to prevent the motion of the support device about the first axis and a first releasing position to release motion of the support device about the first axis, at least one second clamping element of the plurality of clamping elements being movable between a second clamping position to prevent the motion of the support device about the second axis and a second releasing position to release motion of the support device about the second axis,*

*wherein the simultaneous motion of the support device about the first and second axes is permitted after the at least one first clamping device element is moved to the first releasing position and after the at least one second clamping device element is moved to the second releasing position,*

*wherein the simultaneous motion of the support device about the first and second axes is prevented after the at least one first clamping device element is moved to the*

*first clamping position and after the second clamping device element is moved to the second clamping position,*

*at least one actuator device configured to move the at least one first clamping device element and the at least one second clamping device element to the respective first and second releasing positions, at least a portion of the at least one actuator device extending within the support device,*

*an operator device situated adjacent a distal end of the support device, the handle being movable to actuate the at least one actuator device to move the first and second clamping device elements between the respective first and second releasing positions and the respective first and second clamping positions, and*

*a leg cradle supported by the support device between the operator device and the clamping device and movable about a plurality of leg cradle axes relative to the support device, wherein the leg cradle is movable about the first plurality of axes when the support device is clamped against movement about the first and second axes.*

*15. The leg positioning apparatus of claim 14, wherein the first axis about which the support device rotates corresponds to an abduction dimension and the second axis about which the support device rotates corresponds to a lithotomy dimension.*

*16. The leg positioning apparatus of claim 14, wherein the support device comprises an elongated tube.*

*17. The leg positioning apparatus of claim 16, wherein the operator device comprises a handle positioned adjacent the distal end of the elongated tube.*

*18. The leg positioning apparatus of claim 17, wherein the longitudinal axis of the support device passes through the handle.*

*19. The leg positioning apparatus of claim 16, wherein the portion of the actuator extending within the support device comprises a rod extending with the elongated tube.*

*20. The leg positioning apparatus of claim 19, wherein the rod is rotatable within the elongated tube to move at least one of the first and second clamping device elements to the unclamping position.*

*21. The leg positioning apparatus of claim 14, wherein one of the first and second clamping device elements comprises a housing formed to include a tapered bore and the other of the first and second clamping device elements comprises a pressure block configured to wedge against the tapered bore.*

*22. The leg positioning apparatus of claim 21, wherein the housing includes a recess configured to receive the mounting device and the pressure block being biased to tighten the recess of the housing against the mounting device.*

*23. The leg positioning apparatus of claim 22, wherein the clamping device includes at least one Belleville washer to bias the pressure block to wedge against the tapered bore.*

*24. A leg positioning apparatus comprising*

*a mounting device configured to attach to a surgical table,*

*a support device comprising an elongated member having a longitudinal axis,*

*a leg holder pivotably coupled to the support device and adapted to engage and support at least a portion of a leg of a patient,*

*a coupler configured to couple the leg holder to the elongated member, the coupler being configured to permit adjustment of a position of the leg holder relative to the elongated member about at least one leg holder axis,*

US RE41,412 E

9

a clamping device for mounting a proximate end of the elongated member to the mounting device having a first axis transverse to said longitudinal axis, the clamping device being configured to selectively simultaneously clamp the motion of the elongated member about the first axis and about a second axis transverse to both the first axis and the longitudinal axis and to selectively simultaneously release the motion of the elongated member for movement about said first and second axes, said elongated member being fixed in said clamping device from rotation about said longitudinal axis,

wherein the clamping device includes a plurality of clamping elements, at least one first clamping element of the plurality of clamping elements is movable between a first clamping position to prevent the motion of the elongated member about the first axis and a first releasing position to release motion of the elongated member about the first axis, at least one second clamping element of the plurality of clamping elements being movable between a second clamping position to prevent the motion of the elongated member about the second axis and a second releasing position to release motion of the elongated member about the second axis,

wherein the simultaneous motion of the elongated member about the first and second axes is permitted after the at least one first clamping device element is moved to the first releasing position and after the at least one second clamping device element is moved to the second releasing position,

wherein the simultaneous motion of the elongated member about the first and second axes is prevented after the at least one first clamping device element is moved to the first clamping position and after the second clamping device element is moved to the second clamping position, and

an operator device comprising a handle coupled to the elongated member and operatively coupled to the clamping device, the coupler being positioned between the handle and the clamping device, the elongated member extending away from the clamping device beyond the coupler and the leg holder to a distal end, the handle being situated beyond the distal end of the elongated member and movable to move the first and second clamping device elements between the respective first and second clamping positions and the respective first and second releasing positions, and the handle being usable to reposition the elongated member about the first and second axes after the first and second clamping device elements are moved to the respective first and second releasing positions.

25. The leg positioning apparatus of claim 24, wherein the mounting device includes a post that defines the first axis.

26. The leg positioning apparatus of claim 25, wherein at least one of the first and second clamping device elements clamps against the post when the first and second clamping device elements are in the respective first and second clamping positions.

27. The leg positioning apparatus of claim 25, wherein the mounting device includes a block adapted to be coupled to an accessory rail of a patient-support table and the post is coupled to the block.

28. The leg positioning apparatus of claim 25, further comprising a resilient device configured to counterbalance weight supported by the leg holder, the resilient device being coupled to the mounting device, and the resilient device being coupled to the elongated member.

29. The leg positioning apparatus of claim 24, wherein the coupler is configured to be loosened for repositioning along

10

the elongated member and tightened to prevent repositioning along the elongated member.

30. The leg positioning apparatus of claim 29, wherein the coupler is rotatable about the elongated member when loosened.

31. The leg positioning apparatus of claim 24, wherein the operator device is rotatable about the longitudinal axis of the elongated member to move at least one of the first and second clamping device elements between the respective first and second clamping position and the respective first and second releasing position.

32. The leg positioning apparatus of claim 24, further comprising a rod coupled to the operator device and extending therefrom toward the clamping device.

33. The leg positioning apparatus of claim 32, wherein the elongated member comprises a tube having a passage therethrough and at least a portion of the rod is positioned in the passage.

34. The leg positioning apparatus of claim 32, wherein a portion of the tube and a portion of the rod extend through the coupler.

35. The leg positioning apparatus of claim 24, wherein at least one of the first and second clamping device elements is yieldably biased against the mounting device when the first and second clamping device elements are in the respective first and second clamping positions.

36. The leg positioning apparatus of claim 24, wherein the mounting device comprises a post and at least one of the first and second clamping device elements comprises a housing formed to include a recess receiving the post and a gap extending therefrom such that increasing the size of the gap permits rotation of the housing relative to the post.

37. The leg positioning apparatus of claim 36, wherein the post defines the first axis and the housing is formed to include a bore defining the second axis.

38. The leg positioning apparatus of claim 37, wherein the first axis is spaced from the second axis such that the first and second axes do not intersect.

39. The leg positioning apparatus of claim 37, wherein at least one of the first and second clamping device elements comprises first and second pressure blocks received by the bore, the first pressure block being movable relative to the second pressure block within the bore, the first and second pressure blocks engaging the housing and being configured so that the movement of the first pressure block toward the second pressure block decreases the length of the gap of the housing and the housing grips the post, thereby blocking rotation of the housing relative to the post.

40. The leg positioning apparatus of claim 24, wherein at least one of the first and second clamping device elements includes a housing and the other of the first and second clamping device elements comprises a first pressure block received by the housing, a second pressure block received by the housing, and a spring received by the housing and acting to yieldably bias the first pressure block toward the second pressure block.

41. The leg positioning apparatus of claim 40, wherein the first pressure block comprises a proximal end, a distal end, and a head formed on the distal end and the second pressure block comprises a proximal end, a distal end, and a head formed on the distal end, and wherein the first and second pressure blocks are movable between an inward position at which the head of the first pressure block and the head of the second pressure block frictionally engage the housing to block rotation of the first and second pressure blocks relative to the housing and an outward position permitting rotation of the first and second pressure blocks relative to the housing.

US RE41,412 E

11

42. The leg positioning apparatus of claim 41, wherein at least one of the first and second pressure blocks is formed to include a bore receiving the elongated member so that the elongated member rotates relative to the housing when the first and second pressure blocks rotate relative to the housing and so that movement of the elongated member relative to the housing is blocked when the first and second pressure blocks are at the inward position.

43. The leg positioning apparatus of claim 41, wherein the mounting device includes a post, the housing is formed to include a recess receiving the post and a gap extending therefrom, the housing being flexible to increase the size of the gap to permit rotation of the housing relative to the post and movement of the first and second pressure blocks to the inward position decreases the gap thereby blocking rotation of the housing relative to the post.

44. The leg positioning apparatus of claim 24, wherein the one of the first and second clamping device elements include a housing and the other of the first and second clamping device elements include first and second pressure blocks that are received by the housing and that are movable relative to one another between an inward position at which the first and second clamping device elements are in the respective first and second clamping positions and an outward position at which the first and second clamping device elements are in the respective releasing positions.

45. The leg positioning apparatus of claim 44, further comprising an actuator device operatively coupling the operator device to at least one of the first and second pressure blocks, the actuator device being movable between a first position at which the first and second pressure blocks are at the outward position and a second position at which the first and second pressure blocks are at the inward position.

46. The leg positioning apparatus of claim 45, further comprising a rod coupled to the handle and coupled to the actuator device so that movement of the handle moves the actuator device.

47. The leg positioning apparatus of claim 44, wherein the actuator device includes an eccentric portion, one of the first and second pressure blocks comprises a follower portion, the eccentric portion engaging the follower portion to move the first and second pressure blocks to the outward position when the actuator device is rotated in a first direction.

48. A leg positioning apparatus comprising

a tube having a longitudinal axis,

a mounting device configured to attach to a surgical table,

a clamping device for mounting a proximate end of the tube to the mounting device having a first axis transverse to said longitudinal axis, the clamping device being configured to selectively simultaneously clamp the motion of the tube about the first axis and about a second axis transverse to both the first axis and the longitudinal axis and to selectively simultaneously release the motion of the tube for movement about said first and second axes, said tube being fixed in said clamping device from rotation about said longitudinal axis,

wherein the clamping device includes a plurality of clamping elements, at least one first clamping element of the plurality of clamping elements is movable between a first clamping position to prevent the motion of the tube about the first axis and a first releasing position to release motion of the tube about the first axis, at least one second clamping element of the plurality of clamping elements being movable between a second clamping position to prevent the motion of the

12

tube about the second axis and a second releasing position to release motion of the tube about the second axis,

wherein the simultaneous motion of the tube about the first and second axes is permitted after the at least one first clamping device element is moved to the first releasing position and after the at least one second clamping device element is moved to the second releasing position,

wherein the simultaneous motion of the tube about the first and second axes is prevented after the at least one first clamping position and after the second clamping device element is moved to the second clamping position, and

a leg holder coupled to the tube at a first distance away from the clamping device, and

an operator device coupled to the tube at a second distance away from the clamping device, the second distance being greater than the first distance, the tube extending away from the clamping device beyond the leg holder to a distal end of the tube, the operator device being coupled to the tube near the distal end of the tube beyond the leg holder, the operator device being movable to move the first and second clamping device elements between the respective first and second clamping positions and the respective first and second releasing positions.

49. A leg positioning apparatus comprising

a mounting device configured to attach to a surgical table,

a support device lockable relative to the mounting device and releasable to rotate relative to the mounting device about a first plurality of axes, the support device being tubular and having a longitudinal axis,

a clamping device for mounting a proximate end of the support device to a mounting device having a first axis of the first plurality of axes transverse to said longitudinal axis, the clamping device being configured to selectively simultaneously clamp the motion of the support device about the first axis and about a second axis of the first plurality of axes transverse to both the first axis and the longitudinal axis and to selectively simultaneously release the motion of the support device for movement about said first and second axes, said support device being fixed in said clamping device from rotation about said longitudinal axis,

wherein the clamping device includes a plurality of clamping elements, at least one first clamping element of the plurality of clamping elements is movable between a first clamping position to prevent the motion of the support device about the first axis and a first releasing position to release motion of the support device about the first axis, at least one second clamping element of the plurality of clamping elements being movable between a second clamping position to prevent the motion of the support device about the second axis and a second releasing position to release motion of the support device about the second axis,

wherein the simultaneous motion of the support device about the first and second axes is permitted after the at least one first clamping device element is moved to the first releasing position and after the at least one second clamping device element is moved to the second releasing position,

wherein the simultaneous motion of the support device about the first and second axes is prevented after the least one first clamping device element is moved to the

US RE41,412 E

**13**

first clamping position and after the second clamping device element is moved to the second clamping position,

a leg holder lockable relative to the support device and releasable to move relative to the support device about a second plurality of axes,

a first handle coupled to the elongated member and operatively coupled to the clamping device, the support device extending away from the clamping device beyond the leg holder to a distal end, the first handle being situated beyond the distal end of the support member and movable to move the first and second clamping device elements between the respective first and second clamping positions and the respective first and second releasing positions, and the first handle being usable to reposition the elongated member about the first and second axes after the first and second clamping device elements are moved to the respective first and second releasing positions, and

**14**

a second handle movable to lock the leg holder from moving about the second plurality of axes relative to the support device and movable to unlock the leg holder for movement about the second plurality of axes relative to the support device.

50. The leg positioning apparatus of claim 49, wherein the second handle is positioned between the first handle and clamping device.

51. The leg positioning apparatus of claim 49, further comprising a resilient device configured to counterbalance weight supported by the leg holder, the resilient device being coupled to the mounting device, and the resilient device being coupled to the support device.

52. The leg positioning apparatus of claim 49, wherein the mounting device includes a block adapted to be coupled to an accessory rail of a patient-support table.

\* \* \* \* \*

# Exhibit D



US010561552B2

(12) **United States Patent** (10) **Patent No.:** **US 10,561,552 B2**

Newkirk et al. (45) **Date of Patent:** **Feb. 18, 2020**

(54) **USER INTERFACE FOR HOSPITAL BED**

(71) Applicant: **Hill-Rom Services, Inc.**, Batesville, IN (US)

(72) Inventors: **David C. Newkirk**, Lawrenceburg, IN (US); **Robert M. Zerhusen**, Batesville, IN (US); **John B. Wilker, Jr.**, Dillsboro, IN (US); **James M. Allen**, Batesville, IN (US); **Douglas A. Seim**, Okeana, OH (US); **Irvin J. Vanderpohl, III**, Greensburg, IN (US)

(73) Assignee: **Hill-Rom Services, Inc.**, Batesville, IN (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 85 days.

(21) Appl. No.: **15/846,286**

(22) Filed: **Dec. 19, 2017**

(65) **Prior Publication Data**

US 2018/0104123 A1 Apr. 19, 2018

**Related U.S. Application Data**

(63) Continuation of application No. 15/075,610, filed on Mar. 21, 2016, now Pat. No. 9,849,051, which is a (Continued)

(51) **Int. Cl.**
  *A61G 7/05* (2006.01)
  *A61G 7/018* (2006.01)
  (Continued)

(52) **U.S. Cl.**
  CPC .............. *A61G 7/05* (2013.01); *A61G 7/018* (2013.01); *A61G 7/0524* (2016.11); *G05B 15/02* (2013.01);
  (Continued)

(58) **Field of Classification Search**
  CPC .............. A61G 7/05; A61G 2007/0524; A61G 2203/44; A61G 7/05769; A61G 2203/42;
  (Continued)

(56) **References Cited**

U.S. PATENT DOCUMENTS

5,181,288 A 1/1993 Heaton et al.
5,403,251 A 4/1995 Belsito et al.
(Continued)

FOREIGN PATENT DOCUMENTS

EP 1623666 A2 2/2006
WO 2001075405 A1 10/2001
(Continued)

OTHER PUBLICATIONS

Partial European Search Report from EP 08 25 1066 dated Feb. 16, 2009, 14 pages.
(Continued)

*Primary Examiner* — Eric J Kurilla
(74) *Attorney, Agent, or Firm* — Barnes & Thornburg LLP

(57) **ABSTRACT**

A user module for a patient support apparatus is provided. The user module has a user interface operably coupled thereto. The user interface includes an input device and an output device. The output device includes a visual display including textual and non-textual elements. The non-textual elements include enhanced, graphical, and animated portions relating to one or more operational features of the patient support or to a person positionable on the patient support. The input device includes one or more touch sensors corresponding to defined regions of the visual display.

**18 Claims, 36 Drawing Sheets**



**US 10,561,552 B2**

Page 2

### Related U.S. Application Data

continuation of application No. 14/069,484, filed on Nov. 1, 2013, now Pat. No. 9,320,664, which is a continuation of application No. 11/960,287, filed on Dec. 19, 2007, now Pat. No. 8,572,778.

(60) Provisional application No. 60/982,300, filed on Oct. 24, 2007, provisional application No. 60/921,192, filed on Mar. 30, 2007.

(51) **Int. Cl.**

| | |
|---|---|
| *A61G 7/008* | (2006.01) |
| *A61G 7/057* | (2006.01) |
| *G06F 3/0484* | (2013.01) |
| *G05B 15/02* | (2006.01) |
| *G06F 3/0481* | (2013.01) |
| *A61H 9/00* | (2006.01) |
| *A61H 23/02* | (2006.01) |
| *A61H 23/00* | (2006.01) |

(52) **U.S. Cl.**
CPC ........ *G06F 3/0481* (2013.01); *G06F 3/04842* (2013.01); *G06F 3/04847* (2013.01); *A61G 7/008* (2013.01); *A61G 7/05769* (2013.01); *A61G 7/05776* (2013.01); *A61G 7/05776* (2013.01); *A61G 2203/16* (2013.01); *A61G 2203/20* (2013.01); *A61G 2203/42* (2013.01); *A61G 2203/44* (2013.01); *A61H 9/0078* (2013.01); *A61H 23/006* (2013.01); *A61H 23/02* (2013.01); *A61H 2201/0142* (2013.01); *A61H 2201/501* (2013.01); *A61H 2201/5007* (2013.01); *A61H 2201/5046* (2013.01); *A61H 2201/5048* (2013.01)

(58) **Field of Classification Search**
CPC .... A61G 7/018; A61G 2203/16; A61G 7/008; A61G 7/05776; A61G 2203/20; G06F 3/0481; G06F 3/04842; G05B 15/02; A61H 2201/5046; A61H 23/02; A61H 9/0078; A61H 2201/5007; A61H 2201/501; A61H 2201/5048; A61H 2201/0142; A61H 23/006

See application file for complete search history.

(56) **References Cited**

#### U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 5,542,138 | A | 8/1996 | Williams et al. |
| 5,559,301 | A | 9/1996 | Bryan, Jr. et al. |
| 5,611,096 | A | 3/1997 | Bartlett et al. |
| 5,664,270 | A | 9/1997 | Bell et al. |
| 5,713,856 | A | 2/1998 | Eggers et al. |
| 5,833,623 | A | 11/1998 | Mann et al. |
| 5,861,582 | A | 1/1999 | Flanagan et al. |
| 6,014,784 | A | 1/2000 | Taylor et al. |
| 6,119,291 | A | 9/2000 | Osborne et al. |
| 6,146,523 | A | 11/2000 | Kenley et al. |
| 6,279,183 | B1 | 8/2001 | Kummer et al. |
| 6,339,410 | B1 | 1/2002 | Milner et al. |
| 6,351,678 | B1 | 2/2002 | Borders |
| 6,353,950 | B1 | 3/2002 | Bartlett et al. |
| 6,371,123 | B1 | 4/2002 | Stark et al. |
| 6,384,728 | B1 | 5/2002 | Kanor et al. |
| 6,487,735 | B1 | 12/2002 | Jacques et al. |
| 6,493,568 | B1 | 12/2002 | Bell et al. |
| 6,536,056 | B1 | 3/2003 | Vrzalik et al. |
| 6,566,833 | B2 | 5/2003 | Bartlett |

| | | | | |
|---|---|---|---|---|
| 6,771,181 | B1 | 8/2004 | Hughen | |
| 6,829,796 | B2 | 12/2004 | Salvatini et al. | |
| 7,033,539 | B2 | 4/2006 | Krensky et al. | |
| 7,038,588 | B2 | 5/2006 | Boone et al. | |
| 7,076,818 | B2 | 7/2006 | Kummer et al. | |
| 7,154,397 | B2 * | 12/2006 | Zerhusen | A47B 23/046 |
| | | | | 340/573.1 |
| 7,237,287 | B2 | 7/2007 | Weismiller et al. | |
| 7,520,006 | B2 * | 4/2009 | Menkedick | A61B 5/1115 |
| | | | | 5/618 |
| 7,690,059 | B2 * | 4/2010 | Lemire | A61G 7/005 |
| | | | | 5/600 |
| 9,849,051 | B2 | 12/2017 | Newkirk et al. | |
| 2002/0059679 | A1 | 5/2002 | Weismiller et al. | |
| 2002/0111701 | A1 | 8/2002 | Borders | |
| 2002/0138905 | A1 * | 10/2002 | Bartlett | A61G 7/001 |
| | | | | 5/607 |
| 2004/0193449 | A1 | 9/2004 | Wildman et al. | |
| 2004/0227737 | A1 | 11/2004 | Novak et al. | |
| 2005/0128184 | A1 | 6/2005 | McGreevy | |
| 2005/0166324 | A1 | 8/2005 | Dixon et al. | |
| 2005/0172405 | A1 | 8/2005 | Menkedick et al. | |
| 2005/0273940 | A1 | 12/2005 | Petrosenko et al. | |
| 2005/0288571 | A1 | 12/2005 | Perkins et al. | |
| 2006/0101581 | A1 | 5/2006 | Blanchard et al. | |
| 2006/0103636 | A1 | 5/2006 | Parsons | |
| 2006/0117482 | A1 | 6/2006 | Branson | |
| 2006/0150332 | A1 | 7/2006 | Weismiller et al. | |
| 2006/0229557 | A1 | 10/2006 | Fathallah et al. | |
| 2007/0066866 | A1 | 3/2007 | Noguchi et al. | |
| 2007/0130692 | A1 * | 6/2007 | Lemire | A61G 7/018 |
| | | | | 5/618 |
| 2007/0163045 | A1 | 7/2007 | Becker et al. | |
| 2007/0164871 | A1 | 7/2007 | Dionne et al. | |
| 2007/0174964 | A1 | 8/2007 | Lemire et al. | |
| 2007/0174965 | A1 | 8/2007 | Lemire et al. | |
| 2008/0028533 | A1 | 2/2008 | Stacy et al. | |
| 2008/0172789 | A1 | 7/2008 | Elliot et al. | |
| 2009/0013470 | A1 | 1/2009 | Richards et al. | |
| 2011/0263950 | A1 | 10/2011 | Larson et al. | |
| 2011/0289691 | A1 | 12/2011 | Lafleche et al. | |
| 2012/0073054 | A1 | 3/2012 | O'Keefe et al. | |
| 2012/0089419 | A1 | 4/2012 | Huster et al. | |
| 2016/0199240 | A1 | 7/2016 | Newkirk et al. | |

#### FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| WO | 2004021952 A3 | 9/2002 |
| WO | 2007008831 A3 | 1/2007 |
| WO | 2007008830 A3 | 4/2009 |

#### OTHER PUBLICATIONS

Partial European Search Report dated Nov. 18, 2008 from EP 08 25 1066, 6 pages.
European Search Report from EP11 18 4511 dated Feb. 27, 2012, 6 pages.
"V-CUE Dynamic Air Therapy," Hill-Rom, 1998, 6 pages.
"V-CUE Dynamic Air Therapy Unit," Hill-Rom Services, Inc., Sep. 2000, 64 pages.
"V-CUE Dynamic Air Therapy Unit Service Manual," Hill-Rom Services, Inc., 2000, Third Edition, 223 pages.
"V-CUE Dynamic Air Therapy Unit for Household Use," Hill-Rom, Jul. 2001, 36 pages.
"Efica CC Dynamic Air Therapy Unit," Hill-Rom, Jul. 1994, 35 pages.
"Efica CC Dynamic Air Therapy Unit Service Manual," Hill-Rom Company, Inc., 2000, Third Edition, 531 pages.
European Communication pursuant to Article 94(3) EPC from EP 11 184 506.1-1927 dated Dec. 20, 2017, 5 pages.

* cited by examiner



FIG. 1



FIG. 2

180
USER MODULE
182
CONTROLLER
184
FUNCTION
USER SIGNAL
FUNCTION SWITCH ACTIVATED
ACTIVATE FUNCTION
186
STARTING FUNCTION
INDICATE FUNCTION STARTING ON DISPLAY
UPDATE DISPLAY
CHECK FUNCTION PROGRESS
188
CONFIRM FUNCTION IN PROGRESS
INDICATE FUNCTION PROGRESS ON DISPLAY
UPDATE DISPLAY
USER SIGNAL
PAUSE SWITCH ACTIVATED
PAUSE FUNCTION
190
FUNCTION PAUSED
INDICATE FUNCTION PAUSED ON DISPLAY
UPDATE DISPLAY
CHECK FUNCTION PROGRESS
192
FUNCTION COMPLETED
INDICATE FUNCTION COMPLETED ON DISPLAY
UPDATE DISPLAY

FIG. 3



FIG. 4



FIG. 5



FIG. 6



FIG. 7

FIG. 8



FIG. 9



FIG. 10



FIG. 11

FIG. 12



FIG. 13



FIG. 14



FIG. 15



FIG. 16



FIG. 17



FIG. 18



FIG. 19



FIG. 20



FIG. 21



FIG. 22



FIG. 23



FIG. 24



FIG. 25



FIG. 26



FIG. 27



FIG. 28



FIG. 29



FIG. 30



FIG. 31



FIG. 32



FIG. 33



FIG. 34



FIG. 35



FIG. 36A



FIG. 36B



FIG. 36C



FIG. 36D

US 10,561,552 B2

1

**USER INTERFACE FOR HOSPITAL BED**

RELATED APPLICATIONS

This application is a continuation of U.S. patent application Ser. No. 15/075,610, filed Mar. 21, 2016, now U.S. Pat. No. 9,849,051 and also a continuation of U.S. patent application Ser. No. 14/069,484, filed Nov. 1, 2013, now U.S. Pat. No. 9,320,664, and also a continuation of U.S. patent application Ser. No. 11/960,287, filed Dec. 19, 2007, now U.S. Pat. No. 8,572,778, which claims the benefit of U.S. Provisional Patent Application Ser. No. 60/982,300, filed Oct. 24, 2007, and claims the benefit of U.S. Provisional Patent Application Ser. No. 60/921,192, filed Mar. 30, 2007, all of which are incorporated herein by this reference.

This application is related to U.S. Utility patent application Ser. No. 11/672,274, filed Feb. 7, 2007, entitled USER MODULE FOR A PATIENT SUPPORT, to Newkirk, et al., and PCT Patent Application Serial No. PCT/US06/61795, filed Feb. 7, 2007 entitled USER MODULE FOR A PATIENT SUPPORT, to Newkirk et al., both of which are incorporated herein by this reference.

BACKGROUND

Patient supports, such as hospital beds, mattresses, stretchers, operating room tables, and the like, are commonly used in a variety of care environments to facilitate patient care and transport.

User modules are often provided to enable a user to perform a variety of automated functions relating to a patient support. Examples of such automated functions include raising or lowering one or more sections of the patient support, adjusting the configuration of a bed frame or support surface or a portion thereof, and activating or deactivating selected therapies, alarms, communications, and other automated features of the patient support. As such, user modules may be operably coupled to a bed and/or support surface controller or control system, a remote computer, an air supply or other like service supply or supplies.

Many conventional user modules are either fixed in or coupled to a siderail or footboard of a patient support, or are provided as pendants or removable modules that may be stored in the siderail or footboard and removed for use.

Healthcare professionals often have many demanding responsibilities and need to work as efficiently as possible. However, many conventional patient support user modules are cumbersome for a caregiver or technician to use due to a non-intuitive design, inefficient feedback from the module or other reasons. Such shortcomings can result in reduced efficiency of caregivers and other healthcare professionals.

Clear, succinct, easy to understand instructions for using the module are often desirable. Non-textual indicators that can quickly be understood without requiring fluency in any particular language may also be desirable. Particularly with graphic displays, lack of user-friendly feedback can leave users in doubt as to whether their input selections have been accepted by the user module. Additionally, with larger amounts of informational content being provided on compact displays available to caregivers in patient care environments, verification of a single changed parameter on such displays can become exceedingly difficult. Further, the lack of a clear, easy to understand or current depiction of information such as the patient's weight, therapeutic settings, status of the patient support, and historical data can result in not only inefficiencies but also user frustration if the care-

2

giver's time must be spent figuring out how to use the module rather than on providing patient care.

Some patient supports are configured to provide therapeutic functions or features to the patient, for example, pressure redistribution, turning assistance, rotation, percussion and vibration, low air loss, and the like. Pressure redistribution generally refers to efforts to reduce or redistribute pressure away from parts of the patient's body that are in frequent contact with the patient support, in an effort to reduce the risk of the patient developing pressure ulcers or bed sores. Turning assistance refers to a feature in which either longitudinal side of the bed or mattress is automatically raised to assist a caregiver in turning the patient onto his or her side. In general, rotation therapy provides periodic rotational motion for the patient in order to avoid physiological issues related to prolonged confinement to a patient support apparatus. In patients that have pulmonary infections or conditions, rotation may also be used to help mobilize the secretions of the lungs by angling the chest so that secretions can move away from the affected lobe. Percussion and vibration are also therapies directed to pulmonary infections such as pneumonia and other lung complications. In general, percussion helps mobilize secretions from the lung, while vibration helps columnize the secretions to help create a productive cough. Low air loss generally refers to a process whereby air is circulated underneath the patient to provide a cooling effect.

Patient supports that provide one or more of such automated therapy functions and features also have a user interface for a caregiver to control the operation of such features. Because such features often involve movement of the patient, appropriate configuring, operation, and duration of the automated therapy function is important. Therefore, it is particularly desirable to address all of the shortcomings of known user modules in this environment.

SUMMARY

In this disclosure, a user module for a patient support is described. The user module includes a communication interface configured to communicate signals from the user module to a patient support having at least one automated function and being configured to support a patient in at least a substantially horizontal position and to communicate signals from the patient support to the user module. The user module includes an input device configured to receive a signal indicative of a selection made by a user relating to an automated function of the patient support, and an output device including a visual display configured to display a first graphical depiction of a person positioned on a patient support in response to a selection made by a user relating to a first function and to display a second graphical depiction of a person positioned on a patient support in response to a selection made by a user relating to a second function of the patient support. The first graphical depiction includes a first animated element indicative of movement associated with operation of the first function and the second graphical depiction includes a second animated element indicative of movement associated with operation of the second function.

The output device may be configured to display the first graphical depiction and the second graphical depiction at the same time. The first animated element may include an arrow and a portion of the graphical depiction of a person positioned on a patient support. The second animated element may include concentric circles and a portion of the graphical depiction of a person positioned on a patient support.

US 10,561,552 B2

3

The output device may be configured to substantially simultaneously display current data relating to at least one alarm feature of the patient support, current data relating to at least one therapy function of the patient support, and a graphical representation of a patient support including an animated portion indicative of a status of an automated function of the patient support.

The output device may be configured to display a first region including a first selectable option and a second region spaced from the first region, where the second region includes a second selectable option, the first selectable option is displayed in a first color and the second selectable option is displayed in a second color contrasting with the first color. The second selectable option may be displayed in the second color prior to selection by a user of the second selectable option and the second selectable option may be displayed in a third color contrasting with the second color after selection by a user of the second selectable option. The second color may be green and the third color may be red.

The output device may be configured to display in a data region current data relating to a function of the patient support or a characteristic of a patient positionable on the patient support, where the data region is defined relative to the rest of the display by yellow highlighting.

The user module may include a user control to configure a setting of the patient support, the user control including a touch sensor associated with a graphical depiction of the user control displayed on the visual display, wherein the depiction of the user control includes a first numerical value representative of the current configuration of the setting, the user control is configured to enable a user to select a new configuration for the setting with one touch, and the depiction of the user control automatically changes to replace the first numerical value with a second numerical value on the user control when the second numerical value is selected by the user.

A patient support apparatus is also described, including a frame having first and second longitudinally spaced ends and first and second laterally spaced sides, a housing positionable adjacent one of the sides or ends of the frame, a user interface supported by the housing, the user interface including a dynamic display and at least one touchscreen control associated with a region of the dynamic display, and at least one electromechanical switch supported by the housing, wherein activation of at least one of the switches activates a display of the user interface.

The housing may have a front panel, where the user interface is supported by the front panel, and an electromechanical switch, which is spaced from the user interface on the front panel and electrically coupled to the user interface. Activation of the electromechanical switch may cause a pop-up window to appear on the dynamic display. The user interface and an electromechanical switch may be coupled to a siderail of the patient support. The user interface and an electromechanical switch may alternatively or in addition be coupled to a footboard of the patient support.

Also described is a patient support apparatus including a bed having first and second longitudinally spaced ends, first and second laterally spaced sides and at least one computer-controllable function, a controller operably coupled to the bed to control at least one bed function, a plurality of user modules operably coupled to the controller, each user module being configured to display output relating to a bed function and receive input from a user relating to a bed function, and a memory including instructions executable to process a first input received by a first user module and

4

second input received by a second user module and update the displays of the user modules.

At least one of the user modules may include a user interface including a graphical element and a touchscreen control. The touchscreen control may be activatable by a user to configure a setting for a bed therapy function for which a single value is selectable from a plurality of values, the plurality of values are displayed on the user interface, and the touchscreen control is configured to enable the user to select a value from the plurality of values by contacting the touchscreen control only one time. The executable instructions may include instructions to display the same output on all of the user modules at the same time. The second user module display may be updated in response to the first input and the first user module display is updated in response to the second input.

Also described is a patient support apparatus including a patient support including a computer-controllable weigh system, a user module operably coupled to the bed to control the weigh system, and a memory operably coupled to the user module, where the memory includes executable instructions configured to determine a weight of a patient positioned on the patient support, including instructions to prompt a user to identify one or more items added or removed from the patient support, weigh the patient, and automatically account for weight changes due to the identified items such that the weight change due to the identified items is included in the determination of the patient's weight.

The executable instructions may include waiting a period of time before weighing the patient to allow the user time to add or remove items from the patient support. The executable instructions may include waiting a period of time before weighing the patient to allow the user time to let go of the patient support.

A patient support apparatus is also described, in which a patient support includes at least one computer-controllable bed function. The apparatus also includes a user module operably coupled to the patient support to control the at least one function of the patient support, and a memory operably coupled to the user module, where the memory includes executable instructions configured to enable a user to set a reminder relating to at least one patient support function, including instructions to prompt the user to set a predetermined amount of time after which the user module will generate an alert relating to a patient support function, and cause the user module to generate the alert if the predetermined amount of time has elapsed. The instructions may include permitting a user to set a first reminder relating to a turning assistance function, a second reminder relating to a rotation therapy function, and a third reminder relating to a percussion and vibration function.

A patient support apparatus including a patient support, a communications port and a user module is also described. The patient support includes a frame having first and second laterally spaced sides and first and second longitudinally spaced ends, and a plurality of automated functions. The communications port includes a connector to connect with a remote device having a memory and programming information stored in the memory of the remote device. The user module is operably coupled to the communications port and to the patient support. The user module is usable to control operation of at least one of the automated functions of the patient support. The user module includes an input mechanism, a display, a memory, programming information stored in the memory, a processor, and electrical circuitry. The programming information of the user module includes

US 10,561,552 B2

5

instructions executable to cause the user module to automatically detect connection of a remote device to the communications port.

The programming information of the user module may include executable instructions to receive programming information from the remote device via the communications port. The programming information of the user module may include executable instructions to update the display of the user module when programming information is received from the remote device. The patient support may include a network and a plurality of function modules coupled to the network, and the programming information of the user module may include executable instructions to provide programming information received from the remote device to a function module over the network.

Patentable subject matter may include one or more features or combinations of features shown or described anywhere in this disclosure including the written description, drawings, and claims.

BRIEF DESCRIPTION OF THE DRAWINGS

The detailed description of the drawings refers to the following figures in which:

FIG. **1** is a simplified perspective view of an embodiment of a patient support, with portions cut away, including a siderail-mounted user module including a dynamic display and touch-sensitive controls, and a plurality of hardpanel controls;

FIG. **2** is a block diagram of an architecture of a patient support apparatus including a patient support, a plurality of function modules, a controller and a user module;

FIG. **3** is a timing diagram illustrating interaction between a user module, a controller, and one or more function modules of a patient support apparatus;

FIG. **4** is perspective view of a user module mounted at an angle in a siderail adjacent a region of the siderail that includes hardpanel controls, where the user module has a graphical user interface including a graphical display region, text display regions, highlighting, and user controls;

FIG. **5** is a screen shot of a user interface for weigh scale features of a patient support, including instructional information, text data, graphical data, selective highlighting, and user controls;

FIG. **6** is a diagram illustrating steps in the operation of the weigh scale features including weighing a patient, zeroing the scale, adjusting the weight, converting the weight from kilograms to pounds, and viewing a patient's weight history;

FIG. **7** is a screen shot of a user interface for an adjust weight feature of a patient support, including graphical icons, text, selective highlighting, and user controls relating to an option to manually change a patient's weight and an option to automatically account for items in the patient's bed when weighing the patient;

FIG. **8** is a screen shot of a user interface including information relating to the automatic weight adjustment feature, a graphical icon, selective highlighting, and user controls;

FIG. **9** is a screen shot of a user interface for alarms features of a patient support, including text, graphics, selective highlighting and user controls for a bed exit alarm, a head angle alarm, work flow alerts, and viewing a patient's history of alarms;

6

FIG. **10** is a diagram illustrating steps in the operation of the alarms features including a bed exit alarm, a head angle alarm, work flow alerts, and viewing a patient's history of alarms;

FIG. **11** is a screen shot of a user interface for surfaces features of a patient support, including text, graphical icons, user controls, selective highlighting and selective coloration;

FIG. **12** is a diagram illustrating surface feature options of a patient support;

FIG. **13** is a screen shot of a user interface for activating a reminder feature of a patient support including text, graphical icons, user controls, reverse highlighting, selective coloration, and a "one-touch" pop-up input region;

FIG. **14** is a screen shot of a user interface for therapy features of a patient support, including graphical elements, text, user controls, and highlighting for rotation and percussion and vibration features;

FIG. **15** is a diagram illustrating steps in the operation of therapy features for rotation and percussion and vibration;

FIG. **16** is a screen shot of a user interface for a rotation feature of a patient support including text, instructions, data, graphical icons, user controls, selective highlighting and selective coloration;

FIG. **17** is a screen shot of a user interface for configuring rotation settings including text, instructions, graphical elements, user controls, reverse highlighting, selective coloration, and a one touch pop-up input region;

FIG. **18** is a screen shot of a user interface for selecting a rotation training feature of a patient support, including text, instructions, graphical elements, user controls, reverse highlighting, selective coloration, and a pop-up region;

FIG. **19** is a screen shot of a user interface for displaying information relating to a rotation feature while the rotation feature is in operation, including text, numerical data, graphical icons, user controls and selective coloration;

FIG. **20** is a screen shot of a user interface for a main menu displayed while a therapy is in operation, including text, static graphical elements, animated graphical elements, data, user controls, selective highlighting, and selective coloration, where current data relating to alarms, bed status, bed connectivity, therapy status is all displayed on a single screen;

FIG. **21** is a screen shot of a user interface for a main menu displayed while a therapy is paused, including text, static graphical elements, animated graphical elements, data, user controls, selective highlighting, reverse highlighting, and selective coloration, where current data relating to alarms, bed status, bed connectivity, therapy status is all displayed on a single screen;

FIG. **22** is a screen shot of a user interface for configuring settings for a percussion and vibration feature of a patient support, including text, instructions, numerical data, user controls, graphical elements, selective highlighting, and selective coloration;

FIG. **23** is another screen shot of a user interface for configuring settings for a percussion and vibration feature, including text, instructions, graphical elements, user controls, reverse highlighting, selective coloration, and a one touch pop-up input region;

FIG. **24** is another screen shot of a user interface for configuring settings for a percussion and vibration feature including text, graphical elements, user controls, and selective highlighting;

FIG. **25** is a screen shot of a user interface for displaying information relating to a percussion and vibration feature

US 10,561,552 B2

7

while the rotation feature is in operation, including text, numerical data, graphical icons, user controls and selective coloration;

FIG. **26** is a screen shot of a user interface for a main menu displayed while a therapy is running, including text, static graphical elements, animated graphical elements, data, user controls, selective highlighting, and selective coloration, where current data relating to alarms, bed status, bed connectivity, and therapy status is all displayed on a single screen;

FIG. **27** is a screen shot of a user interface for patient history features of a patient support, including graphical elements, text, user controls and selective highlighting;

FIG. **28** is a screen shot of a user interface for displaying information relating to a bed exit alarm of a patient support, including text, graphical elements, selective highlighting, and user controls;

FIG. **29** is a screen shot of a user interface for displaying information relating to a head angle alarm of a patient support, including text, graphical elements, selective highlighting, and user controls;

FIG. **30** is a screen shot of a user interface for configuring settings relating to a display of information relating to a head angle alarm, including text, graphical elements, reverse highlighting, and a one touch pop up input region;

FIG. **31** is a perspective view of a patient support including multiple user modules and docking regions for the user modules on the patient support;

FIG. **32** is a simplified block diagram of components of a system including a patient support, a controller and multiple user modules;

FIG. **33** is simplified block diagram of components of another system including a patient support, a controller, multiple user modules, and a network connecting the controller, the user modules and the patient support;

FIG. **34** is a bottom perspective view of a user module including a data and logic connectivity port;

FIG. **35** is a simplified perspective view of an embodiment of a patient support apparatus including siderail-mounted user modules, including a dynamic display, touch-sensitive controls, and a plurality of hardpanel controls located adjacent to the dynamic display; and

FIGS. **36**A-**36**D are a simplified schematic of an electrical system for the patient support apparatus of FIG. **35**.

DETAILED DESCRIPTION OF THE DRAWINGS

This disclosure refers to illustrative embodiments shown in the accompanying drawings and described herein.

An embodiment of a patient support **10** including a head end **12** and a foot end **14** is depicted in FIG. **1**, with portions of the head and foot ends **12**, **14** not shown. In general, patient support **10** includes a bed frame having a base **16**, a deck **18**, an upper or intermediate frame **20**, a lift mechanism **30** configured to raise and lower frame **20** relative to base **16**, head articulation mechanism **32** configured to raise and lower a head and/or upper torso section of deck **18**, foot articulation mechanism **34** configured to raise and lower a foot, leg, and/or lower torso section of deck **18**. As such, patient support **10** may be configurable to assume a variety of positions including a horizontal position, a chair-like position, Trendelenburg, reverse Trendelenburg and/or other positions.

In this disclosure, unless specifically stated otherwise, the term "patient support" may be used to refer to a bed, a patient support surface, mattress, or a bed and surface or mattress combination, "bed" may be used to refer to a

8

hospital bed, stretcher, or other similar device for supporting a person in at least a horizontal position, and a "surface" or "mattress" may include powered or nonpowered surfaces with or without built-in therapeutic features. The Total-Care® bed, sold by the Hill-Rom Company, Inc. of Batesville, Ind., U.S.A., is an example of a patient support.

Barriers such as endboards and/or siderails may be provided adjacent the perimeter of patient support **10**. In FIG. **1**, an exemplary footboard **14** and siderails **22**, **24** are illustrated. Footboard **14** is mounted to frame **20** adjacent the foot end **14**. A headboard (not shown) may additionally be mounted to frame **20** adjacent the head end **12**. Siderails **22**, **24** are pivotably mounted to frame **20** via couplers **26**. Wheels or casters also may be provided to provide mobility of the bed.

One or more sensors **28**, **36**, **38** may be provided to enable automatic detection of a change in position of patient support **10** or a portion thereof. One or more siderail sensors **28** may be coupled to each siderail **22**, **24** to transmit a signal to a control system (described below) to indicate that a siderail is being raised or lowered or is in an "up" or "down" position. Sensors **28** may include reed switches, proximity sensors, or the like.

A head of bed angle sensor **36** transmits a signal to a control system to indicate that the head section of the patient support is being raised or lowered, or is in an "up" or "down" position, or is at a particular angle relative to the bed frame **20** or other horizontal axis, or is within or outside a particular range of angles. Similarly, a foot of bed angle sensor **38** transmits a signal to a control system to indicate that the foot section of the patient support is being raised or lowered, or is in an "up" or "down" position, or is at a particular angle relative to a horizontal axis or frame **20**, or is within or outside a particular range of angles. In general, angle sensors **36**, **38** may include potentiometers, ball switches, accelerometers, inclinometers, or any other type of device that is usable to measure or determine an angle or relative position and produce an output relating to the angle or position.

A patient support surface **40** is supportable by deck **18**. In general, patient support surface **40** includes a cover defining an interior region in which a variety of support components such as air bladders, foam, three-dimensional thermoplastic fibers, and/or other support elements may be arranged. In the illustrated embodiment, air bladders are configured to provide one or more therapeutic services to a person positioned on the surface **40**.

A user module **42** and one or more hardpanel controls **44** are operably coupled to patient support **10** to enable a person to electronically control one or more features of the patient support, including positioning of the bed or mattress, and activation or deactivation of therapy functions and other features of the bed or mattress. User module **42** has a display configured to show graphics **46** and touchscreen controls **48**. In general, user module **42** includes a "dynamic" interface, meaning that the display including graphics **46** and controls **48** can change substantially in real time, as bed functions and features are activated, in progress, or deactivated, or as a patient's position or physiological status changes, for example. In general, hardpanel controls **44** are electromechanical switches such as membrane buttons or keys that may be depressed, turned or otherwise physically displaced to some degree, to activate or deactivate a bed function or feature.

In FIG. **1**, user module **42** and hardpanel controls **44** are shown mounted to siderail **22**. Alternatively or in addition, one or more user modules **42** and/or hardpanel controls **44**

US 10,561,552 B2

9

may be coupled to other barriers, such as siderail **24** or footboard **14**, or may be coupled to patient support **10** by a mounting bracket, beam, or support, or may be positionable adjacent or alongside of patient support **10**, such as on a service cart, support column, overbed table, or the like. One or more controls **42, 44** may be wirelessly connected to patient support **10** and thereby movable remotely from patient support **10**. For example, controls **42, 44** may be embodied in a portable housing that may be removably attachable to a caregiver such as by clipping to a labcoat, pocket, belt or waistband.

FIG. **2** diagrammatically illustrates a control system **50** for a patient support **52** including many of the aspects of patient support **10** described above. The system **50** includes one or more function or feature modules **60, 62, 64, 66, 68, 70, 72, 74, 76, 78** operably coupled to patient support **52** and a main controller **54** via one or more communication links **56**, and at least one user module **58**.

The system **50** is configurable to add additional feature or function modules or remove existing feature or function modules as may be required according to a particular use of the patient support, usage setting (i.e. hospital, clinical or home environment), patient type (i.e., immobile, bariatric, ICU, maternity, etc.), or other parameters. In general, the term "module" describes programming logic embodying commands, data, and/or instructions relating to a feature or function of the bed or mattress. The programming logic is stored in a memory such as volatile or non-volatile computer memory. The memory may be included in an integrated circuit mounted on a circuit board or substrate, which may be coupled to or embedded in a physical component of the bed or mattress, such as a frame member, lift or articulating mechanism, barrier, mattress ticking, mattress interior component, or the like.

In general, memory as disclosed here and elsewhere herein may take the form of a permanent, temporary or portable storage device, recordable media or other components configured to retain information in digital form for some interval of time, and may include semiconductor-based integrated circuitry (such as flash memory), magnetic storage (such as hard disks), optical storage (such as CD disks), or the like.

As shown in FIG. **2**, each of the function or feature modules **60, 62, 64, 66, 68, 70, 72, 74, 76, 78** is coupled to patient support **52** by electrical and/or mechanical couplings **100, 102, 104, 106, 108, 110, 112, 114, 116, 118** and is coupled to one or more communication links **56** by electrical and/or communication couplings **118, 120, 122, 124, 126 128, 130, 132, 134, 136**. Mechanical couplings may include a mounting bracket, hook, strap, adhesive or other suitable mounting structure or fastener. Electrical couplings may include insulated wiring, fiber optics, wireless connection, or other suitable data, logic and/or power conduit. Communication couplings may include a hard-wired or network (wired and/or wireless) connection. Communication link(s) **56** are coupled to controller **54** via link **138**. User module **58** may be coupled to controller by links **56** and **140** or link **140** may be directly coupled to controller **54**.

In general, each function or feature module is configured to operate or control one or more predetermined features or functions of the bed or mattress. Each module includes a memory such as volatile or non-volatile computer memory, in which a module identifier is stored. The module identifier **80, 82, 84, 86, 88, 90, 92, 94, 96, 98** for each module is unique relative to all of the other modules coupled to the patient support **52**, so that each module can be independently identified to the system **50**.

10

Scale module **60** has a memory including programming logic to operate the patient weighing feature of the bed, including accepting user input from user module **58** relating to the "zero" or tare of the scale, or input relating to patient characteristics and the like. User input may be saved in the memory of the scale module **60**. Scale module **60** may also have a processor, such as an embedded microprocessor, configured to perform certain operations locally at the module. Scale module **60** includes at least one communication interface for communicating data and/or instructional signals to and from controller **54** and/or user module **58**.

Other feature or function modules are configured similarly to scale module **60** in that they have module identifiers and their own memory, software, and processors. Alarms module **62** includes programming logic and data to operate alarms and/or alerts associated with patient support **52**, including a bed exit alarm triggerable by a patient exiting the bed or approaching a bed exit (e.g. positioned on the side or edge of the bed), a "siderail down" alert triggerable by lowering of a siderail alone or in combination with attempted activation or deactivation of another bed or mattress function or feature, a head or foot of bed angle alarm triggerable by the head or foot of bed angle going above, below or equaling a defined value or range of values, and nurse call, patient status, and "workflow" features such as may be provided by the Navicare™ patient flow system, the COMLinx®, OnSite™, and/or Vocera systems sold by the Hill-Rom Company, Inc. of Batesville, Ind. Alarms module **62** includes programming logic to automatically determine whether a particular patient support as configured includes any functions or features that have an alarm associated with them, and then provides a user interface to enable a caregiver or other user to configure the settings for the alarms and activate and deactivate the alarms.

Surface module **64** includes programming logic and data to operate certain therapeutic features of a patient support, such as turning assistance, maximum inflate, pressure redistribution, and the like. Rotation module **66** includes programming logic and data to operate a rotation therapy feature of the mattress that is often directed to relieving a patient's respiratory complications. Percussion and vibration module **68** includes programming logic and data to operate a percussion and vibration therapy feature of the mattress that is also often directed to relieving a patient's respiratory complications.

Head angle module **70** includes programming logic and data to monitor the head of bed angle via signals received from a sensor such as head angle sensor **36** and communicate information to alarms module **62**. Head angle module **70** may also include logic configured to output data indicative of the head of bed angle or an audible or visual indicator thereof on an output device such as may be provided with user module **58**. Similarly, foot angle module **72** includes programming logic and data to monitor the foot of bed angle via signals received from a sensor such as foot angle sensor **38** and communicate information to alarms module **62**. Foot angle module **72** may also include logic configured to output data indicative of the foot of bed angle or an audible or visual indicator thereof on an output device such as may be provided with user module **58**.

Siderail module **74** includes programming logic and data to monitor the position of a siderail coupled to the patient support **52** and communicate information to alarms module **62**. Siderail module **74** may also include logic configured to output data indicative of the siderail status or an audible or visual indicator thereof on an output device such as may be provided with user module **58**.

US 10,561,552 B2

11

Bed exit module **76** includes programming logic and data to monitor the position of a patient relative to the bed, via signals received from one or more position sensors coupled to the bed or mattress. Bed exit module **76** communicates information to alarms module **62**. Bed exit module **76** may also include logic configured to output data indicative of the patient position or an audible or visual indicator thereof on an output device such as may be provided with user module **58**.

Upgrade and/or diagnostics module **78** includes programming logic and data to detect when an upgrade, fix, patch, new version or new release of programming logic associated with one of the other modules has become available, and provide audible or visual prompts to a service technician or other authorized person via a user module **58** to perform the upgrade. Alternatively or in addition, module **78** includes software to run diagnostic tests on other modules or components of the bed system, or on the bed system as a whole. Diagnostics software, upgrades, fixes, patches, new versions, new releases, and the like may be transferred or uploaded from a portable device such as a memory stick, which is connected to a communication port of the module **78**, or via another suitable file transfer mechanism.

Controller **54** generally controls and coordinates the operation of the function or feature modules **60, 62, 64, 66, 68, 70, 72, 74, 76, 78** and interaction with the patient support **52** and user module **58**. For these purposes, controller **54** includes a communication interface **142** operably coupled to communication link **56** via link **138**, an embedded processor **146**, a memory **144** including programming logic **154** and data **156**, and a communication interface **148** to connect the system **50** to an external network **152** such as a telecommunications network.

A power supply or power conduit **150** may provide power directly or indirectly to controller **54**. In general, power supply or conduit **150** includes a battery power supply and a connector configured to conduct power received from another source (such as a wall outlet), including power conversion components. Although not shown for simplicity, user module **58** and each of the function or feature modules **60, 62, 64, 66, 68, 70, 72, 74, 76, 78** generally includes a power supply or power conduit as well.

User module **58** is configured to enable a person to interact with, operate, configure and/or control the bed system **50** substantially in real time. For these purposes, user module **58** includes a communication interface **158** operably coupled to communication link **56** via link **140**, an embedded processor **160**, a memory **166** including programming logic **168**, data **170**, and a user module identifier **172**, an input device **162** and an output device **164**. Link **140** may be directly connected to controller **54** as mentioned above.

Input device **162** includes a touch sensor in the form of touchscreen controls. Output device **164** includes a liquid-crystal or similar display. In the illustrated embodiment, output device **164** includes a high pixel density (e.g. more than 640×480 pixel resolution) and high contrast screen and backlighting to improve visibility from various angles, and the touchscreen **162** is layered above the LCD display. In one embodiment, input device **162** and output device **164** are provided together as one device, such as models manufactured by Okaya Electric Industries Co., Ltd., of Tokyo, Japan or the OSD TN84 LCD and touchscreen. Alternatively or in addition, input device **162** may include a microphone, voice or sound recognition device, keypad, or membrane-style controls, and output device **164** may include a speaker, LEDs, or other like indicators.

12

FIG. **3** is a high-level timing diagram showing interaction between a user module **180**, a controller **182** and a function or feature module **184**. User module **180**, controller **182** and function or feature module are components of a patient support system generally configured as described above.

At block **186**, user module **180** receives a signal from a user to activate a bed function or feature. The user signal may be the act of pressing a button, making contact with a touch-sensitive area of a user interface, saying a word recognized by the system, or other action taken by a user. User module **180** sends a message to the controller **182** identifying the selected bed function or feature and indicating that the selected function or feature is to be activated. Controller **182** determines the appropriate function module to activate, and sends an "activate function" message including a destination module identifier and a function identifier to the designated function module **184**. Function module **184** sends a message including its function identifier to controller **182** to indicate that the selected function is being activated. Controller **182** then sends a message to user module **180** including the function identifier to indicate via an output device that the selected function has been activated. User module **180** then generates the appropriate output.

In the illustrated embodiment, the output is a visual indicator such as a textual message or graphical illustration, but it could alternatively or in addition include an audible indicator or a message sent to a remote device (such as through a nurse call system). The graphical illustration may include an animated graphic that is designed to simulate motion or movement of the patient support resulting from activation of the selected function, to convey the information to a caregiver or user without using language.

At block **188**, the controller **182** sends a message periodically to the function module **184** to check the progress or status of the selected function, and the function module **184** returns a progress or status message including the function identifier to the controller **182**. Upon receiving the progress or status message from the function module **184**, controller **182** sends a message to user module **180** to provide an indication of the function's status or progress to the user. User module **180** determines the appropriate indicator to output based on the function identifier and then updates the output device. In the illustrated embodiment, a visual indicator is updated on a display. For example, a "thermometer"-style graphic may be presented, graphically showing the level of completion of the selected function by filling in the amount completed with a contrasting color or shade. Alternatively or in addition, a textual message such as "In Progress" is displayed.

At block **190**, user module **180** receives a signal from a user to pause the selected bed function or feature. The user signal may be the act of pressing a button, making contact with a touch-sensitive area of a user interface, saying a word recognized by the system, or other action taken by a user. User module **180** sends a message to the controller **182** indicating that the "pause" feature has been activated by a user. Controller **182** determines the proper function module to receive the pause signal and sends a message to the function module **184** with instructions to at least temporarily suspend performing the selected function. Function module **184** returns a message to controller **182** including the function identifier, when the selected function has been paused, and controller **182** sends a message to the user module **180** including the function identifier to give an indication to the user that the selected function is paused. User module **180** then updates the output device. In the

US 10,561,552 B2

13

14

illustrated embodiment, a visual display is updated. For example, a "pause" button is converted to a "resume" button after the function has been paused by replacing the word "pause" with the word "resume." Alternatively or in addition, the color of the button changes from a first color or shade to a second color or shade (such as from red to green).

At block 192, controller 182 checks the progress or status of the selected function by sending a message including a function identifier to function module 184. If the selected function has completed its operation, function module 184 returns a "completed" message to controller 182. Controller 182 then sends a message to user module 180 to instruct it to update its output to indicate that the selected function has completed its operation. User module 180 then updates its output relating to the selected function. For example, the "thermometer" described above may be completely filled in with a contrasting color or shade, or a text message may be updated from "In Progress" to "Completed". Alternatively or in addition, a "stop" button may be converted to a "start" button and the color or shade of the button may change from a first color or shade to a second color or shade (i.e. red to green), to visually indicate without using language that the function is ready to be selected again.

FIG. 4 illustrates a portion of a siderail 200 with a user module 204 mounted at an angle, creating a recess 208 from panel 202. Hardpanel controls are positioned on panel 202 adjacent user module 204. User module 204 includes a display 210 supported by a housing 212. Housing 212 is constructed of molded plastic or similarly suitable material. Housing 212 is coupled to siderail 200. Housing 212 may be molded in siderail 200 such that it is an integral part thereof. In other embodiments, such as shown in FIG. 31, housing 212 may be pivotably coupled to siderail 200 and/or entirely removable from siderail 200, to be used as a portable or handheld device, for example.

Display 210 includes a first dynamic region 214, a second dynamic region 216, a third dynamic region 218, a fourth dynamic region 220, touchscreen controls 222, 224, 226, 228, 230, 232, and 234, and a fifth dynamic region 236.

In the illustrated embodiment, first dynamic region 220 is an informational status area indicating the current status of alarms that have been set or enabled. Region 220 includes a title line ("Active Alarms"). Below the title line, information is displayed if one or more alarms have been set by the caregiver. If no alarms have been activated, the area under the title line appears "blank". If, as shown, the "out of bed" alarm is activated, a graphical icon indicative of a person standing next to a bed and a textual "out of bed" message is displayed in region 220. If, as shown, the "30 degree head angle" alarm is activated, a graphical icon indicative of a person lying on a bed with the head of bed elevated to 30 degrees and a textual "30 degree head angle" message is displayed in region 220. Other active alarms are similarly displayed.

Second dynamic region 220 is an informational status area indicating the current status of the bed. In the illustration, a horizontal text line is provided for each bed status indicator, and for each indicator, a textual description is followed by the current data value for that indicator set off in bold type, contrasting color, or the like. For example, as shown in FIG. 4, the text "Head Angle" is followed by the current actual value of the head of bed angle, displayed in degrees in bold type. Also, as shown, if the bed is connected to an external system or network (such as the NaviCare™ system), the same is indicated in region 220.

Third dynamic region 218 is an informational status area indicating the current surface status or status of available therapies, such as "Rotation," percussion and vibration ("P&V"), "Opti-Rest," airflow or "low air loss" ("L.A. L."), and "Surface" (pressure redistribution). In the illustration, a horizontal text line is provided for each therapy indicator, and for each indicator, a textual description is followed by the current data value for that indicator set off in bold type, contrasting color, or the like. For example, as shown, the text "Rotation" is followed by the current actual status of the rotation therapy ("Off"), displayed in bold type.

Dynamic region 220 includes a graphical representation of a patient positioned on a patient support including a surface, a patient positioned on the surface in the supine position, siderails, and a footboard. Portions of this graphical representation may become animated in response to activation or deactivation of certain functions, as described below. The illustration of region 220 shown in FIG. 4 represents the bed and patient graphic as displayed when neither the rotation nor the percussion and vibration therapies are active.

Touchscreen controls 222, 224, 226, 228, 230 are in the form of function tabs positioned along the lower portion of the display and include both a brief text description of the function and a graphical icon illustrative of the function that may be selected. Controls 232, 234 are generally used less frequently than controls 222, 224, 226, 228, 230 and are therefore positioned in another part of the display as shown. Each control corresponds to a main function or feature of the patient support. The user can quickly switch between functions or features by activating (e.g. by contact) the tab associated with the next desired function or feature. The currently active function tab is set off from the others by a contrasting color or shade. In the illustration, the "main menu" tab 222 is lighter in shade than the other tabs because the "main menu" screen is currently displayed. The title of the currently active screen is also displayed in textual form at region 236.

One or more hardpanel controls 206 may be configured as a "hotkey" or "hotbutton" to cause a change or result on the touchscreen display 204. For example, to conserve power, display 204 "times out" (backlighting is turned off) after a period of time. A first hardpanel control 206 is configured so that when depressed by a user, the backlighting of display 204 is turned back on to "reactivate" a display. As another example, there are certain bed movement functions that are automatically disabled based on certain conditions of the bed. For example, if the siderails are down, the bed may not be able to be moved into "chair" position and rotation therapy may be disabled when any of the siderails are down.

A second hardpanel control 206 is configured to automatically put the bed into the chair position. However, if the siderails are down, a pop-up window is displayed on the display 204 informing the user that the siderails need to be raised before the bed can go into chair position. In this way, hardpanel controls 206 may act as an input device 162 by being configured to send input to processor 160, and output device 164 may be configured to display output relating to input received from hardpanel controls 206 and processed by processor 160. Alternatively or in addition, with reference to FIG. 2, display 204 may be considered to be a first user module 58 and hardpanel controls 206 may be considered to be second user module 58, and the modules 204, 206 may communicate over a link 56.

FIG. 5 depicts a user interface 250 for a patient weighing function of a patient support. In general, a patient support may be configured to weigh a patient positioned thereon. Illustratively, the patient support may include a weigh frame

US 10,561,552 B2

15                                                          16

and a plurality of load beams or cells coupled to the weigh frame. In such event, a scale module **60** is provided. Scale module **60** receives signals from the load cells and determines a weight therefrom. Scale module **60** outputs a signal representative of the weight to a controller or network, to be displayed at the user module, transmitted to a remote device, or other purpose.

Interface **250** includes instructional text **252**, a graphical representation of a patient's weight history over time **254**, a non-text communicative element **256**, selective highlighting **258**, a "weigh patient" touchscreen control **260**, a "zero scale" touchscreen control **262**, an "adjust weight" touchscreen control **264**, a "kg/lbs" touchscreen control **266**, and a "view history" touchscreen control **268** for viewing the history of a patient's weight. Scale tab **270** is set off in contrasting coloring or shading to indicate that it is active as shown.

The instructional text **252** is dynamically updated according to functions or features selected by the user. The data area **258** is selectively set off with "highlighting," i.e. a perceptively different coloration or shading, such as bright yellow, to direct the user's attention in a non-textual way to the data presented therein. The communicative element **256** is shown as a "down arrow" to indicate in a way that does not involve language interpretation that the patient has lost weight during a period of measurement. The time period of measurement may be pre-selected or user-configurable. In the illustrated embodiment, the time period is shown as 24 hours.

The graphical representation **254** is, in the illustration, a line graph displaying the patient's weight over a period of time. The weigh patient button **260** is set off from the others by selective coloration, i.e. using a perceptively different color or shading to fill in the button. The functions and features of the controls **260**, **262**, **264**, **266**, **268** are described below.

It may be desirable to obtain a patient's weight in a variety of treatment and/or therapy circumstances. Certain protocols may require the patient's weight to be obtained before an automated bed function or therapy feature can be activated, such as such as automated pulmonary therapies including rotation and percussion and vibration.

FIG. **6** shows diagrammatically a progression of steps to perform the functions made accessible to the user by the Scale menu **250**, represented by scale block **280** in FIG. **6**. Selecting the weigh patient button **260** to obtain a patient's weight is represented by weigh patient block **282**.

At block **291**, the system checks the head angle of the patient support. If the head angle is already less than or equal to 30 degrees, the system proceeds to function block **292**. If the head angle is greater than thirty degrees, the system prompts the user to lower the head angle before proceeding. In some embodiments, an option may be provided to override the head angle check and proceed to weigh the patient even if the head angle is greater than or equal to thirty degrees.

At block **292**, the bed system allows the caregiver an amount of time to let go of the bed after selecting the function (i.e., so that contact with the bed does not affect the weight reading).

Also, if the system detects that the head angle is above 30 degrees and/or the deck is not in a flat position, a pop-up window is displayed to inform the user that more accurate results may be obtained if the head section of the bed is lowered below 30 degrees and the deck is in a flat position. The system allows the user time to lower the head section and/or reposition the bed.

Further, percussion and vibration therapy is active, the system will not allow the patient weight to be taken until the therapy is paused or stopped. In addition, if a patient is positioned on the patient support but not weighed after a period of time has elapsed, the system will inform the user by displaying a message and/or graphic on the display and give the user an option to weigh the patient, indicate that the bed is empty, or to set a reminder to be prompted again after a further period of time elapses.

After the time has expired, which may be represented on the display by a "countdown," or the user indicates it is "ok" to weigh the patient, or the system detects that the bed is in an appropriate condition or state to weigh the patient, the system proceeds to weigh the patient at block **294**. At block **296** the numerical value of the patient's weight is displayed, at which point the user may choose to accept the weight value at block **298**, re-weigh the patient at block **300** or cancel out of the weighing function at block **302**. If the patient's weight is accepted, the weight value is saved into memory and the display is updated at block **304**. If the re-weigh option is selected, the system returns to function block **292** to repeat the process. If the cancel option is selected, the system returns to the main scale block **280**.

Selecting the zero scale button **262** is represented by the zero scale block **284** of FIG. **6**. In general, zeroing the bed scale provides a baseline reading against which future weights can be compared. At block **310**, instructions for zeroing the scale are displayed. These instructions may include reminding the user that the bed should not be occupied and that standard linens and other items should be placed on the bed before zeroing. After the user indicates "ok" at block **312**, the system allows time to let go of the bed at block **316**, and then the system proceeds to zero the scale at block **320** and update the display with the zeroed information at block **322**. The user may decide to cancel the operation at block **314**, in which case the system returns to scale block **280**.

Scale module **60** also includes programming logic to detect when the patient support is equipped with a pulmonary therapy module, such as percussion and vibration or rotation therapy modules. As these modules add extra weight to the bed, scale module **60** automatically re-calculates the zero weight value if one or more of these modules is present.

After zeroing the bed scale, it may be desirable to have the patient support automatically adjust the patient's weight to take other items into consideration, such as additional support pillows, blankets, equipment, and the like that may be connected to the patient but which are not part of the patient support. In such case, scale module **60** may be configured to automatically adjust the patient's weight value to account for such items.

Selecting the adjust weight button **264** is represented by the adjust weight block **286**. As shown in FIG. **7** described below, the user may manually adjust the patient's weight by pressing plus or minus buttons **368**, **370**, at function block **324** of FIG. **6**.

An "automatic compensation" feature is also provided, as shown by region **364** and control **372** of FIG. **7**, at function block **326** of FIG. **6**. This feature allows the weigh scale to be customized for individual patient needs. When the "add/remove items" button **372** is selected, the system informs the user that it will weigh or re-weigh the patient before additional items can be added or removed. Such items may include therapy devices, IV poles, or other items that an individual patient may normally have with them on the bed and that may affect accurate weighing.

US 10,561,552 B2

17 18

Once the patient is weighed, the system prompts the user to add or remove those items to/from the bed and weighs the items at block **338**. The system then informs the user of the new weight including the items added or removed as shown in FIG. **8**. The user may opt to save the weight at block **340** by pressing button **374** in which case the display is updated to inform the user that such items will be discounted from the patient's weight in the future, thereby enabling a caregiver to obtain an accurate weight of the patient without having to add or remove the patient's items from the bed each time.

The "kg/lbs" function at block **288** allows the user to switch between methods of measurement, selecting either kilograms or pounds. The "view history" function at block **290** allows the user to view a graphical representation of the patient's weight values over time. The patient's weight history is displayed in the form of a bar graph or line graph, similar to FIGS. **28** and **29**, described below, at block **352**.

FIGS. **9** and **10** relate to alarm features of a patient support. FIG. **9** depicts a main user interface **410** from which a user may select an alarm option to configure. Main alarm screen **410** is represented by function block **440** of FIG. **10**. In the illustration of FIG. **9**, the alarms function tab **412** is offset by a contrasting color or shade from the other function tabs to indicate nontextually that the alarms screen **410** is active.

In the illustration, alarms that may be configured include a bed exit alarm **412**, a head angle alarm **444**, and work flow (illustratively: NaviCare™) alerts **446**. Additional alarms may be added or may be substituted in place of one of these alarm features by upgrade module **78**. Bed exit alarm **412** may be set to activate an alarm or alert if the system detects a patient exiting the bed. The alarm may alternatively or in addition activate an alarm if a patient is sitting up in bed, on the edge of the bed, or already out of the bed. Head angle alarm **444** may be set to detect when the head of bed angle is above or below a certain value or range of values, and generate a notification when the condition is met.

The alarm screen **410** of FIG. **9** includes a brief textual instruction **414**, a first display and input region **416**, a second display and input region **418**, a third display and input region **420**, and a "view history" user control. First display and input region **414** is set off from the other areas of screen **410** by highlighting or selective coloration, as are regions **418** and **420**. Each of regions **416**, **418**, **420** includes a data/status region **422**, **424**, **426** in which current data relating to the alarm feature is displayed.

For example, in the bed exit alarm region **416**, the word "off" is displayed when the bed exit alarm has not been activated. If the alarm is activated, the word "on" is displayed, and a graphical representation of a person exiting a bed may also be displayed. In the head angle alarm region **418**, the word "on" is displayed when the head angle alarm has been set or enabled and a graphical depiction is also used to communicate that information without use of words. The numerical value of a head angle currently associated with an alarm (e.g., 30 degrees) is also displayed. In region **426**, the current status of the work flow alerts (i.e., "active") is displayed in text form but also could be depicted graphically.

Each of regions **414**, **418**, **420** also includes a touchscreen control **428**, **430**, **432**, respectively, to modify or change parameters associated with the alarm or in the case of region **426**, to pause or at least temporarily suspend the alerts. Referring to FIG. **10**, activation of the "modify" or "change" function **450**, **458** results in discrete choices being displayed for selection by the user (blocks **452**, **460**). For example, if modify button **430** is activated to configure a head of bed

angle alarm, the discrete choices may relate to the numerical value or range of values of the angle associated with the alarm, such as 30 degrees, 45 degrees, less than 30 degrees, greater than 30 degrees, greater than 45 degrees, etc. If modify button **428** is activated to configure a bed exit alarm, the discrete choices may include out of bed, edge of bed, sitting up in bed, and the like.

The NaviCare™ system and other similar systems connect and monitor powered beds, patient supports and surfaces by sending bed and surface data to network applications for caregivers to view and receive alerts at a nurse's station. The work flow alerts feature **420** of the patient support enables a caregiver or other user to pause or at least temporarily suspend the work flow alerts directly at the bedside of the patient. As an example, if the user activates the work flow alerts by pressing alerts button **432**, then status information from the patient support will be communicated to the nurse's station over a network through the work flow or bed status system. For instance, if the head of bed angle is lowered below 30 degrees, an alert may be generated and sent to the nurse's station. It may be desirable to a caregiver to be able to temporarily suspend the sending of these types of messages to a nurse's station, for example while a patient is receiving a treatment, diagnostic test, is exiting the bed for therapy or other reasons, or the like. Pressing the pause alerts button **432** may thereby enable a caregiver to eliminate unnecessary nurse calls due to changes in the bed's status that are part of the patient's normal routine, for example. As a result of feature **420**, the caregiver does not need to exit the patient's room to turn off or disable the alerts at a nurse's station. Instead, the caregiver can pause the alerts right from the patient's bedside.

Alarms module **62** includes programming logic to automatically detect whether the bed position, status or conditions are appropriate before activating a selected alarm. For example, if the actual head of bed angle is lower than about 30 degrees, alarms module **62** will prompt the user to raise the head section of the bed before the head of bed angle alarm can be set. Alarms module **62** continues to monitor the bed position, status and conditions after an alarm is set and/or while another bed function, feature or therapy is in progress. For instance, an automated rotation therapy may be stopped or at least temporarily suspended if the head of bed angle is above about 40 degrees and/or the foot of bed angle is below about 30 degrees. In addition, if a user desires to start an automated rotation therapy while an automated percussion and vibration therapy is already active, the system will display a pop-up window prompting the user to decide whether to continue and may at least temporarily pause the percussion and vibration therapy. Likewise, if a user desires to start an automated percussion and vibration therapy while an automated rotation therapy is already running, the system will display a pop-up window prompting the user to decide whether to start the percussion and vibration therapy and may at least temporarily pause the rotation therapy.

In these and similar cases, alarms module **62** will issue pop-up windows containing alert messages and/or graphics to communicate with the user. Alarms module **62** includes programming logic configured to color-code messages according to severity or type of message. For example, a message that is printed in a first color (such as blue) or presented against a first background color (e.g. blue) may be primarily informational in nature. A message that is displayed in a second color (such as yellow) or displayed against a second (e.g. yellow) background color may indicate a possible safety issue or indicate a possible bed

US 10,561,552 B2

19

limitation or unsafe condition relating to the patient support. A message that is printed in a third color (such as orange) or displayed against a third (e.g. orange) background color may indicate a safety issue relating to the patient.

Steps associated with the view history button **434** are depicted in FIG. **10** beginning with block **448**. Examples of alarm history reports are shown in FIGS. **28-30**. The reports may be configured by the user at the select view block **468**, in which the date range, time of day, and duration scales may be adjusted (i.e. the "x" axis and "y" axis). The patient's history data is displayed according to the selected view criteria at block **470** in the form of a bar graph or line graph. While viewing the graph of the data, the user may modify the view parameters at block **472**, at which point the system displays the choices of parameters that can be modified at block **474**, urges the user to make a selection at block **476** and updates the display according to the modified selections at block **478**.

FIG. **11** depicts a main screen **490** for configuring surfaces related features and functions of a patient support. As described above, function tab **492** is offset by contrasting color or shading to indicate nonverbally that the surfaces screen is active. Also as described above, a brief instructional text **494** is provided, main function or feature areas or control regions **496, 498, 500, 502** are offset from each other by selective coloration or highlighting, and touchscreen controls **504, 506, 508, 510, 512** are provided in each control region. Text and graphical icons are provided to quickly direct the user's attention to the desired function.

Functions configurable by surface screen **490** are shown in FIG. **12** and include maximum inflation **522**, opti-rest **524**, turning assistance—patient right **526**, turning assistance—patient left **528**, seat deflate **530**, reminder **532** and low air loss **534**.

For example, a graphical representation of a person positioned on a maximum-inflated surface is associated with the max-inflate control region **496** and a downwardly pointing arrow above the seat section is associated with the seat deflate feature **510**. In general, the automated max-inflate module **522** may be activated to help facilitate changing a patient's position on the support surface or transfer of the patient to another surface (such as a stretcher or operating room table).

With regard to the turning assistance features **506, 508**, the feature is configured with reference to the patient, i.e., "patient right" and "patient left". In general, the automated turning assistance modules **526, 528** may help facilitate linen changes or wound inspection by facilitating rotation of a patient onto his or her side. Graphical representations aid the caregiver in quickly determining which of the controls **506, 508** is associated with each side of the patient. The clear and succinct indication of the point of reference may help reduce potential confusion and resulting mistakes.

Selective coloration may also be used in the user controls. For example, the "start opti-rest" control **512** is filled in with a first suggestive color, i.e., green for "go". If the button **512** is activated, the text changes to "stop opti-rest" and the filling changes to a second suggestive color, i.e. red for "stop". In general, activation of the "opti-rest" module **524** causes the patient support surface to automatically repeat a cycle of varying the pressure underneath a patient's chest, seat and thighs, producing a wave-like motion.

In general, seat-deflate module **530** includes programming logic to selectively deflate the seat section of the patient support surface, to help facilitate side ingress and egress or for other reasons. Low air loss module **534**

20

generally includes programming logic to provide air circulation underneath a patient positioned on the patient support.

The "remind me" button **514** enables configuration of a caregiver reminder feature of the patient support, wherein a caregiver may schedule the patient support system to issue a reminder to the caregiver to activate or deactivate a therapy or other bed or mattress function or feature. For example, a reminder may be configured to remind the user to repeat a therapy function (such as weighting a patient, performing turning assistance, or performing an automated pulmonary therapy) after a period of time that may be pre-defined or selected on the fly by the user, or to remind the user to repeat, start or stop a function, feature or therapy before or after a certain amount of time has elapsed (as may be desirable in the case of percussion and vibration therapy). Such a reminder may be sent by the bed through a network to a wireless communication device (e.g., PDA, Vocera badge, wireless telephone handset or the like, carryable by a caregiver, as described in U.S. Patent Application Publication No. 2006-0049936 A1, incorporated herein by this reference).

FIG. **13** shows a screen **540** for configuring a reminder to the caregiver if the turning assistance operation has been stopped for a defined period of time. Such a reminder may be desirable to remind the caregiver that it is now time to activate turning assistance again. A brief textual instruction **550** relating to the active function **544** is provided and may change as the active function changes.

Screen **540** shows locked-out functions, i.e., functions that are not currently available to be configured, in reverse highlighting or "grayed out" mode **546**. The remind me button **544** is activated and is shown filled in with a contrasting color in comparison to FIG. **11**. A pop-up area **548** includes "one touch" selection buttons that allow the user to quickly select the period of time after which the reminder should be generated by only requiring a single action of the user: pressing or contacting one of the available buttons. Pressing in the grayed out area outside of region **548** does not result in any action or response by the patient support system. In addition, only one of the selection buttons in region **548** can be activated at a time. The screen **540** is thereby designed to reduce the risk of error due to confusion or unintentional or accidental button pressing by the user.

Similar screens are used to facilitate user configuration of other types of reminders. Reminders may be set in a like manner for rotation, percussion and vibration, turning assistance, and/or other therapies, features or functions of the patient support. A visual display of the time remaining until the next reminder may be presented, as shown by countdown area **672** of FIG. **16**. If the reminder feature is in progress, and a user then starts a therapy, then the reminder countdown will automatically be stopped while the therapy is in progress, and the clock will reset and restart the countdown after the therapy is stopped or completed. When the reminder clock finishes its countdown and issues the reminder, the user may have the option to reset the reminder clock.

In the illustrated embodiment, a user can select a discrete amount of time to elapse after completion of a therapy after which a reminder will issue. For rotation therapy, the available reminder time choices may include 10, 20, 30 and 40 minutes. For percussion and vibration therapy, the reminder time choices may include 1, 2, 4, 5, and 6 minutes. For turn assist, the reminder time choices may include 30, 60, 90, and 120 minutes. After the desired reminder time is selected, the countdown clock **672** is displayed.

US 10,561,552 B2

21

FIGS. **14** and **15** relate to operation of therapy functions of a patient support. FIG. **14** illustrates a user interface for selecting a therapy function and FIG. **15** is a diagram of steps performed in the operation of the functions. Main therapy screen **560** is similar to other main screens described above, in that the therapy function tab **562** is displayed in a contrasting color relative to the other function tabs to visually indicate that the therapy screen is active, and additionally, the "Therapy" title appears at the top of the screen. Screen **560** includes a first control region **564** and a second control region **566**. Additional control regions may be added in area **584** or control regions **564**, **566** may be replaced by other control regions, as new or upgraded therapies are loaded or added to the system, for example by upgrade module **78**. Each of the control regions is set off from the others by selective highlighting, shading or coloration for ease of use.

Control region **564** includes textual and graphical elements to communicate to the user that the region is associated with rotation therapy. Textual elements include the button **568** titled "rotation". Graphical elements include an arrow **572** extending laterally across a graphical depiction of a patient **574** positioned on a patient support. The tail of arrow **572** is curved or arced to suggest movement in the direction of the arrow head. When the patient is rotated in the opposite direction, the direction of the curved arrow is reversed.

Control region **566** includes the function description "percussion and vibration" label on the user control **570** and graphical elements including a patient body **576** supinely positioned on a support surface **582**, siderails **578** in the "up" position, and percussion and vibration elements **580** located on the surface **582** adjacent the shoulders and hands of the body **576**. In general, elements **580** have the appearance of concentric circular ripples.

Buttons **568**, **570** are touchscreen controls in the illustrated embodiment. Button **568** is represented in FIG. **15** as rotation function block **592**. When button **568** is activated, a main rotation screen **640**, such as shown in FIG. **16**, is displayed. Screen **640** provides options to the user including selecting or configuring rotation settings **596**, configuring or activating a reminder **598**, and viewing rotation history **600**.

Referring to FIG. **16**, the configurable rotation settings are set off from the rest of the display screen **640** by highlighting, shading or coloration of control region **644** relative to the rest of the display screen **640**. Control region **644** includes a plurality of touchscreen controls **650**, **652**, **654**, **656**, **658**, **662**. These controls are designed as "one touch" controls as described above, such that after a control is selected for configuring, only one touch is required by the caregiver to select the appropriate value for the control.

This is illustrated in FIG. **17**, wherein the "patient right" button **684** is indicated by selective coloration as being selected. Selection of button **684** results in pop-up area **688** being displayed. The user may select only one of the available buttons **690** at a time. Once a button **690** is selected, the pop-up disappears and the selected button value is displayed at button **684** (i.e., if the user selects "80%", the value "80%" would replace the "100%" previously displayed at button **684**). These and other similarly configured buttons on the user module effectively act as both an input device and output device, because the new value selected by the user is subsequently displayed on the selection button itself. This type of "one touch" rotation selection allows for faster adjustments by a caregiver than prior art systems in which a caregiver must press and hold a button (pr press the button multiple times) while the rotation amount scrolls

22

numerically up or down, or in which a dial is turned or lever moved or a graphical icon is moved via touching and dragging from the prior setting to the new setting.

In FIG. **16**, a user may select a preset condition via touchscreen control **650**. The preset conditions include predefined rotation settings, for example: "minimum" at 8 cycles per hour (cyc/hr), 50% turn; "moderate" at 10 cyc/hr, 70% turn; or "full" at 12 cyc/hr, 100% turn. Alternatively, the user may select "custom" via control **650**, in which case buttons **652**, **654**, **656**, **658**, **662** become enabled, thereby allowing the user to more specifically configure the rotation settings. Turn percentage buttons **652**, **654** enable the user to select an amount of turn to the right or left. Right pause **656**, center pause **658**, and left pause **662** enable the user to select an amount of time to pause or hold the patient in the right side-lying, centered, and left side-lying positions before proceeding to the next position. A graphical indicator, such as triangle **674**, positioned on a control button, may be used to indicate that the element is configurable. For example, pressing a button that has an indicator **674** results in a pop-up display of selectable choices. If a "preset" configuration is selected, the "custom" controls are disabled or grayed out.

While a rotation setting is being configured, other functions available on screen **680** are disabled. This is indicated to the user by reverse highlighting or "gray" shading as shown at region **686** of screen **680**.

Region **644** of FIG. **16** also includes graphic elements **646**, **648**, which are displayed from the patient's reference point. For example, element **646** appears tilted toward the left side of the user interface from the perspective of a person viewing the screen **640**, but corresponds to how a patient rotated to the patient's right side would appear from the perspective of a caregiver located at the foot end of the bed. Element **648** is similarly configured to represent rotation to the patient's left side.

Region **644** also includes a numerical value **660**, which represents the number of cycles per hour that correspond to the number of minutes of rotation selected by the caregiver at button **658**. When the user selects a new setting at button **658**, the numerical value **660** is automatically calculated and updated.

Screen **640** also includes a textual instruction **642** that is updated as the user selects different functions on the screen, a back button **664** to return the user to the previously selected function, a therapy history button **666** corresponding to function block **600** to enable the user to view a history of rotation therapy applied to the patient, and a reminder button **668** corresponding to function block **598** of FIG. **15**. Also included on screen **640** is a "start" button **670**, which, when activated, starts the operation of the rotation therapy according to the user selected parameters. Prior to activation, button **670** is filled in with a first suggestive color (e.g., green for "go"). When the rotation therapy is in progress, button **670** converts to a "stop" button filled in with a second suggestive color (e.g., red for "stop"), as shown in FIG. **19**.

Referring to FIG. **15**, once the user configures the rotation settings at block **596**, the system automatically checks whether the siderails are up or down (e.g., via siderail module **74**) at block **602**. If any of the siderails are down, the user will be prompted via an appropriate message on the display screen to raise them before rotation therapy can start. The system also automatically checks whether the seat deflate feature is active, at function block **603**. If seat deflate is active, the user will be prompted to deactivate the seat deflate feature before rotation therapy can start.

US 10,561,552 B2

23                                                             24

The user may then be prompted to decide whether to use rotation training as shown in FIG. **18**. Rotation "training" may be used to gradually introduce the patient to the rotation therapy. In the illustrated embodiment, rotation will begin at half the maximum turn degree and gradually increase over time to acclimate the patient.

In general, rotation therapy may be at least temporarily suspended or paused when any siderail is lowered, when head of bed angle is raised higher than about 40 degrees, when foot of bead angle is lowered more than about 30 degrees, when the patient support is in or moving into or attempted to be moved into the chair position, if percussion and vibration, max-inflate, or turning assistance is activated, or if CPR is activated, or for other reasons.

When the rotation parameters are set, rotation therapy is started as indicated at block **604**. The user display is updated as shown in FIG. **19** once the rotation therapy is in progress. Rotation status display screen **700** displays the current rotation settings in region **702**, which is set off from the rest of screen **700** by highlighting, shading or coloration, and button **704** is modified to enable the user to stop the therapy as described above.

FIG. **20** illustrates a main menu screen as updated at block **606**, while rotation therapy is in operation. Screen **710** is similar to the main menu screens previously described, except that portions of the patient and bed graphic **744** are animated to simulate rotational movement of the support surface and patient that occurs when rotation therapy is in operation. Also, a thermometer-style status bar **712** indicates the amount of progress completed for the rotation therapy. Status bar **712** is set off from other parts of the screen **710** by selective coloration, highlighting or shading **740**. In addition, a "pause" button **742** is provided to allow the user to at least temporarily suspend the therapy in progress. The button is generally made conspicuous (e.g., larger size, centrally located) for easy access by the caregiver.

Graphic **744** includes animated graphical elements that dynamically change the display to simulate rotation of the surface and patient when rotation therapy is activated. In particular, the surface **724** is shown as rising on one side of the patient thereby "elevating" the corresponding shoulder **716** and leg **720** of the patient, in the graphical depiction. The graphical depiction of the surface and patient continue to dynamically change in an animated fashion as a side of the support surface and patient graphical elements rises and rotates. For instance, the patient's head **714**, arm **718** and leg **722** become animated to indicate rotation in the reverse direction.

Arrow graphical element **736** is also animated to indicate motion in the direction of the arrow head **738**. Coloring or shading of the arrow body is configured to convey a sense of motion in the direction of the arrow head **738** as well. For instance, the arrow tail is filled with a lighter shade and the arrow is gradually darkened toward the arrow head **738**. These animated features communicate patient support therapy information to caregivers in a manner that is easy to view, simple to understand, and not hindered by any language barriers or translation issues.

While in rotation therapy, the user may pause the therapy by pressing button **742**. In general, when a therapy is paused, another bed function may be activated, such as another therapy, the weigh scale, or other function or feature of the bed or mattress. If pause button **742** is activated, the animation of graphical element **744** also pauses and "moving arrow" **736**, **738** is not displayed during the pause, as shown in FIG. **21**. Also shown in screen **750** is that the status thermometer **712** is shown in reverse highlighting or

"grayed out" mode **754** when the therapy is paused. A textual indicator that the therapy is "paused" is also provided. In addition, button **752** is converted from a "pause" button to a "resume" button.

Alternatively or in addition to the animated graphics, the user interface may display a visual message such as "In Progress" to indicate that a therapy is in progress.

In general, the system will also automatically temporarily pause an in-progress rotation therapy if the user activates a percussion and vibration therapy while rotation therapy is running, and then will resume the rotation therapy so that both rotation and percussion and vibration therapies can be in operation at the same time. If a percussion and vibration therapy is in progress, however, a new rotation therapy may be started without pausing the percussion and vibration therapy. In general, multiple therapies, such as rotation, percussion and vibration, and surface therapies, may be requested. When multiple therapies are in operation at the same time, each therapy type may be paused or stopped without affecting the other ongoing therapies.

FIGS. **22-26** relate to an automated percussion and vibration therapy of a patient support, and FIG. **15** illustrates steps performed in configuring a percussion and vibration therapy. Screen **760** of FIG. **22** is displayed when a percussion and vibration therapy is not already in progress. The user may configure the settings for percussion and vibration therapy via controls **768**, **770**, **772**, **774**, **776**, **778**, **789**, **784**, **786**, **788**, **792**. These controls are "one touch" controls as shown in FIGS. **23** and **24** and described above with reference to the rotation therapy configuration screens.

As shown in FIG. **22**, an option is presented to the user to select a predetermined percussion and vibration therapy setting using touchscreen control **768**. Activating control **768** enables the user to select from a plurality of discrete preset choices, such as "low" at 4 bps (beats per second) and duration of 10 minutes; "medium" at 5 bps and 10 minutes duration; "high" at 5 bps and 15 minutes duration. To use the customized settings, "custom" is selected at control **768**, in which case touchscreen controls **770**, **776**, **772**, **778**, **774**, **780** become enabled. If "preset" configuration is selected, the "custom" controls are disabled or grayed out.

Intensity may be customized for percussion and vibration by using controls **770**, **776**. Discrete choices for each control **770**, **776**, such as "low", "medium", and "high" are displayed and one of the choices may be selected by the user for each control **770**, **776**. For percussion frequency button **772**, the discrete choices include 1 to 5 beats per second, for example. For vibration frequency button **778**, the discrete choices include 5 to 25 beats per second, in 5 bps increments, for example. For duration buttons **774**, **780**, the choices include a range of values between and including 1 to 30 minutes, for example. In one embodiment, a minimum duration of about 3 minutes is required for therapy history statistics to be captured.

Patient position for percussion and vibration therapy is selectable by activating modify control **784**. Discrete choices for position control **782** include patient's right side **816**, patient's left side **820**, centered **818**, or rotation **814**, as shown in FIG. **24**. If right side **816** or left side **820** is selected, then the amount of turning (i.e. percentage) is selected for automated turning assistance to that side. If rotation is selected, then the rotation settings are configured as described above with reference to FIG. **16**. If the user selects OK at control **830**, then the position selected is displayed at control **782** of FIG. **22**.

The user may initiate operation of the therapy via control **788**. Prior to starting the percussion and vibration therapy,

US 10,561,552 B2

25                                                                  26

the patient support system checks the siderails at function block **620** and checks the head of bed angle at function block **622**. If one or more of the siderails is down or the head of bed angle is above an acceptable range (e.g. above 40 degrees), the system prompts the user via an appropriate message on the display screen to make the appropriate adjustments to the patient support before the therapy can be started.

When the percussion and vibration therapy is started, the user interface display is updated at function block **626** to activate the animated features of the graphical user interface, as shown in FIG. **26**. When percussion and vibration therapy is running, the portions of graphical element **842** of screen **840** become animated to simulate the percussion and vibration motion experienced by the patient positioned on the patient support. This is accomplished by providing animated elements **844**, **846**, **848**, **850**. These elements are "active" concentric circular ripples that appear as though they are vibrating through the use of animation. A thermometer-like status bar **852** is also provided in a highlighted region **854** to communicate the status of the therapy to the user. A pause button **856** is also provided and operates in like fashion to similar buttons described above.

If both rotation therapy and percussion and vibration therapy are in operation at the same time, then the rotation therapy animations (i.e., "turning" patient and "moving" arrow) and the percussion and vibration animations (i.e., "vibrating" ripples) are active.

FIG. **27** illustrates a patient history reports screen **860**, which gives the user access to historical data about the patient, the patient support, and features, functions, and therapies provided by the patient support. Available historical data includes data relating to the patient's weight **872**, the length of time the patient support is in the chair position **874**, the history of vibration therapy performed **876**, the history of active bed exit alarms **878**, the history of rotation therapy performed **880**, the history of "opti-rest" or pressure redistribution or other surface therapies performed **882**, the history of active head of bed angle alarms **886**, and the history of percussion and vibration therapy performed **888**. A graphical icon **884** sets off the alarm history features from the other available options for easy identification by the user as indicated by legend **870**. A graphical element **864** is used in conjunction with the textual screen title **862** to orient the user with the screen.

FIGS. **28-30** illustrate historical data graphs for bed exit alarm history and head of bed angle history as described above. Selective coloration is used to indicate to the user the time periods of active alarms, as shown. For example, in FIG. **28**, the relatively darker areas of the graph **904**, **908** indicate time periods in which the bed exit alarm is enabled or set, while the relative lighter shaded areas **892** indicate time periods in which the bed exit alarm is turned off. In FIG. **29**, the darker shaded areas **936** indicate time periods when the head of bed angle alarm is enabled or set. In other embodiments, such historical information may be provided in a tabular form or another graphical form, or other suitable format as may be considered desirable by the user.

In general, the user may customize the "x" and "y" axes of the graphs of FIGS. **28-30**. For example, the "y" axis **894**, **924** indicates the time period during the day and may be extended up to 24 hours or shortened to a shorter period within the day. The "x" axis **896**, **926** shows the days in the date range monitored. The "duration" **898**, **928** is an automatically calculated value representing the amount of time the particular alarm was enabled or set for each day shown in the graph. For example, referring to FIG. **28**, on 10/11/06

the bed exit alarm was set for a total of 12 hours and 19 minutes on that day. The duration feature enables a caregiver to quickly spot days that may have been out of the ordinary in terms of the duration of alarms set. The caregiver can then go directly to the bed exit alarm configuration screen (e.g. FIG. **9**) to reconfigure the alarm settings, via control **900**.

In the head angle history graph of FIGS. **29** and **30**, touchscreen control **930** enables the user to change the current view, while control **932** displays the current view (e.g., times and durations of monitoring the head of bed angle and the head of bed angle was above 30 degrees). Pressing the modify view button **930** presents discrete choices 956, such as above 30 degrees, above 45 degrees, and the like, at control **954**. Control **954** also provides the user with an option to view the alarm history, i.e., the history of occurrences of the head of bed angle actually having been triggered or activated by the head of bed angle going below the preset alarm condition. An alarm history graphical report representing the history of activated alarms may then be viewed.

FIG. **31** illustrates an embodiment of a patient support **970** including multiple user modules **1016**, **1018** and multiple user module mounting regions **1002**, **1004**, **1006**, **1008**, **1012**. Patient support **970** has a head end **972** and a foot end **974**, a base **976**, frame **978** supported above the base **976** by a lift mechanism **982**, a deck **980**, wheels or casters **984**, **986**, a mattress **988**, a head of bed angle sensor **990** coupled to mattress **988**, and perimeter barriers **992**, **994**, **996**, **998**, **1000**, **1002**. User module docking regions **1004**, **1006**, **1008**, **1010**, **1012** are provided in the barriers as shown. A user module mounting bracket such as element **1014** may be provided to fixedly, pivotably, or releasably secure a user module within or to a mounting region. User interfaces **1016**, **1018** are generally configured with graphical, textual, and touchscreen elements as described above.

In such embodiments, any one of the multiple user modules may be used to operate the patient support or features thereof. Each of the user interfaces of the multiple user modules are synchronized to provide the same display and data substantially at the same time. In one embodiment, if a user on the right side of the patient support pushes a button while the user on the left side is doing something, the system treats each button activation in sequential order. This makes the workflow "interruptible" by any user module.

Two users can also work together to complete an operation such as weighing a patient. For example, a first user presses the scale control of a user interface of a first user module to activate the patient weighing feature. The first user then holds IV lines or other items or equipment away from the bed surface, while a second user presses the "weigh patient" button and reads or records the patient's weight.

FIG. **32** is a simplified block diagram of one embodiment of a multiple user module system including a patient support **1030**, a controller **1038**, and a plurality of user modules **1032**, **1034**, **1036**, which are operably coupled to patient support by mechanical and/or electrical links **1042**, **1044**, **1046** and are electrically coupled controller **1038** via links **1048**, **1050**, **1052**, respectively. Controller **1038** includes synchronization logic **1040** stored in a memory and executable by a processor to synchronize the activities and the displays of the multiple user modules so that when an action is taken at one user module, the displays of the other user modules are automatically updated. Controller **1038** receives input signals from a first user module **1032**, a second user module **1034**, and a third user module **1036**, or any number of user modules. Such signals are time-stamped

US 10,561,552 B2

27
28

and controller **1038** applies synchronization logic to process the signals in sequential order and update the output to the displays as needed.

FIG. **33** is a simplified block diagram of another embodiment of a multiple user interface system including a patient support **1060**, a network **1062**, a plurality of user modules **1064**, **1066**, **1068**, and a controller **1070**. Each of patient support **1060**, controller **1070**, and user modules **1064**, **1066**, **1068** are operably coupled to communication network **1062** by communication links **1072**, **1074**, **1076**, **1078**, **1080**.

In this embodiment, the user modules receive input signals from the user via a touchscreen control or other input device. The input signals are converted by programming logic stored at the module to a network-readable format and sent over the network **1062**. The other user modules and the controller **1070** receive the network message. The other user modules acknowledge the message and update their displays as needed. Controller **1070** monitors the network, forwards the message to the appropriate function module **1082**, **1084** to perform the requested bed or mattress function, checks for acknowledgement messages confirming that the function has been performed, converts acknowledgement messages to network-readable messages and sends the acknowledgement messages to the user modules over the network. The user modules each receive the acknowledgment messages and update their displays as appropriate. The user modules may each send a reply message to the controller so that the controller knows that each user module has been updated.

The network **1062** may include peer-to-peer connections (for example, as between the user modules and the controller or between the function modules and the controller), master/slave connections, or a combination of peer-to-peer and master-slave connections. An example of a master/slave configuration is a function module that receives input that originates from an analog device, such as a load cell, angle sensor, pressure sensor, position sensor, or the like. For example, a scale module for obtaining patient weight is connected to load cell modules in a master/slave configuration where the load cell modules are the "slaves" because they only communicate with the scale function module.

FIG. **34** is a bottom-end perspective view of an exemplary user module **1090**.

User module **1090** includes a housing **1092** having a top end **1096** and a bottom end **1098**. A data/communication port **1100** is located in the bottom end **1098** (although it could be located elsewhere on the user module). Data/communication port **1100** may include a standardized electrical connector **1102**, such as a Universal Serial Bus (USB) port, memory card slot, memory stick reader, or similar connector. Connector **1102** enables a peripheral device, storage media, remote computer, or other computing devices, such as portable memory card readers, laptops, or printers, to be connected to the user module **1090** at port **1100**.

A memory card (such as SD, MMC, CompactFlash, or the like) or portable memory card reader or other computing device may be directly inserted into or connected to the port **1100** at connector **1102**. User module **1090** includes programming logic configured to recognize the existence of a connection at connector **1102**, indicate the connection on the display, and display prompts to enable a service technician or other authorized person to perform functions at the user module relating to the connected device or media. For example, software fixes, upgrades or new releases to the user module or modules may be performed, or software fixes, upgrades, or new releases for a bed or mattress function module may be received at the port **1100** and then trans-

mitted to the appropriate function module by the user module over a bed or mattress network. In addition, if a new user module or function module is added to the bed or mattress system, or an existing module is being replaced, software configured for the new module may be uploaded to the system via port **1100**.

FIG. **35** illustrates an embodiment of a patient support apparatus **1200**, which is a powered hospital bed configurable to assume a plurality of different positions, including a horizontal or flat position (shown), a chair position, positions intermediate the horizontal and chair positions, Trendelenburg and reverse Trendelenburg and hi-low positions. Bed **1200** has a bed frame including a base **1202**, an intermediate frame **1204**, a weigh frame **1206** and a deck **1208**. Deck **1208** includes an articulatable head section and an articulatable foot section. Intermediate frame **1204** is supported above base **1202** by lift or articulation arms **1210**, **121**, and thereby has an adjustable height. Frame **1204** has a retractable and extendable foot section **1238**, which includes an automated mechanism for shortening and lengthening the foot section **1238**. The length of foot section **1238** may be adjustable to customize the length of the sleep surface for a patient. Alternatively or in addition, the length may be automatically adjusted to facilitate moving bed **1200** into and out of a chair position, i.e., automatically shortened as bed **1200** moves into a chair position and automatically lengthened as bed **1200** moves from the chair position into one of the bed positions.

A support surface **1230** is supported by deck **1208**. In the illustrated embodiment, surface **1230** includes a plurality of inflatable bladders, however, surface **1230** may include other types of support members such as foam, three-dimensional material, and the like, and may include additional elements to be configured as a treatment surface (e.g. including pressure reduction and/or low airloss features) or therapy surface (e.g. including pulmonary features such as rotation or percussion and vibration). Additionally, surface **1230** may be usable with patients weighing up to or over 500 pounds. Further, surface **1230** generally has resilient, retractable/extendable, or length-adjustable members (such as specially cut foam or deflatable bladders) in the foot section to cooperate with the length-adjustable foot section **1238**.

Head end siderails **1264**, **1266** are positioned adjacent the lateral sides of the head section. Intermediate siderails **1268**, **170** are also positioned adjacent the lateral sides of the bed and are longitudinally spaced from head end siderails **1264**, **1266** as shown. A removable headboard **1218** and removable footboard **1232** are positioned adjacent the head end and foot end, respectively, of bed **1200**.

Bed **1200** also includes one or more transport handles **1214**, which are configured to enable bed **1200** to be maneuvered or transported manually or with the assistance of a powered transport system **1248**, such as the IntelliDrive® transport system sold by the Hill-Rom Company.

Each of siderails **1264**, **1266**, **1268**, **1270** includes an outer panel facing outwardly away from the surface **1230** and an inner panel facing inwardly toward the surface **1230**, wherein the inner panel may generally be configured to be accessible to a person positioned on the surface **1230** and the outer panel may be generally configured to be accessible to a user or caregiver not located on the surface **1230**.

A head of bed angle indicator **1216** provides a visual cue indicative of the current angle of the head section of bed **1200**. Indicator **1216** is located on an outer panel of head section siderail **1266** in the illustrated embodiment. Similarly, a Trendelenburg angle indicator **1220** provides a visual cue indicative of the current Trendelenburg angle of the bed

US 10,561,552 B2

29 30

1200. Indicator 1220 is located on an outer panel of intermediate siderail 1270 in the illustrated embodiment.

A speaker 1222 is located on the inner panel of head end siderail 1264 in the illustrated embodiment. Speaker 1222 is operably connected to a nurse call system and/or to a patient entertainment system. A patient control panel 1228 is located on the inner panel of intermediate siderail 1268 in the illustrated embodiment and includes buttons, switches, or controls to enable the patient to adjust a position, function or feature of the bed 1200, such as to raise the head section or call a nurse.

Outer panel of head end siderail 1266 also includes a bed hi-low control 1258, which includes buttons or switches to raise and lower the frame 1204 relative to the base 1202. Outer panel of intermediate siderail 1270 also includes siderail controls 1224 and a graphical user interface or graphical caregiver interface (GCI) 1226. In general, siderail controls 1224 include hardpanel electromechanical switches while GCI 1226 includes a dynamic display with touchscreen controls as described above. GCI 1226 is may be pivotably coupled to siderail 1270 as previously described.

In the illustrated embodiment, the inner and outer panels of head end siderails 1264, 1266 are substantially identical and are provided with the same features and functions, and the inner and outer panels of intermediate siderails 1268, 1270 are substantially identical and are provided with the same features and functions, so that a patient or caregiver can access the controls from either side of the bed; however, this need not be the case.

Other features of bed 1200 may include equipment electrical sockets 1234, one or more bumpers or wall guards 1236, drainage bag holders 1240, one or more accessory outlets 1242, casters 1244 (single or dual wheel), foot pedal 1246, emergency Trend or CPR lever 1246, brake and steering system 1252, siderail release mechanisms 1254 (on each siderail), one or more IV poles 1256, and/or patient helper 1260, which includes a trapeze 1262. Additional details of the above-described features and functions of bed 1200 are further described in U.S. Provisional Patent Application Ser. No. 60/982,300, filed Oct. 24, 2007, incorporated herein by reference.

A simplified schematic of an electrical system for bed 1200 is shown in FIGS. 36A-36D. Electrical system 1300 includes base frame components and circuitry 1302, intermediate frame components and circuitry 1304, weigh frame components and circuitry 1306, left and right head siderail components and circuitry 1308, 1310, and left and right intermediate siderail components and circuitry 1312, 1314. Base frame components and circuitry 1302 are coupled to base frame 1202, intermediate frame components and circuitry 1304 are coupled to intermediate frame 1204, weigh frame components and circuitry 1306 are coupled to weigh frame 1206, left and right head siderail components and circuitry 1308, 1310 are coupled to left and right head siderails 1264, 1266, respectively, and left and right intermediate siderail components and circuitry 1312, 1314 are coupled to left and right intermediate siderails 1268, 1270, respectively. In general, the electrical components and circuitry may be embedded in, adhered to, or otherwise mounted in or fastened to a physical component or member of the corresponding frame or barrier member in such a way as to be permanently fixed relative to the frame or barrier member, or may be removable or replaceable relative to the frame or barrier member.

Base frame components and circuitry 1302 includes a power control module 1316, which is electrically connected to a plurality of printed circuit board assemblies and cables,

including air source/blower assembly 1318, transformer assembly 1320, battery assembly 1322, manifold and pump assembly 1324, foot hi-low position sensor assembly 1326, head hi-low position sensor assembly 1328, brake safety switch assembly 1330, scale assembly 1332, CPR switch assembly 1334, emergency trend switch assembly 1336, night light assembly 1338, accessory A/C plug and cable assembly 1340, and electrical line cord assembly 1342.

Intermediate frame components and circuitry 1304 includes a plurality of printed circuit board assemblies and cables including a patient control pendant assembly 1344, a plurality of load beam assemblies (four, in the illustrated embodiment) 1346, and sidecomm, nurse call, entertainment, and lighting assemblies 1348. The sidecomm assembly 1348 is coupled to a becon module 1352 and the nurse call assembly is coupled to a network connection 1350 (such as Ethernet) to communicate with an external network.

Weigh frame components and circuitry 1306 includes a plurality of printed circuit board assemblies and cables including a weigh frame junction assembly 1354, siderail detection switch assemblies 1356 (one for each siderail, illustratively), knee position sensor assembly 1358, head position sensor assembly 1360 and foot position sensors 1362.

Left and right head siderail components and circuitry 1308, 1310 include, respectively, a plurality of printed circuit board assemblies and cables including speaker assemblies 1364, 1368 and bed up/down assemblies 1366, 1370.

Left and right intermediate siderail components and circuitry 1312, 1314 include, respectively, left and right caregiver positioning assemblies 1372, 1392. Left and right patient articulation assemblies 1374, 1394, left and right patient entertainment assemblies 1376, 1396, left and right bedside hardpanel assemblies 1378, 1398, left and right nurse call switch assemblies 1380, 1400, and left and right GCIs 1382, 1402, are coupled to left and right intermediate siderail components and circuitry 1312, 1314, respectively. Each GCI assembly 1382, 1402 includes a baseboard 1284, 1404, an LCD 1386, 1406, a touchscreen 1390, 1410, and an inverter 1388, 1408. Each GCI assembly 1382, 1402 displays and operates a graphical user interface including enhanced, highlighted, selectively colored or shaded, and/or animated portions as described above.

Power control module 1316 of the base frame components 1302 is electrically coupled to weigh frame junction assembly 1354 via link 1412. Scale assembly 1332 is electrically coupled to load beam assemblies 1346 of intermediate frame components 1304 via link 1426 and to weigh frame junction assembly 1354 of weigh frame components 1306 via link 1414. Pendant assembly 1344 is electrically coupled to weigh frame junction assembly 1354 by link 1416.

Left and right head siderail components 1308, 1310 are electrically coupled to weigh frame junction assembly 1354 by links 1418, 1420, respectively. Left and right caregiver positioning assemblies 1372, 1392 are electrically coupled to weigh frame junction assembly 1354 by links 1422, 1424, respectively.

In general, electrical couplings as shown in FIG. 36 are usable to communicate power, and/or data, instructions, or commands in digital form, among the various components and assemblies of bed 1200, by insulated wiring, cables, wireless transmission or other type of suitable communication link or electrical or power conduit. The various electrical components and circuitry may be interconnected by a network, such as a CAN or Echelon configuration. Additional details relating to these electrical components and

US 10,561,552 B2

31

circuitry are provided in U.S. Provisional Patent Application Ser. No. 60/982,300, filed Oct. 24, 2007, incorporated herein by reference.

The drawings are provided to facilitate understanding of the disclosure, and may depict a limited number of elements for ease of explanation. No limits on the number or types of user modules, function modules or other components, features or functionality that may be provided by or connected to any of the disclosed apparatus and systems are intended to be implied by the drawings. Also, in general, features, functional blocks or user interface elements shown but not specifically described herein operate in a like fashion to other similar function blocks or elements as described herein.

The present disclosure describes patentable subject matter with reference to certain illustrative embodiments. Variations, alternatives, and modifications to the illustrated embodiments may be included in the scope of protection available for the patentable subject matter.

The invention claimed is:

**1**. A patient support apparatus, comprising:
a support surface,
a user module operably coupled to the support surface,
a display operably coupled to the user module, the display being configured to graphically display a graphical depiction of a person positioned on the support surface responsive to a selection made by a user relating to an alarm function of the patient support apparatus, wherein the display is further configured to substantially simultaneously display current data relating to the alarm function and current data relating to at least one therapy function of the patient support apparatus.

**2**. The patient support apparatus of claim **1**, wherein the graphical depiction of a person includes an arrow and a portion of the graphical depiction of a person positioned on the support surface.

**3**. The patient support apparatus of claim **1**, wherein the graphical depiction of a person includes concentric circles and a portion of the graphical depiction of a person positioned on the support surface.

**4**. The patient support apparatus of claim **1**, wherein the display is configured to display a first region including a first selectable option and a second region spaced from the first region, the second region includes a second selectable option, the first selectable option is displayed in a first color and the second selectable option is displayed in a second color contrasting with the first color.

**5**. The patient support apparatus of claim **4**, wherein the second selectable option is displayed in the second color prior to selection by a user of the second selectable option and the second selectable option is displayed in a third color contrasting with the second color and the first color after selection by a user of the second selectable option.

**6**. The patient support apparatus of claim **5**, wherein the second color is green and the third color is red.

**7**. The patient support apparatus of claim **1**, wherein the display is further configured to display in a data region current data relating to a function of the patient support apparatus or a characteristic of a patient positionable on the support surface, and the data region is defined relative to the rest of the display by yellow highlighting.

**8**. The patient support apparatus of claim **1**, further comprising a user control to configure a setting of the patient support apparatus, the user control including a touch sensor associated with a graphical depiction of the user control displayed on the display, wherein the depiction of the user control includes a first numerical value representative of the

32

current configuration of the setting, the user control is configured to enable a user to select a second numerical value indicative of a second configuration for the setting by applying one touch to the touch sensor, and the depiction of the user control automatically changes to replace the first numerical value with the second numerical value on the user control when the second numerical value is selected by the user.

**9**. The patient support apparatus of claim **1**, wherein the alarm function includes bed exit and head angle alarms.

**10**. A patient support apparatus, comprising:
a siderail,
a user module coupled to the siderail, and
a display operably coupled to the user module, the display being configured to display a graphical depiction of a person positioned on a support surface responsive to a selection made by a user relating to an alarm function of the patient support apparatus, wherein the display is further configured to substantially simultaneously display current data relating to the alarm function and current data relating to at least one therapy function of the patient support apparatus.

**11**. The patient support apparatus of claim **10**, wherein the graphical depiction of a person includes an arrow and a portion of the graphical depiction of a person positioned on the support surface.

**12**. The patient support apparatus of claim **10**, wherein the graphical depiction of a person includes concentric circles and a portion of the graphical depiction of a person positioned on the support surface.

**13**. The patient support apparatus of claim **10**, wherein the display is configured to display a first region including a first selectable option and a second region spaced from the first region, the second region includes a second selectable option, the first selectable option is displayed in a first color and the second selectable option is displayed in a second color contrasting with the first color.

**14**. The patient support apparatus of claim **13**, wherein the second selectable option is displayed in the second color prior to selection by a user of the second selectable option and the second selectable option is displayed in a third color contrasting with the second color and the first color after selection by a user of the second selectable option.

**15**. The patient support apparatus of claim **14**, wherein the second color is green and the third color is red.

**16**. The patient support apparatus of claim **10**, wherein the display is further configured to display in a data region current data relating to a function of the patient support apparatus or a characteristic of a patient positionable on the support surface, and the data region is defined relative to the rest of the display by yellow highlighting.

**17**. The patient support apparatus of claim **10**, further comprising a user control to configure a setting of the patient support apparatus, the user control including a touch sensor associated with a graphical depiction of the user control displayed on the display, wherein the depiction of the user control includes a first numerical value representative of the current configuration of the setting, the user control is configured to enable a user to select a second numerical value indicative of a second configuration for the setting by applying one touch to the touch sensor, and the depiction of the user control automatically changes to replace the first numerical value with the second numerical value on the user control when the second numerical value is selected by the user.

US 10,561,552 B2

33

34

**18**. The patient support apparatus of claim **10**, wherein the alarm function includes bed exit and head angle alarms.

\* \* \* \* \*

# Exhibit E



US009849051B2

(12) **United States Patent**
Newkirk et al.

(10) Patent No.: **US 9,849,051 B2**
(45) Date of Patent: **\*Dec. 26, 2017**

(54) **USER INTERFACE FOR HOSPITAL BED**

(71) Applicant: **Hill-Rom Services, Inc.**, Batesville, IN (US)

(72) Inventors: **David C Newkirk**, Lawrenceburg, IN (US); **Robert M Zerhusen**, Cincinnati, OH (US); **John B Wilker, Jr.**, Dillsboro, IN (US); **James M Allen**, Batesville, IN (US); **Douglas A Seim**, Okeana, OH (US); **Irvin J Vanderpohl, III**, Greensburg, IN (US)

(73) Assignee: **Hill-Rom Services, Inc.**, Batesville, IN (US)

( \* ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

This patent is subject to a terminal disclaimer.

(21) Appl. No.: **15/075,610**

(22) Filed: **Mar. 21, 2016**

(65) **Prior Publication Data**

US 2016/0199240 A1     Jul. 14, 2016

**Related U.S. Application Data**

(63) Continuation of application No. 14/069,484, filed on Nov. 1, 2013, now Pat. No. 9,320,664, which is a
(Continued)

(51) **Int. Cl.**
**A61G 7/05** (2006.01)
**A61G 7/018** (2006.01)
(Continued)

(52) **U.S. Cl.**
CPC .............. **A61G 7/05** (2013.01); **A61G 7/018** (2013.01); **A61G 7/0524** (2016.11); **G05B 15/02** (2013.01);
(Continued)

(58) **Field of Classification Search**
CPC ...... A61G 7/05; A61G 7/018; A61G 2203/16; A61G 7/008; A61G 7/05776;
(Continued)

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 5,181,288 A \* | 1/1993 | Heaton | A61G 7/008 |
| | | | 5/607 |
| 5,403,251 A \* | 4/1995 | Belsito | A63B 24/00 |
| | | | 345/173 |

(Continued)

FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| EP | 1623666 B1 | 12/2009 |
| WO | 0175405 A1 | 10/2001 |

(Continued)

OTHER PUBLICATIONS

Partial European Search Report from EP 08 25 1066 dated Feb. 16, 2009, 14 pages.

(Continued)

*Primary Examiner* — Eric J Kurilla
(74) *Attorney, Agent, or Firm* — Barnes & Thornburg LLP

(57) **ABSTRACT**

A user module for a patient support apparatus is provided. The user module has a user interface operably coupled thereto. The user interface includes an input device and an output device. The output device includes a visual display including textual and non-textual elements. The non-textual elements include enhanced, graphical, and animated portions relating to one or more operational features of the patient support or to a person positionable on the patient support. The input device includes one or more touch sensors corresponding to defined regions of the visual display.

**19 Claims, 36 Drawing Sheets**



## US 9,849,051 B2

Page 2

### Related U.S. Application Data

continuation of application No. 11/960,287, filed on Dec. 19, 2007, now Pat. No. 8,572,778.

(60) Provisional application No. 60/982,300, filed on Oct. 24, 2007, provisional application No. 60/921,192, filed on Mar. 30, 2007.

(51) **Int. Cl.**

| | |
|---|---|
| *G06F 3/0484* | (2013.01) |
| *G05B 15/02* | (2006.01) |
| *G06F 3/0481* | (2013.01) |
| *A61G 7/008* | (2006.01) |
| *A61G 7/057* | (2006.01) |
| *A61H 9/00* | (2006.01) |
| *A61H 23/02* | (2006.01) |
| *A61H 23/00* | (2006.01) |

(52) **U.S. Cl.**
CPC ........ *G06F 3/0481* (2013.01); *G06F 3/04842* (2013.01); *G06F 3/04847* (2013.01); *A61G 7/008* (2013.01); *A61G 7/05769* (2013.01); *A61G 7/05776* (2013.01); *A61G 2203/16* (2013.01); *A61G 2203/20* (2013.01); *A61G 2203/42* (2013.01); *A61G 2203/44* (2013.01); *A61H 9/0078* (2013.01); *A61H 23/006* (2013.01); *A61H 23/02* (2013.01); *A61H 2201/0142* (2013.01); *A61H 2201/501* (2013.01); *A61H 2201/5007* (2013.01); *A61H 2201/5046* (2013.01); *A61H 23/5048* (2013.01)

(58) **Field of Classification Search**
CPC .............. A61G 2203/20; G06F 3/0481; G06F 3/04842; G05B 15/02; A61H 2201/5007; A61H 2201/501; A61H 2201/5048; A61H 2201/0142; A61H 23/00
See application file for complete search history.

(56) **References Cited**

#### U.S. PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| 5,542,138 A | * | 8/1996 | Williams | A47C 31/008 5/503.1 |
| 5,559,301 A | * | 9/1996 | Bryan, Jr. | G10H 1/0008 345/173 |
| 5,611,096 A | * | 3/1997 | Bartlett | A61G 7/001 5/424 |
| 5,664,270 A | * | 9/1997 | Bell | G06F 19/3406 5/600 |
| 5,713,856 A | * | 2/1998 | Eggers | A61M 5/1413 604/65 |
| 5,833,623 A | * | 11/1998 | Mann | A61B 5/0031 600/523 |
| 5,861,582 A | * | 1/1999 | Flanagan | G01G 19/445 177/144 |
| 6,014,784 A | * | 1/2000 | Taylor | A61G 7/05776 297/284.6 |
| 6,119,291 A | * | 9/2000 | Osborne | A61G 7/018 5/600 |
| 6,146,523 A | * | 11/2000 | Kenley | A61M 1/14 210/143 |
| 6,279,183 B1 | * | 8/2001 | Kummer | A61G 7/015 5/424 |
| 6,339,410 B1 | * | 1/2002 | Milner | G09B 21/00 345/1.1 |
| 6,351,678 B1 | * | 2/2002 | Borders | A61F 7/007 5/600 |
| 6,353,950 B1 | | 3/2002 | Bartlett et al. | |
| 6,371,123 B1 | | 4/2002 | Stark et al. | |

| | | | | |
|---|---|---|---|---|
| 6,384,728 B1 | * | 5/2002 | Kanor | G08B 21/20 340/309.7 |
| 6,487,735 B1 | | 12/2002 | Jacques, II et al. | |
| 6,493,568 B1 | | 12/2002 | Bell et al. | |
| 6,536,056 B1 | * | 3/2003 | Vrzalik et al. | |
| 6,566,833 B2 | * | 5/2003 | Bartlett | A61G 7/001 318/564 |
| 6,771,181 B1 | | 8/2004 | Hughen, Jr. | |
| 6,829,796 B2 | | 12/2004 | Salvatini et al. | |
| 7,033,539 B2 | | 4/2006 | Krensky et al. | |
| 7,038,588 B2 | | 5/2006 | Boone et al. | |
| 7,076,818 B2 | | 7/2006 | Kummer et al. | |
| 7,237,287 B2 | | 7/2007 | Weismiller et al. | |
| 2002/0059679 A1 | * | 5/2002 | Weismiller | A61G 7/00 5/610 |
| 2002/0111701 A1 | | 8/2002 | Borders | |
| 2004/0193449 A1 | * | 9/2004 | Wildman | G06Q 50/22 705/2 |
| 2004/0227737 A1 | | 11/2004 | Novak et al. | |
| 2005/0128184 A1 | | 6/2005 | McGreevy | |
| 2005/0166324 A1 | | 8/2005 | Dixon et al. | |
| 2005/0172405 A1 | | 8/2005 | Menkedick et al. | |
| 2005/0273940 A1 | | 12/2005 | Petrosenko et al. | |
| 2005/0288571 A1 | | 12/2005 | Perkins et al. | |
| 2006/0101581 A1 | * | 5/2006 | Blanchard | A61G 7/00 5/713 |
| 2006/0103636 A1 | | 5/2006 | Parsons | |
| 2006/0117482 A1 | * | 6/2006 | Branson | A61G 7/001 5/600 |
| 2006/0150332 A1 | * | 7/2006 | Weismiller | A61G 7/002 5/600 |
| 2006/0229557 A1 | | 10/2006 | Fathallah et al. | |
| 2007/0066866 A1 | | 3/2007 | Noguchi et al. | |
| 2007/0163045 A1 | | 7/2007 | Becker et al. | |
| 2007/0164871 A1 | | 7/2007 | Dionne et al. | |
| 2007/0174964 A1 | | 8/2007 | Lemire et al. | |
| 2007/0174965 A1 | * | 8/2007 | Lemire | A61G 7/005 5/600 |
| 2008/0028533 A1 | * | 2/2008 | Stacy | A61G 7/015 5/713 |
| 2008/0172789 A1 | * | 7/2008 | Elliot | G06F 3/0488 5/616 |
| 2009/0013470 A1 | * | 1/2009 | Richards | A61G 7/05715 5/613 |
| 2011/0263950 A1 | * | 10/2011 | Larson | A61B 5/024 600/301 |
| 2011/0289691 A1 | * | 12/2011 | Lafleche | A61G 7/05761 5/710 |
| 2012/0073054 A1 | * | 3/2012 | O'Keefe | A61G 7/018 5/618 |
| 2012/0089419 A1 | * | 4/2012 | Huster | A61B 5/1115 705/3 |

#### FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| WO | 2004021952 A3 | 3/2007 |
| WO | 2007008831 A3 | 10/2007 |
| WO | 2007008830 A3 | 4/2009 |

#### OTHER PUBLICATIONS

European Search Report from EP11 18 4511 dated Feb. 27, 2012, 6 pages.
Partial European Search Report dated Nov. 18, 2008 from EP 08 25 1066, 6 pages.
"Efica CC Dynamic Air Therapy Unit Service Manual," Hill-Rom Company, Inc., 2000, Third Edition, 531 pages.
"V-CUE Dynamic Air Therapy," Hill-Rom, 1998, 6 pages.
"V-CUE Dynamic Air Therapy Unit Service Manual," Hill-Rom Services, Inc., 2000, Third Edition, 223 pages.
"V-CUE Dynamic Air Therapy Unit for Household Use," Hill-Rom, Jul. 2001, 36 pages.
"V-CUE Dynamic Air Therapy Unit," Hill-Rom Services, Inc., Sep. 2000, 64 pages.

**US 9,849,051 B2**

Page 3

(56) **References Cited**

OTHER PUBLICATIONS

"Efica CC Dynamic Air Therapy Unit," Hill-Rom, Jul. 1994, 35 pages.

* cited by examiner



FIG. 1

U.S. Patent

Dec. 26, 2017

Sheet 2 of 36

US 9,849,051 B2



FIG. 2



180
182
184
USER MODULE
CONTROLLER
FUNCTION
USER SIGNAL
FUNCTION SWITCH ACTIVATED
ACTIVATE FUNCTION
186
STARTING FUNCTION
INDICATE FUNCTION STARTING ON DISPLAY
UPDATE DISPLAY
CHECK FUNCTION PROGRESS
188
CONFIRM FUNCTION IN PROGRESS
INDICATE FUNCTION PROGRESS ON DISPLAY
UPDATE DISPLAY
USER SIGNAL
PAUSE SWITCH ACTIVATED
PAUSE FUNCTION
190
FUNCTION PAUSED
INDICATE FUNCTION PAUSED ON DISPLAY
UPDATE DISPLAY
CHECK FUNCTION PROGRESS
192
FUNCTION COMPLETED
INDICATE FUNCTION COMPLETED ON DISPLAY
UPDATE DISPLAY

FIG. 3



FIG. 4

U.S. Patent

Dec. 26, 2017

Sheet 5 of 36

US 9,849,051 B2

250



## Scale

Tools | Help (?)

258

Touch the setting you want to adjust

Last recorded weight: **70.4 kg** / 150.8 lbs

Weigh Patient — 260

**24 hrs**
↓ Lost: **1.5 kg** / 3.3 lbs (0.3%)

256

Last weight:    Tue.  1/16/06 @ 12:45 PM

Last zeroed:    Tue.  1/16/06 @   5:33 PM

76 kg — 254

68 kg
Jan 9              Today

252

Zero Scale | Adjust Weight | kg / lbs

View History

262          266          268          268

Main Menu | Scale | Alarms | Surface | Therapy

264     270

FIG. 5

U.S. Patent

Dec. 26, 2017

Sheet 6 of 36

US 9,849,051 B2



FIG. 6



FIG. 7

FIG. 8

U.S. Patent

Dec. 26, 2017

Sheet 8 of 36

US 9,849,051 B2



FIG. 9

440
ALARMS
442
BED EXIT ALARM
444
HEAD ANGLE ALARM
446
WORK FLOW ALERTS
448
VIEW HISTORY
450
MODIFY
458
MODIFY
466
PAUSE ALERTS
468
SELECT VIEW
452
DISPLAY CHOICES
460
DISPLAY CHOICES
470
DISPLAY HISTORY
454
SELECT CHOICE
462
SELECT CHOICE
472
MODIFY VIEW
456
UPDATE DISPLAY
464
UPDATE DISPLAY
474
DISPLAY CHOICES
476
SELECT CHOICE
478
UPDATE DISPLAY

FIG. 10

U.S. Patent

Dec. 26, 2017

Sheet 10 of 36

US 9,849,051 B2



FIG. 11



FIG. 12

U.S. Patent

Dec. 26, 2017

Sheet 11 of 36

US 9,849,051 B2



FIG. 13

U.S. Patent

Dec. 26, 2017

Sheet 12 of 36

US 9,849,051 B2



FIG. 14

U.S. Patent

Dec. 26, 2017

Sheet 13 of 36

US 9,849,051 B2



FIG. 15

U.S. Patent

Dec. 26, 2017

Sheet 14 of 36

US 9,849,051 B2



FIG. 16

U.S. Patent

Dec. 26, 2017

Sheet 15 of 36

US 9,849,051 B2



FIG. 17

Rotation
Tools
Help ?
Touch the setting you want to adjust
692
694
Preset
Patient R
100 %
hold fo
0.5 min
0.5 min
0.5 min
Use Rotation Training?
Starts Rotation at 50% of maximum programmed turn and increases 10% each hour for patient acclimation.
No
Yes
Therapy History
RemindMe
Start Therapy
Main Menu
Scale
Alarms
Surface
Therapy

FIG. 18

U.S. Patent

Dec. 26, 2017

Sheet 17 of 36

US 9,849,051 B2



FIG. 19

U.S. Patent

Dec. 26, 2017

Sheet 18 of 36

US 9,849,051 B2



FIG. 20

U.S. Patent

Dec. 26, 2017

Sheet 19 of 36

US 9,849,051 B2



FIG. 21



FIG. 22

U.S. Patent

Dec. 26, 2017

Sheet 21 of 36

US 9,849,051 B2



FIG. 23

U.S. Patent

Dec. 26, 2017

Sheet 22 of 36

US 9,849,051 B2



FIG. 24

U.S. Patent

Dec. 26, 2017

Sheet 23 of 36

US 9,849,051 B2



840

## Percussion & Vibration

Tools          Help ?

Touch the setting you want to adjust

| Preset | Low | | Position |
|---|---|---|---|
| | Percussion | Vibration | 80% |
| Intensity | Low | Low | Modify |
| Frequency | 4 bps | 4 bps | |
| Duration | 10 min | 10 min | |

Therapy History

RemindMe

842

Back          Stop

844

Main Menu     Scale     Alarms     Surface     Therapy

FIG. 25

U.S. Patent

Dec. 26, 2017

Sheet 24 of 36

US 9,849,051 B2



*840*

# Main Menu

| Tools | Help ? |

**Active Alarms**

Out of Bed

30° Head Angle

*842*
*844*
*846*
*848*
*850*

**Therapies**

Rotation        Off

| P&V        24:54 remaining |

P                    V        *852*

Opti-Rest       Off        *854*
L. A. L.         On
Surface         Pressure
                    Redistribution

**Bed Info**
Head Angle                0°
NaviCare          Connected

Pause Therapies          *856*

| Main Menu | Scale | Alarms | Surface | Therapy |

FIG. 26

U.S. Patent

Dec. 26, 2017

Sheet 25 of 36

US 9,849,051 B2



FIG. 27

U.S. Patent

Dec. 26, 2017

Sheet 26 of 36

US 9,849,051 B2



FIG. 28

U.S. Patent

Dec. 26, 2017

Sheet 27 of 36

US 9,849,051 B2



FIG. 29



FIG. 30



FIG. 31



FIG. 32



FIG. 33



FIG. 34



FIG. 35



FIG. 36A



1300
1306
CONTINUED FROM FIG. 36A
1
1356
SIDERAIL DETECTION SWITCHES
KNEE POSITION SENSOR
1358
5
CONTINUED TO FIG. 36D
1418
HEAD POSITION SENSOR
1360
1362
WEIGHT FRAME JUNCTION PCB ASSEMBLY
FOOT SENSORS
1420
1422
1354
CONTINUED FROM FIG. 36A
2
1412
1414
1416
WEIGH FRAME
1424
CONTINUED TO FIG. 36D
6
1348
1346
1344
1304
1352
BECON MODULE
SIDECOMM - NURSE CALL. ENT-LIGHTING PCB ASSEMBLIES
NETWORK CONNECTION
1350
LOAD BEAM ASSEMBLIES
PATIENT CONTROL PENDANT PCB ASSEMBLY
INTERMEDIATE FRAME
1426
CONTINUED TO FIG. 36C
3
4
CONTINUED TO FIG. 36C

FIG. 36B

U.S. Patent

Dec. 26, 2017

Sheet 35 of 36

US 9,849,051 B2



CONTINUED FROM FIG. 36B ③

CONTINUED FROM FIG. 36B ④

1426

1414

1412

1302

1324

MANIFOLD PUMP ASSEMBLY

1322 BATTERY ASSEMBLY

1320 TRANSFORMER AND CABLE ASSEMBLY

1318 AIR SOURCE BLOWER ASSEMBLY

1326 FOOT HIGH/LOW POSITION SENSOR

1328 HEAD HIGH/LOW POSITION SENSOR

1330 BRAKE NOT SET SAFTEY SWITCH

1316

POWER CONTROL MODULE

1332 SCALE PCB ASSEMBLY

CPR SWITCH

1334

1338 NIGHT LIGHT

1336 EMERGENCY TREND SWITCH

BASE FRAME

1342 LINE CORD ASSEMBLY

1340 ACCESSORY A/C RECEPTACLE PLUG AND CABLE ASSEMBLY

FIG. 36C



CONTINUED FROM FIG. 36B (5)

1420

RIGHT HEAD SIDERAIL — 1310
1370 — BED UP/DOWN    SPEAKER — 1368

1424

CONTINUED FROM FIG. 36B (6)

RIGHT INTERMEDIATE SIDERAIL — 1314

1394 — RIGHT PT. ART. PCB ASSEMBLY

1396 — RIGHT PT. ENT. PCB ASSEMBLY

1392

RIGHT CARE GIVER POSITIONING PCB ASSEMBLY

RIGHT BEDSIDE HARD PANEL ASSEMBLY — 1398

NURSE CALL SWITCHES — 1400

1406    RIGHT GCI — 1402
LCD    BASE BOARD — 1404
1408 — INVERTER    TOUCH SCREEN — 1410

FIG. 36D

US 9,849,051 B2

1

# USER INTERFACE FOR HOSPITAL BED

## RELATED APPLICATIONS

This application is a continuation of U.S. patent application Ser. No. 14/069,484, filed Nov. 1, 2013, and also a continuation of U.S. patent application Ser. No. 11/960,287, filed Dec. 19, 2007, now U.S. Pat. No. 8,572,778, which claims the benefit of U.S. Provisional Patent Application Ser. No. 60/982,300, filed Oct. 24, 2007, and claims the benefit of U.S. Provisional Patent Application Ser. No. 60/921,192, filed Mar. 30, 2007, all of which are incorporated herein by this reference.

This application is related to U.S. Utility patent application Ser. No. 11/672,274, filed Feb. 7, 2007, entitled USER MODULE FOR A PATIENT SUPPORT, to Newkirk, et al., and PCT Patent Application Serial No. PCT/US06/61795, filed Feb. 7, 2007 entitled USER MODULE FOR A PATIENT SUPPORT, to Newkirk et al., both of which are incorporated herein by this reference.

## BACKGROUND

Patient supports, such as hospital beds, mattresses, stretchers, operating room tables, and the like, are commonly used in a variety of care environments to facilitate patient care and transport.

User modules are often provided to enable a user to perform a variety of automated functions relating to a patient support. Examples of such automated functions include raising or lowering one or more sections of the patient support, adjusting the configuration of a bed frame or support surface or a portion thereof, and activating or deactivating selected therapies, alarms, communications, and other automated features of the patient support. As such, user modules may be operably coupled to a bed and/or support surface controller or control system, a remote computer, an air supply or other like service supply or supplies.

Many conventional user modules are either fixed in or coupled to a siderail or footboard of a patient support, or are provided as pendants or removable modules that may be stored in the siderail or footboard and removed for use.

Healthcare professionals often have many demanding responsibilities and need to work as efficiently as possible. However, many conventional patient support user modules are cumbersome for a caregiver or technician to use due to a non-intuitive design, inefficient feedback from the module or other reasons. Such shortcomings can result in reduced efficiency of caregivers and other healthcare professionals.

Clear, succinct, easy to understand instructions for using the module are often desirable. Non-textual indicators that can quickly be understood without requiring fluency in any particular language may also be desirable. Particularly with graphic displays, lack of user-friendly feedback can leave users in doubt as to whether their input selections have been accepted by the user module. Additionally, with larger amounts of informational content being provided on compact displays available to caregivers in patient care environments, verification of a single changed parameter on such displays can become exceedingly difficult. Further, the lack of a clear, easy to understand or current depiction of information such as the patient's weight, therapeutic settings, status of the patient support, and historical data can result in not only inefficiencies but also user frustration if the caregiver's time must be spent figuring out how to use the module rather than on providing patient care.

2

Some patient supports are configured to provide therapeutic functions or features to the patient, for example, pressure redistribution, turning assistance, rotation, percussion and vibration, low air loss, and the like. Pressure redistribution generally refers to efforts to reduce or redistribute pressure away from parts of the patient's body that are in frequent contact with the patient support, in an effort to reduce the risk of the patient developing pressure ulcers or bed sores. Turning assistance refers to a feature in which either longitudinal side of the bed or mattress is automatically raised to assist a caregiver in turning the patient onto his or her side. In general, rotation therapy provides periodic rotational motion for the patient in order to avoid physiological issues related to prolonged confinement to a patient support apparatus. In patients that have pulmonary infections or conditions, rotation may also be used to help mobilize the secretions of the lungs by angling the chest so that secretions can move away from the affected lobe. Percussion and vibration are also therapies directed to pulmonary infections such as pneumonia and other lung complications. In general, percussion helps mobilize secretions from the lung, while vibration helps columnize the secretions to help create a productive cough. Low air loss generally refers to a process whereby air is circulated underneath the patient to provide a cooling effect.

Patient supports that provide one or more of such automated therapy functions and features also have a user interface for a caregiver to control the operation of such features. Because such features often involve movement of the patient, appropriate configuring, operation, and duration of the automated therapy function is important. Therefore, it is particularly desirable to address all of the shortcomings of known user modules in this environment.

## SUMMARY

In this disclosure, a user module for a patient support is described. The user module includes a communication interface configured to communicate signals from the user module to a patient support having at least one automated function and being configured to support a patient in at least a substantially horizontal position and to communicate signals from the patient support to the user module. The user module includes an input device configured to receive a signal indicative of a selection made by a user relating to an automated function of the patient support, and an output device including a visual display configured to display a first graphical depiction of a person positioned on a patient support in response to a selection made by a user relating to a first function and to display a second graphical depiction of a person positioned on a patient support in response to a selection made by a user relating to a second function of the patient support. The first graphical depiction includes a first animated element indicative of movement associated with operation of the first function and the second graphical depiction includes a second animated element indicative of movement associated with operation of the second function.

The output device may be configured to display the first graphical depiction and the second graphical depiction at the same time. The first animated element may include an arrow and a portion of the graphical depiction of a person positioned on a patient support. The second animated element may include concentric circles and a portion of the graphical depiction of a person positioned on a patient support.

The output device may be configured to substantially simultaneously display current data relating to at least one alarm feature of the patient support, current data relating to

US 9,849,051 B2

3

at least one therapy function of the patient support, and a graphical representation of a patient support including an animated portion indicative of a status of an automated function of the patient support.

The output device may be configured to display a first region including a first selectable option and a second region spaced from the first region, where the second region includes a second selectable option, the first selectable option is displayed in a first color and the second selectable option is displayed in a second color contrasting with the first color. The second selectable option may be displayed in the second color prior to selection by a user of the second selectable option and the second selectable option may be displayed in a third color contrasting with the second color after selection by a user of the second selectable option. The second color may be green and the third color may be red.

The output device may be configured to display in a data region current data relating to a function of the patient support or a characteristic of a patient positionable on the patient support, where the data region is defined relative to the rest of the display by yellow highlighting.

The user module may include a user control to configure a setting of the patient support, the user control including a touch sensor associated with a graphical depiction of the user control displayed on the visual display, wherein the depiction of the user control includes a first numerical value representative of the current configuration of the setting, the user control is configured to enable a user to select a new configuration for the setting with one touch, and the depiction of the user control automatically changes to replace the first numerical value with a second numerical value on the user control when the second numerical value is selected by the user.

A patient support apparatus is also described, including a frame having first and second longitudinally spaced ends and first and second laterally spaced sides, a housing positionable adjacent one of the sides or ends of the frame, a user interface supported by the housing, the user interface including a dynamic display and at least one touchscreen control associated with a region of the dynamic display, and at least one electromechanical switch supported by the housing, wherein activation of at least one of the switches activates a display of the user interface.

The housing may have a front panel, where the user interface is supported by the front panel, and an electromechanical switch, which is spaced from the user interface on the front panel and electrically coupled to the user interface. Activation of the electromechanical switch may cause a pop-up window to appear on the dynamic display. The user interface and an electromechanical switch may be coupled to a siderail of the patient support. The user interface and an electromechanical switch may alternatively or in addition be coupled to a footboard of the patient support.

Also described is a patient support apparatus including a bed having first and second longitudinally spaced ends, first and second laterally spaced sides and at least one computer-controllable function, a controller operably coupled to the bed to control at least one bed function, a plurality of user modules operably coupled to the controller, each user module being configured to display output relating to a bed function and receive input from a user relating to a bed function, and a memory including instructions executable to process a first input received by a first user module and second input received by a second user module and update the displays of the user modules.

At least one of the user modules may include a user interface including a graphical element and a touchscreen

4

control. The touchscreen control may be activatable by a user to configure a setting for a bed therapy function for which a single value is selectable from a plurality of values, the plurality of values are displayed on the user interface, and the touchscreen control is configured to enable the user to select a value from the plurality of values by contacting the touchscreen control only one time. The executable instructions may include instructions to display the same output on all of the user modules at the same time. The second user module display may be updated in response to the first input and the first user module display is updated in response to the second input.

Also described is a patient support apparatus including a patient support including a computer-controllable weigh system, a user module operably coupled to the bed to control the weigh system, and a memory operably coupled to the user module, where the memory includes executable instructions configured to determine a weight of a patient positioned on the patient support, including instructions to prompt a user to identify one or more items added or removed from the patient support, weigh the patient, and automatically account for weight changes due to the identified items such that the weight change due to the identified items is included in the determination of the patient's weight.

The executable instructions may include waiting a period of time before weighing the patient to allow the user time to add or remove items from the patient support. The executable instructions may include waiting a period of time before weighing the patient to allow the user time to let go of the patient support.

A patient support apparatus is also described, in which a patient support includes at least one computer-controllable bed function. The apparatus also includes a user module operably coupled to the patient support to control the at least one function of the patient support, and a memory operably coupled to the user module, where the memory includes executable instructions configured to enable a user to set a reminder relating to at least one patient support function, including instructions to prompt the user to set a predetermined amount of time after which the user module will generate an alert relating to a patient support function, and cause the user module to generate the alert if the predetermined amount of time has elapsed. The instructions may include permitting a user to set a first reminder relating to a turning assistance function, a second reminder relating to a rotation therapy function, and a third reminder relating to a percussion and vibration function.

A patient support apparatus including a patient support, a communications port and a user module is also described. The patient support includes a frame having first and second laterally spaced sides and first and second longitudinally spaced ends, and a plurality of automated functions. The communications port includes a connector to connect with a remote device having a memory and programming information stored in the memory of the remote device. The user module is operably coupled to the communications port and to the patient support. The user module is usable to control operation of at least one of the automated functions of the patient support. The user module includes an input mechanism, a display, a memory, programming information stored in the memory, a processor, and electrical circuitry. The programming information of the user module includes instructions executable to cause the user module to automatically detect connection of a remote device to the communications port.

US 9,849,051 B2

5

The programming information of the user module may include executable instructions to receive programming information from the remote device via the communications port. The programming information of the user module may include executable instructions to update the display of the user module when programming information is received from the remote device. The patient support may include a network and a plurality of function modules coupled to the network, and the programming information of the user module may include executable instructions to provide programming information received from the remote device to a function module over the network.

Patentable subject matter may include one or more features or combinations of features shown or described anywhere in this disclosure including the written description, drawings, and claims.

BRIEF DESCRIPTION OF THE DRAWINGS

The detailed description of the drawings refers to the following figures in which:

FIG. 1 is a simplified perspective view of an embodiment of a patient support, with portions cut away, including a siderail-mounted user module including a dynamic display and touch-sensitive controls, and a plurality of hardpanel controls;

FIG. 2 is a block diagram of an architecture of a patient support apparatus including a patient support, a plurality of function modules, a controller and a user module;

FIG. 3 is a timing diagram illustrating interaction between a user module, a controller, and one or more function modules of a patient support apparatus;

FIG. 4 is perspective view of a user module mounted at an angle in a siderail adjacent a region of the siderail that includes hardpanel controls, where the user module has a graphical user interface including a graphical display region, text display regions, highlighting, and user controls;

FIG. 5 is a screen shot of a user interface for weigh scale features of a patient support, including instructional information, text data, graphical data, selective highlighting, and user controls;

FIG. 6 is a diagram illustrating steps in the operation of the weigh scale features including weighing a patient, zeroing the scale, adjusting the weight, converting the weight from kilograms to pounds, and viewing a patient's weight history;

FIG. 7 is a screen shot of a user interface for an adjust weight feature of a patient support, including graphical icons, text, selective highlighting, and user controls relating to an option to manually change a patient's weight and an option to automatically account for items in the patient's bed when weighing the patient;

FIG. 8 is a screen shot of a user interface including information relating to the automatic weight adjustment feature, a graphical icon, selective highlighting, and user controls;

FIG. 9 is a screen shot of a user interface for alarms features of a patient support, including text, graphics, selective highlighting and user controls for a bed exit alarm, a head angle alarm, work flow alerts, and viewing a patient's history of alarms;

FIG. 10 is a diagram illustrating steps in the operation of the alarms features including a bed exit alarm, a head angle alarm, work flow alerts, and viewing a patient's history of alarms;

6

FIG. 11 is a screen shot of a user interface for surfaces features of a patient support, including text, graphical icons, user controls, selective highlighting and selective coloration;

FIG. 12 is a diagram illustrating surface feature options of a patient support;

FIG. 13 is a screen shot of a user interface for activating a reminder feature of a patient support including text, graphical icons, user controls, reverse highlighting, selective coloration, and a "one-touch" pop-up input region;

FIG. 14 is a screen shot of a user interface for therapy features of a patient support, including graphical elements, text, user controls, and highlighting for rotation and percussion and vibration features;

FIG. 15 is a diagram illustrating steps in the operation of therapy features for rotation and percussion and vibration;

FIG. 16 is a screen shot of a user interface for a rotation feature of a patient support including text, instructions, data, graphical icons, user controls, selective highlighting and selective coloration;

FIG. 17 is a screen shot of a user interface for configuring rotation settings including text, instructions, graphical elements, user controls, reverse highlighting, selective coloration, and a one touch pop-up input region;

FIG. 18 is a screen shot of a user interface for selecting a rotation training feature of a patient support, including text, instructions, graphical elements, user controls, reverse highlighting, selective coloration, and a pop-up region;

FIG. 19 is a screen shot of a user interface for displaying information relating to a rotation feature while the rotation feature is in operation, including text, numerical data, graphical icons, user controls and selective coloration;

FIG. 20 is a screen shot of a user interface for a main menu displayed while a therapy is in operation, including text, static graphical elements, animated graphical elements, data, user controls, selective highlighting, and selective coloration, where current data relating to alarms, bed status, bed connectivity, therapy status is all displayed on a single screen;

FIG. 21 is a screen shot of a user interface for a main menu displayed while a therapy is paused, including text, static graphical elements, animated graphical elements, data, user controls, selective highlighting, reverse highlighting, and selective coloration, where current data relating to alarms, bed status, bed connectivity, therapy status is all displayed on a single screen;

FIG. 22 is a screen shot of a user interface for configuring settings for a percussion and vibration feature of a patient support, including text, instructions, numerical data, user controls, graphical elements, selective highlighting, and selective coloration;

FIG. 23 is another screen shot of a user interface for configuring settings for a percussion and vibration feature, including text, instructions, graphical elements, user controls, reverse highlighting, selective coloration, and a one touch pop-up input region;

FIG. 24 is another screen shot of a user interface for configuring settings for a percussion and vibration feature including text, graphical elements, user controls, and selective highlighting;

FIG. 25 is a screen shot of a user interface for displaying information relating to a percussion and vibration feature while the rotation feature is in operation, including text, numerical data, graphical icons, user controls and selective coloration;

FIG. 26 is a screen shot of a user interface for a main menu displayed while a therapy is running, including text, static graphical elements, animated graphical elements, data,

US 9,849,051 B2

7

user controls, selective highlighting, and selective coloration, where current data relating to alarms, bed status, bed connectivity, and therapy status is all displayed on a single screen;

FIG. 27 is a screen shot of a user interface for patient history features of a patient support, including graphical elements, text, user controls and selective highlighting;

FIG. 28 is a screen shot of a user interface for displaying information relating to a bed exit alarm of a patient support, including text, graphical elements, selective highlighting, and user controls;

FIG. 29 is a screen shot of a user interface for displaying information relating to a head angle alarm of a patient support, including text, graphical elements, selective highlighting, and user controls;

FIG. 30 is a screen shot of a user interface for configuring settings relating to a display of information relating to a head angle alarm, including text, graphical elements, reverse highlighting, and a one touch pop up input region;

FIG. 31 is a perspective view of a patient support including multiple user modules and docking regions for the user modules on the patient support;

FIG. 32 is a simplified block diagram of components of a system including a patient support, a controller and multiple user modules;

FIG. 33 is simplified block diagram of components of another system including a patient support, a controller, multiple user modules, and a network connecting the controller, the user modules and the patient support;

FIG. 34 is a bottom perspective view of a user module including a data and logic connectivity port;

FIG. 35 is a simplified perspective view of an embodiment of a patient support apparatus including siderail-mounted user modules, including a dynamic display, touch-sensitive controls, and a plurality of hardpanel controls located adjacent to the dynamic display; and

FIGS. 36A-36D are a simplified schematic of an electrical system for the patient support apparatus of FIG. 35.

## DETAILED DESCRIPTION OF THE DRAWINGS

This disclosure refers to illustrative embodiments shown in the accompanying drawings and described herein.

An embodiment of a patient support 10 including a head end 12 and a foot end 14 is depicted in FIG. 1, with portions of the head and foot ends 12, 14 not shown. In general, patient support 10 includes a bed frame having a base 16, a deck 18, an upper or intermediate frame 20, a lift mechanism 30 configured to raise and lower frame 20 relative to base 16, head articulation mechanism 32 configured to raise and lower a head and/or upper torso section of deck 18, foot articulation mechanism 34 configured to raise and lower a foot, leg, and/or lower torso section of deck 18. As such, patient support 10 may be configurable to assume a variety of positions including a horizontal position, a chair-like position, Trendelenburg, reverse Trendelenburg and/or other positions.

In this disclosure, unless specifically stated otherwise, the term "patient support" may be used to refer to a bed, a patient support surface, mattress, or a bed and surface or mattress combination, "bed" may be used to refer to a hospital bed, stretcher, or other similar device for supporting a person in at least a horizontal position, and a "surface" or "mattress" may include powered or nonpowered surfaces with or without built-in therapeutic features. The Total-Care® bed, sold by the Hill-Rom Company, Inc. of Batesville, Ind., U.S.A., is an example of a patient support.

8

Barriers such as endboards and/or siderails may be provided adjacent the perimeter of patient support 10. In FIG. 1, an exemplary footboard 14 and siderails 22, 24 are illustrated. Footboard 14 is mounted to frame 20 adjacent the foot end 14. A headboard (not shown) may additionally be mounted to frame 20 adjacent the head end 12. Siderails 22, 24 are pivotably mounted to frame 20 via couplers 26. Wheels or casters also may be provided to provide mobility of the bed.

One or more sensors 28, 36, 38 may be provided to enable automatic detection of a change in position of patient support 10 or a portion thereof. One or more siderail sensors 28 may be coupled to each siderail 22, 24 to transmit a signal to a control system (described below) to indicate that a siderail is being raised or lowered or is in an "up" or "down" position. Sensors 28 may include reed switches, proximity sensors, or the like.

A head of bed angle sensor 36 transmits a signal to a control system to indicate that the head section of the patient support is being raised or lowered, or is in an "up" or "down" position, or is at a particular angle relative to the bed frame 20 or other horizontal axis, or is within or outside a particular range of angles. Similarly, a foot of bed angle sensor 38 transmits a signal to a control system to indicate that the foot section of the patient support is being raised or lowered, or is in an "up" or "down" position, or is at a particular angle relative to a horizontal axis or frame 20, or is within or outside a particular range of angles. In general, angle sensors 36, 38 may include potentiometers, ball switches, accelerometers, inclinometers, or any other type of device that is usable to measure or determine an angle or relative position and produce an output relating to the angle or position.

A patient support surface 40 is supportable by deck 18. In general, patient support surface 40 includes a cover defining an interior region in which a variety of support components such as air bladders, foam, three-dimensional thermoplastic fibers, and/or other support elements may be arranged. In the illustrated embodiment, air bladders are configured to provide one or more therapeutic services to a person positioned on the surface 40.

A user module 42 and one or more hardpanel controls 44 are operably coupled to patient support 10 to enable a person to electronically control one or more features of the patient support, including positioning of the bed or mattress, and activation or deactivation of therapy functions and other features of the bed or mattress. User module 42 has a display configured to show graphics 46 and touchscreen controls 48. In general, user module 42 includes a "dynamic" interface, meaning that the display including graphics 46 and controls 48 can change substantially in real time, as bed functions and features are activated, in progress, or deactivated, or as a patient's position or physiological status changes, for example. In general, hardpanel controls 44 are electromechanical switches such as membrane buttons or keys that may be depressed, turned or otherwise physically displaced to some degree, to activate or deactivate a bed function or feature.

In FIG. 1, user module 42 and hardpanel controls 44 are shown mounted to siderail 22. Alternatively or in addition, one or more user modules 42 and/or hardpanel controls 44 may be coupled to other barriers, such as siderail 24 or footboard 14, or may be coupled to patient support 10 by a mounting bracket, beam, or support, or may be positionable adjacent or alongside of patient support 10, such as on a service cart, support column, overbed table, or the like. One or more of controls 42, 44 may be wirelessly connected to

9

patient support 10 and thereby movable remotely from patient support 10. For example, controls 42, 44 may be embodied in a portable housing that may be removably attachable to a caregiver such as by clipping to a labcoat, pocket, belt or waistband.

FIG. 2 diagrammatically illustrates a control system 50 for a patient support 52 including many of the aspects of patient support 10 described above. The system 50 includes one or more function or feature modules 60, 62, 64, 66, 68, 70, 72, 74, 76, 78 operably coupled to patient support 52 and a main controller 54 via one or more communication links 56, and at least one user module 58.

The system 50 is configurable to add additional feature or function modules or remove existing feature or function modules as may be required according to a particular use of the patient support, usage setting (i.e. hospital, clinical or home environment), patient type (i.e., immobile, bariatric, ICU, maternity, etc.), or other parameters. In general, the term "module" describes programming logic embodying commands, data, and/or instructions relating to a feature or function of the bed or mattress. The programming logic is stored in a memory such as volatile or non-volatile computer memory. The memory may be included in an integrated circuit mounted on a circuit board or substrate, which may be coupled to or embedded in a physical component of the bed or mattress, such as a frame member, lift or articulating mechanism, barrier, mattress ticking, mattress interior component, or the like.

In general, memory as disclosed here and elsewhere herein may take the form of a permanent, temporary or portable storage device, recordable media or other components configured to retain information in digital form for some interval of time, and may include semiconductor-based integrated circuitry (such as flash memory), magnetic storage (such as hard disks), optical storage (such as CD disks), or the like.

As shown in FIG. 2, each of the function or feature modules 60, 62, 64, 66, 68, 70, 72, 74, 76, 78 is coupled to patient support 52 by electrical and/or mechanical couplings 100, 102, 104, 106, 108, 110, 112, 114, 116, 118 and is coupled to one or more communication links 56 by electrical and/or communication couplings 118, 120, 122, 124, 126 128, 130, 132, 134, 136. Mechanical couplings may include a mounting bracket, hook, strap, adhesive or other suitable mounting structure or fastener. Electrical couplings may include insulated wiring, fiber optics, wireless connection, or other suitable data, logic and/or power conduit. Communication couplings may include a hard-wired or network (wired and/or wireless) connection. Communication link(s) 56 are coupled to controller 54 via link 138. User module 58 may be coupled to controller by links 56 and 140 or link 140 may be directly coupled to controller 54.

In general, each function or feature module is configured to operate or control one or more predetermined features or functions of the bed or mattress. Each module includes a memory such as volatile or non-volatile computer memory, in which a module identifier is stored. The module identifier 80, 82, 84, 86, 88, 90, 92, 94, 96, 98 for each module is unique relative to all of the other modules coupled to the patient support 52, so that each module can be independently identified to the system 50.

Scale module 60 has a memory including programming logic to operate the patient weighing feature of the bed, including accepting user input from user module 58 relating to the "zero" or tare of the scale, or input relating to patient characteristics and the like. User input may be saved in the memory of the scale module 60. Scale module 60 may also

10

have a processor, such as an embedded microprocessor, configured to perform certain operations locally at the module. Scale module 60 includes at least one communication interface for communicating data and/or instructional signals to and from controller 54 and/or user module 58.

Other feature or function modules are configured similarly to scale module 60 in that they have module identifiers and their own memory, software, and processors. Alarms module 62 includes programming logic and data to operate alarms and/or alerts associated with patient support 52, including a bed exit alarm triggerable by a patient exiting the bed or approaching a bed exit (e.g. positioned on the side or edge of the bed), a "siderail down" alert triggerable by lowering of a siderail alone or in combination with attempted activation or deactivation of another bed or mattress function or feature, a head or foot of bed angle alarm triggerable by the head or foot of bed angle going above, below or equaling a defined value or range of values, and nurse call, patient status, and "workflow" features such as may be provided by the Navicare™ patient flow system, the COMLinx®, OnSite™, and/or Vocera systems sold by the Hill-Rom Company, Inc. of Batesville, Ind. Alarms module 62 includes programming logic to automatically determine whether a particular patient support as configured includes any functions or features that have an alarm associated with them, and then provides a user interface to enable a caregiver or other user to configure the settings for the alarms and activate and deactivate the alarms.

Surface module 64 includes programming logic and data to operate certain therapeutic features of a patient support, such as turning assistance, maximum inflate, pressure redistribution, and the like. Rotation module 66 includes programming logic and data to operate a rotation therapy feature of the mattress that is often directed to relieving a patient's respiratory complications. Percussion and vibration module 68 includes programming logic and data to operate a percussion and vibration therapy feature of the mattress that is also often directed to relieving a patient's respiratory complications.

Head angle module 70 includes programming logic and data to monitor the head of bed angle via signals received from a sensor such as head angle sensor 36 and communicate information to alarms module 62. Head angle module 70 may also include logic configured to output data indicative of the head of bed angle or an audible or visual indicator thereof on an output device such as may be provided with user module 58. Similarly, foot angle module 72 includes programming logic and data to monitor the foot of bed angle via signals received from a sensor such as foot angle sensor 38 and communicate information to alarms module 62. Foot angle module 72 may also include logic configured to output data indicative of the foot of bed angle or an audible or visual indicator thereof on an output device such as may be provided with user module 58.

Siderail module 74 includes programming logic and data to monitor the position of a siderail coupled to the patient support 52 and communicate information to alarms module 62. Siderail module 74 may also include logic configured to output data indicative of the siderail status or an audible or visual indicator thereof on an output device such as may be provided with user module 58.

Bed exit module 76 includes programming logic and data to monitor the position of a patient relative to the bed, via signals received from one or more position sensors coupled to the bed or mattress. Bed exit module 76 communicates information to alarms module 62. Bed exit module 76 may also include logic configured to output data indicative of the

US 9,849,051 B2

11

patient position or an audible or visual indicator thereof on an output device such as may be provided with user module **58**.

Upgrade and/or diagnostics module **78** includes programming logic and data to detect when an upgrade, fix, patch, new version or new release of programming logic associated with one of the other modules has become available, and provide audible or visual prompts to a service technician or other authorized person via a user module **58** to perform the upgrade. Alternatively or in addition, module **78** includes software to run diagnostic tests on other modules or components of the bed system, or on the bed system as a whole. Diagnostics software, upgrades, fixes, patches, new versions, new releases, and the like may be transferred or uploaded from a portable device such as a memory stick, which is connected to a communication port of the module **78**, or via another suitable file transfer mechanism.

Controller **54** generally controls and coordinates the operation of the function or feature modules **60**, **62**, **64**, **66**, **68**, **70**, **72**, **74**, **76**, **78** and interaction with the patient support **52** and user module **58**. For these purposes, controller **54** includes a communication interface **142** operably coupled to communication link **56** via link **138**, an embedded processor **146**, a memory **144** including programming logic **154** and data **156**, and a communication interface **148** to connect the system **50** to an external network **152** such as a telecommunications network.

A power supply or power conduit **150** may provide power directly or indirectly to controller **54**. In general, power supply or conduit **150** includes a battery power supply and a connector configured to conduct power received from another source (such as a wall outlet), including power conversion components. Although not shown for simplicity, user module **58** and each of the function or feature modules **60**, **62**, **64**, **66**, **68**, **70**, **72**, **74**, **76**, **78** generally includes a power supply or power conduit as well.

User module **58** is configured to enable a person to interact with, operate, configure and/or control the bed system **50** substantially in real time. For these purposes, user module **58** includes a communication interface **158** operably coupled to communication link **56** via link **140**, an embedded processor **160**, a memory **166** including programming logic **168**, data **170**, and a user module identifier **172**, an input device **162** and an output device **164**. Link **140** may be directly connected to controller **54** as mentioned above.

Input device **162** includes a touch sensor in the form of touchscreen controls. Output device **164** includes a liquid-crystal or similar display. In the illustrated embodiment, output device **164** includes a high pixel density (e.g. more than 640×480 pixel resolution) and high contrast screen and backlighting to improve visibility from various angles, and the touchscreen **162** is layered above the LCD display. In one embodiment, input device **162** and output device **164** are provided together as one device, such as models manufactured by Okaya Electric Industries Co., Ltd., of Tokyo, Japan or the OSD TN84 LCD and touchscreen. Alternatively or in addition, input device **162** may include a microphone, voice or sound recognition device, keypad, or membrane-style controls, and output device **164** may include a speaker, LEDs, or other like indicators.

FIG. **3** is a high-level timing diagram showing interaction between a user module **180**, a controller **182** and a function or feature module **184**. User module **180**, controller **182** and function or feature module are components of a patient support system generally configured as described above.

At block **186**, user module **180** receives a signal from a user to activate a bed function or feature. The user signal

12

may be the act of pressing a button, making contact with a touch-sensitive area of a user interface, saying a word recognized by the system, or other action taken by a user. User module **180** sends a message to the controller **182** identifying the selected bed function or feature and indicating that the selected function or feature is to be activated. Controller **182** determines the appropriate function module to activate, and sends an "activate function" message including a destination module identifier and a function identifier to the designated function module **184**. Function module **184** sends a message including its function identifier to controller **182** to indicate that the selected function is being activated. Controller **182** then sends a message to user module **180** including the function identifier to indicate via an output device that the selected function has been activated. User module **180** then generates the appropriate output.

In the illustrated embodiment, the output is a visual indicator such as a textual message or graphical illustration, but it could alternatively or in addition include an audible indicator or a message sent to a remote device (such as through a nurse call system). The graphical illustration may include an animated graphic that is designed to simulate motion or movement of the patient support resulting from activation of the selected function, to convey the information to a caregiver or user without using language.

At block **188**, the controller **182** sends a message periodically to the function module **184** to check the progress or status of the selected function, and the function module **184** returns a progress or status message including the function identifier to the controller **182**. Upon receiving the progress or status message from the function module **184**, controller **182** sends a message to user module **180** to provide an indication of the function's status or progress to the user. User module **180** determines the appropriate indicator to output based on the function identifier and then updates the output device. In the illustrated embodiment, a visual indicator is updated on a display. For example, a "thermometer"-style graphic may be presented, graphically showing the level of completion of the selected function by filling in the amount completed with a contrasting color or shade. Alternatively or in addition, a textual message such as "In Progress" is displayed.

At block **190**, user module **180** receives a signal from a user to pause the selected bed function or feature. The user signal may be the act of pressing a button, making contact with a touch-sensitive area of a user interface, saying a word recognized by the system, or other action taken by a user. User module **180** sends a message to the controller **182** indicating that the "pause" feature has been activated by a user. Controller **182** determines the proper function module to receive the pause signal and sends a message to the function module **184** with instructions to at least temporarily suspend performing the selected function. Function module **184** returns a message to controller **182** including the function identifier, when the selected function has been paused, and controller **182** sends a message to the user module **180** including the function identifier to give an indication to the user that the selected function is paused. User module **180** then updates the output device. In the illustrated embodiment, a visual display is updated. For example, a "pause" button is converted to a "resume" button after the function has been paused by replacing the word "pause" with the word "resume." Alternatively or in addition, the color of the button changes from a first color or shade to a second color or shade (such as from red to green).

At block **192**, controller **182** checks the progress or status of the selected function by sending a message including a function identifier to function module **184**. If the selected function has completed its operation, function module **184** returns a "completed" message to controller **182**. Controller **182** then sends a message to user module **180** to instruct it to update its output to indicate that the selected function has completed its operation. User module **180** then updates its output relating to the selected function. For example, the "thermometer" described above may be completely filled in with a contrasting color or shade, or a text message may be updated from "In Progress" to "Completed". Alternatively or in addition, a "stop" button may be converted to a "start" button and the color or shade of the button may change from a first color or shade to a second color or shade (i.e. red to green), to visually indicate without using language that the function is ready to be selected again.

FIG. **4** illustrates a portion of a siderail **200** with a user module **204** mounted at an angle, creating a recess **236** from panel **202**. Hardpanel controls are positioned on panel **202** adjacent user module **204**. User module **204** includes a display **210** supported by a housing **212**. Housing **212** is constructed of molded plastic or similarly suitable material. Housing **212** is coupled to siderail **200**. Housing **212** may be molded in siderail **200** such that it is an integral part thereof. In other embodiments, such as shown in FIG. **3**1, housing **212** may be pivotably coupled to siderail **200** and/or entirely removable from siderail **200**, to be used as a portable or handheld device, for example.

Display **210** includes a first dynamic region **214**, a second dynamic region **216**, a third dynamic region **218**, a fourth dynamic region **220**, touchscreen controls **222**, **224**, **226**, **228**, **230**, **232**, and **234**, and a fifth dynamic region **236**.

In the illustrated embodiment, first dynamic region **220** is an informational status area indicating the current status of alarms that have been set or enabled. Region **220** includes a title line ("Active Alarms"). Below the title line, information is displayed if one or more alarms have been set by the caregiver. If no alarms have been activated, the area under the title line appears "blank" If, as shown, the "out of bed" alarm is activated, a graphical icon indicative of a person standing next to a bed and a textual "out of bed" message is displayed in region **220**. If, as shown, the "30 degree head angle" alarm is activated, a graphical icon indicative of a person lying on a bed with the head of bed elevated to 30 degrees and a textual "30 degree head angle" message is displayed in region **220**. Other active alarms are similarly displayed.

Second dynamic region **220** is an informational status area indicating the current status of the bed. In the illustration, a horizontal text line is provided for each bed status indicator, and for each indicator, a textual description is followed by the current data value for that indicator set off in bold type, contrasting color, or the like. For example, as shown in FIG. **4**, the text "Head Angle" is followed by the current actual value of the head of bed angle, displayed in degrees in bold type. Also, as shown, if the bed is connected to an external system or network (such as the NaviCare™ system), the same is indicated in region **220**.

Third dynamic region **218** is an informational status area indicating the current surface status or status of available therapies, such as "Rotation," percussion and vibration ("P&V"), "Opti-Rest," airflow or "low air loss" ("L.A. L."), and "Surface" (pressure redistribution). In the illustration, a horizontal text line is provided for each therapy indicator, and for each indicator, a textual description is followed by the current data value for that indicator set off in bold type,

contrasting color, or the like. For example, as shown, the text "Rotation" is followed by the current actual status of the rotation therapy ("Off"), displayed in bold type.

Dynamic region **220** includes a graphical representation of a patient positioned on a patient support including a surface, a patient positioned on the surface in the supine position, siderails, and a footboard. Portions of this graphical representation may become animated in response to activation or deactivation of certain functions, as described below. The illustration of region **220** shown in FIG. **4** represents the bed and patient graphic as displayed when neither the rotation nor the percussion and vibration therapies are active.

Touchscreen controls **222**, **224**, **226**, **228**, **230** are in the form of function tabs positioned along the lower portion of the display and include both a brief text description of the function and a graphical icon illustrative of the function that may be selected. Controls **232**, **234** are generally used less frequently than controls **222**, **224**, **226**, **228**, **230** and are therefore positioned in another part of the display as shown. Each control corresponds to a main function or feature of the patient support. The user can quickly switch between functions or features by activating (e.g. by contact) the tab associated with the next desired function or feature. The currently active function tab is set off from the others by a contrasting color or shade. In the illustration, the "main menu" tab **222** is lighter in shade than the other tabs because the "main menu" screen is currently displayed. The title of the currently active screen is also displayed in textual form at region **236**.

One or more hardpanel controls **206** may be configured as a "hotkey" or "hotbutton" to cause a change or result on the touchscreen display **204**. For example, to conserve power, display **204** "times out" (backlighting is turned off) after a period of time. A first hardpanel control **206** is configured so that when depressed by a user, the backlighting of display **204** is turned back on to "reactivate" a display. As another example, there are certain bed movement functions that are automatically disabled based on certain conditions of the bed. For example, if the siderails are down, the bed may not be able to be moved into "chair" position and rotation therapy may be disabled when any of the siderails are down.

A second hardpanel control **206** is configured to automatically put the bed into the chair position. However, if the siderails are down, a pop-up window is displayed on the display **204** informing the user that the siderails need to be raised before the bed can go into chair position. In this way, hardpanel controls **206** may act as an input device **162** by being configured to send input to processor **160**, and output device **164** may be configured to display output relating to input received from hardpanel controls **206** and processed by processor **160**. Alternatively or in addition, with reference to FIG. **2**, display **204** may be considered to be a first user module **58** and hardpanel controls **206** may be considered to be second user module **58**, and the modules **204**, **206** may communicate over a link **56**.

FIG. **5** depicts a user interface **250** for a patient weighing function of a patient support. In general, a patient support may be configured to weigh a patient positioned thereon. Illustratively, the patient support may include a weigh frame and a plurality of load beams or cells coupled to the weigh frame. In such event, a scale module **60** is provided. Scale module **60** receives signals from the load cells and determines a weight therefrom. Scale module **60** outputs a signal

US 9,849,051 B2

15                                                              16

representative of the weight to a controller or network, to be displayed at the user module, transmitted to a remote device, or other purpose.

Interface 250 includes instructional text 252, a graphical representation of a patient's weight history over time 254, a non-text communicative element 256, selective highlighting 258, a "weigh patient" touchscreen control 260, a "zero scale" touchscreen control 262, an "adjust weight" touchscreen control 264, a "kg/lbs" touchscreen control 266, and a "view history" touchscreen control 268 for viewing the history of a patient's weight. Scale tab 270 is set off in contrasting coloring or shading to indicate that it is active as shown.

The instructional text 252 is dynamically updated according to functions or features selected by the user. The data area 258 is selectively set off with "highlighting," i.e. a perceptively different coloration or shading, such as bright yellow, to direct the user's attention in a non-textual way to the data presented therein. The communicative element 256 is shown as a "down arrow" to indicate in a way that does not involve language interpretation that the patient has lost weight during a period of measurement. The time period of measurement may be pre-selected or user-configurable. In the illustrated embodiment, the time period is shown as 24 hours.

The graphical representation 254 is, in the illustration, a line graph displaying the patient's weight over a period of time. The weigh patient button 260 is set off from the others by selective coloration, i.e. using a perceptively different color or shading to fill in the button. The functions and features of the controls 260, 262, 264, 266, 268 are described below.

It may be desirable to obtain a patient's weight in a variety of treatment and/or therapy circumstances. Certain protocols may require the patient's weight to be obtained before an automated bed function or therapy feature can be activated, such as such as automated pulmonary therapies including rotation and percussion and vibration.

FIG. 6 shows diagrammatically a progression of steps to perform the functions made accessible to the user by the Scale menu 250, represented by scale block 280 in FIG. 6. Selecting the weigh patient button 260 to obtain a patient's weight is represented by weigh patient block 282.

At block 291, the system checks the head angle of the patient support. If the head angle is already less than or equal to 30 degrees, the system proceeds to function block 292. If the head angle is greater than thirty degrees, the system prompts the user to lower the head angle before proceeding. In some embodiments, an option may be provided to override the head angle check and proceed to weigh the patient even if the head angle is greater than or equal to thirty degrees.

At block 292, the bed system allows the caregiver an amount of time to let go of the bed after selecting the function (i.e., so that contact with the bed does not affect the weight reading).

Also, if the system detects that the head angle is above 30 degrees and/or the deck is not in a flat position, a pop-up window is displayed to inform the user that more accurate results may be obtained if the head section of the bed is lowered below 30 degrees and the deck is in a flat position. The system allows the user time to lower the head section and/or reposition the bed.

Further, percussion and vibration therapy is active, the system will not allow the patient weight to be taken until the therapy is paused or stopped. In addition, if a patient is positioned on the patient support but not weighed after a period of time has elapsed, the system will inform the user by displaying a message and/or graphic on the display and give the user an option to weigh the patient, indicate that the bed is empty, or to set a reminder to be prompted again after a further period of time elapses.

After the time has expired, which may be represented on the display by a "countdown," or the user indicates it is "ok" to weigh the patient, or the system detects that the bed is in an appropriate condition or state to weigh the patient, the system proceeds to weigh the patient at block 294. At block 296 the numerical value of the patient's weight is displayed, at which point the user may choose to accept the weight value at block 298, re-weigh the patient at block 300 or cancel out of the weighing function at block 302. If the patient's weight is accepted, the weight value is saved into memory and the display is updated at block 304. If the re-weigh option is selected, the system returns to function block 292 to repeat the process. If the cancel option is selected, the system returns to the main scale block 280.

Selecting the zero scale button 262 is represented by the zero scale block 284 of FIG. 6. In general, zeroing the bed scale provides a baseline reading against which future weights can be compared. At block 310, instructions for zeroing the scale are displayed. These instructions may include reminding the user that the bed should not be occupied and that standard linens and other items should be placed on the bed before zeroing. After the user indicates "ok" at block 312, the system allows time to let go of the bed at block 316, and then the system proceeds to zero the scale at block 320 and update the display with the zeroed information at block 322. The user may decide to cancel the operation at block 314, in which case the system returns to scale block 280.

Scale module 60 also includes programming logic to detect when the patient support is equipped with a pulmonary therapy module, such as percussion and vibration or rotation therapy modules. As these modules add extra weight to the bed, scale module 60 automatically re-calculates the zero weight value if one or more of these modules is present.

After zeroing the bed scale, it may be desirable to have the patient support automatically adjust the patient's weight to take other items into consideration, such as additional support pillows, blankets, equipment, and the like that may be connected to the patient but which are not part of the patient support. In such case, scale module 60 may be configured to automatically adjust the patient's weight value to account for such items.

Selecting the adjust weight button 264 is represented by the adjust weight block 286. As shown in FIG. 7 described below, the user may manually adjust the patient's weight by pressing plus or minus buttons 368, 370, at function block 324 of FIG. 6.

An "automatic compensation" feature is also provided, as shown by region 364 and control 372 of FIG. 7, at function block 326 of FIG. 6. This feature allows the weigh scale to be customized for individual patient needs. When the "add/remove items" button 372 is selected, the system informs the user that it will weigh or re-weigh the patient before additional items can be added or removed. Such items may include therapy devices, IV poles, or other items that an individual patient may normally have with them on the bed and that may affect accurate weighing.

Once the patient is weighed, the system prompts the user to add or remove those items to/from the bed and weighs the items at block 338. The system then informs the user of the new weight including the items added or removed as shown

US 9,849,051 B2

17                                                        18

in FIG. **8**. The user may opt to save the weight at block **340** by pressing button **374** in which case the display is updated to inform the user that such items will be discounted from the patient's weight in the future, thereby enabling a caregiver to obtain an accurate weight of the patient without having to add or remove the patient's items from the bed each time.

The "kg/lbs" function at block **288** allows the user to switch between methods of measurement, selecting either kilograms or pounds. The "view history" function at block **290** allows the user to view a graphical representation of the patient's weight values over time. The patient's weight history is displayed in the form of a bar graph or line graph, similar to FIGS. **28** and **29**, described below, at block **352**.

FIGS. **9** and **10** relate to alarm features of a patient support. FIG. **9** depicts a main user interface **410** from which a user may select an alarm option to configure. Main alarm screen **410** is represented by function block **440** of FIG. **10**. In the illustration of FIG. **9**, the alarms function tab **412** is offset by a contrasting color or shade from the other function tabs to indicate nontextually that the alarms screen **410** is active.

In the illustration, alarms that may be configured include a bed exit alarm **412**, a head angle alarm **444**, and work flow (illustratively: NaviCare™) alerts **446**. Additional alarms may be added or may be substituted in place of one of these alarm features by upgrade module **78**. Bed exit alarm **412** may be set to activate an alarm or alert if the system detects a patient exiting the bed. The alarm may alternatively or in addition activate an alarm if a patient is sitting up in bed, on the edge of the bed, or already out of the bed. Head angle alarm **444** may be set to detect when the head of bed angle is above or below a certain value or range of values, and generate a notification when the condition is met.

The alarm screen **410** of FIG. **9** includes a brief textual instruction **414**, a first display and input region **416**, a second display and input region **418**, a third display and input region **420**, and a "view history" user control. First display and input region **414** is set off from the other areas of screen **410** by highlighting or selective coloration, as are regions **418** and **420**. Each of regions **416**, **418**, **420** includes a data/status region **422**, **424**, **426** in which current data relating to the alarm feature is displayed.

For example, in the bed exit alarm region **416**, the word "off" is displayed when the bed exit alarm has not been activated. If the alarm is activated, the word "on" is displayed, and a graphical representation of a person exiting a bed may also be displayed. In the head angle alarm region **418**, the word "on" is displayed when the head angle alarm has been set or enabled and a graphical depiction is also used to communicate that information without use of words. The numerical value of a head angle currently associated with an alarm (e.g., 30 degrees) is also displayed. In region **426**, the current status of the work flow alerts (i.e., "active") is displayed in text form but also could be depicted graphically.

Each of regions **414**, **418**, **420** also includes a touchscreen control **428**, **430**, **432**, respectively, to modify or change parameters associated with the alarm or in the case of region **426**, to pause or at least temporarily suspend the alerts. Referring to FIG. **10**, activation of the "modify" or "change" function **450**, **458** results in discrete choices being displayed for selection by the user (blocks **452**, **460**). For example, if modify button **430** is activated to configure a head of bed angle alarm, the discrete choices may relate to the numerical value or range of values of the angle associated with the alarm, such as 30 degrees, 45 degrees, less than 30 degrees, greater than 30 degrees, greater than 45 degrees, etc. If

modify button **428** is activated to configure a bed exit alarm, the discrete choices may include out of bed, edge of bed, sitting up in bed, and the like.

The NaviCare™ system and other similar systems connect and monitor powered beds, patient supports and surfaces by sending bed and surface data to network applications for caregivers to view and receive alerts at a nurse's station. The work flow alerts feature **420** of the patient support enables a caregiver or other user to pause or at least temporarily suspend the work flow alerts directly at the bedside of the patient. As an example, if the user activates the work flow alerts by pressing alerts button **432**, then status information from the patient support will be communicated to the nurse's station over a network through the work flow or bed status system. For instance, if the head of bed angle is lowered below 30 degrees, an alert may be generated and sent to the nurse's station. It may be desirable to a caregiver to be able to temporarily suspend the sending of these types of messages to a nurse's station, for example while a patient is receiving a treatment, diagnostic test, is exiting the bed for therapy or other reasons, or the like. Pressing the pause alerts button **432** may thereby enable a caregiver to eliminate unnecessary nurse calls due to changes in the bed's status that are part of the patient's normal routine, for example. As a result of feature **420**, the caregiver does not need to exit the patient's room to turn off or disable the alerts at a nurse's station. Instead, the caregiver can pause the alerts right from the patient's bedside.

Alarms module **62** includes programming logic to automatically detect whether the bed position, status or conditions are appropriate before activating a selected alarm. For example, if the actual head of bed angle is lower than about 30 degrees, alarms module **62** will prompt the user to raise the head section of the bed before the head of bed angle alarm can be set. Alarms module **62** continues to monitor the bed position, status and conditions after an alarm is set and/or while another bed function, feature or therapy is in progress. For instance, an automated rotation therapy may be stopped or at least temporarily suspended if the head of bed angle is above about 40 degrees and/or the foot of bed angle is below about 30 degrees. In addition, if a user desires to start an automated rotation therapy while an automated percussion and vibration therapy is already active, the system will display a pop-up window prompting the user to decide whether to continue and may at least temporarily pause the percussion and vibration therapy. Likewise, if a user desires to start an automated percussion and vibration therapy while an automated rotation therapy is already running, the system will display a pop-up window prompting the user to decide whether to start the percussion and vibration therapy and may at least temporarily pause the rotation therapy.

In these and similar cases, alarms module **62** will issue pop-up windows containing alert messages and/or graphics to communicate with the user. Alarms module **62** includes programming logic configured to color-code messages according to severity or type of message. For example, a message that is printed in a first color (such as blue) or presented against a first background color (e.g. blue) may be primarily informational in nature. A message that is displayed in a second color (such as yellow) or displayed against a second (e.g. yellow) background color may indicate a possible safety issue or indicate a possible bed limitation or unsafe condition relating to the bed support. A message is printed in a third color (such as orange) or displayed against a third (e.g. orange) background color may indicate a safety issue relating to the patient.

US 9,849,051 B2

19 20

Steps associated with the view history button **434** are depicted in FIG. **10** beginning with block **448**. Examples of alarm history reports are shown in FIGS. **28-30**. The reports may be configured by the user at the select view block **468**, in which the date range, time of day, and duration scales may be adjusted (i.e. the "x" axis and "y" axis). The patient's history data is displayed according to the selected view criteria at block **470** in the form of a bar graph or line graph. While viewing the graph of the data, the user may modify the view parameters at block **472**, at which point the system displays the choices of parameters that can be modified at block **474**, urges the user to make a selection at block **476** and updates the display according to the modified selections at block **478**.

FIG. **11** depicts a main screen **490** for configuring surfaces related features and functions of a patient support. As described above, function tab **492** is offset by contrasting color or shading to indicate nonverbally that the surfaces screen is active. Also as described above, a brief instructional text **494** is provided, main function or feature areas or control regions **496, 498, 500, 502** are offset from each other by selective coloration or highlighting, and touchscreen controls **504, 506, 508, 510, 512** are provided in each control region. Text and graphical icons are provided to quickly direct the user's attention to the desired function.

Functions configurable by surface screen **490** are shown in FIG. **12** and include maximum inflation **522**, opti-rest **524**, turning assistance—patient right **526**, turning assistance—patient left **528**, seat deflate **530**, reminder **532** and low air loss **534**.

For example, a graphical representation of a person positioned on a maximum-inflated surface is associated with the max-inflate control region **496** and a downwardly pointing arrow above the seat section is associated with the seat deflate control region **510**. In general, the automated max-inflate module **522** may be activated to help facilitate changing a patient's position on the support surface or transfer of the patient to another surface (such as a stretcher or operating room table).

With regard to the turning assistance features **506, 508**, the feature is configured with reference to the patient, i.e., "patient right" and "patient left". In general, the automated turning assistance modules **526, 528** may help facilitate linen changes or wound inspection by facilitating rotation of a patient onto his or her side. Graphical representations aid the caregiver in quickly determining which of the controls **506, 508** is associated with each side of the patient. The clear and succinct indication of the point of reference may help reduce potential confusion and resulting mistakes.

Selective coloration may also be used in the user controls. For example, the "start opti-rest" control **512** is filled in with a first suggestive color, i.e., green for "go". If the button **512** is activated, the text changes to "stop opti-rest" and the filling changes to a second suggestive color, i.e. red for "stop". In general, activation of the "opti-rest" module **524** causes the patient support surface to automatically repeat a cycle of varying the pressure underneath a patient's chest, seat and thighs, producing a wave-like motion.

In general, seat-deflate module **530** includes programming logic to selectively deflate the seat section of the patient support surface, to help facilitate side ingress and egress or for other reasons. Low air loss module **534** generally includes programming logic to provide air circulation underneath a patient positioned on the patient support.

The "remind me" button **514** enables configuration of a caregiver reminder feature of the patient support, wherein a caregiver may schedule the patient support system to issue a reminder to the caregiver to activate or deactivate a therapy or other bed or mattress function or feature. For example, a reminder may be configured to remind the user to repeat a therapy function (such as weighting a patient, performing turning assistance, or performing an automated pulmonary therapy) after a period of time that may be pre-defined or selected on the fly by the user, or to remind the user to repeat, start or stop a function, feature or therapy before or after a certain amount of time has elapsed (as may be desirable in the case of percussion and vibration therapy). Such a reminder may be sent by the bed through a network to a wireless communication device (e.g., PDA, Vocera badge, wireless telephone handset or the like, carryable by a caregiver, as described in U.S. Patent Application Publication No. 2006-0049936 A1, incorporated herein by this reference).

FIG. **13** shows a screen **540** for configuring a reminder to the caregiver if the turning assistance operation has been stopped for a defined period of time. Such a reminder may be desirable to remind the caregiver that it is now time to activate turning assistance again. A brief textual instruction **550** relating to the active function **544** is provided and may change as the active function changes.

Screen **540** shows locked-out functions, i.e., functions that are not currently available to be configured, in reverse highlighting or "grayed out" mode **546**. The remind me button **544** is activated and is shown filled in with a contrasting color in comparison to FIG. **11**. A pop-up area **548** includes "one touch" selection buttons that allow the user to quickly select the period of time after which the reminder should be generated by only requiring a single action of the user: pressing or contacting one of the available buttons. Pressing in the grayed out area outside of region **548** does not result in any action or response by the patient support system. In addition, only one of the selection buttons in region **548** can be activated at a time. The screen **540** is thereby designed to reduce the risk of error due to confusion or unintentional or accidental button pressing by the user.

Similar screens are used to facilitate user configuration of other types of reminders. Reminders may be set in a like manner for rotation, percussion and vibration, turning assistance, and/or other therapies, features or functions of the patient support. A visual display of the time remaining until the next reminder may be presented, as shown by countdown area **672** of FIG. **16**. If the reminder feature is in progress, and a user then starts a therapy, then the reminder countdown will automatically be stopped while the therapy is in progress, and the clock will reset and restart the countdown after the therapy is stopped or completed. When the reminder clock finishes its countdown and issues the reminder, the user may have the option to reset the reminder clock.

In the illustrated embodiment, a user can select a discrete amount of time to elapse after completion of a therapy after which a reminder will issue. For rotation therapy, the available reminder time choices may include 10, 20, 30 and 40 minutes. For percussion and vibration therapy, the reminder time choices may include 1, 2, 4, 5, and 6 minutes. For turn assist, the reminder time choices may include 30, 60, 90, and 120 minutes. After the desired reminder time is selected, the countdown clock **672** is displayed.

FIGS. **14** and **15** relate to operation of therapy functions of a patient support. FIG. **14** illustrates a user interface for selecting a therapy function and FIG. **15** is a diagram of steps performed in the operation of the functions. Main therapy screen **560** is similar to other main screens described above, in that the therapy function tab **562** is displayed in a

US 9,849,051 B2

21

contrasting color relative to the other function tabs to visually indicate that the therapy screen is active, and, additionally, the "Therapy" title appears at the top of the screen. Screen **560** includes a first control region **564** and a second control region **566**. Additional control regions may be added in area **584** or control regions **564**, **566** may be replaced by other control regions, as new or upgraded therapies are loaded or added to the system, for example by upgrade module **78**. Each of the control regions is set off from the others by selective highlighting, shading or coloration for ease of use.

Control region **564** includes textual and graphical elements to communicate to the user that the region is associated with rotation therapy. Textual elements include the button **568** titled "rotation". Graphical elements include an arrow **572** extending laterally across a graphical depiction of a patient **574** positioned on a patient support. The tail of arrow **572** is curved or arced to suggest movement in the direction of the arrow head. When the patient is rotated in the opposite direction, the direction of the curved arrow is reversed.

Control region **566** includes the function description "percussion and vibration" label on the user control **570** and graphical elements including a patient body **576** supinely positioned on a support surface **582**, siderails **578** in the "up" position, and percussion and vibration elements **580** located on the surface **582** adjacent the shoulders and hands of the body **576**. In general, elements **580** have the appearance of concentric circular ripples.

Buttons **568**, **570** are touchscreen controls in the illustrated embodiment. Button **568** is represented in FIG. **15** as rotation function block **592**. When button **568** is activated, a main rotation screen **640**, such as shown in FIG. **16**, is displayed. Screen **640** provides options to the user including selecting or configuring rotation settings **596**, configuring or activating a reminder **598**, and viewing rotation history **600**.

Referring to FIG. **16**, the configurable rotation settings are set off from the rest of the display screen **640** by highlighting, shading or coloration of control region **644** relative to the rest of the display screen **640**. Control region **644** includes a plurality of touchscreen controls **650**, **652**, **654**, **656**, **658**, **662**. These controls are designed as "one touch" controls as described above, such that after a control is selected for configuring, only one touch is required by the caregiver to select the appropriate value for the control.

This is illustrated in FIG. **17**, wherein the "patient right" button **684** is indicated by selective coloration as being selected. Selection of button **684** results in pop-up area **688** being displayed. The user may select only one of the available buttons **690** at a time. Once a button **690** is selected, the pop-up disappears and the selected button value is displayed at button **684** (i.e., if the user selects "80%", the value "80%" would replace the "100%" previously displayed at button **684**). These and other similarly configured buttons on the user module effectively act as both an input device and output device, because the new value selected by the user is subsequently displayed on the selection button itself. This type of "one touch" rotation selection allows for faster adjustments by a caregiver than prior art systems in which a caregiver must press and hold a button (pr press the button multiple times) while the rotation amount scrolls numerically up or down, or in which a dial is turned or lever moved or a graphical icon is moved via touching and dragging from the prior setting to the new setting.

In FIG. **16**, a user may select a preset condition via touchscreen control **650**. The preset conditions include predefined rotation settings, for example: "minimum" at 8

22

cycles per hour (cyc/hr), 50% turn; "moderate" at 10 cyc/hr, 70% turn; or "full" at 12 cyc/hr, 100% turn. Alternatively, the user may select "custom" via control **650**, in which case buttons **652**, **654**, **656**, **658**, **662** become enabled, thereby allowing the user to more specifically configure the rotation settings. Turn percentage buttons **652**, **654** enable the user to select an amount of turn to the right or left. Right pause **656**, center pause **658**, and left pause **662** enable the user to select an mount of time to pause or hold the patient in the right side-lying, centered, and left side-lying positions before proceeding to the next position. A graphical indicator, such as triangle **674**, positioned on a control button, may be used to indicate that the element is configurable. For example, pressing a button that has an indicator **674** results in a pop-up display of selectable choices. If a "preset" configuration is selected, the "custom" controls are disabled or grayed out.

While a rotation setting is being configured, other functions available on screen **680** are disabled. This is indicated to the user by reverse highlighting or "gray" shading as shown at region **686** of screen **680**.

Region **644** of FIG. **16** also includes graphic elements **646**, **648**, which are displayed from the patient's reference point. For example, element **646** appears tilted toward the left side of the user interface from the perspective of a person viewing the screen **640**, but corresponds to how a patient rotated to the patient's right side would appear from the perspective of a caregiver located at the foot end of the bed. Element **648** is similarly configured to represent rotation to the patient's left side.

Region **644** also includes a numerical value **660**, which represents the number of cycles per hour that correspond to the number of minutes of rotation selected by the caregiver at button **658**. When the user selects a new setting at button **658**, the numerical value **660** is automatically calculated and updated.

Screen **640** also includes a textual instruction **642** that is updated as the user selects different functions on the screen, a back button **664** to return the user to the previously selected function, a therapy history button **666** corresponding to function block **600** to enable the user to view a history of rotation therapy applied to the patient, and a reminder button **668** corresponding to function block **598** of FIG. **15**. Also included on screen **640** is a "start" button **670**, which, when activated, starts the operation of the rotation therapy according to the user selected parameters. Prior to activation, button **670** is filled in with a first suggestive color (e.g., green for "go"). When the rotation therapy is in progress, button **670** converts to a "stop" button filled in with a second suggestive color (e.g., red for "stop"), as shown in FIG. **19**.

Referring to FIG. **15**, once the user configures the rotation settings at block **596**, the system automatically checks whether the siderails are up or down (e.g., via siderail module **74**) at block **602**. If any of the siderails are down, the user will be prompted via an appropriate message on the display screen to raise them before rotation therapy can start. The system also automatically checks whether the seat deflate feature is active, at function block **603**. If seat deflate is active, the user will be prompted to deactivate the seat deflate feature before rotation therapy can start.

The user may then be prompted to decide whether to use rotation training as shown in FIG. **18**. Rotation "training" may be used to gradually introduce the patient to the rotation therapy. In the illustrated embodiment, rotation will begin at half the maximum turn degree and gradually increase over time to acclimate the patient.

US 9,849,051 B2

23

24

In general, rotation therapy may be at least temporarily suspended or paused when any siderail is lowered, when head of bed angle is raised higher than about 40 degrees, when foot of bead angle is lowered more than about 30 degrees, when the patient support is in or moving into or attempted to be moved into the chair position, if percussion and vibration, max-inflate, or turning assistance is activated, or if CPR is activated, or for other reasons.

When the rotation parameters are set, rotation therapy is started as indicated at block **604**. The user display is updated as shown in FIG. **19** once the rotation therapy is in progress. Rotation status display screen **700** displays the current rotation settings in region **702**, which is set off from the rest of screen **700** by highlighting, shading or coloration, and button **704** is modified to enable the user to stop the therapy as described above.

FIG. **20** illustrates a main menu screen as updated at block **606**, while rotation therapy is in operation. Screen **710** is similar to the main menu screens previously described, except that portions of the patient and bed graphic **744** are animated to simulate rotational movement of the support surface and patient that occurs when rotation therapy is in operation. Also, a thermometer-style status bar **712** indicates the amount of progress completed for the rotation therapy. Status bar **712** is set off from other parts of the screen **710** by selective coloration, highlighting or shading **740**. In addition, a "pause" button **742** is provided to allow the user to at least temporarily suspend the therapy in progress. The button is generally made conspicuous (e.g., larger size, centrally located) for easy access by the caregiver.

Graphic **744** includes animated graphical elements that dynamically change the display to simulate rotation of the surface and patient when rotation therapy is activated. In particular, the surface **724** is shown as rising on one side of the patient thereby "elevating" the corresponding shoulder **716** and leg **720** of the patient, in the graphical depiction. The graphical depiction of the surface and patient continue to dynamically change in an animated fashion as a side of the support surface and patient graphical elements rises and rotates. For instance, the patient's head **714**, arm **718** and leg **722** become animated to indicate rotation in the reverse direction.

Arrow graphical element **736** is also animated to indicate motion in the direction of the arrow head **738**. Coloring or shading of the arrow body is configured to convey a sense of motion in the direction of the arrow head **738** as well. For instance, the arrow tail is filled with a lighter shade and the arrow is gradually darkened toward the arrow head **738**. These animated features communicate patient support therapy information to caregivers in a manner that is easy to view, simple to understand, and not hindered by any language barriers or translation issues.

While in rotation therapy, the user may pause the therapy by pressing button **742**. In general, when a therapy is paused, another bed function may be activated, such as another therapy, the weigh scale, or other function or feature of the bed or mattress. If pause button **742** is activated, the animation of graphical element **744** also pauses and "moving arrow" **736**, **738** is not displayed during the pause, as shown in FIG. **21**. Also shown in screen **750** is that the status thermometer **712** is shown in reverse highlighting or "grayed out" mode **754** when the therapy is paused. A textual indicator that the therapy is "paused" is also provided. In addition, button **752** is converted from a "pause" button to a "resume" button.

Alternatively or in addition to the animated graphics, the user interface may display a visual message such as "In Progress" to indicate that a therapy is in progress.

In general, the system will also automatically temporarily pause an in-progress rotation therapy if the user activates a percussion and vibration therapy while rotation therapy is running, and then will resume the rotation therapy so that both rotation and percussion and vibration therapies can be in operation at the same time. If a percussion and vibration therapy is in progress, however, a new rotation therapy may be started without pausing the percussion and vibration therapy. In general, multiple therapies, such as rotation, percussion and vibration, and surface therapies, may be requested. When multiple therapies are in operation at the same time, each therapy type may be paused or stopped without affecting the other ongoing therapies.

FIGS. **22-26** relate to an automated percussion and vibration therapy of a patient support, and FIG. **15** illustrates steps performed in configuring a percussion and vibration therapy. Screen **760** of FIG. **22** is displayed when a percussion and vibration therapy is not already in progress. The user may configure the settings for percussion and vibration therapy via controls **768**, **770**, **772**, **774**, **776**, **778**, **789**, **784**, **786**, **788**, **792**. These controls are "one touch" controls as shown in FIGS. **23** and **24** and described above with reference to the rotation therapy configuration screens.

As shown in FIG. **22**, an option is presented to the user to select a predetermined percussion and vibration therapy setting using touchscreen control **768**. Activating control **768** enables the user to select from a plurality of discrete preset choices, such as "low" at 4 bps (beats per second) and duration of 10 minutes; "medium" at 5 bps and 10 minutes duration; "high" at 5 bps and 15 minutes duration. To use the customized settings, "custom" is selected at control **768**, in which case touchscreen controls **770**, **776**, **772**, **778**, **774**, **780** become enabled. If "preset" configuration is selected, the "custom" controls are disabled or grayed out.

Intensity may be customized for percussion and vibration by using controls **770**, **776**. Discrete choices for each control **770**, **776**, such as "low", "medium", and "high" are displayed and one of the choices may be selected by the user for each control **770**, **776**. For percussion frequency button **772**, the discrete choices include 1 to 5 beats per second, for example. For vibration frequency button **778**, the discrete choices include 5 to 25 beats per second, in 5 bps increments, for example. For duration buttons **774**, **780**, the choices include a range of values between and including 1 to 30 minutes, for example. In one embodiment, a minimum duration of about 3 minutes is required for therapy history statistics to be captured.

Patient position for percussion and vibration therapy is selectable by activating modify control **784**. Discrete choices for position control **782** include patient's right side **816**, patient's left side **820**, centered **818**, or rotation **814**, as shown in FIG. **24**. If right side **816** or left side **820** is selected, then the amount of turning (i.e. percentage) is selected for automated turning assistance to that side. If rotation is selected, then the rotation settings are configured as described above with reference to FIG. **16**. If the user selects OK at control **830**, then the position selected is displayed at control **782** of FIG. **22**.

The user may initiate operation of the therapy via control **788**. Prior to starting the percussion and vibration therapy, the patient support system checks the siderails at function block **620** and checks the head of bed angle at function block **622**. If one or more of the siderails is down or the head of bed angle is above an acceptable range (e.g. above 40

US 9,849,051 B2

25

degrees), the system prompts the user via an appropriate message on the display screen to make the appropriate adjustments to the patient support before the therapy can be started.

When the percussion and vibration therapy is started, the user interface display is updated at function block **626** to activate the animated features of the graphical user interface, as shown in FIG. **26**. When percussion and vibration therapy is running, the portions of graphical element **842** of screen **840** become animated to simulate the percussion and vibration motion experienced by the patient positioned on the patient support. This is accomplished by providing animated elements **844**, **846**, **848**, **850**. These elements are "active" concentric circular ripples that appear as though they are vibrating through the use of animation. A thermometer-like status bar **852** is also provided in a highlighted region **854** to communicate the status of the therapy to the user. A pause button **856** is also provided and operates in like fashion to similar buttons described above.

If both rotation therapy and percussion and vibration therapy are in operation at the same time, then the rotation therapy animations (i.e., "turning" patient and "moving" arrow) and the percussion and vibration animations (i.e., "vibrating" ripples) are active.

FIG. **27** illustrates a patient history reports screen **860**, which gives the user access to historical data about the patient, the patient support, and features, functions, and therapies provided by the patient support. Available historical data includes data relating to the patient's weight **872**, the length of time the patient support is in the chair position **874**, the history of vibration therapy performed **876**, the history of active bed exit alarms **878**, the history of rotation therapy performed **880**, the history of "opti-rest" or pressure redistribution or other surface therapies performed **882**, the history of active head of bed angle alarms **886**, and the history of percussion and vibration therapy performed **888**. A graphical icon **884** sets off the alarm history features from the other available options for easy identification by the user as indicated by legend **870**. A graphical element **864** is used in conjunction with the textual screen title **862** to orient the user with the screen.

FIGS. **28-30** illustrate historical data graphs for bed exit alarm history and head of bed angle history as described above. Selective coloration is used to indicate to the user the time periods of active alarms, as shown. For example, in FIG. **28**, the relatively darker areas of the graph **904**, **908** indicate time periods in which the bed exit alarm is enabled or set, while the relative lighter shaded areas **892** indicate time periods in which the bed exit alarm is turned off. In FIG. **29**, the darker shaded areas **936** indicate time periods when the head of bed angle alarm is enabled or set. In other embodiments, such historical information may be provided in a tabular form or another graphical form, or other suitable format as may be considered desirable by the user.

In general, the user may customize the "x" and "y" axes of the graphs of FIGS. **28-30**. For example, the "y" axis **894**, **924** indicates the time period during the day and may be extended up to 24 hours or shortened to a shorter period within the day. The "x" axis **896**, **926** shows the days in the date range monitored. The "duration" **898**, **928** is an automatically calculated value representing the amount of time the particular alarm was enabled or set for each day shown in the graph. For example, referring to FIG. **28**, on Oct. 11, 2006 the bed exit alarm was set for a total of 12 hours and 19 minutes on that day. The duration feature enables a caregiver to quickly spot days that may have been out of the ordinary in terms of the duration of alarms set. The caregiver

26

can then go directly to the bed exit alarm configuration screen (e.g. FIG. **9**) to reconfigure the alarm settings, via control **900**.

In the head angle history graph of FIGS. **29** and **30**, touchscreen control **930** enables the user to change the current view, while control **932** displays the current view (e.g., times and durations of monitoring the head of bed angle and the head of bed angle was above 30 degrees). Pressing the modify view button **930** presents discrete choices **956**, such as above 30 degrees, above 45 degrees, and the like, at control **954**. Control **954** also provides the user with an option to view the alarm history, i.e., the history of occurrences of the head of bed angle actually having been triggered or activated by the head of bed angle going below the preset alarm condition. An alarm history graphical report representing the history of activated alarms may then be viewed.

FIG. **31** illustrates an embodiment of a patient support **970** including multiple user modules **1016**, **1018** and multiple user module mounting regions **1002**, **1004**, **1006**, **1008**, **1012**. Patient support **970** has a head end **972** and a foot end **974**, a base **976**, frame **978** supported above the base **976** by a lift mechanism **982**, a deck **980**, wheels or casters **984**, **986**, a mattress **988**, a head of bed angle sensor **990** coupled to mattress **988**, and perimeter barriers **992**, **994**, **996**, **998**, **1000**, **1002**. User module docking regions **1004**, **1006**, **1008**, **1010**, **1012** are provided in the barriers as shown. A user module mounting bracket such as element **1014** may be provided to fixedly, pivotally, or releasably secure a user module within or to a mounting region. User interfaces **1016**, **1018** are generally configured with graphical, textual, and touchscreen elements as described above.

In such embodiments, any one of the multiple user modules may be used to operate the patient support or features thereof. Each of the user interfaces of the multiple user modules are synchronized to provide the same display and data substantially at the same time. In one embodiment, if a user on the right side of the patient support pushes a button while the user on the left side is doing something, the system treats each button activation in sequential order. This makes the workflow "interruptible" by any user module.

Two users can also work together to complete an operation such as weighing a patient. For example, a first user presses the scale control of a user interface of a first user module to activate the patient weighing feature. The first user then holds IV lines or other items or equipment away from the bed surface, while a second user presses the "weigh patient" button and reads or records the patient's weight.

FIG. **32** is a simplified block diagram of one embodiment of a multiple user module system including a patient support **1030**, a controller **1038**, and a plurality of user modules **1032**, **1034**, **1036**, which are operably coupled to patient support by mechanical and/or electrical links **1042**, **1044**, **1046** and are electrically coupled controller **1038** via links **1048**, **1050**, **1052**, respectively. Controller **1038** includes synchronization logic **1040** stored in a memory and executable by a processor to synchronize the activities and the displays of the multiple user modules so that when an action is taken at one user module, the displays of the other user modules are automatically updated. Controller **1038** receives input signals from a first user module **1032**, a second user module **1034**, and a third user module **1036**, or any number of user modules. Such signals are time-stamped and controller **1038** applies synchronization logic to process the signals in sequential order and update the output to the displays as needed.

FIG. **33** is a simplified block diagram of another embodiment of a multiple user interface system including a patient support **1060**, a network **1062**, a plurality of user modules **1064**, **1066**, **1068**, and a controller **1070**. Each of patient support **1060**, controller **1070**, and user modules **1064**, **1066**, **1068** are operably coupled to communication network **1062** by communication links **1072**, **1074**, **1076**, **1078**, **1080**.

In this embodiment, the user modules receive input signals from the user via a touchscreen control or other input device. The input signals are converted by programming logic stored at the module to a network-readable format and sent over the network **1062**. The other user modules and the controller **1070** receive the network message. The other user modules acknowledge the message and update their displays as needed. Controller **1070** monitors the network, forwards the message to the appropriate function module **1082**, **1084** to perform the requested bed or mattress function, checks for acknowledgement messages confirming that the function has been performed, converts acknowledgement messages to network-readable messages and sends the acknowledgement messages to the user modules over the network. The user modules each receive the acknowledgment messages and update their displays as appropriate. The user modules may each send a reply message to the controller so that the controller knows that each user module has been updated.

The network **1062** may include peer-to-peer connections (for example, as between the user modules and the controller or between the function modules and the controller), master/slave connections, or a combination of peer-to-peer and master-slave connections. An example of a master/slave configuration is a function module that receives input that originates from an analog device, such as a load cell, angle sensor, pressure sensor, position sensor, or the like. For example, a scale module for obtaining patient weight is connected to load cell modules in a master/slave configuration where the load cell modules are the "slaves" because they only communicate with the scale function module.

FIG. **34** is a bottom-end perspective view of an exemplary user module **1090**. User module **1090** includes a housing **1092** having a top end **1096** and a bottom end **1098**. A data/communication port **1100** is located in the bottom end **1098** (although it could be located elsewhere on the user module). Data/communication port **1100** may include a standardized electrical connector **1102**, such as a Universal Serial Bus (USB) port, memory card slot, memory stick reader, or similar connector. Connector **1102** enables a peripheral device, storage media, remote computer, or other computing devices, such as portable memory card readers, laptops, or printers, to be connected to the user module **1090** at port **1100**.

A memory card (such as SD, MMC, CompactFlash, or the like) or portable memory card reader or other computing device may be directly inserted into or connected to the port **1100** at connector **1102**. User module **1090** includes programming logic configured to recognize the existence of a connection at connector **1102**, indicate the connection on the display, and display prompts to enable a service technician or other authorized person to perform functions at the user module relating to the connected device or media. For example, software fixes, upgrades or new releases to the user module or modules may be performed, or software fixes, upgrades, or new releases for a bed or mattress function module may be received at the port **1100** and then transmitted to the appropriate function module by the user module over a bed or mattress network. In addition, if a new user module or function module is added to the bed or mattress system, or an existing module is being replaced, software configured for the new module may be uploaded to the system via port **1100**.

FIG. **35** illustrates an embodiment of a patient support apparatus **1200**, which is a powered hospital bed configurable to assume a plurality of different positions, including a horizontal or flat position (shown), a chair position, positions intermediate the horizontal and chair positions, Trendelenburg and reverse Trendelenburg and hi-low positions. Bed **1200** has a bed frame including a base **1202**, an intermediate frame **1204**, a weigh frame **1206** and a deck **1208**. Deck **1208** includes an articulatable head section and an articulatable foot section. Intermediate frame **1204** is supported above base **1202** by lift or articulation arms **1210**, **121**, and thereby has an adjustable height. Frame **1204** has a retractable and extendable foot section **1238**, which includes an automated mechanism for shortening and lengthening the foot section **1238**. The length of foot section **1238** may be adjustable to customize the length of the sleep surface for a patient. Alternatively or in addition, the length may be automatically adjusted to facilitate moving bed **1200** into and out of a chair position, i.e., automatically shortened as bed **1200** moves into a chair position and automatically lengthened as bed **1200** moves from the chair position into one of the bed positions.

A support surface **1230** is supported by deck **1208**. In the illustrated embodiment, surface **1230** includes a plurality of inflatable bladders, however, surface **1230** may include other types of support members such as foam, three-dimensional material, and the like, and may include additional elements to be configured as a treatment surface (e.g. including pressure reduction and/or low airloss features) or therapy surface (e.g. including pulmonary features such as rotation or percussion and vibration). Additionally, surface **1230** may be usable with patients weighing up to or over 500 pounds. Further, surface **1230** generally has resilient, retractable/extendable, or length-adjustable members (such as specially cut foam or deflatable bladders) in the foot section to cooperate with the length-adjustable foot section **1238**.

Head end siderails **1264**, **1266** are positioned adjacent the lateral sides of the head section. Intermediate siderails **1268**, **170** are also positioned adjacent the lateral sides of the bed and are longitudinally spaced from head end siderails **1264**, **1266** as shown. A removable headboard **1218** and removable footboard **1232** are positioned adjacent the head end and foot end, respectively, of bed **1200**.

Bed **1200** also includes one or more transport handles **1214**, which are configured to enable bed **1200** to be maneuvered or transported manually or with the assistance of a powered transport system **1248**, such as the IntelliDrive® transport system sold by the Hill-Rom Company.

Each of siderails **1264**, **1266**, **1268**, **1270** includes an outer panel facing outwardly away from the surface **1230** and an inner panel facing inwardly toward the surface **1230**, wherein the inner panel may generally be configured to be accessible to a person positioned on the surface **1230** and the outer panel may be generally configured to be accessible to a user or caregiver not located on the surface **1230**.

A head of bed angle indicator **1216** provides a visual cue indicative of the current angle of the head section of bed **1200**. Indicator **1216** is located on an outer panel of head section siderail **1266** in the illustrated embodiment. Similarly, a Trendelenburg angle indicator **1220** provides a visual cue indicative of the current Trendelenburg angle of the bed **1200**. Indicator **1220** is located on an outer panel of intermediate siderail **1270** in the illustrated embodiment.

US 9,849,051 B2

29                                                          30

A speaker **1222** is located on the inner panel of head end siderail **1264** in the illustrated embodiment. Speaker **1222** is operably connected to a nurse call system and/or to a patient entertainment system. A patient control panel **1228** is located on the inner panel of intermediate siderail **1268** in the illustrated embodiment and includes buttons, switches, or controls to enable the patient to adjust a position, function or feature of the bed **1200**, such as to raise the head section or call a nurse.

Outer panel of head end siderail **1266** also includes a bed hi-low control **1258**, which includes buttons or switches to raise and lower the frame **1204** relative to the base **1202**. Outer panel of intermediate siderail **1270** also includes siderail controls **1224** and a graphical user interface or graphical caregiver interface (GCI) **1226**. In general, siderail controls **1224** include hardpanel electromechanical switches while GCI **1226** includes a dynamic display with touch-screen controls as described above. GCI **1226** is may be pivotably coupled to siderail **1270** as previously described.

In the illustrated embodiment, the inner and outer panels of head end siderails **1264**, **1266** are substantially identical and are provided with the same features and functions, and the inner and outer panels of intermediate siderails **1268**, **1270** are substantially identical and are provided with the same features and functions, so that a patient or caregiver can access the controls from either side of the bed; however, this need not be the case.

Other features of bed **1200** may include equipment electrical sockets **1234**, one or more bumpers or wall guards **1236**, drainage bag holders **1240**, one or more accessory outlets **1242**, casters **1244** (single or dual wheel), foot pedal **1246**, emergency Trend or CPR lever **1246**, brake and steering system **1252**, siderail release mechanisms **1254** (on each siderail), one or more IV poles **1256**, and/or patient helper **1260**, which includes a trapeze **1262**. Additional details of the above-described features and functions of bed **1200** are further described in U.S. Provisional Patent Application Ser. No. 60/982,300, filed Oct. 24, 2007, incorporated herein by reference.

A simplified schematic of an electrical system for bed **1200** is shown in FIGS. **36A**-**36D**. Electrical system **1300** includes base frame components and circuitry **1302**, intermediate frame components and circuitry **1304**, weigh frame components and circuitry **1306**, left and right head siderail components and circuitry **1308**, **1310**, and left and right intermediate siderail components and circuitry **1312**, **1314**. Base frame components and circuitry **1302** are coupled to base frame **1202**, intermediate frame components and circuitry **1304** are coupled to intermediate frame **1204**, weigh frame components and circuitry **1306** are coupled to weigh frame **1206**, left and right head siderail components and circuitry **1308**, **1310** are coupled to left and right head siderails **1264**, **1266**, respectively, and left and right intermediate siderail components and circuitry **1312**, **1314** are coupled to left and right intermediate siderails **1268**, **1270**, respectively. In general, the electrical components and circuitry may be embedded in, adhered to, or otherwise mounted in or fastened to a physical component or member of the corresponding frame or barrier member in such a way as to be permanently fixed relative to the frame or barrier member, or may be removable or replaceable relative to the frame or barrier member.

Base frame components and circuitry **1302** includes a power control module **1316**, which is electrically connected to a plurality of printed circuit board assemblies and cables, including air source/blower assembly **1318**, transformer assembly **1320**, battery assembly **1322**, manifold and pump

assembly **1324**, foot hi-low position sensor assembly **1326**, head hi-low position sensor assembly **1328**, brake safety switch assembly **1330**, scale assembly **1332**, CPR switch assembly **1334**, emergency trend switch assembly **1336**, night light assembly **1338**, accessory A/C plug and cable assembly **1340**, and electrical line cord assembly **1342**.

Intermediate frame components and circuitry **1304** includes a plurality of printed circuit board assemblies and cables including a patient control pendant assembly **1344**, a plurality of load beam assemblies (four, in the illustrated embodiment) **1346**, and sidecomm, nurse call, entertainment, and lighting assemblies **1348**. The sidecomm assembly **1348** is coupled to a becon module **1352** and the nurse call assembly is coupled to a network connection **1350** (such as Ethernet) to communicate with an external network.

Weigh frame components and circuitry **1306** includes a plurality of printed circuit board assemblies and cables including a weigh frame junction assembly **1354**, siderail detection switch assemblies **1356** (one for each siderail, illustratively), knee position sensor assembly **1358**, head position sensor assembly **1360** and foot position sensors **1362**.

Left and right head siderail components and circuitry **1308**, **1310** include, respectively, a plurality of printed circuit board assemblies and cables including speaker assemblies **1364**, **1368** and bed up/down assemblies **1366**, **1370**.

Left and right intermediate siderail components and circuitry **1312**, **1314** include, respectively, left and right caregiver positioning assemblies **1372**, **1392**. Left and right patient articulation assemblies **1374**, **1394**, left and right patient entertainment assemblies **1376**, **1396**, left and right bedside hardpanel assemblies **1378**, **1398**, left and right nurse call switch assemblies **1380**, **1400**, and left and right GCIs **1382**, **1402**, are coupled to left and right intermediate siderail components and circuitry **1312**, **1314**, respectively. Each GCI assembly **1382**, **1402** includes a baseboard **1284**, **1404**, an LCD **1386**, **1406**, a touchscreen **1390**, **1410**, and an inverter **1388**, **1408**. Each GCI assembly **1382**, **1402** displays and operates a graphical user interface including enhanced, highlighted, selectively colored or shaded, and/or animated portions as described above.

Power control module **1316** of the base frame components **1302** is electrically coupled to weigh frame junction assembly **1354** via link **1412**. Scale assembly **1332** is electrically coupled to load beam assemblies **1346** of intermediate frame components **1304** via link **1426** and to weigh frame junction assembly **1354** of weigh frame components **1306** via link **1414**. Pendant assembly **1344** is electrically coupled to weigh frame junction assembly **1354** by link **1416**.

Left and right head siderail components **1308**, **1310** are electrically coupled to weigh frame junction assembly **1354** by links **1418**, **1420**, respectively. Left and right caregiver positioning assemblies **1372**, **1392** are electrically coupled to weigh frame junction assembly **1354** by links **1422**, **1424**, respectively.

In general, electrical couplings as shown in FIG. **36** are usable to communicate power, and/or data, instructions, or commands in digital form, among the various components and assemblies of bed **1200**, by insulated wiring, cables, wireless transmission or other type of suitable communication link or electrical or power conduit. The various electrical components and circuitry may be interconnected by a network, such as a CAN or Echelon configuration. Additional details relating to these electrical components and

US 9,849,051 B2

31

32

circuitry are provided in U.S. Provisional Patent Application Ser. No. 60/982,300, filed Oct. 24, 2007, incorporated herein by reference.

The drawings are provided to facilitate understanding of the disclosure, and may depict a limited number of elements for ease of explanation. No limits on the number or types of user modules, function modules or other components, features or functionality that may be provided by or connected to any of the disclosed apparatus and systems are intended to be implied by the drawings. Also, in general, features, functional blocks or user interface elements shown but not specifically described herein operate in a like fashion to other similar function blocks or elements as described herein.

The present disclosure describes patentable subject matter with reference to certain illustrative embodiments. Variations, alternatives, and modifications to the illustrated embodiments may be included in the scope of protection available for the patentable subject matter.

The invention claimed is:

1. A user module for a patient support, the user module comprising

a communication interface configured to communicate signals from the user module to the patient support, the patient support having at least one automated function and being configured to support a patient in at least a substantially horizontal position, the communication interface further configured to communicate signals from the patient support to the user module,

an input device configured to receive a signal indicative of a selection made by a user relating to an automated function of the patient support, and

an output device including a visual display configured to simultaneously display a first graphical depiction of a person positioned on the patient support responsive to a selection made by a user relating to a first alarm function of the patient support, and a second graphical depiction of a person positioned on the patient support responsive to a selection made by a user relating to a second alarm function of the patient support, wherein the first graphical depiction includes a first animated element indicative of movement associated with operation of the first alarm function of the patient support and the second graphical depiction includes a second animated element indicative of movement associated with operation of the second alarm function of the patient support.

2. The user module of claim 1, wherein the first animated element includes an arrow and a portion of the graphical depiction of a person positioned on the patient support.

3. The user module of claim 2, wherein the second animated element includes concentric circles and a portion of the graphical depiction of a person positioned on the patient support.

4. The user module of claim 1, wherein the output device is further configured to substantially simultaneously display current data relating to at least two alarm features of the patient support and current data relating to at least one therapy function of the patient support.

5. The user module of claim 1, wherein the output device is configured to display a first region including a first selectable option and a second region spaced from the first region, the second region includes a second selectable option, the first selectable option is displayed in a first color and the second selectable option is displayed in a second color contrasting with the first color.

6. The user module of claim 5, wherein the second selectable option is displayed in the second color prior to selection by a user of the second selectable option and the second selectable option is displayed in a third color contrasting with the second color and the first color after selection by a user of the second selectable option.

7. The user module of claim 6, wherein the second color is green and the third color is red.

8. The user module of claim 1, wherein the output device is further configured to display in a data region current data relating to a function of the patient support or a characteristic of a patient positionable on the patient support, and the data region is defined relative to the rest of the display by yellow highlighting.

9. The user module of claim 1, further comprising a user control to configure a setting of the patient support, the user control including a touch sensor associated with a graphical depiction of the user control displayed on the visual display, wherein the depiction of the user control includes a first numerical value representative of the current configuration of the setting, the user control is configured to enable a user to select a second numerical value indicative of a second configuration for the setting by applying one touch to the touch sensor, and the depiction of the user control automatically changes to replace the first numerical value with the second numerical value on the user control when the second numerical value is selected by the user.

10. A user module for a patient support, the user module comprising

a communication interface configured to communicate signals from the user module to the patient support, the patient support having at least one automated function and being configured to support a patient in at least a substantially horizontal position the communication interface further configured to communicate signals from the patient support to the user module,

an input device configured to receive a signal indicative of a selection made by a user relating to an automated function of the patient support, and

an output device including a visual display configured to simultaneously display a first graphical depiction of a person positioned relative to the patient support in response to a selection made by a user relating to a first alarm function of the patient support, a second graphical depiction of a person positioned on the patient support in response to a selection made by a user relating to a second alarm function of the patient support, and a third graphical depiction of a person positioned relative to the patient support in response to a selection made by a user relating to a first therapy function of the patient support, wherein the first graphical depiction includes a first variable element indicative of movement associated with operation of the first alarm function of the patient support and the second graphical depiction includes a second variable element indicative of movement associated with operation of the second alarm function of the patient support, and the third graphical depiction is an animated representation of the operation of the therapy function.

11. The user module of claim 10, wherein the output device is further configured to display the first graphical depiction and the second graphical depiction are each variable.

12. The user module of claim 11, wherein the animated representation includes an arrow and a portion of the graphical depiction of a person positioned on the patient support.

US 9,849,051 B2

33

**13**. The user module of claim **11**, wherein the animated representation includes concentric circles and a portion of the graphical depiction of a person positioned on the patient support.

**14**. The user module of claim **13**, wherein the output device is further configured to substantially simultaneously display current data relating to the at least two alarm functions of the patient support, current data relating to at least one therapy function of the patient support, and a graphical representation of the patient support including the animated representation of the operation of the therapy function as a status of the patient support.

**15**. The user module of claim **10**, wherein the output device is configured to display a first region including a first selectable option and a second region spaced from the first region, the second region includes a second selectable option, the first selectable option is displayed in a first color and the second selectable option is displayed in a second color contrasting with the first color.

**16**. The user module of claim **15**, wherein the second selectable option is displayed in the second color prior to selection by a user of the second selectable option and the second selectable option is displayed in a third color con-

34

trasting with the second color and the first color after selection by a user of the second selectable option.

**17**. The user module of claim **16**, wherein the second color is green and the third color is red.

**18**. The user module of claim **10**, wherein the output device is further configured to display in a data region current data relating to a function of the patient support or a characteristic of a patient positionable on the patient support, and the data region is defined relative to the rest of the display by highlighting.

**19**. The user module of claim **10**, further comprising a user control to configure a setting of the patient support, the user control including a touch sensor associated with a graphical depiction of the user control displayed on the visual display, wherein the depiction of the user control includes a first numerical value representative of the current configuration of the setting, the user control is configured to enable a user to select a second numerical value indicative of a second configuration for the setting by applying one touch to the touch sensor, and the depiction of the user control automatically changes to replace the first numerical value with the second numerical value on the user control when the second numerical value is selected by the user.

*   *   *   *   *

# Exhibit F

US008341777B2

(12) **United States Patent**
Hensley et al.

(10) **Patent No.:** **US 8,341,777 B2**
(45) **Date of Patent:** **Jan. 1, 2013**

(54) **HOSPITAL BED HAVING CASTER BRAKING ALARM**

(75) Inventors: **David W. Hensley**, Milan, IN (US); **Jean-Bernard Duvert**, Auray (FR); **Sebastien Gemeline**, Ploemuer (FR); **Patrick Weizman**, Liberty Township, OH (US); **Gary S. Siegle**, Cincinnati, OH (US); **Olivier Barbu**, Redon (FR); **Le Boeuf Guenael**, Sarzeau (FR)

(73) Assignee: **Hill-Rom Services, Inc.**, Batesville, IN (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

(21) Appl. No.: **13/362,780**

(22) Filed: **Jan. 31, 2012**

(65) **Prior Publication Data**

US 2012/0124743 A1     May 24, 2012

**Related U.S. Application Data**

(60) Division of application No. 13/021,823, filed on Feb. 7, 2011, now Pat. No. 8,122,535, which is a continuation of application No. 12/630,153, filed on Dec. 3, 2009, now Pat. No. 7,882,580, which is a continuation of application No. 10/557,524, filed as application No. PCT/US2004/016260 on May 20, 2004, now Pat. No. 7,644,457.

(60) Provisional application No. 60/472,260, filed on May 21, 2003.

(51) **Int. Cl.**
*A61G 7/00* (2006.01)
*B60B 33/00* (2006.01)

(52) **U.S. Cl.** .................... **5/424**; 5/600; 5/86.1; 16/18 R; 16/35 R

(58) **Field of Classification Search** ............. 5/600, 86.1, 5/424, 510; 16/18 R, 35 R
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

2,096,229 A 10/1937 Dudley
2,572,548 A 10/1951 Weisz et al.
2,659,927 A 11/1953 Simpson
2,738,539 A 3/1956 Schultz
3,304,116 A 2/1967 Stryker
3,452,386 A 7/1969 Carlson
3,478,381 A 11/1969 Schultz
3,479,681 A 11/1969 Maslow

(Continued)

FOREIGN PATENT DOCUMENTS

CH        570 802    12/1975

(Continued)

OTHER PUBLICATIONS

European Search Report for EP 10 00 0577 dated Feb. 2, 2011, 7 pages.

*Primary Examiner* — Michael Trettel
(74) *Attorney, Agent, or Firm* — Barnes & Thornburg LLP

(57) **ABSTRACT**

A patient support is connectable to an external power source. The patient support includes a bedframe supported on a floor, a plurality of wheels coupled to the bedframe, and a brake configured to prevent the bed from moving on the floor. The brake is moveable between a braked position and an unbraked position. The patient support also includes a controller configured to activate an alarm when the brake is moved to the unbraked position when the bed is connected to the external power source.

**19 Claims, 17 Drawing Sheets**





**US 8,341,777 B2**

Page 2

### U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 3,487,495 | A | 1/1970 | Schultz |
| 3,493,085 | A | 2/1970 | Libhart |
| 3,635,491 | A | 1/1972 | Drews et al. |
| 3,705,438 | A | 12/1972 | Stosberg et al. |
| 3,879,796 | A | 4/1975 | Whyte |
| 3,988,800 | A | 11/1976 | Sachser |
| 4,077,087 | A | 3/1978 | Mooney |
| 4,095,532 | A | 6/1978 | Redemann |
| 4,175,783 | A | 11/1979 | Pioth |
| 4,190,002 | A | 2/1980 | Redemann |
| 4,276,962 | A | 7/1981 | Aulik |
| 4,309,791 | A | 1/1982 | Aulik |
| 4,385,414 | A | 5/1983 | Damico |
| 4,414,702 | A | 11/1983 | Neumann |
| 4,439,879 | A | 4/1984 | Werner |
| 4,526,253 | A | 7/1985 | Schmidt |
| 4,677,706 | A | 7/1987 | Screen |
| 4,722,114 | A | 2/1988 | Neumann |
| 4,723,808 | A | 2/1988 | Hines |
| 4,788,741 | A | 12/1988 | Hilborn |
| 4,815,161 | A | 3/1989 | Timmer et al. |
| 4,922,574 | A | 5/1990 | Heiligenthal et al. |
| 5,014,391 | A | 5/1991 | Schulte |
| 5,129,218 | A | 7/1992 | Youngberg et al. |
| 5,139,116 | A | 8/1992 | Screen |
| 5,184,373 | A | 2/1993 | Lange |
| 5,203,149 | A | 4/1993 | Youngberg et al. |
| 5,242,035 | A | 9/1993 | Lange |
| 5,279,010 | A | 1/1994 | Ferrand et al. |
| 5,303,450 | A | 4/1994 | Lange |
| 5,330,064 | A | 7/1994 | Hall |
| 5,348,326 | A | 9/1994 | Fullenkamp et al. |
| 5,377,372 | A | 1/1995 | Rudolf et al. |
| 5,450,639 | A | 9/1995 | Weismiller et al. |
| 5,497,856 | A | 3/1996 | Block et al. |
| 5,503,416 | A | 4/1996 | Aoki et al. |
| 5,634,532 | A | 6/1997 | Bucher |
| 5,737,801 | A | 4/1998 | Flood |
| 5,774,936 | A | 7/1998 | Vetter |
| 5,806,111 | A | 9/1998 | Heimbrock et al. |
| 5,987,671 | A | 11/1999 | Heimbrock et al. |
| 5,991,947 | A | 11/1999 | Lavin et al. |
| 5,996,149 | A | 12/1999 | Heimbrock et al. |

| | | | |
|---|---|---|---|
| 6,000,076 | A | 12/1999 | Webster et al. |
| 6,076,208 | A | 6/2000 | Heimbrock et al. |
| 6,163,903 | A | 12/2000 | Weismiller et al. |
| 6,182,310 | B1 | 2/2001 | Weismiller et al. |
| 6,240,579 | B1 | 6/2001 | Hanson et al. |
| 6,264,006 | B1 | 7/2001 | Hanson et al. |
| 6,282,738 | B1 | 9/2001 | Heimbrock et al. |
| 6,286,165 | B1 | 9/2001 | Heimbrock et al. |
| 6,314,597 | B2 | 11/2001 | Heimbrock et al. |
| 6,315,311 | B1 | 11/2001 | Hanson et al. |
| 6,321,878 | B1 | 11/2001 | Mobley et al. |
| 6,330,926 | B1 | 12/2001 | Heimbrock et al. |
| 6,421,854 | B1 | 7/2002 | Heimbrock |
| 6,446,283 | B1 | 9/2002 | Heimbrock et al. |
| 6,453,508 | B1 | 9/2002 | Denner |
| 6,460,205 | B1 | 10/2002 | Lewandowski et al. |
| 6,473,921 | B2 | 11/2002 | Brooke et al. |
| 6,505,359 | B2 | 1/2003 | Heimbrock et al. |
| 6,598,247 | B1 | 7/2003 | Heimbrock et al. |
| 6,658,680 | B2 | 12/2003 | Osborne et al. |
| 6,691,346 | B2 | 2/2004 | Osborne et al. |
| 6,820,294 | B2 | 11/2004 | Shiery et al. |
| 6,865,775 | B2 | 3/2005 | Ganance |
| 7,200,894 | B2 * | 4/2007 | Block et al. .................. 16/18 R |
| 7,302,717 | B2 | 12/2007 | Reinke et al. |
| 7,644,457 | B2 | 1/2010 | Hensley et al. |
| 7,882,580 | B2 | 2/2011 | Hensley et al. |
| 8,122,535 | B2 | 2/2012 | Hensley et al. |
| 2003/0131413 | A1 | 7/2003 | Dietrich |
| 2004/0139545 | A1 | 7/2004 | Reinke et al. |

### FOREIGN PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| EP | 0 681 799 | A1 | 11/1995 |
| EP | 1 243 241 | A2 | 9/2002 |
| EP | 1 985 275 | A2 | 10/2008 |
| FR | 2 780 638 | | 1/2000 |
| FR | 2 783 463 | | 3/2000 |
| FR | 2 836 375 | A1 | 8/2003 |
| WO | WO 00/51541 | S2 | 9/2000 |
| WO | WO 02/32271 | A1 | 4/2002 |
| WO | WO 02/076266 | A1 | 10/2002 |
| WO | WO 03/072373 | A1 | 9/2003 |

* cited by examiner



FIG. 1



FIG. 2



FIG. 3



FIG. 4



FIG. 5



FIG. 6



**FIG. 7**



**FIG. 8**



FIG. 9



FIG. 10



FIG. 11



FIG. 12

FIG. 13

FIG. 14



FIG. 15



FIG. 16



FIG. 17



FIG. 18



FIG. 19



FIG. 20



FIG. 21

US 8,341,777 B2

1

# HOSPITAL BED HAVING CASTER BRAKING ALARM

## CROSS REFERENCE TO RELATED APPLICATIONS

This application is a divisional of U.S. application Ser. No. 13/021,823, filed Feb. 7, 2011, now U.S. Pat. No. 8,122,535, which is a continuation of U.S. application Ser. No. 12/630, 153, filed Dec. 3, 2009, now U.S. Pat. No. 7,882,580, which is a continuation of U.S. application Ser. No. 10/557,524, filed Nov. 8, 2006, now U.S. Pat. No. 7,644,457, which is the U.S. national phase under 35 U.S.C. §371 of PCT International Application No. PCT/US2004/016260, which has an international filing date of May 20, 2004, designating the United States of America, and which claims the benefit of U.S. Provisional Patent Application Ser. No. 60/472,260, filed May 21, 2003, the disclosures of each of which are hereby expressly incorporated by reference herein.

## BACKGROUND AND SUMMARY OF THE INVENTION

The present invention relates to a hospital bed. More particularly, the present invention relates to a hospital bed having siderails, an articulating deck, and a mattress.

Hospital bed and other patient supports are known. Typically, such patient supports are used to provide a support surface for patients or other individuals for treatment, recuperation, or rest. Many such patient supports include a frame, a deck supported by the frame, a mattress, siderails configured to block egress of a patient from the mattress, and a controller configured to control one or more features of the bed.

Additional features of the present invention will become apparent to those skilled in the art upon consideration of the following detailed description of an illustrated embodiment exemplifying the best mode of carrying out the invention as presently perceived.

## BRIEF DESCRIPTION OF THE DRAWINGS

A detailed description particularly refers to the accompanying figures in which:

FIG. 1 is a perspective view of a patient support according to the present disclosure showing the patient support including a frame, a deck, a mattress supported by the deck, a head board, a foot board, a pair of head end siderails, and a pair of foot end siderail;

FIG. 2 is a side elevation view showing the mattress supported in a flat and horizontal position;

FIG. 3 is a view similar to FIG. 2 showing a head section of the deck in a raised position and the head and foot end siderails having complementary profiles;

FIG. 4 is a view similar to FIG. 3 showing the foot end siderail in a lowered position and the head and foot end siderails having complementary profiles permitting the foot end siderail to be lowered when the head section of the deck is raised;

FIG. 5 is a diagrammatic view showing an intermediate frame of the patient support in a horizontal position and the deck in an articulated position;

FIG. 6 is a view similar to FIG. 5 showing the intermediate frame in the Trendelenburg position and the deck in a substantially flat position;

2

FIG. 7 is a perspective view of a portion of the patient support of FIG. 1 showing portions of a caster wheel, a brake pedal in a braked position, and a brake position detection switch;

FIG. 8 is a view similar to FIG. 7 showing the brake pedal in an un-braked position;

FIG. 9 is a perspective view of a center or fifth wheel assembly showing the fifth wheel assembly coupled to the frame of the patient support of FIG. 1 and a wheel of the patient support facing in a direction parallel with the longitudinal axis of the patient support;

FIG. 10 is a view similar to FIG. 9 showing the wheel facing in a direction that is neither parallel or perpendicular with the longitudinal axis of the patient support;

FIG. 11 is a view similar to FIG. 9 showing the wheel facing in a direction that is perpendicular with the longitudinal axis of the patient support;

FIG. 12 is a cross-section view taken along line 12-12 of FIG. 9 showing a ball bearing positioned in a first valley of a wheel position holder;

FIG. 13 is a cross-sectional view taken along line 13-13 of FIG. 10 showing the ball bearing positioned on a first peak of the wheel position holder;

FIG. 14 is a cross-sectional view taken along line 14-14 of FIG. 11 showing the ball bearing positioned in a second valley of the wheel position holder;

FIG. 15 is an exploded assembly view of the caster wheel assembly;

FIG. 16 is a perspective view of portions of the deck showing the deck including three removable deck panels;

FIG. 17 is a view similar to FIG. 16 showing the deck panels removed from the remainder of the deck;

FIG. 18 is perspective view of the deck showing patient restraint straps coupled to the deck;

FIG. 19 is a cross-sectional view taken along lines 19-19 of FIG. 2 showing one of the removable deck panels including gap fillers positioned adjacent to the head end siderails to partially fill the gap therebetween and the mattress including chamfered corners to receive the gap fillers;

FIG. 20 is a perspective view of a portion of the patient support of FIG. 1 showing a head end deck panel, the head board, and one of the head end siderails having curved portions that converge to partially fill gaps defined therebetween; and

FIG. 21 is a top plan view showing the curved portions of the head board and the head end siderail.

## DETAILED DESCRIPTION

A patient support 10 according to the present disclosure is shown in FIG. 1. Patient support 10 includes a base frame 12, an intermediate frame 14 supported by base frame 12, a deck 16 supported by intermediate frame 14, a mattress 18 supported by deck 16, a headboard 20, a footboard 22, a pair of head end siderails 24, and a pair of foot end siderails 26. Footboard 22 is positioned over an extendable foot support. Additional details of a suitable extendable foot support is provided in European Patent Publication No. EP0681799 A1, titled "Blocking device for an extension relative to a piece of furniture, and piece of furniture equipped with it," filed May 5, 1995, to Pascal Guguin, the disclosure of which is expressly incorporated by reference herein.

Base frame 12 is supported on the floor by a plurality of caster wheels 28 and a centered or fifth wheel assembly 30. Intermediate frame 14 is coupled on each end to extendable columns 31 which can be extended or retracted to position intermediate frame 14 and deck 16 in the Trendelenburg or

US 8,341,777 B2

3

Reverse Trendelenburg positions. Additional details of suitable extendable columns is provided in French Patent Publication No. FR2780638, titled "Hospital bed with telescoping columns," filed Jul. 1, 1998, to Robic Dominique, the disclosure of which is expressly incorporated by reference herein.

Deck 16 is configured to articulate between a plurality of positions. Deck 16 includes a head section 32, a seat section 34, a thigh section 36, and a foot section 38 which are pivotably coupled together.

Head end siderails 24 are coupled to head section 32 and may be moved between raised and lowered positions by siderail linkages 40. Additional details of suitable siderail linkages are provided in PCT Publication No. WO 02/32271 A1, titled "Bed with Articulated Barrier Elements," filed Oct. 18, 2000, to Hensley et al. and U.S. Pat. No. 6,163,903, titled "Chair Bed," filed Feb. 4, 1998, to Weismiller et al, the disclosures of which are expressly incorporated by reference herein. Foot end siderails 26 are coupled to intermediate frame 14 by siderail linkages 40 between thigh section 36 and foot section 38 and can also be moved between raised and lowered positions.

A control system is provided to control various functions of patient support 10. The control system and the remainder of patient support 10 are powered by a building's power supply through an AC plug connector 44 coupled to a building outlet 46. If AC plug connector 44 is unplugged from building outlet 46 or the building's power is lost, patient support 10 is powered by a battery (not shown) supported by base frame 12.

As shown in FIG. 2, head section siderail 24 include handles 50, 52, upper portion 54, lower portion 56, and notch 58. Foot section siderail 26 includes handles 60, 62, upper portion 64, lower portion 66, and extended portion 68. Deck 16 can be moved into an articulated position, as shown in FIG. 10, by moving head section 32 in direction 70. As shown in FIG. 3, upper portion 54 of head section siderail 24 complements upper portion 66 of foot section siderail 26 so that head section siderail 24 does not interfere with foot section siderail 26 when deck 16 is in the articulated position.

Lower portion 56 of head section siderail 24 and lower portion 66 of foot section siderail 26 are also shaped to correspond with one another so that a gap 72 defined between lower portions 56, 66 remains substantially constant during articulation of deck 16. During articulation of deck 16, a gap 74 defined between upper portions 66, 52 narrows significantly while gap 72 between lower portions 60, 58 remains substantially constant. In the articulated orientation with both siderails 24, 26 in the raised position, as shown in FIG. 3, notch 58 is positioned to receive extended portion 68 of foot section siderail 26.

As shown in FIG. 4, when foot section siderail 26 is moved to the lowered position, the curvature of upper portion 64 of foot section siderail 26 is configured to complement the curvature of lower portion 56 of head section siderail 24. The radius of curvature of upper portion 64 of foot section siderail 26 is configured to be substantially centered about a pivot axis 76 of head section 32. This allows foot section siderail 26 to be moved between the raised and lowered positions when the deck is in the articulated position as shown in FIGS. 3 and 4. A portion of the radius of curvature of lower portion 56 of head section siderail 24 is also substantially centered about pivot axis 76.

Head section 32 is pivotably and slidably coupled to a channel or rail 78 at pivot axis 76 (shown in phantom). Rail 78 is coupled to intermediate frame 14. Rail 78 includes a slot (not shown) that allows pivot axis 76 of head section 32 to slide horizontally as head section 32 is moved between the substantially coplanar position as shown in FIG. 2 and the

4

articulated position as shown in FIG. 3. A link 80 is pivotably coupled on one end to head section 32 at a pivot axis 82 and coupled to intermediate frame 14 on the other end at a pivot axis 84.

Referring now to FIGS. 2 and 3, as head section 32 rotates in direction 70 into the articulated position, pivot axis 76 slides in the slot in rail 78 towards foot board 22. Additional details of rail 78 and link 80 are provided in PCT Publication No. WO 02/076266 A1, titled "Bed Equipped with a Back Elevator," filed Mar. 26, 2002, to Gippert et al., the disclosure of which is expressly incorporated by reference herein.

Head section siderail 24 also includes angle indicator 88 which, in the preferred embodiment, includes a slot formed in siderail 24 and a ball bearing movable in the slot to indicate the angle of inclination of head section 32 relative to intermediate frame 14. Head section siderail 24 also includes recessed portions 90, 92 along lower edge 94 of head section siderail 24. Recessed portions 90, 92 allow a caregiver to comfortably stand beside patient support 10 when head section siderail 24 is in the lowered position without interfering with the care givers' feet.

Foot section siderail 26 also includes an angle indicator 96 which, in the preferred embodiment, includes a slot formed in siderail 26 and a ball bearing movable in the slot to indicate the angle of inclination of intermediate frame 14 relative to the floor. Position indicator 96 can be used to determine the position of deck 16 relative to the floor during movement by columns 31. Additional description of angle indicators 88, 96 is provided in U.S. Pat. No. 6,182,310, titled "Bed Side Rails," filed Jan. 12, 1998, to Weismiller et al., the disclosure of which is expressly incorporated by reference herein.

Foot section siderail 26 also includes recessed portions 98 on a lower edge 110. Recessed portions 98 are shaped to allow a caregiver to stand adjacent patient support 10 when siderail 26 is in the lowered position. Recessed portions 98 are shaped to eliminate or minimize contact with the caregivers' feet when he or she is positioned next to patient support 10.

As shown in FIG. 1, the control system of patient support 10 includes siderail controls 112 permanently coupled to head end siderails 24 and pendent controls 113 removably coupled to any of head and foot end siderails 24, 26. Additional details of suitable siderail controls and pendant controls is provided in U.S. patent application Ser. No. 09/750, 741, titled "Hospital Bed," filed Dec. 29, 2000, to Osborne et al. and U.S. Patent Application Ser. 60/408,698, titled "Hospital Bed," filed Sep. 6, 2002, to Menkedick et al., the disclosures of which are expressly incorporated by reference herein.

Siderail controls 112 are configured to actuate a shock feature of patient support 10. Referring now to FIGS. 5 and 6, when the shock feature provide by siderail control 112 is activated, the control system flattens deck 16 to a substantially coplanar orientation, as shown in FIG. 1, and positions deck 16 in the Trendelenburg position simultaneously. If patient support 10 is in the articulated orientation, as shown in FIG. 5, when siderail control 112 is activated, sections 34, 36, 38 of deck 16 are lowered to the substantially coplanar orientation and extendable column 31 at the head end of patient support 10 is lowered while extendable column 31 at the foot end of patient support 10 is extended to position deck 16 in the Trendelenburg position as shown in FIG. 6. Siderail control 112 can be a momentary switch or any other suitable user input device. In the preferred embodiment, the control system begins flattening deck 16 and moving deck 16 into the Trendelenburg position only while the siderail control 112 is activated when a button (not shown) is depressed.

US 8,341,777 B2

5

Referring now to FIG. **18**, deck **16** includes a head deck panel **114**, a seat deck panel **116**, a thick deck panel **118**, and a foot deck panel **120**. Head deck panel **114** is rigidly coupled to head section **34** and seat, thigh, and foot deck panels **116**, **118**, **120** are removable from seat and foot sections **36**, **38** of deck **16**. Deck panels **114**, **116**, **118**, **120**, head section siderail **24**, and headboard **20** are preferably formed of blow-molded plastic so that they are hollow. According to alternative embodiments of the present disclosure, other suitable materials such as metal, wood, or composites may also be used.

As shown in FIG. **20**, corner portions **122** of deck panel **114** is elevated to narrow gaps **124**, **126** defined between head section siderail **24** and deck panel **114** and headboard **20** and deck panel **114**, respectively. Headboard **20** includes curved portions **128** and head section siderail **24** includes curved portions **130**. Curved portions **128**, **130** are configured to narrow gap **132**, as shown in FIG. **21**, defined between headboard **20** and head section siderail **24**.

Curved portions **128**, **130** and corner portion **122** of head deck panel **114** converge together to narrow gaps **124**, **126**, **132**. In the preferred embodiment, hand holes **134** are provided in corner portions **122** of head deck panel **114** to permit a caregiver to grab head section deck panel **114** to move patent support **10**. In the preferred embodiment, curved portions **128**, **130**, and corner portion **122** are provided at each corner of the longitudinal end of the head end of patient support **10**. According to alternative embodiments of the present disclosure, the converging portions are also provided on the foot end of the patient support.

Referring now to FIGS. **16** and **17**, deck **16** and deck panels **116**, **118**, **120** are shown that support mattress **18**. Deck panel **116** is removably coupled to seat section **34** of deck **16** by restraint holders **138**. Deck panel **116** includes openings **140** which are sized to fit over restraint holders **138**. Deck panel **116** can be removed from seat section **34** of deck **16** by lifting deck panel **116** above restraint holders **138**. Deck panels **118**, **120** also include openings **140** which receive respective restraint holders **138** in the same fashion.

Deck panels **116**, **118**, **120** also include gap fillers **142** positioned adjacent the ends of head and foot end siderails **24**, **26**. In the preferred embodiment, gap fillers **142** are semicircular-shaped or half moon-shaped and are integral with deck panels **116**, **118**, **120**. Gap fillers **142** are positioned under mattress **18** when mattress **18** is positioned on deck panels **116**, **118**, **120**. As shown in FIG. **2**, gap fillers **142** are designed to narrow the respective gaps **144**, **146**, **148** defined between deck panels **116**, **118**, **120** and lower edges **76**, **72** of head and foot end siderails **24**, **26**, respectively. Similar gap fillers are also disclosed in PCT Publication No. WO 02/076266 A1, titled "Bed Equipped with a Back Elevator," filed Mar. 26, 2002, to Gippert et al. and French Patent Application No. FR 01 08540, titled "Lit Medicalise a Plan de Couchage Amovible," filed Jun. 28, 2001, to Barbu et al., the disclosures of which are expressly incorporated by reference herein.

Referring now to FIGS. **18** and **19**, mattress **18** includes chamfered lower corner portions **150** that extend along the length of each longitudinal side of mattress **18**. As shown in FIG. **19**, chamfered portions **150** permits mattress **18** to be positioned on deck panels **114**, **116**, **118**, **120** without interference from the gap fillers **142**. As shown in FIG. **19**, gap filler **142** contacts chamfered portions **150** of mattress **18** to prevent mattress **18** from moving laterally when positioned on deck **16**. According to an alternative embodiment of the present disclosure, the chamfered portions are only provided at the locations of the gap fillers.

6

As shown in FIG. **18**, restraint holders **138** extend through openings **140** in deck panels **116**, **118**, **120**. Restraint straps **152** are provided that are placed through restraint holders **138** and extended around mattress **18** as shown in FIG. **1**. Restraint straps **152** are placed over a patient to secure the patient to patient support **10**. According to alternative embodiments of the present disclosure, the restraint holders do not extend completely through the openings in the respective deck panels. Additional details of suitable restraint holders and restraint straps are provided in French Patent Application No. FR 01 08540, titled "Lit Medicalise a Plan de Couchage Amovible," filed Jun. 28, 2001, to Barbu et al., the disclosures of which are expressly incorporated by reference herein.

As shown in FIG. **1**, the control system includes a battery enable switch **154**, which allows a person, such as a caregiver to operate the electrically controlled functions of patient support **10** using battery power when AC power is not available. In the illustrated embodiment, one battery enable switch **154** is located on head section siderail **24** and another battery enable switch (not shown) is located on pendent controller **113**. According to alternative embodiments of the present disclosure, the battery enable switch is located anywhere on the patient support as necessary or convenient. Battery enable switches **154** are electrically coupled to the battery system (not shown).

Battery enable switch **154** is a momentary switch such as a push button in the preferred embodiment, although any other suitable switch could be used. In the preferred embodiment, switch **154** includes a light emitting diode (LED) enclosed in a translucent or transparent plastic housing. The LED is "on" (i.e., illuminated) when either AC or battery power is being supplied to patient support **10**. When patient support **10** is disconnected from AC power, such as when a plug **44** is disconnected from wall socket **46**, switch **154** ceases being illuminated.

When AC power to patient support **10** is cutoff, a timing circuit (not shown) is initiated. In the preferred embodiment, after patient support **10** is disconnected from AC power for twenty minutes and any of the electrically controlled features of patient support **10** have not been actuated for a time period of twenty minutes, patient support **10** is placed in sleep mode. In sleep mode, minimal power is provided to patient support **10** by the battery backup system. During sleep mode, the electrical operable functions of patient support **10** are disabled.

In the preferred embodiment, when the patient support **10** is running on battery power provided by the battery, activation of one of the battery enable switches **154** causes patient support **10** to switch out of sleep mode and receive sufficient power from the battery so that at least certain electrically operational functions of patient support **10**, such as movement of patient support **10** into emergency Trendelenburg position, can be performed. In the illustrated embodiment, battery enable switch **154** is activated by the application of pressure on one of switches **154** with ones' finger. According to an alternative embodiment, the battery enable switches are not provided and activating any one of the bed function control buttons while patient support **10** is in sleep mode will switch it out of sleep mode.

In the preferred embodiment, the timing circuit waits for a predetermined time period of twenty minutes so that if no operational activity occurs within the twenty minute period after the battery enable switch **154** has been activated or since the previous operational activity, patient support **10** enters sleep mode. If one of the bed function control buttons is activated within the twenty minute time period, the timing

US 8,341,777 B2

7

circuit is reset to zero. In this manner, battery power is conserved and a smaller battery can be used to support the battery system.

Battery enable switches **154** permit patient support **10** to meet regulatory requirements by enabling at least certain of the bed's operational features to be operable on battery backup power only when needed. According to alternative embodiments of the present disclosure, the timing circuit can be set to enter sleep mode after any predetermined time period, such as five minutes, one hour, etc. Details of another suitable battery enable system is provided in U.S. Patent Application Ser. No. 60/408,698, titled "Hospital Bed," filed Sep. 6, 2002, to Menkedick et al., the disclosure of which is expressly incorporated by reference herein.

Referring now to FIGS. **7** and **8**, patient support **10** includes a brake alarm that produces an audible and/or visual alarm signal when a brake **156** that locks caster wheel **28** is moved from the braked position, as shown in FIG. **7**, to the unbraked position as shown in FIG. **8** while patient support **10** is still connected to AC power through wall socket **46**. By activating the alarm, damage to plug **44** and other components of patient support **10** can be avoided.

Brake **156** includes a brake pedal **160** that rotates an octagonal brake shaft **158** to move brake **156** between the braked and unbraked positions. A lever **161** is coupled to brake shaft **158** so that as brake shaft **158** rotates, lever **161** also rotates. Additional details of a suitable brake is provided in French Patent Application FR02 02510, titled "Cadre de Dispositif a Usage Medical Ou Paramedical de Support Roulant d'une Personne, a Roulettes Facilement Demontables, et Dispositif Ainse Equuipe", filed Feb. 28, 2002, to Gippert et al., and corresponding PCT Application No. unknown claiming priority, to Gippert et al., which claims priority to French Patent Application FR 02 02510, the disclosures of which are expressly incorporated by disclosure herein.

A switch **162** is provided that is coupled to a brake alarm controller (not shown) of the control system via wires **164**. Switch **162** includes a spring **166** positioned adjacent to lever **161**. Switch **162** is coupled to frame **24** by another spring **167**. In the preferred embodiment, spring **167** is made of a resilient metallic material to permit some movement of switch **162**.

When brake **156** is in the braked position, as shown in FIG. **7**, lever **161** depresses spring **166** on switch **162** to complete an electrical circuit. When brake **156** is moved to the unbraked position, as shown in FIG. **8**, lever **161** is rotated away from spring **166**. Spring **166** is then biased away from electrical switch **162** and the electrical circuit is broken. The brake alarm controller detects that the circuit has been broken and determines that brake **156** has moved from the braked position to the unbraked position. According to alternative embodiments of the present disclosure, the braked and unbraked positions of brake **156** are reversed or the brake alarm controller is programmed to activate the brake alarm signal when the circuit is completed rather than broken.

When the brake alarm controller determines that brake **156** is no longer in the braked position, it determines if patient support **10** is still plugged into an AC power source such as wall socket **46**. If plug **44** of patient support **10** is plugged in to wall socket **46** and receiving AC power while brake **156** is in the unbraked position, an alarm such as an audible alarm and/or a flashing indicator light on control panel **112** will signal to warn the caregiver not to move patient support **10** until plug **44** is removed from wall socket **46**.

Referring now to FIGS. **9-15**, fifth wheel assembly **30** is coupled to frame **24** of patient support **10**. Fifth wheel assem-

8

bly **30** is configured to assist a caregiver in steering patient support **10** by providing a central pivot point about which to turn patient support **10**.

Fifth wheel assembly **30** includes a caster wheel **168** that rolls along the floor and is configured to pivot or swivel about a vertical axis **170**. Fifth wheel assembly **30** further includes a wheel position holder **172** configured to permit such swiveling. However, position holder **172** also encourages or urges caster wheel **168** to remain in predetermined orientation relative to vertical axis **170**.

As shown in FIG. **9**, caster wheel **168** is positioned in a first parallel position that is parallel to a longitudinal axis **174** of patient support **10**. When in this position, caster wheel **168** is aligned to roll along the floor when patient support **10** is being pushed in direction **176** along longitudinal axis **174** of patient support **10** such as when patient support **10** is being pushed down a hallway. In FIG. **11**, caster wheel **168** is positioned in a second perpendicular position that is perpendicular to longitudinal axis **174** of patient support **10**. When in this position, caster wheel **168** is aligned to roll along the floor when patient support **10** is being pushed in direction **178** perpendicular to longitudinal axis **174** such as when patient support is being positioned in a room.

Positioning fifth wheel **168** parallel to or perpendicular to longitudinal axis **174** of patient support **10** allows a caregiver to easily steer patient support **10** during movement of patient support **10** in a hallway or in a patient's room. Another suitable fifth wheel assembly is described in French Patent No. 2783463, titled "Rolling support for medical usage, has wheel held by bracket mounted on support shaft, carried in spring loaded sliding housing, which has lower edge profiled to fit on to roller cam fitted to support shaft," filed Sep. 9, 1998, to Pascal Guguin, the disclosure of which is herein expressly incorporated by reference.

Position holder **172** is configured to permit movement of wheel **168** to either the first parallel position or the second perpendicular position. However, if wheel **168** is positioned between these two positions, position holder **172** urges wheel **168** back toward either the first parallel position or the second perpendicular position. Thus, if wheel **168** is in an intermediate position as shown in FIG. **10**, position holder **172** urges wheel **168** either toward the first parallel position shown in FIG. **9** or toward the second perpendicular position shown in FIG. **11**.

Fifth wheel assembly **30** further includes a base **180** coupled to frame **24** as shown in FIG. **9**. In the preferred embodiment, base **180** is positioned in the middle of frame **24** as shown in FIG. **1**. According to alternative embodiments of the present disclosure, base **180** is placed elsewhere on frame **24** such as under the center of gravity of the patient support and/or patient.

Base **180** is saddle-shaped and includes a pair of side plates **182** and a middle plate **184** extending between side plates **182**. Side plates **182** include openings **185**, **186**, **188**. Position holder **172** includes a saddle-shaped base **190** coupled between side plates **182**. Base **190** includes opening **192** (one not shown) corresponding to openings **185** of side plates **182** and a bearing-receiving opening **192** as shown in FIG. **15**.

Wheel assembly **30** further includes a post or stem **194** positioned to extend through an opening **196** formed in middle plate **184** of base **180**. A first upper link **198** is rigidly coupled to stem **194** and a second lower link **210** is pivotably coupled to first upper link **198** by a rod **212**. Wheel **168** is rotatably coupled to second lower link **210** by an axle **214**.

Wheel assembly **30** includes a pair of gas springs or biasers **216** pivotably coupled to upper link **198** by a first coupler **218** and pivotably coupled to lower link **210** by a second coupler

US 8,341,777 B2

9

220. Gas springs 216 urges wheel 168 into contact with the floor surface. Thus, if wheel 168 encounters a pump or depression on the floor, wheel 168 travels up or down and remains in contact with the floor.

As shown in FIG. 15, stem 194 includes an upper opening 222, an annular channel 224, and a collar 226. Wheel assembly 30 includes an upper sleeve or bearing 228 positioned between base 190 and an upper portion 230 of stem 194 and a lower sleeve or bearing 232 positioned between collar 226 and middle plate 184 of base 180 when wheel assembly 30 is fully assembled as shown in FIG. 12. Bearings 228, 232 reduce the friction and wear between stem 194 and bases 190, 180. To retain stem 194 in bases 190, 180, a pin 234 is inserted through openings 185 of base 180 and corresponding openings 192 of base 190 and passes through a portion of channel 224 of stem 194 as shown in FIGS. 9-12. Because channel 224 is annular, stem 194 can rotate while pin 234 is positioned in channel 224.

As shown in FIG. 15, position holder 172 includes a first cam member 236 coupled to side plates 182, a second cam member 238 positioned to interact with first cam member 236, and biaser or spring 237 positioned to urge second cam member 238 toward first cam member 236. First and second cam members 236, 238 cooperate to urge wheel 168 to either the first parallel or second perpendicular positions.

First cam member 236 includes three spacers 240, two ball bearings 242, and a pin 244. Pin 244 is inserted through opening 186 in side plates 182, spacers 240, and ball bearings 242 to support bearings 242 above second cam member 238 as shown in FIGS. 12-14.

Second cam member 238 includes an upper collar 246 having a sinusoidal cam surface 248, a shoulder 248, a shaft 250, and a square keyed portion 252. When fifth wheel assembly 30 is fully assembled, second cam member 238 is positioned in opening 222 of stem 194 and spring 237 as shown in FIGS. 12-14. Lower end 256 of passage 254 has a square profile that complements keyed portion 252 of second cam member 238. Thus, when wheel 168 and stem 194 rotate, second cam member 238 also rotates. However, second cam member 238 can move up and down in passage 254. Shoulder 248 of second cam member 238 is positioned over spring 237 so that second cam 238 is urged upwardly toward first cam member 236.

In the preferred embodiment, cam surface 248 on the upper end of second cam member 238 has a smooth sinusoidal profile that includes a pair of first peaks 258, a pair of second peaks 260, a pair of first valleys 262, and a pair of second valleys 264. Each respective first peak 258, second peak, 260, first valley 262, and second valley 264 is positioned opposite one another about vertical axis 170 of stem 194. Peaks 258, 260 separate valleys 262, 264 so that valleys 262, 264 are spaced approximately 90° apart on cam surface 248 about axis 266.

Valleys 264 are slightly deeper than valleys 262 in the preferred embodiment. According to alternative embodiments of the present disclosure, the cam surface has fewer or more valleys and peaks, peaks with sharp contours or other contours to provide other suitable profiles.

When fifth wheel assembly 30 is assembled, cam surface 248 is pushed upward into contact with ball bearings 242 so that ball bearings 242 "roll over" cam surface 248. Referring now to FIGS. 9-11, wheel 168 can rotate 360° relative to base 180. However, because of cam surface 248, wheel 168 is urged toward one of four positions either parallel or perpendicular to the longitudinal axis of patient support 10.

When wheel 168 is in one of the four positions, ball bears 242 are positioned in either first valleys 262 or second valleys

10

264 as shown in FIGS. 12 and 14. When wheel 168 is rotated, ball bearings 242 roll up either peaks 258 or peaks 260 and second cam member 238 is pushed down against the bias of spring 237. When positioned on peaks 258, 260, the normal force between ball bearings 242 and cam surface 248 have both axial and radial components. The radial components urge second cam member 238 toward the nearest valley 262, 264. Thus, when wheel 168 is not positioned in one of the four positions, it is urged back toward the nearest of the four positions. When ball bearings 242 ride over one of peaks 258, 260, they are urged toward the nearest valley 262, 264.

Because valleys 264 are deeper than valleys 262, the radial components of the normal forces are greater. Thus, it is easier to move from the second perpendicular position to the first parallel position and vice versa. Because cam surface 238 is smooth, the transition of wheel 168 from one position to position is also smooth.

To move wheel 168 from the first parallel position to the second perpendicular position, a caregiver pushes on patient support 10 in a transverse direction. This force creates torque on wheel 168 and urges ball bearings 242 to ride up one of peaks 258, 260. Once wheel 168 has rotated approximately 45°, ball bearings 242 are positioned on top of peaks 258, 260. With further movement of wheel 168 about axis 166, ball bearings 242 and wheels 168 are urged toward the second perpendicular position.

To move wheel 168 from the second perpendicular position to the first parallel position, a caregiver pushes on patient support 10 in a longitudinal direction. This force creates torque on wheel 168 and urges ball bearings 242 to ride up one of peaks 258, 260. Once wheel 168 has rotated approximately 45°, ball bearings 242 are positioned on top of peaks 258, 260. With further movement of wheel 168 about axis 166, ball bearings 242 and wheels 168 are urged toward the first parallel position.

Fifth wheel 168 is rotated between being parallel to the longitudinal axis of patient support 10 and perpendicular to the longitudinal axis of patient support 10 and vice versa by a caregiver gently pushing patient support 10 from either one of the head or foot end or along one of the longitudinal sides of patient support 10.

Preferably, instructions for the assembly, installation, and/ or use of patient support 10 are provided with patient support 10 or otherwise communicated to permit a person or machine to assemble, install and/or use patient support 10. Such instructions may include a description of any or all portions of patient support 10 and/or any or all of the above-described assembly, installation, and use of patient support 10 or components of patient support 10. The instructions may be provided on separate papers and/or on the packaging in which patient support 10 is sold or shipped. These instructions may also be provided over the Internet or other communication system. Furthermore, the instructions may be embodied as text, pictures, audio, video, or any other medium or method of communicating instructions known to those of ordinary skill in the art.

The features of the present disclosure have been described with respect to beds, but they can also be used on examination tables, stretchers, gurneys, wheel chairs, chair beds, or any other patient support devices for supporting a person during rest, treatment, or recuperation.

Unless otherwise stated herein, the figures are proportional. Although the present invention has been described in detail with reference to preferred embodiments, variations and modifications exist within the scope and spirit of the present invention as described and defined in the following claims.

US 8,341,777 B2

| 11 | 12 |

The invention claimed is:

1. A patient support adapted to be connected to an external power source, the patient support comprising

a bedframe supported on a floor,

a plurality of wheels coupled to the bedframe,

a brake configured to prevent the bedframe from moving on the floor, the brake being moveable between a braked position and an unbraked position, and

a controller configured to activate an alarm when the brake is moved to the unbraked position when the patient support is connected to the external power source, wherein the alarm comprises an audible alarm.

2. The patient support of claim 1, wherein the plurality of wheels comprise casters in contact with the floor.

3. The patient support of claim 1, wherein the brake includes a lever supported by the bedframe and moveable between the braked and unbraked positions by a user's foot.

4. The patient support of claim 1, wherein the audible alarm is included as part of a control panel coupled to the bedframe.

5. The patient support of claim 1, wherein the alarm further comprises an indicator light.

6. The patient support of claim 5, wherein the indicator light flashes to provide a warning not to move the patient support until disconnected from the external power source.

7. The patient support of claim 5, wherein the indicator light is included as part of a control panel coupled to the bedframe.

8. The patient support of claim 1, wherein the brake includes an electrical contact configured to send a signal to the controller when the brake is moved from the unbraked position to the braked position.

9. The patient support of claim 1, further comprising a battery enable switch that allows a caregiver to operate electrically controlled functions of the patient support using battery power when the patient support is disconnected from the external power source.

10. The patient support of claim 9, wherein the bedframe includes a siderail and the battery enable switch is mounted to the siderail.

11. The patient support of claim 9, further comprising a pendant controller and the battery enable switch is mounted to the pendant controller.

12. A patient support adapted to be connected to an external power source, the patient support comprising

a bedframe supported on a floor,

a plurality of wheels coupled to the bedframe,

a brake configured to prevent the bedframe from moving on the floor, the brake being moveable between a braked position and an unbraked position, and

a controller configured to activate an alarm when the brake is moved to the unbraked position when the patient support is connected to the external power source, and

a battery enable switch that allows a caregiver to operate electrically controlled functions of the patient support using battery power when the patient support is disconnected from the external power source, wherein if the patient support is disconnected from external power and the battery enable switch has not been used for a threshold time period, the patient support is placed in a sleep mode.

13. The patient support of claim 12, wherein the threshold time period is about 20 minutes.

14. The patient support of claim 12, wherein during sleep mode, the electrically operable functions of the patient support are disabled.

15. A patient support adapted to be connected to an external power source, the patient support comprising

a bedframe supported on a floor,

a plurality of wheels coupled to the bedframe,

a brake configured to prevent the bedframe from moving on the floor, the brake being moveable between a braked position and an unbraked position, and

a controller configured to activate an alarm when the brake is moved to the unbraked position when the patient support is connected to the external power source, wherein the brake includes a lever supported by the bedframe and moveable between the braked and unbraked positions by a user's foot.

16. A patient support adapted to be connected to an external power source, the patient support comprising

a bedframe supported on a floor,

a plurality of wheels coupled to the bedframe,

a brake configured to prevent the bedframe from moving on the floor, the brake being moveable between a braked position and an unbraked position, and

a controller configured to activate an alarm when the brake is moved to the unbraked position when the patient support is connected to the external power source, wherein the alarm comprises an indicator light, wherein the indicator light flashes to provide a warning not to move the patient support until disconnected from the external power source.

17. The patient support of claim 16, wherein the indicator light is included as part of a control panel coupled to the bedframe.

18. A patient support adapted to be connected to an external power source, the patient support comprising

a bedframe supported on a floor,

a plurality of wheels coupled to the bedframe,

a brake configured to prevent the bedframe from moving on the floor, the brake being moveable between a braked position and an unbraked position,

a controller configured to activate an alarm when the brake is moved to the unbraked position when the patient support is connected to the external power source, and

a battery enable switch that allows a caregiver to operate electrically controlled functions of the patient support using battery power when the patient support is disconnected from the external power source, wherein the bedframe includes a siderail and the battery enable switch is mounted to the siderail.

19. A patient support adapted to be connected to an external power source, the patient support comprising

a bedframe supported on a floor,

a plurality of wheels coupled to the bedframe,

a brake configured to prevent the bedframe from moving on the floor, the brake being moveable between a braked position and an unbraked position,

a controller configured to activate an alarm when the brake is moved to the unbraked position when the patient support is connected to the external power source

a battery enable switch that allows a caregiver to operate electrically controlled functions of the patient support using battery power when the patient support is disconnected from the external power source, and

a pendant controller and the battery enable switch is mounted to the pendant controller.

* * * * *

# Exhibit G

(12) **United States Patent**　　　　(10) **Patent No.:　US 6,708,358 B2**
Hensley　　　　　　　　　　　　　　　　(45) **Date of Patent:　Mar. 23, 2004**

(54) **ARTICULATING BED FRAME**

(75) Inventor: **David W. Hensley**, Milan, IN (US)

(73) Assignee: **Hill-Rom Services, Inc.**, Batesville, IN (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

(21) Appl. No.: **09/750,860**

(22) Filed: **Dec. 29, 2000**

(65) **Prior Publication Data**

US 2001/0000828 A1 May 10, 2001

**Related U.S. Application Data**

(62) Division of application No. 09/396,033, filed on Sep. 15, 1999, now Pat. No. 6,209,157, which is a continuation of application No. 09/064,292, filed on Apr. 22, 1998, now Pat. No. 6,006,379.

(51) Int. Cl.[7] ................................................. **A47B 7/02**
(52) U.S. Cl. ...................... **5/915**; 5/613; 5/618; 5/933; 601/49
(58) Field of Search ........................... 5/613, 616, 617, 5/618, 915, 933, 108, 109; 601/49, 86, 98

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 3,565,501 A | 2/1971 | Bowen et al. | |
| 3,593,350 A | 7/1971 | Knight et al. | |
| 3,678,923 A | * 7/1972 | Oetinger ..................... | 128/33 |
| 3,821,821 A | 7/1974 | Burst et al. | |
| 3,898,702 A | 8/1975 | Goodman | |
| 4,271,830 A | 6/1981 | Moon | |
| 4,326,506 A | * 4/1982 | Kawabata ................... | 128/33 |
| 4,328,598 A | * 5/1982 | Evanson ........................ | 5/109 |
| 4,361,917 A | 12/1982 | Wilson | |
| 4,381,571 A | 5/1983 | Elliott | |
| 4,385,410 A | 5/1983 | Elliott et al. | |
| 4,407,030 A | 10/1983 | Elliott | |
| 4,435,862 A | 3/1984 | King et al. | |
| 4,912,789 A | 4/1990 | Maxwell | |
| 4,989,584 A | * 2/1991 | Simon ........................ | 128/33 |
| 5,007,410 A | * 4/1991 | DeLaney ................... | 128/33 |
| 5,257,428 A | 11/1993 | Carroll et al. | |
| 5,437,608 A | * 8/1995 | Cutler ........................ | 601/49 |
| 5,468,216 A | 11/1995 | Johnson et al. | |
| 5,494,333 A | 2/1996 | Wilson | |
| 5,502,849 A | 4/1996 | Mitchell | |
| 5,537,701 A | 7/1996 | Elliott | |
| 5,568,664 A | * 10/1996 | Lin ................................. | 5/652 |
| 5,577,279 A | 11/1996 | Foster et al. | |
| 5,577,280 A | 11/1996 | Elliott | |
| 5,579,550 A | 12/1996 | Bathrick et al. | |
| 5,600,214 A | * 2/1997 | Fromson ................... | 5/613 X |
| 5,608,932 A | 3/1997 | Hasegawa | |
| 5,640,730 A | 6/1997 | Godette | |
| 5,680,661 A | 10/1997 | Foster et al. | |
| 5,682,629 A | 11/1997 | Bortoluzzi | |
| 5,740,568 A | 4/1998 | Elliott | |
| 5,870,784 A | 2/1999 | Elliott | |
| 6,115,861 A | * 9/2000 | Reeder et al. ................. | 5/727 |

FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| GB | 1230059 | 4/1971 |

* cited by examiner

*Primary Examiner*—Lynne H. Browne
*Assistant Examiner*—James M. Hewitt
(74) *Attorney, Agent, or Firm*—Barnes & Thornburg

(57)　　　　　　　　**ABSTRACT**

A bed assembly includes a base, a frame supported by the base, a deck supported by the frame, and a unit received in an opening formed in an upwardly-facing top surface of the deck so that the unit is accessible from the top side of the deck.

**17 Claims, 12 Drawing Sheets**





F I G. I

Case 1:21-cv-01739-CFC   Document 1-2   Filed 12/10/21   Page 159 of 280 PageID #: 293



FIG.1a

FIG.1b

FIG.2



FIG. 3



FIG. 4

FIG. 5



FIG. 6



F I G. 7

F I G. 7a



FIG.8



F I G. 9



F I G. 9a



FIG. 10



FIG. II



F I G. 12



FIG. 13
PRIOR ART

400   402   440   448   446   444   450   442



FIG.13a
PRIOR ART

440   400   402   442   448   446   444   450



FIG.14

500   550   540   508   548   546   544   542



FIG.14a

540   508   542   500   548   546   544   550

US 6,708,358 B2

1

## ARTICULATING BED FRAME

This is a divisional application of a U.S. application Ser. No. 09/396,033, now U.S. Pat. No. 6,209,157, filed on Sep. 15, 1999, and entitled "Articulating Bed Frame", which is a continuation of U.S. application Ser. No. 09/064,292, now a U.S. Pat. No. 6,006,379, filed on Apr. 22, 1998. Both of these applications are hereby incorporated by reference.

## BACKGROUND AND SUMMARY OF THE INVENTION

The present invention relates to articulating bed frames and more particularly to the provision of articulating bed frames which will move rectilinearly toward the wall or the stationary headboard when the upper body portion of the bed is tilted upwardly, move rectilinearly toward the foot of the bed when the upper body portion is tilted downwardly, and which can also be moved into a purchaser's home by one delivery person and assembled by that delivery person.

Articulating bed frames are known and are often referred to as "hospital bed" frames in that the frames provide relatively movable upper body portions, seat portions, thigh portions and lower leg portions. Such beds are described in pending application Ser. No. 08/565,409 filed Nov. 30, 1995, now U.S. Pat No. 5,815,865. In such beds, the head and upper back of the person reclining on the bed may be tilted upwardly from the transversely extending seat panel to a selected position. Generally the transversely extending seat panel remains stationary and flat. The thigh section tilts upwardly from the seat panel to raise the patient's knees and thighs. The lower leg panel then tilts downwardly from the thigh panel in conventional fashion.

It is desirable to have such an articulating frame which is shipped in semi-knocked down (SKD) condition for ease of handling, transportation and assembly in the field. Only one delivery person is required to take such a SKD articulating frame to a customer's home to be installed. It is also desirable to have such an articulating frame which will move rectilinearly toward the head of the bed when the head portion is raised and toward the foot of the bed when the head portion is lowered. This will permit the bed to be placed against a wall or a stationary headboard. It will also permit the person on the bed to stay close to the adjacent night stand when the head portion is tilted upwardly. It is desirable to equip the articulating frame with a massage unit for the back and/or legs of the person resting on the bed.

In accordance with the present invention, a bed frame assembly includes a base, a frame supported by the base, a deck supported by the frame, and a unit, such as a massage unit, received in an opening formed in an upwardly-facing top surface of the deck so as to provide access to the unit from the top side of the deck.

Additional features, and advantages of the present invention will become apparent to those skilled in the art upon consideration of the following detailed description of the preferred embodiment exemplifying the best mode of carrying out the invention as presently perceived.

## BRIEF DESCRIPTION OF THE DRAWINGS

The detailed description particularly refers to the accompanying figures in which:

FIG. 1 is a bottom, left and front perspective view of one embodiment of the present invention showing a multi-part SKD frame assembly comprising a base frame which is mountable on a conventional bed frame, a carriage mounted

2

on the base frame for rectilinear motion and an articulating upper frame mounted on the carriage,

FIG. 1*a* diagrammatically shows the pop-out panels or decks arranged for reception in the articulating upper frame to form a platform for a mattress,

FIG. 1*b* diagrammatically shows electrical hand controls for operating first and second drives for lifting and lowering the upper body frame section and for lifting and lowering the thigh and lower leg frame sections respectively,

FIG. 2 shows a sectional end view of the FIG. 1 frame assembly, taken along the line 2—2 in FIG. 1, showing the inwardly-facing channels of the base frame, the carriage having rollers riding in the channels, and further showing the first and second drives mounted on the carriage,

FIG. 3 shows a top view of the FIG. 1 frame assembly showing the base frame, the carriage riding in the base frame and the articulating upper frame mounted on the carriage,

FIG. 4 shows a front sectional view of the FIG. 1 frame assembly with the articulating upper frame disposed in a horizontal position,

FIG. 5 is a view similar to FIG. 4 of the frame assembly with the upper body frame section and the thigh frame section raised,

FIG. 6 is a bottom, left and front perspective view of a second embodiment of the present invention, similar to the FIG. 1 embodiment, showing a floor engaging base frame with side rails having channel tracks and four corner posts or legs, a carriage mounted on the floor engaging base frame for longitudinal sliding motion and an articulating upper frame mounted on the carriage,

FIG. 7 is a perspective view showing a preferred leg assembly for the FIG. 6 frame assembly,

FIG. 7*a* is a cross-sectional view of an isolation pad for use with a mattress having a vibration massage capability,

FIG. 8 is a sectional view, similar to FIG. 4, of the FIG. 6 frame assembly showing the articulating upper frame in the horizontal position,

FIG. 9 is a top, right and front exploded perspective view of a third embodiment of the present invention showing a floor engaging base frame, similar to the FIG. 6 floor engaging base frame, but positioned inside the well formed by a conventional bed frame, a carriage mounted on the floor engaging base frame and an articulating upper deck mounted on the carriage,

FIG. 9*a* is a perspective view showing an adjustable pad leveler attached to the corner posts of the floor engaging base frame of FIG. 9,

FIG. 10 is a front view, similar to FIGS. 4 and 8, of the FIG. 9 frame assembly showing the articulating upper deck in the horizontal position,

FIG. 11 is a front view, similar to FIG. 10, of the FIG. 9 frame assembly showing the upper body panel section and the thigh panel section in the raised position,

FIG. 12 is a partial exploded perspective view of the articulating upper deck, showing the four panel sections, a decorative skirt to be glued to the panel sections around the perimeter thereof, two massage units, a mattress pad and an electrical control box,

FIGS. 13, 13*a* are diagrammatic views of the construction of a typical articulating upper deck, a foundation foam disposed on the upper deck and a mattress disposed on the foundation foam, and further showing the location of the pivot point for the upper body panel section, and

FIGS. 14, 14*a* are diagrammatic views of the construction of an articulating upper deck according to the present

US 6,708,358 B2

3

invention, a mattress disposed on the upper deck, and further showing the location of the in-line pivot point for the upper body panel section.

## DETAILED DESCRIPTION OF THE DRAWINGS

The frame assembly 10 shown in FIG. 1 comprises a base frame or channel frame 12 including a pair of inwardly facing, longitudinally extending side rails or channels 14, 16 which are held in laterally spaced apart position by four longitudinally spaced apart, transversely extending strut members 18, 20, 22, 24. The base frame 12 can be picked up and carried by a single delivery person and is designed to be set atop a conventional bed frame in the position that is shown in FIG. 1. A carriage 30 having rollers 32 is mounted on the base frame 12 for rectilinear movement. The inwardly facing channels 14, 16 of the base frame 12 serve as longitudinally extending guides or tracks for rollers 32.

An articulating upper frame 40 is mounted on the carriage 30. This articulating frame 40 comprises an upper body frame section 42, a seat frame section 44, a thigh frame section 46 and a lower leg frame section 48. As shown in FIGS. 3–5, these frame sections are fabricated from upwardly and inwardly opening channel members and are hinged together in a conventional manner. Essentially, the upper body frame section 42 and the thigh frame section 46 pivot upwardly from the seat frame section 44 in a conventional manner. When the thigh frame section 46 pivots upwardly, the lower leg frame section 48 tilts downwardly from the thigh frame section in the manner shown in FIGS. 4 and 5.

The base frame 12, the carriage 30 and the articulating upper frame 40 are all made from suitable high strength, lightweight, rigid materials, such as aluminum, steel, high strength plastic or a composite.

In accordance with the present invention, each of these frames sections 42–48 carries a pop-out panel or deck which is received within the upwardly and inwardly opening channels of the frame section. These pop-out panels are shown in FIG. 1a and identified as panels 42a, 44a, 46a and 48a corresponding respectively to the frame sections 42, 44, 46, 48. The panels may be made from any type of rigid lightweight panel material and are conveniently made from plywood, chip board or OSB board very well known in the furniture business. These panels 42a, 44a, 46a, 48a may be covered with decorative material or somehow coated to have a pleasing appearance. Each panel 42a, 44a, 46a and 48a will drop into its respective frame section 42, 44, 46, 48 to be held there by the weight of the panel and any mattress placed on the articulating frame.

The seat frame section 44 is supported by and bolted to the carriage 30 by a set of bolts as shown. The seat frame section 44 may preferably carry the electrical controls for the first and second drive systems 50, 52 that move the upper body frame section 42, the thigh frame section 46 and the lower leg frame section 48 in the manner described below. Alternately, as diagrammatically shown in FIG. 1b, a wired remote control unit 54 may be provided for operating the two drive systems. Although a wired remote control unit is shown in FIG. 1b, it is contemplated that one may instead use a wireless remote control unit for convenience.

In a conventional fashion, the first drive system 50 is provided for lifting and lowering the upper body frame section 42, and the second drive system 52 is provided for lifting and lowering the thigh frame section 36. These two drive systems 50, 52 may conventionally comprise electrical motors and lead screws such as are conventionally used to

4

drive articulating frame sections. A suitable electrical motor for use with the drive systems 50, 52 is a linear actuator motor, model no. LA 31.1, made by Linak Company of Denmark. It will be appreciated, however, that any number of different type of drive mechanisms may be used in accordance with the present invention. Such systems may include hydraulic systems as well as pneumatic drives. In preferred systems, the person lying on the bed manipulates electrical controls on the hand unit 54 to make the bed move to a more comfortable position.

As shown in FIGS. 1 and 3, the first and second ends 50', 50'' of the first drive system 50 are pivotally connected to the carriage 30 and the strut member 22 of the base frame 12, respectively. The first drive system 52 serves to move the carriage 30 longitudinally in the channels 14, 16. Similarly, the first and second ends 52', 52'' of the second drive system 52 are pivotally connected to the carriage 30 and a bracket 56 attached to the thigh frame section 46, respectively. The second drive system 52 serves to lift and lower the thigh frame section 46.

The upper body frame section 42 is connected to links 60 to the head ends of the side rails 14, 16 by pins 60', 60''. When the carriage 30 moves along the channels 14, 16 toward the headboard, the links 60 cause the upper body frame section 42 to tilt upwardly from its horizontal position. The linkage assembly 60 causes the upper body frame section 42 to move back toward its horizontal position when the carriage 30 moves toward the footboard. A pair of support members 62 are welded to the head ends of the side rails 14, 16 for supporting the upper body frame section 42 when the articulating bed frame 40 is flat or horizontal.

A pair of links 70, 72 are provided for controlling the movement of the lower leg frame section 48 relative to the base frame 12. The first and second ends 70', 70'' of the links 70 are pivotally connected to the carriage 30 and the lower leg frame section 48 respectively. A pair of support brackets 72 carrying the rollers 74 are secured to the underside of the lower leg frame section 48. The rollers 74 rest on the side rails 14, 16 when the lower leg frame section 48 is flat. When the thigh frame section 46 is raised by the drive system 52, the links 70 cause the lower leg frame section 48 to pivot downwardly as shown in FIG. 5.

A second embodiment of the present invention will now be described in conjunction with FIGS. 6–8. (It will be noted that the like components in all the embodiments are designated by like numerals.) The frame assembly 110 comprises a stand-alone floor engaging base frame 112 having longitudinally extending side rails 114,116, transversely extending strut members 118–124 and four corner posts or legs 126 at four corners of the bed. This floor engaging base frame 112 will serve in place of the conventional bed frame discussed above. Decorative padded panels (not shown) may be suspended from the side and end rails of the bed to give it a desired appearance.

The height adjustment mechanism is best seen in the perspective view of FIG. 7. Each leg 126 comprises an outer sleeve 180 rigidly attached to the floor engaging base frame 112 and a telescoping inner sleeve 182 which will move selectively downwardly to raise the elevation of the upper portion of the floor engaging base frame 112. Illustratively, the inner sleeve 182 may be provided with a series of vertically spaced openings 184. A selector pin 186 may be carried on a stiff leaf spring 188 to extend through an opening 180' in the outer sleeve 180 into one of the selected openings 184 in the inner sleeve 182. The lower end of the inner sleeve 182 may carry an isolation pad assembly 190.

US 6,708,358 B2

5

6

The isolation pad assembly 190 isolates the floor engaging base frame 112 from the floor in case the user of the articulating frame energizes a vibrator mode on the mattress disposed on the frame. As illustrated in FIG. 7a, the isolation pad 190 includes a stem 192 secured to the inner sleeve 192, a load-bearing washer 194, elastomeric damping material 196 and a housing 198. The stem 192 and the load-bearing washer 194 may be made from a suitable high strength steel. The housing 198 may be made from a suitable high strength plastic. The elastomeric material 196 may be styrene buta-diene rubber.

Once the floor engaging base frame 112 of the frame assembly 110 is carried into the residence of a purchaser, a carriage 130 and an articulating upper frame 140 (such as that shown and described in conjunction with FIGS. 1–5) may be mounted on the floor engaging base frame to provide the same features as those discussed in connection with FIGS. 1–5.

A third embodiment of the present invention is shown in FIGS. 9–12. The frame assembly 210 comprises a floor engaging base frame 212, a carriage 230 mounted on the base frame and an articulating upper deck 240 mounted on the carriage. In this embodiment, the floor engaging base frame 212 is disposed inside a conventional bed frame 200. The conventional bed frame 200 may include a headboard 202, a footboard 204, a pair of longitudinally extending side rails 206 interconnecting the headboard and footboard, and a pair of transversely extending strut members 208.

The floor engaging base frame 212 of the third embodiment, like the floor engaging base frame 112 of the second embodiment, comprises a pair of longitudinally extending sides 214, 216, a pair of longitudinally spaced and transversely extending strut members 218, 220 and four vertically-adjustable corner posts 226. The ends of the strut members 218, 220 are supported by the upwardly and inwardly opening side rails 206 of the conventional bed frame 200. The reception of the strut members 218, 220 in the side rails 206 of the bed frame 200 serves to stabilize the floor engaging base frame 212. In particular, it prevents the rotation and side-to-side motion of the floor engaging base frame 212 relative to the bed frame 200.

Typically, the beds in the consumer homes are of varying heights and of varying structural integrity. It is, therefore, desirable to equip the corner posts 226 with great flexibility for the height adjustment. To this end, as shown in FIG. 9a, the corner posts 226 are provided with threaded pad levelers 226'. The pad levelers 226' may be screwed into the tapped inserts 226" mounted inside the ends of the inner sleeves 282. The rest of the construction of the corner posts 226 is the same as the configuration shown in FIG. 7a. In operation, the struts 218, 220 rest on the side rails 206 of an existing bed frame 200 and the corner posts 226 are then adjusted so that the load of the person occupying the bed is transferred to the floor through the corner posts.

The rollers 232 mounted to the carriage 230 are received in the inwardly-opening channels of the side rails 214, 216 for supporting the rectilinear motion of the carriage. First and second drives 250, 252 are mounted on the carriage 230 for lifting and lowering the upper body section and the thigh section, respectively, of the articulating upper deck 240.

As shown in FIG. 12, the articulating upper deck 240 comprises an upper body panel section 242, a seat panel section 244, a thigh panel section 246 and a lower leg panel section 248. The longitudinally spaced, transversely extend-ing panel sections 242–248 are hinged together to form a platform for the mattress and to provide articulating move-

ment of the upper deck 240. The panel sections 242–248 are made from suitable high strength, light weight rigid material, such as an OSB board. It will be seen that this embodiment does away with separate frame elements used in the first two embodiments.

The upper body panel section 242 has an opening 242' for receiving a vibration massage unit 300 for the upper back portion of the body. The lower leg panel section 248, on the other hand, has two openings 248', 248"—one for receiving a leg massage unit 302 and the other for receiving an electrical control box 304, respectively. The massage units 300, 302 transmit vibrations to the person lying on the bed through the respective transmission boards 300', 302'. Any suitable mechanism, such as speaker coils, may be used for driving the massage units 300, 302. The electrical control box 304 houses the electronic circuits for controlling the operation of various electrical systems. A mattress pad 306, made from a resilient foam material, is disposed on the top of the panel sections 242–248 to cushion the feel of the deck. The vibrations from the massage units 300, 302 are trans-mitted to the person lying on the bed through the foam pad 306. The foam pad 306 additionally serves to reduce the effects of the vibrations on the bed frame.

The foam pad 306 has an opening 306' for providing access to the electrical control box 304 for inspection or repairs. The convenient location of the control box 304 on the lower leg panel section 248 provides easy access to the electronic circuits without having to turn the bed upside down when the repairs are needed.

A decorative padded shroud or skirt 308, also made from a resilient foam material, is glued around the perimeter of the panel sections 242–248. The foam shroud 308 serves to give the upper deck 240 a familiar box-spring like look. It also serves to conceal the mechanisms and electrical circuits disposed on the underside of the upper deck 240 and to reduce the risk of accident or injury. A plurality of slits 308' may be provided in the foam shroud 308 to allow it to bend easily when the upper body panel section 242 and the thigh panel section 246 are articulated.

First and second ends of the first drive 250 are pivotally secured to the carriage 230 and to the strut member 220, respectively. Similarly, the first and second ends of the second drive 252 are respectively secured to the carriage 230 and a lift arm bracket 256 pivotally mounted on the carriage.

As shown in FIGS. 10 and 11, the upper body panel section 242 is pivotally connected by links 260 to the head ends of the side rails 214, 216 of the base frame 212. One end of each of the links 260 is pivotally connected to a bracket 260' fixedly mounted to the upper body panel section 242. The other end of each of the links 260 is pivotally secured to the respective one of the side rails 214, 216 by pins 260" (shown in FIG. 9). When the carriage 230 moves along the channels 214, 216 toward the headboard 202, the upper body panel section 242 is tilted upwardly from its horizontal position. The upper body panel section 242 is tilted downwardly toward its horizontal position when the carriage 230 moves toward the footboard 204. When the upper body panel section 242 is horizontal or flat, it rests on the two corner posts 226 disposed near the headboard 202.

When the second drive 252 is activated, it pivots the lift arm bracket 256 about its axis as shown in FIG. 11. When the lift arm bracket 256 is pivoted, a pair of rollers 258 secured to the arms of the lift arm bracket engage the underside of the thigh panel section 246 to tilt it upwardly. The lower leg panel section 246 is connected by links 270 to the carriage 230. One end of each of the links 270 is

US 6,708,358 B2

7

pivotally connected to a bracket **270**' fixedly mounted to the lower leg panel section **248**. The other end of each of the links **270** is pivotally secured to the carriage by pins **270**". The links **270** are pivotally connected at their ends such that, when the thigh panel section **246** is raised, the lower leg panel section **248** is tilted downwardly, and such that, when the thigh panel section **246** is lowered, the lower leg panel section **248** is returned to its normal horizontal position.

Another feature of the present invention will now be described in conjunction with FIGS. **13**, **13**a, **14** and **14**a. FIG. **13** illustrates the construction of a typical articulating bed. As shown, a mattress **400** lies on a foundation foam **402**, which, in turn, lies on an articulating upper deck **440**. The deck **440** is articulated about a pivot point **450** disposed under the deck through linkages (not shown). As shown in FIG. **13**a, when the upper body panel section **442** is tilted upwardly, it rotates forward about the pivot point **450**, thereby compressing the foundation foam **402** between the upper body panel section and the seat panel section **444**. This causes the mattress **400** to extend beyond the foundation foam **402** and the upper body panel section **442** to, not only compromises the appearance, but also to generate wear, noise and static electricity.

FIGS. **14**, **14**a demonstrate the construction of a bed assembly according to the present invention. As illustrated in FIG. **14**, a mattress **500** lies on an articulating upper deck **540**. Although not shown, a thin foam pad (like the one shown in FIG. **12**) may be disposed between the deck **540** and the mattress **500**. The deck **540** is articulated about an in-line pivot point **550** lying between the upper body panel section **542** and the seat panel section **544** (instead of pivoting the upper deck about a pivot point disposed below the deck as shown in FIGS. **13**, **13**a). It is desirable to have the pivot point **550** as close as possible to the upper supporting surface of the deck **540**. A decorative padded foam shroud **508** is glued around the perimeter of the panel sections **542**–**548**. Thus, the foam shroud **508** is under the panel sections **542**–**548**, not over it. As illustrated in FIG. **14**a, when the upper body panel section **542** is tilted upwardly, it rotates about the in-line pivot point **550** without extending the mattress **500** beyond the upper body panel section **542**.

It will be seen, therefore, that the articulating frame assembly (**10**, **110** or **210**) of the present invention comprises a base frame (**12**, **112** or **212**) onto which a carriage (**30**, **130** or **230**), carrying the drive systems (**50** & **52**, **150** & **152** or **250** & **252**), is mounted. The carriage (**30**, **130** or **230**) is slid into the channels (**14** & **16**, **114** & **116** or **214** & **216**) in the assembly process. The articulating upper frame (**40**, **140** or **240**) is then mounted on the carriage (**30**, **130** or **230**) by bolting the seat frame section (**44**, **144** or **244**) to the carriage. The drive systems (**50** & **52**, **150** & **152** or **250** & **252**) and the links (**60** & **70**, **160** & **170** or **260** & **270**) are then hooked to the base frame (**12**, **112** or **212**) and the articulating upper frame (**40**, **140** or **240**). The pop-out panels (**42**a, **44**a, **46**a & **48**a or **142**a, **144**a, **146**a & **148**a) are then dropped into the corresponding frame sections (**42**, **44**, **46** & **48** or **142**, **144**, **146** & **148**) in the first two embodiments. In the third embodiment, the frame sections (**42**, **44**, **46** & **48** or **142**, **144**, **146** & **148**) are eliminated and, instead, the panel sections (**242**, **244**, **246** & **248**) are hinged together to form the articulating upper deck (**240**).

What is claimed is:

**1**. A bed assembly comprising:

a) a base,

b) a frame supported by the base,

8

c) a deck supported by the frame, the deck having a generally upwardly-facing top surface formed to include an opening, and

d) a unit received by the opening so that the unit is accessible from the top surface of the deck,

further comprising a mattress pad defining an opening, at least a portion of the opening of the mattress pad being coextensive with at least a portion of the opening of the deck so that the unit is accessible through the mattress pad and the deck.

**2**. A bed assembly comprising:

a) a base,

b) a frame supported by the base,

c) a rigid deck supported by and contacted by the frame, the deck having a generally upwardly-facing top surface formed to include an opening, and

d) a unit received by the opening so that the unit is accessible from the top surface of the deck through the opening; and

wherein the deck includes at least an upper body frame section and a seat frame section, the upper body and seat frame section being longitudinally spaced apart and transversely extending with the upper body frame section being movable relative to the seat frame section to provide articulating movement thereof with respect to the seat frame section.

**3**. A bed assembly comprising:

a) a base,

b) a frame supported by the base,

c) a deck supported by the frame, the deck having a generally upwardly-facing top surface formed to include an opening, and

d) a unit received by the opening so that the unit is accessible from the top surface of the deck,

wherein the deck includes at least an upper body frame section and a seat frame section, the upper body and seat frame sections being longitudinally spaced apart and transversely extending with the upper body frame section being movable relative to the seat frame section to provide articulating movement thereof with respect to the seat frame section,

further comprising a drive operable to move the upper body frame section relative to the seat frame section, and wherein the unit is an electronic circuit coupled to the drive and configured to control the operation of the drive, and

further comprising a foam pad carried by the deck, the foam pad being formed to include an opening that is coextensive with at least a portion of the opening formed in the top surface of deck.

**4**. A bed assembly comprising:

a) a base,

b) a frame supported by the base,

c) a deck supported by the frame, the deck having a generally upwardly-facing top surface formed to include an opening, and

d) a unit received by the opening so that the unit is accessible from the top surface of the deck,

wherein the deck includes at least an upper body frame section and a seat frame section, the upper body and seat frame sections being longitudinally spaced apart and transversely extending with the upper body frame section being movable relative to the seat frame section to provide articulating movement thereof with respect to the seat frame section,

9

further comprising a drive operable to move the upper body frame section relative to the seat frame section, and wherein the unit is an electronic circuit coupled to the drive and configured to control the operation of the drive, and

further comprising a foam pad carried by the deck, the foam pad being formed to include an opening that is coextensive with at least a portion of the opening formed in the top surface of the deck.

**5**. A bed comprising

a base,

an articulating deck carried by the base, the articulating deck comprising at least a first panel section, and a second panel section longitudinally spaced apart from the first panel section,

the second panel section being movable relative to the first panel section,

a drive operable to move the second panel section relative to the first panel section, and

an electronic circuit coupled to the drive and configured to control the operation of the drive,

wherein the first panel section id formed to include an opening and the electronic circuit is positioned to lie below a plane defined by the first panel section and is accessible from above the first panel section.

**6**. A bed comprising

a base,

an articulating deck carried by the base, the articulating deck comprising

an upper body panel section,

a seat panel section,

a thigh panel section, and

a lower leg panel section,

each of the upper body panel section, the thigh panel section and the lower leg panel section being movable relative to the seat panel section,

a drive operable to move at least one of the upper body panel section, the thigh panel section and the lower leg panel section relative to the seat panel section,

an electronic circuit coupled to the drive and configured to control the operation of the drive, and

a foam pad engaging the articulating deck,

wherein the lower leg panel section is formed to include an opening, wherein the foam pad is formed to include an opening that is coextensive with at least a portion of the opening of the lower leg panel section, and wherein the electronic circuit is positioned to lie so that it is below a plane defined by the lower leg panel section and is accessible from above the foam pad.

**7**. A bed comprising

a base,

an articulated deck carried by the base, the articulating deck comprising

an upper body panel section,

a seat panel section,

a thigh panel section, and

a lower leg panel section,

each of the upper body panel section, the thigh panel section and the lower leg panel section being movable relative to the seat panel section,

a first vibration massage unit comprising a vibrator coupled to a transmission board, and

10

a second vibration massage unit comprising a vibrator coupled to a transmission board, wherein

the upper body panel section is informed to include a first opening in the upper surface thereof,

the lower leg panel section is formed to include a second opening in the upper surface thereof,

the first vibration massage unit is received by the first opening so that the first vibration massage unit is accessible from above the upper body panel section through the first opening, the transmission board of the first vibration massage unit engaging the upper body panel section, and

the second vibration massage unit is received by the second opening so that the second vibration massage unit is accessible from above the lower leg panel section through the second opening, the transmission board of the second vibration massage unit engaging the lower leg panel section.

**8**. A bed assembly comprising

a) a base,

b) a rigid deck supported above and contacted by the base, the deck having a generally upwardly-facing top surface formed to include an opening, and

c) a unit received by the opening so that the unit is accessible from the top surface of the deck, the unit being positioned to lie below the top surface of the deck; and

wherein the deck includes at least an upper body frame section and a seat frame section, the upper body and seat frame section being longitudinally spaced apart and transversely extending with the upper body frame section being movable relative to the seat frame section to provide articulating movement thereof with respect to the seat frame section.

**9**. The bed assembly of claim **8**, further comprising a drive operable to move the upper body frame section relative to the seat frame section, and wherein the unit is an electronic circuit coupled to the drive and configured to control the operation of the drive.

**10**. The bed assembly of claim **9**, further comprising a pad carried by the deck, the pad being formed to include an opening that is coextensive with at least a portion of the opening formed in the top surface of the deck.

**11**. A bed assembly comprising

a) a base,

b) a rigid deck supported above and contacted by the base, the deck having a generally upwardly-facing top surface formed to include an opening, and

c) a unit received by the opening so that the unit is accessible from the top surface of the deck, the unit being positioned to lie below the top surface of the deck;

wherein the deck includes an upper body panel section and the opening is formed in the upper body panel section;

wherein the unit is a vibration massage unit comprising a vibrator and a transmission board coupled to the vibrator, the transmission board engaging the upper body panel section;

wherein the deck further includes a lower leg panel section formed to include a second opening, the upper body panel section being movable relative to the lower leg panel section, and further comprising a drive operable to move at least one of the upper body panel section and the lower leg panel section relative to the

US 6,708,358 B2

11

other of the upper body panel section and the lower leg panel section, and an electronic circuit coupled to the drive and configured to control the operation of the drive, the electronic circuit being positioned to lie below a plane defined by the lower leg panel section and being accessible from above the lower leg panel section through the second opening.

12. A bed assembly comprising

a) a base,

b) a rigid deck supported above and contacted by the base, the deck having a generally upwardly-facing top surface formed to include an opening, and

c) a unit received by the opening so that the unit is accessible from the top surface of the deck, the unit being positioned to lie below the top surface of the deck;

wherein the deck includes an upper body panel section and the opening is formed in the lower leg panel section;

wherein the unit is a vibration massage unit comprising a vibrator and a transmission board coupled to the vibrator, the transmission board engaging the lower leg panel section; and

wherein the deck further includes an upper body panel section formed to include a second opening, and further comprising a second vibration massage unit positioned to lie below a plane defined by the upper body panel section and being accessible from above the upper body panel section through the second opening, the second vibration massage unit comprising a second vibrator and a second transmission board coupled to the second vibrator, the second transmission board engaging the upper body panel section.

13. The bed assembly of claim 12, wherein the lower leg panel section is formed to include a third opening, the upper body panel section being movable relative to the lower leg panel section, and further comprising a drive operable to move at least one of the upper body panel section and the lower leg panel section relative to the other of the upper body panel section and the lower leg panel section, and an electronic circuit coupled to the drive and configured to control the operation of the drive, the electronic circuit being positioned to lie below a plane defined by the lower leg panel section and being accessible from above the lower leg panel section through the third opening.

14. A bed assembly comprising

a base,

a deck supported above the base, the deck having a generally upwardly-facing top surface formed to include an opening,

12

a pad carried by the deck, the pad being formed to include an opening that is coextensive with at least a portion of the opening formed in the top surface of the deck, and

a unit received by the opening so that the unit is readily accessible from the top surface of the deck when a mattress lying directly on the pad is removed.

15. A bed assembly comprising:

a base,

a frame supported by the base,

a deck supported by the frame, the deck having a generally upwardly-facing top surface formed to include an opening,

a mattress pad directly supported on the deck, and

a unit received by the opening in the deck so that the unit is readily accessible from the top surface of the deck, when the mattress pad is removed.

16. A bed assembly comprising:

a) a base,

b) a frame supported by the base,

c) a rigid deck supported above the frame, the deck having a generally upwardly-facing top surface formed to include an opening, and

d) a unit received by the opening so that the unit is accessible from the top surface of the deck through the opening; and

wherein the deck includes at least an upper body frame section and a seat frame section, the upper body and seat frame section being longitudinally spaced apart and transversely extending with the upper body frame section being movable relative to the seat frame section to provide articulating movement thereof with respect to the seat frame section.

17. A bed assembly comprising

a) a base,

b) a rigid deck supported above and contacted by the base, the deck having a generally upwardly-facing top surface formed to include an opening, and

c) a unit received by the opening so that the unit is accessible from the top surface of the deck, the unit being positioned to lie below the top surface of the deck; and

wherein the deck includes at least an upper body frame section and a seat frame section, the upper body and seat frame section being longitudinally spaced apart and transversely extending with the upper body frame section being movable relative to the seat frame section to provide articulating movement thereof with respect to the seat frame section.

* * * * *

# Exhibit H

**Exhibit H**
**Claim Chart Comparing the Trios Surgical Table System to U.S. Patent No. 9,968,503**

| Claim 1 | Trios Surgical Table System |
|---------|------------------------------|
| A surgical patient support apparatus comprising: | Trios is a surgical patient support apparatus: For example, "the Trios Spine and Imaging Tops are equipped to support patient weight up to 650 pounds." See Exhibit O, Trios Brochure at 2. |
| a foundation frame including a rotation driver, a drive shaft, and a drive coupler, and | Trios includes a foundation frame including a rotation driver, a drive shaft and a drive coupler, for example, as depicted below:<br><br><br><br>See Exhibit O, Trios Brochure at 3.<br><br><br><br>See Exhibit O, Trios Brochure at 1.<br>A rotation driver is a device that uses power to drive rotation. A drive coupler is a device that when engaged couples a drive shaft to a rotation driver. For example the Trios includes a rotation driver and a drive coupler, because the Trios manual explains that the Trios can be used in both manual rotation and driven rotation by disengaging and engaging the handle, demonstrating that there is a drive coupler inside the housing depicted above to allow the engaging and disengaging: "When the 180 Degree Rotation Lock is engaged and the corresponding indicator lights are unlit, the table top can still be laterally rolled (tilted) by pressing the Left or Right Lateral Tilt button on the IntelliPendant® until the desired position is achieved." (See Exhibit P, Trios Manual at 40.) |

1



Figure 40: Unlocking the 180 Degree Rotation Safety Lock

Only when the 180 Degree Rotation Lock is in the unlocked position will the Head-End and Foot-End Crossbars move freely, allowing for the attached table tops to be rotated.

NOTE: This function is specifically used for rotating a patient 180 degrees. When a rotation is not being performed, the 180 Degree Rotation Lock should remain locked with the corresponding indicator lights on the Head-End and Foot-End Columns unit.

See Exhibit P, Trios Manual at 40.

| | |
|---|---|
| a support top coupled to the drive shaft of the foundation frame to rotate with the drive shaft, the support top configured to rotate about a top axis extending along the length of the support top relative to the foundation frame, | As depicted below, for example, Trios includes a support top coupled to the drive shaft of the foundation frame to rotate with the drive shaft, and the support top is configured to rotate about a top axis extending along the length of the support top relative to the foundation frame:<br><br><br><br>See Exhibit O, Trios Brochure at 1.<br><br>See, for example, Trios Manual at 40 (showing the support top configured to rotate about a top axis extending along the length of the support top relative to the foundation frame). |
| wherein the drive coupler is configured to move between an engaged position, coupling the drive shaft to the rotation driver so that the | As depicted below, for example, Trios includes a drive coupler that is configured to move between an engaged position, coupling the drive shaft to the rotation driver so that the support top is rotated about the top axis, and a disengaged position, de-coupling the drive shaft from the rotation drive so |

support top is rotated about the top axis, and a disengaged position, de-coupling the drive shaft from the rotation drive so that the support top is free to be manually rotated about the top axis, wherein the drive coupler includes a first engagement member that extends through the rotation driver and into the drive shaft when the drive coupler is in the engaged position.

that the support top is free to be manually rotated about the top axis, wherein the drive coupler includes a first engagement member that extends through the rotation driver and into the drive shaft when the drive coupler is in the engaged position:



See Exhibit O, Trios Brochure at 9.

For example, when the rotation lock handle is in the locked position (labeled 1 below), the drive coupler is engaged: "When the 180 Degree Rotation Lock is engaged and the corresponding indicator lights are unlit, the table top can still be laterally rolled (tilted) by pressing the Left or Right Lateral Tilt button on the IntelliPendant® until the desired position is achieved." (See Exhibit P, Trios Manual at 40.)



Figure 40: Unlocking the 180 Degree Rotation Safety Lock

Only when the 180 Degree Rotation Lock is in the unlocked position will the Head-End and Foot-End Crossbars move freely, allowing for the attached table tops to be rotated.

NOTE: This function is specifically used for rotating a patient 180 degrees. When a rotation is not being performed, the 180 Degree Rotation Lock should remain locked with the corresponding indicator lights on the Head-End and Foot-End Columns unlit.

3

See Exhibit P, Trios Manual at 40.

For example, when the Trios rotation lock handle is in the unlocked position, the drive shaft is decoupled from the rotation drive so that the support top is free to be manually rotated about the top axis: "Only when the 180 Degree Rotation Lock is in the unlocked position will the Head-End and Foot-End Crossbars move freely, allowing for the attached table tops to be rotated. NOTE: This function is specifically used for rotating a patient 180 degrees. When a rotation is not being performed, the 180 Degree Rotation Lock should remain locked with the corresponding indicator lights on the Head-End and Foot-End Columns unlit." (See Exhibit P, Trios Manual at 40.)

For example, as explained in a cited Reason for Recall, the drive coupler is configured to move between an engaged position ("clutch engagement"), coupling the drive shaft to the rotation driver so that the support top is rotated about the top axis, and a disengaged position ("clutch disengagement"), de-coupling the drive shaft from the rotation drive so that the support top is free to be manually rotated about the top axis. The drive coupler includes a first engagement member ("clutch") that extends through the rotation driver and into the drive shaft when the drive coupler is in the engaged position. See https://www.accessdata.fda.gov/ scripts/cdrh/cfdocs/cfres/res.cfm?id=142535 (FDA Recall Document Z-0792-2016) ("Manufacturer Reason for Recall [:] Table Bases may have been assembled incorrectly, missing a retaining ring from the head end assembly. Over time, the parts could go out of alignment, making clutch engagement or disengagement difficult. If the clutch cannot disengage, the user would be unable to rotate the patient from supine to prone.")

# Exhibit I

**Claim Chart Comparing the Insite Surgery Table to U.S. Patent No. 8,397,323**

| Claim 1 | Insite Surgery Table |
|---|---|
| A patient-support apparatus comprising | Insite is a patient support apparatus, for example as depicted below:  See Exhibit S, Insite Brochure at 3. |
| a cantilevered support including | Insite includes a cantilevered support, for example: "INSITE® offers a radiolucent cantilevered frame." See Exhibit S, Insite Brochure at 2.  See Exhibit S, Insite Brochure at 3. |

1

| a first radiolucent beam having a longitudinal axis, a second radiolucent beam having a longitudinal axis, | Insite includes a first radiolucent beam having a longitudinal axis, a second radiolucent beam having a longitudinal axis, for example:<br><br><br><br>See Exhibit S, Insite Brochure at 2. |

2

| | |
|---|---|
| the longitudinal axis of the second beam oriented generally parallel to the longitudinal axis of the first beam, | Insite includes the longitudinal axis of the second beam being oriented generally parallel to the longitudinal axis of the first beam, for example:<br><br><br><br>See Exhibit S, Insite Brochure at 2. |
| the first and second beams configured to support a patient-support accessory, and | Insite includes the first and second beams configured to support a patient-support accessory, for example:<br><br><br><br>See Exhibit S, Insite Brochure at 4. |
| means for coupling the cantilevered support to a deck | The '323 patent specification discloses that the means include couplers and clamps. |

3

| | |
|---|---|
| of a surgical table such that substantially all of the load borne by the patient-support accessory is transferred through the beams directly to the deck, | Insite includes means for coupling the cantilevered support to a deck of a surgical table such that substantially all of the load borne by the patient-support accessory is transferred through the beams directly to the deck.  For example:<br><br><br>deck<br><br>means for coupling<br><br>See Exhibit S, Insite Brochure at 2. |
| the patient-support apparatus further including (i) a first cross-beam coupled to a first end of the first and second radiolucent beams and (ii) a second cross-beam spaced apart from the first cross-beam and coupled to the first and second radiolucent beams, | Insite includes a first cross-beam coupled to a first end of the first and second radiolucent beams and a second cross-beam |

<table>
<tr><td></td><td>spaced apart from the first cross-beam and coupled to the first and second radiolucent beams, for example:</td></tr>
</table>

| | spaced apart from the first cross-beam and coupled to the first and second radiolucent beams, for example: |
| --- | --- |
| | <br>See Exhibit S, Insite Brochure at 2. |
| the first and second radiolucent beams and the first and second cross beams being substantially coplanar. | Trios includes the first and second radiolucent beams and the first and second cross beams being substantially coplanar, for example: |

5



substantially
coplanar

See Exhibit S, Insite Brochure at 2.

# Exhibit J

**Claim Chart Comparing the Hana Orthopedic Surgery Table to**
**U.S. Patent No. RE41,412**

| Claim 1 | Hana Orthopedic Surgery Table |
|---|---|
| A leg holder system for simultaneous positioning in an abduction dimension and a lithotomy dimension comprising: | Hana Orthopedic Surgery Table and the Hana SC Surgery Center Table ("Hana") have the same structure.  Hana includes a leg holder system for simultaneous positioning in an abduction dimension and a lithotomy dimension, for example:  See Exhibit T, Hana Brochure at 7. |
| a support device, having a longitudinal axis, for supporting a leg cradle; | Hana includes a support device, having a longitudinal axis, for supporting a leg cradle, for example:  See Exhibit T, Hana Brochure at 7. |

1

| | |
|---|---|
| a clamping device for mounting a proximate end of said support device to a mounting device having a first axis transverse to said longitudinal axis and selectively simultaneously clamping and releasing motion of said support device about said first axis and about a second axis transverse to both said first axis and said longitudinal axis, said support device fixed in said clamping device from rotation about said longitudinal axis; | Hana includes a clamping device for mounting a proximate end of said support device to a mounting device having a first axis transverse to said longitudinal axis and selectively simultaneously clamping and releasing motion of said support device about said first axis and about a second axis transverse to both said first axis and said longitudinal axis, said support device fixed in said clamping device from rotation about said longitudinal axis, for example:<br><br><br>See Exhibit T, Hana Brochure at 7. |
| an actuator device for actuating said clamping device to simultaneously selectively clamp and release said support device and said mounting device; and | Hana includes an actuator device for actuating said clamping device to simultaneously selectively clamp and release said support device and said mounting device, for example:<br><br><br>See Exhibit T, Hana Brochure at 7. |

2

| | |
|---|---|
| an operator device remote from said clamping device and said actuator device for operating said actuator device to enable said support device to move jointly about both said first and said second axes in the abduction and lithotomy dimensions. | Hana includes an operator device remote from said clamping device and said actuator device for operating said actuator device to enable said support device to move jointly about both said first and said second axes in the abduction and lithotomy dimensions, for example:  See Exhibit T, Hana Brochure at 7. |

3

# Exhibit K

**Claim Chart Comparing the Trios Surgical Table System and the ProAxis Spinal Surgery Table to U.S. Patent No. 10,561,552**

| Claim 1 | Trios Surgical Table System and ProAxis Spinal Surgery Table |
|---|---|
| A patient support apparatus, comprising: | Trios is a patient support apparatus:  For example, "the Trios Spine and Imaging Tops are equipped to support patient weight up to 650 pounds." See Exhibit O, Trios Brochure at 2.<br><br>ProAxis is a patient support apparatus that is used for example, for "optimal patient positioning and surgical site control." See Exhibit Q, ProAxis Brochure at 2. |
| a support surface, | Trios includes a support surface, for example:<br><br><br><br>See Exhibit O, Trios Brochure at 1.<br><br>ProAxis includes a support surface, for example:<br><br><br><br>See Exhibit Q, ProAxis Brochure at 2. |

| a user module operably coupled to the support surface, | Both the Trios and ProAxis use an IntelliPendant user module that is operably coupled to the support surface, and the IntelliPendant operates similarly in both.  For example:<br><br><br>See Exhibit Q, ProAxis Brochure at 3.<br><br><br>See Exhibit O, Trios Brochure at 1. |
| a display operably coupled to the user module, the display being configured to graphically display a graphical depiction of a person positioned on the support surface responsive to a selection made by a user relating to an alarm function of the patient support apparatus, | Both the Trios and ProAxis use an IntelliPendant user module that has a display operably coupled to the user module, the display being configured to graphically display a graphical depiction of a person positioned on the support surface responsive to a selection made by a user relating to an alarm function of the patient support apparatus, for example: |

2



See Exhibit Q, ProAxis Brochure at 3.



See Exhibit O, Trios Brochure at 1.

For example, the display is configured to graphically display a graphical depiction of a person positioned on the support surface:



Figure 18: Height Down Action Displayed

See Exhibit P, Trios Manual at 26.

For example, numerous different alarm icons can be displayed on the screen of the IntelliPendant related to

the different alarm functions of the patient support apparatus, including the "boundary has been reached" and "exceed a boundary" alarms as follows:

**4.6.2 Defined Function and Setting Symbols**

The following symbols are utilized on the function buttons of the IntelliPendant®, the Auxiliary Control Panel, or on the display screen itself when in use.

| Symbol | Meaning |
|---|---|
| | Height Up |
| | Height Down |
| | Trendelenburg |
| | Reverse Trendeleburg |
| | Lateral Tilt, Right |
| | Lateral Tilt, Left |
| | Lock (Floor Locks) and Locked Position |
| | Unlock (Floor Locks) and Unlocked Position |
| | Half-lock Position; indicates the transitional stage of the Floor Locks while they are in the process of being either locked or unlocked |
| | Lock Error; indicates the Floor Locks must be locked before executing any table function |
| | Represents Return to Level on function button; also appears on the screen display to indicate height position |
| | Menu |
| ACP | ACP ON/OFF Function |
| | Save to Memory Position |
| | Go to Memory Position |
| | Back Arrow |
| | Select/Accept |
| | Advanced Control Pad Cycle, Fast |
| | Advanced Control Pad Cycle, Slow |
| | Home (Return to Level) Position Achieved |
| | Floor Lock Override |
| | Indicates system is running on battery power or AC power, and the battery voltage exceeds the 75% charge threshold |

4

| | |
|---|---|
| | Indicates system is running on battery power, and the battery voltage exceeds the 50% threshold but not the 75% threshold |
| | Indicates system is running on battery power, and the battery voltage exceeds the 25% threshold but not the 50% threshold |
| | Indicates system is running on battery power, and the battery voltage is below the 25% threshold; requires charging and AC power connection |
| | Indicates the battery is charging when the system is running on mains power, and the battery voltage is below the 25% threshold |
| | Indicates the battery is charging when the system is running on mains power, and the battery voltage is below the 50% threshold but not the 25% threshold |
| | Indicates the battery is charging when the system is running on mains power, and the battery voltage exceeds the 50% threshold but not the 75% threshold |
| | Indicates the battery is charging when the system is running on mains power, and the battery voltage equals or exceeds the 75% threshold |
| | AC Power Connected |
| M1 | Displayed when user has saved the current position as M1, or when the table has arrived at the stored M1 position |
| M2 | Displayed when user has saved the current position as M2, or when the table has arrived at the stored M2 position |
| | Indicates that the requested motion would exceed a boundary for height up or Trendelenburg angle increase |
| | Indicates that the requested motion would exceed a boundary for height down or Trendelenburg angle decrease |
| | Indicates that the requested left tilt motion would exceed a boundary |
| | Indicates that the requested right tilt motion would exceed a boundary |
| | Appears when Height Up button is held, and a boundary has been reached |
| | Appears when Height Down or Home button is held, and a boundary has been reached |
| | Appears when Trendelenburg button is held, and a boundary has been reached |
| | Appears when Reverse Trendelenburg button is held, and a boundary has been reached |
| | Appears when Lateral Tilt, Right button is held, and a boundary has been reached |
| | Appears when Lateral Tilt, Left button is held, and a boundary has been reached |
| | Appears when a button is held requesting a tilt right motion, and the Tilt motion lockout is in effect (due to the presence of the Traction Arc). *Note that the Lateral Tilt Right button and Go to Memory Position Soft Key can do this.* |
| | Appears when a button is held requesting a tilt left motion, and the Tilt motion lockout is in effect (due to the presence of the Traction Arc). *Note that the Lateral Tilt Left button and Go to Memory Position Soft Key can do this.* |
| | Appears when the 180 Degree Rotation Lock handle is operated and table rotation is prevented, either due to Trendelenburg being greater than 5 degrees or Reverse Trendelenburg being less than -5 degrees |
| | Appears when the 180 Degree Rotation Lock handle is operated and table rotation is allowed |
| | Appears when the E-Stop is enabled |

See Exhibit P, Trios Manual at 26-28.
See Exhibit R, ProAxis Manual at 25-29 (same as Trios Manual).

wherein the display is further configured to substantially simultaneously display current data relating to the alarm function and current data relating to at least one therapy function of the patient support apparatus.

For example, both the Trios and the ProAxis IntelliPendant user modules have a display that is configured to simultaneously display current data relating to the alarm function and a therapy function of the patient support apparatus. For example, therapy functions include, but are not limited to  pressure redistribution, turning assistance, rotation, and the like, and therefore include patient positioning, such as Trendelenburg positioning. As cited below, the display simultaneously displays data of at least the alarm functions of the battery, connection, lock, height values, tilt values, and position values and the therapy functions of the table's height, tilts and positions:

"IntelliPendant® and Auxiliary Panel
• Display provides real-time information on table's height, lateral tilt and Trendelenburg position
• Pendant is equipped with two programmable memory positions." See Exhibit O, Trios Brochure at 10.

"The IntelliPendant is driven by a software technology that provides continual user feedback on the easy-to-read 3.5 inch (8.9 cm) display. The display offers real time status of table's hinge, height, lateral tilt and Trendelenburg position."  See Exhibit Q, ProAxis Brochure at 3.



See Exhibit Q, ProAxis Brochure at 3.



See Exhibit O, Trios Brochure at 1.

The IntelliPendant can simultaneously display current data relating to the alarm function and current data relating to at least one therapy function of the patient support apparatus as follows:

### 4.6.2 Defined Function and Setting Symbols

The following symbols are utilized on the function buttons of the IntelliPendant®, the Auxiliary Control Panel, or on the display screen itself when in use.

| Symbol | Meaning |
|---|---|
| | Height Up |
| | Height Down |
| | Trendelenburg |
| | Reverse Trendelenburg |
| | Lateral Tilt, Right |
| | Lateral Tilt, Left |
| | Lock (Floor Locks) and Locked Position |
| | Unlock (Floor Locks) and Unlocked Position |
| | Half-lock Position; indicates the transitional stage of the Floor Locks while they are in the process of being either locked or unlocked |
| | Lock Error; indicates the Floor Locks must be locked before executing any table function |
| | Represents Return to Level on function button; also appears on the screen display to indicate height position |
| | Menu |
| ACP | ACP ON/OFF Function |
| | Save to Memory Position |
| | Go to Memory Position |
| | Back Arrow |
| | Select/Accept |
| | Advanced Control Pad Cycle, Fast |
| | Advanced Control Pad Cycle, Slow |
| | Home (Return to Level) Position Achieved |
| | Floor Lock Override |
| | Indicates system is running on battery power or AC power, and the battery voltage exceeds the 75% charge threshold |

| | |
|---|---|
|  | Indicates system is running on battery power, and the battery voltage exceeds the 50% threshold but not the 75% threshold |
|  | Indicates system is running on battery power, and the battery voltage exceeds the 25% threshold but not the 50% threshold |
|  | Indicates system is running on battery power, and the battery voltage is below the 25% threshold; requires charging and AC power connection |
|  | Indicates the battery is charging when the system is running on mains power, and the battery voltage is below the 25% threshold |
|  | Indicates the battery is charging when the system is running on mains power, and the battery voltage is below the 50% threshold but not the 25% threshold |
|  | Indicates the battery is charging when the system is running on mains power, and the battery voltage exceeds the 50% threshold but not the 75% threshold |
|  | Indicates the battery is charging when the system is running on mains power, and the battery voltage equals or exceeds the 75% threshold |
| −⊂⊐ | AC Power Connected |
| M1 | Displayed when user has saved the current position as M1, or when the table has arrived at the stored M1 position |
| M2 | Displayed when user has saved the current position as M2, or when the table has arrived at the stored M2 position |
|  | Indicates that the requested motion would exceed a boundary for height up or Trendelenburg angle increase |
|  | Indicates that the requested motion would exceed a boundary for height down or Trendelenburg angle decrease |
|  | Indicates that the requested left tilt motion would exceed a boundary |
|  | Indicates that the requested right tilt motion would exceed a boundary |
|  | Appears when Height Up button is held, and a boundary has been reached |
|  | Appears when Height Down or Home button is held, and a boundary has been reached |
|  | Appears when Trendelenburg button is held, and a boundary has been reached |
|  | Appears when Reverse Trendelenburg button is held, and a boundary has been reached |
|  | Appears when Lateral Tilt, Right button is held, and a boundary has been reached |
|  | Appears when Lateral Tilt, Left button is held, and a boundary has been reached |
|  | Appears when a button is held requesting a tilt right motion, and the Tilt motion lockout is in effect (due to the presence of the Traction Arc). *Note that the Lateral Tilt Right button and Go to Memory Position Soft Key can do this.* |
|  | Appears when a button is held requesting a tilt left motion, and the Tilt motion lockout is in effect (due to the presence of the Traction Arc). *Note that the Lateral Tilt Left button and Go to Memory Position Soft Key can do this.* |
|  | Appears when the 180 Degree Rotation Lock handle is operated and table rotation is prevented, either due to Trendelenburg being greater than 5 degrees or Reverse Trendelenburg being less than -5 degrees |
|  | Appears when the 180 Degree Rotation Lock handle is operated and table rotation is allowed |
|  | Appears when the E-Stop is enabled |

See Exhibit P, Trios Manual at 26-28.
See Exhibit R, ProAxis Manual at 25-29 (same as Trios Manual).

For example, the Trios and ProAxis can be used for:

"The Trios® Table Base may be used several times throughout the day and night in medical facilities; e.g. hospitals, and outpatient surgery/imaging centers. The Trios® Table Base will be used in an operating room or other treatment room, and may be rolled between rooms." See Exhibit P, Trios Manual at 7.

"The ProAxis® Spinal Surgery Table may be used several times throughout the day and night in medical facilities; e.g. hospitals, and outpatient surgery/imaging centers. The ProAxis® Spinal Surgery Table will

8

be used in an operating room or other treatment room, and may be rolled between rooms. It shall not be used for patient transport." See Exhibit R, ProAxis Manual at 11.

For example, IntelliPendant can be used for placing patients in the Trendelenburg and reverse Trendelenburg positions, among other functions: "The Trios® Table Base is the primary component of the Trios® Surgical Table System and is designed to be used with multiple interchangeable table tops. The Trios® Surgical Table System provides the flexibility to position patients for a variety of surgical or radiographic imaging procedures. The Trios® Table Base provides the foundation on which a table top may be mounted, creating a surgical platform free of any obstructions when used with a fluoroscopic C-arm or the O-arm®. The Base is designed for use with the following procedure-specific table tops currently offered: Trios® Spinal Surgery Top, Trios® Radiolucent Imaging Top, and Trios® Orthopedic Trauma Top. The Trios® Table Base has electrically powered positioning and operating functions, which are controlled by means of the IntelliPendant®. The IntelliPendant® provides a visual status display for the Floor Locks, optional Advanced Control Pad System™ (ACP), Battery Status, Height Status, Trendelenburg/ Reverse Trendelenburg Angle, and Lateral Tilt Angle." See Exhibit P, Trios Manual at 6.

"The ProAxis® Spinal Surgery Table (Figure 1) is designed to support and position a patient undergoing surgical procedures while allowing for the articulation of the patient's spine intra-operatively through flexion and extension movements. These intra-operative movements allow the natural movement of the spine to be replicated during the surgical procedure. The table provides prone, supine, and lateral positioning capabilities, with enhanced user and patient benefits through key proprietary features. The table's radiolucent hinge, spars, and two-piece supine top also allow for excellent intraoperative imaging using either a C-arm or O-arm®. The ProAxis® table has electrically powered positioning and operating functions, which are controlled by

9



means of the IntelliPendant®. The IntelliPendant® provides a visual status display for the Floor Locks, Hinge Mode, Advanced Control Pad System™ (ACP), Battery Status, Height Status, Trendelenburg/Reverse Trendelenburg Angle, Hinge Angle, and Lateral Tilt Angle. The table provides a further feature in providing the user with the option of selecting between two Hinge Mode settings – Fixed Surgical Site (FSS) or Fixed End (FE) mode" See Exhibit R, ProAxis Manual at 6.

# Exhibit L

**Claim Chart Comparing the Trios Surgical Table System and the ProAxis Spinal
Surgery Table to U.S. Patent No. 9,849,051**

| Claim 1 | Trios Surgical Table System and ProAxis Spinal Surgery Table |
|---|---|
| A user module for a patient support, the user module comprising | Both the Trios and ProAxis use an IntelliPendant user module for patient support:<br><br><br><br>See Exhibit Q, ProAxis Brochure at 3.<br><br><br><br>See Exhibit O, Trios Brochure at 1.<br><br>Trios is a patient support:  For example, "the Trios Spine and Imaging Tops are equipped to support patient weight up to 650 pounds." See Exhibit O, Trios Brochure at 2.<br><br>ProAxis is a patient support that is used for example, for "optimal patient positioning and |

1

| | surgical site control." See Exhibit Q, ProAxis Brochure at 2. |
|---|---|
| a communication interface configured to communicate signals from the user module to the patient support, the patient support having at least one automated function and being configured to support a patient in at least a substantially horizontal position, | Both the Trios and the ProAxis IntelliPendant user modules have communication interfaces (inside the IntelliPendant user modules) that are configured to communicate signals from the user module to the patient support (via the cable depicted at the bottom of the user module that is plugged into the patient support), for example, by real-time information communicated via signals between the user module and the patient support, as cited below.  In addition, the Trios and ProAxis patient supports have at least one automated function including automated functions, for example, to change the Trios and ProAxis table's heights, tilts, and positions, and are configured to support a patient in at least a horizontal position, for example, as cited below:<br><br>"IntelliPendant® and Auxiliary Panel<br>• Display provides real-time information on table's height, lateral tilt and Trendelenburg position<br>• Pendant is equipped with two programmable memory positions." See Exhibit O, Trios Brochure at 10.<br><br>"The IntelliPendant is driven by a software technology that provides continual user feedback on the easy-to-read 3.5 inch (8.9 cm) display. The display offers real time status of table's hinge, height, lateral tilt and Trendelenburg position."  See Exhibit Q, ProAxis Brochure at 3. |



See Exhibit Q, ProAxis Brochure at 3.



See Exhibit O, Trios Brochure at 1.

| | |
|---|---|
| the communication interface further configured to communicate signals from the patient support to the user module, | The communication interface inside the IntelliPendant user modules of both the Trios and ProAxis communicate signals from the patient support to the user module via the cable depicted at the bottom of the user module that is plugged into the patient support, for example: |



See Exhibit Q, ProAxis Brochure at 3.



See Exhibit O, Trios Brochure at 1.

For example:
"IntelliPendant® and Auxiliary Panel
• Display provides real-time information on table's height, lateral tilt and Trendelenburg position
• Pendant is equipped with two programmable memory positions." See Exhibit O, Trios Brochure at 10.

"The IntelliPendant is driven by a software technology that provides continual user feedback on the easy-to-read 3.5 inch (8.9 cm) display. The display offers real time status of table's hinge, height, lateral tilt and Trendelenburg position." See Exhibit Q, ProAxis Brochure at 3.

4

| an input device configured to receive a signal indicative of a selection made by a user relating to an automated function of the patient support, and | The IntelliPendant user modules of both the Trios and ProAxis include input devices that receive signals indicative of a selection made by a user relating to an automated function of the patient support, for example, related to changing the height, tilt or position of the Trios and ProAxis tables.  See Exhibit Q, ProAxis Brochure at 3.  See Exhibit O, Trios Brochure at 1. |
| an output device including a visual display configured to simultaneously display a first graphical depiction of a person positioned on the patient support responsive to a selection made by a user relating to a first alarm function of the patient support, and a second graphical depiction of a person positioned on the patient support responsive to a selection | Both the Trios and the ProAxis IntelliPendant user modules have an output device including a visual display configured to simultaneously display a first graphical depiction of a person positioned on the patient support responsive to a selection made by a user relating to a first alarm function of the patient support, and a second graphical depiction of a person positioned on the patient support responsive to a selection made by a user relating to a second |

| | |
|---|---|
| made by a user relating to a second alarm function of the patient support, | alarm function of the patient support, including at least the alarm functions of the battery, connection, lock, height values, tilt values, and position values and the depiction of a person positioned on the patient support relative to the table's height, tilts and positions, as cited below:<br><br>"IntelliPendant® and Auxiliary Panel<br>• Display provides real-time information on table's height, lateral tilt and Trendelenburg position<br>• Pendant is equipped with two programmable memory positions." See Exhibit O, Trios Brochure at 10.<br><br>"The IntelliPendant is driven by a software technology that provides continual user feedback on the easy-to-read 3.5 inch (8.9 cm) display. The display offers real time status of table's hinge, height, lateral tilt and Trendelenburg position." See Exhibit Q, ProAxis Brochure at 3.<br><br><br><br>See Exhibit Q, ProAxis Brochure at 3. |



See Exhibit O, Trios Brochure at 1.

The IntelliPendant display is configured to graphically display a graphical depiction of a person positioned on the support surface (see depiction of person's head in the lateral and transverse positions):



Figure 18: Height Down Action Displayed

See Exhibit P, Trios Manual at 26.

For example, numerous different alarm icons can be displayed on the screen of the IntelliPendant related to the different alarm functions of the patient support apparatus as follows:

7

### 4.6.2 Defined Function and Setting Symbols

The following symbols are utilized on the function buttons of the IntelliPendant®, the Auxiliary Control Panel, or on the display screen itself when in use.

| Symbol | Meaning |
|---|---|
| | Height Up |
| | Height Down |
| | Trendelenburg |
| | Reverse Trendelenburg |
| | Lateral Tilt, Right |
| | Lateral Tilt, Left |
| | Lock (Floor Locks) and Locked Position |
| | Unlock (Floor Locks) and Unlocked Position |
| | Halt-lock Position; indicates the transitional stage of the Floor Locks while they are in the process of being either locked or unlocked |
| | Lock Error; indicates the Floor Locks must be locked before executing any table function |
| | Represents Return to Level on function button; also appears on the screen display to indicate height position |
| | Menu |
| ACP | ACP ON/OFF Function |
| | Save to Memory Position |
| | Go to Memory Position |
| | Back Arrow |
| | Select/Accept |
| | Advanced Control Pad Cycle, Fast |
| | Advanced Control Pad Cycle, Slow |
| | Home (Return to Level) Position Achieved |
| | Floor Lock Override |
| | Indicates system is running on battery power or AC power, and the battery voltage exceeds the 75% charge threshold |

| | |
|---|---|
|  | Indicates system is running on battery power, and the battery voltage exceeds the 50% threshold but not the 75% threshold |
|  | Indicates system is running on battery power, and the battery voltage exceeds the 25% threshold but not the 50% threshold |
|  | Indicates system is running on battery power, and the battery voltage is below the 25% threshold; requires charging and AC power connection |
|  | Indicates the battery is charging when the system is running on mains power, and the battery voltage is below the 25% threshold |
|  | Indicates the battery is charging when the system is running on mains power, and the battery voltage is below the 50% threshold but not the 25% threshold |
|  | Indicates the battery is charging when the system is running on mains power, and the battery voltage exceeds the 50% threshold but not the 75% threshold |
|  | Indicates the battery is charging when the system is running on mains power, and the battery voltage equals or exceeds the 75% threshold |
|  | AC Power Connected |
| M1 | Displayed when user has saved the current position as M1, or when the table has arrived at the stored M1 position |
| M2 | Displayed when user has saved the current position as M2, or when the table has arrived at the stored M2 position |
|  | Indicates that the requested motion would exceed a boundary for height up or Trendelenburg angle increase |
|  | Indicates that the requested motion would exceed a boundary for height down or Trendelenburg angle decrease |
|  | Indicates that the requested left tilt motion would exceed a boundary |
|  | Indicates that the requested right tilt motion would exceed a boundary |
|  | Appears when Height Up button is held, and a boundary has been reached |
|  | Appears when Height Down or Home button is held, and a boundary has been reached |
|  | Appears when Trendelenburg button is held, and a boundary has been reached |
|  | Appears when Reverse Trendelenburg button is held, and a boundary has been reached |
|  | Appears when Lateral Tilt, Right button is held, and a boundary has been reached |
|  | Appears when Lateral Tilt, Left button is held, and a boundary has been reached |
|  | Appears when a button is held requesting a tilt right motion, and the Tilt motion lockout is in effect (due to the presence of the Traction Arc). *Note that the Lateral Tilt Right button and Go to Memory Position Soft Key can do this.* |
|  | Appears when a button is held requesting a tilt left motion, and the Tilt motion lockout is in effect (due to the presence of the Traction Arc). *Note that the Lateral Tilt Left button and Go to Memory Position Soft Key can do this.* |
|  | Appears when the 180 Degree Rotation Lock handle is operated and table rotation is prevented, either due to Trendelenburg being greater than 5 degrees or Reverse Trendelenburg being less than -5 degrees |
|  | Appears when the 180 Degree Rotation Lock handle is operated and table rotation is allowed |
|  | Appears when the E-Stop is enabled |

See Exhibit P, Trios Manual at 26-28.
See Exhibit R, ProAxis Manual at 25-29 (same as Trios Manual).

| | |
|---|---|
| wherein the first graphical depiction includes a first animated element indicative of movement associated with operation of the first alarm function of the patient support and the second graphical depiction includes a second animated element indicative of movement associated with operation of the second alarm function of the patient support. | Both the Trios and the ProAxis IntelliPendant user modules displays display first graphical depiction including a first animated element indicative of movement associated with operation of the first alarm function of the patient support and a second graphical depiction including a second animated element indicative of movement associated with operation of the second alarm function of the patient support, including at least the alarm functions of the battery, connection, lock, height values, tilt values, and position values and the depiction of a person positioned on the patient support relative to the table's height, tilts and positions, as cited below: |

"IntelliPendant® and Auxiliary Panel
• Display provides real-time information on table's height, lateral tilt and Trendelenburg position
• Pendant is equipped with two programmable memory positions." See Exhibit O, Trios Brochure at 10.

"The IntelliPendant is driven by a software technology that provides continual user feedback on the easy-to-read 3.5 inch (8.9 cm) display. The display offers real time status of table's hinge, height, lateral tilt and Trendelenburg position."  See Exhibit Q, ProAxis Brochure at 3.



See Exhibit Q, ProAxis Brochure at 3.



See Exhibit O, Trios Brochure at 1.

10

For example, IntelliPendant animations are shown by changes in the icons displayed, and alerts related to boundary limits are displayed:



### 4.6.2 Defined Function and Setting Symbols

The following symbols are utilized on the function buttons of the IntelliPendant®, the Auxiliary Control Panel, or on the display screen itself when in use.

| Symbol | Meaning |
| --- | --- |
| | Height Up |
| | Height Down |
| | Trendelenburg |
| | Reverse Trendelesburg |
| | Lateral Tilt, Right |
| | Lateral Tilt, Left |
| | Lock (Floor Locks) and Locked Position |
| | Unlock (Floor Locks) and Unlocked Position |
| | Half-lock Position; indicates the transitional stage of the Floor Locks while they are in the process of being either locked or unlocked |
| | Lock Error; indicates the Floor Locks must be locked before executing any table function |
| | Represents Return to Level on function button; also appears on the screen display to indicate height position |
| | Menu |
| ACP | ACP ON/OFF Function |
| | Save to Memory Position |
| | Go to Memory Position |
| | Back Arrow |
| | Select/Accept |
| | Advanced Control Pad Cycle, Fast |
| | Advanced Control Pad Cycle, Slow |
| | Home (Return to Level) Position Achieved |
| | Floor Lock Override |
| | Indicates system is running on battery power or AC power, and the battery voltage exceeds the 75% charge threshold |

11

| | |
|---|---|
| | Indicates system is running on battery power, and the battery voltage exceeds the 50% threshold but not the 75% threshold |
| | Indicates system is running on battery power, and the battery voltage exceeds the 25% threshold but not the 50% threshold |
| | Indicates system is running on battery power, and the battery voltage is below the 25% threshold; requires charging and AC power connection |
| | Indicates the battery is charging when the system is running on mains power, and the battery voltage is below the 25% threshold |
| | Indicates the battery is charging when the system is running on mains power, and the battery voltage is below the 50% threshold but not the 25% threshold |
| | Indicates the battery is charging when the system is running on mains power, and the battery voltage exceeds the 50% threshold but not the 75% threshold |
| | Indicates the battery is charging when the system is running on mains power, and the battery voltage equals or exceeds the 75% threshold |
| | AC Power Connected |
| M1 | Displayed when user has saved the current position as M1, or when the table has arrived at the stored M1 position |
| M2 | Displayed when user has saved the current position as M2, or when the table has arrived at the stored M2 position |
| | Indicates that the requested motion would exceed a boundary for height up or Trendelenburg angle increase |
| | Indicates that the requested motion would exceed a boundary for height down or Trendelenburg angle decrease |
| | Indicates that the requested left tilt motion would exceed a boundary |
| | Indicates that the requested right tilt motion would exceed a boundary |
| | Appears when Height Up button is held, and a boundary has been reached |
| | Appears when Height Down or Home button is held, and a boundary has been reached |
| | Appears when Trendelenburg button is held, and a boundary has been reached |
| | Appears when Reverse Trendelenburg button is held, and a boundary has been reached |
| | Appears when Lateral Tilt, Right button is held, and a boundary has been reached |
| | Appears when Lateral Tilt, Left button is held, and a boundary has been reached |
| | Appears when a button is held requesting a tilt right motion, and the Tilt motion lockout is in effect (due to the presence of the Traction Arc). *Note that the Lateral Tilt Right button and Go to Memory Position Soft Key can do this.* |
| | Appears when a button is held requesting a tilt left motion, and the Tilt motion lockout is in effect (due to the presence of the Traction Arc). *Note that the Lateral Tilt Left button and Go to Memory Position Soft Key can do this.* |
| | Appears when the 180 Degree Rotation Lock handle is operated and table rotation is prevented, either due to Trendelenburg being greater than 5 degrees or Reverse Trendelenburg being less than -5 degrees |
| | Appears when the 180 Degree Rotation Lock handle is operated and table rotation is allowed |
| | Appears when the E-Stop is enabled |

See Exhibit P, Trios Manual at 26-28.
See Exhibit R, ProAxis Manual at 25-29 (same as Trios Manual).

# Exhibit M

**Claim Chart Comparing the Trios Surgical Table System and the ProAxis Spinal Surgery Table to U.S. Patent No. 8,341,777**

| Claim 18 | Trios Surgical Table System and ProAxis Spinal Surgery Table |
|---|---|
| 18. A patient support adapted to be connected to an external power source, the patient support comprising | Trios is a patient support: "[T]he Trios Spine and Imaging Tops are equipped to support patient weight up to 650 pounds." See Exhibit O, Trios Brochure at 2.  Trios is connected to an external power source: "Trios® Base … 100-240 VAC [volts alternating current], 50/60 Hz." See Exhibit O, Trios Brochure at 11.<br><br>ProAxis is a patient support that is used for "optimal patient positioning and surgical site control." See Exhibit Q, ProAxis Brochure at 2. ProAxis is connected to an external power source: "ProAxis® Spinal Surgery Table 100/120 V [volts], 50/60 Hz," See Exhibit Q, ProAxis Brochure at 2. |
| a bedframe supported on a floor, a plurality of wheels coupled to the bedframe, a brake configured to prevent the bedframe from moving on the floor, | Trios includes a bedframe supported on a floor, a plurality of wheels coupled to the bedframe, and a brake configured  to prevent the bedframe from moving on the floor, for example, as follows:<br><br>wheels w/ brake          bedframe<br><br>See Exhibit O, Trios Brochure at 10.<br><br>For example, Trios includes:<br>"B. Powered Floor Locks • One-touch engagement of floor locks using either the Hand Pendant or Auxiliary Panel • Built-in safety mechanism prevents table from operating without floor locks engaged." See Exhibit O, Trios Brochure at 10. |

1

| | |
|---|---|
| | ProAxis includes a bedframe supported on a floor, a plurality of wheels coupled to the bedframe, and a brake to prevent the bedframe from moving on the floor:<br><br><br><br>See Exhibit Q, ProAxis Brochure at 4.<br><br>For example, ProAxis includes:<br>"B. Powered Floor Locks • One-touch engagement of floor locks using either the Hand Pendant or Auxiliary Panel • Built-in safety mechanism prevents table from operating without floor locks engaged." See Exhibit Q, ProAxis Brochure at 4. |
| the brake being moveable between a braked position and an unbraked position, and | The brakes of both Trios and ProAxis are moveable between a braked position and an unbraked position, for example as follows:<br><br>"B. Powered Floor Locks • One-touch engagement of floor locks using either the Hand Pendant or Auxiliary Panel • Built-in safety mechanism prevents table from operating without floor locks engaged." See Exhibit O, Trios Brochure at 10.<br><br>"B. Powered Floor Locks • One-touch engagement of floor locks using either the Hand Pendant or Auxiliary Panel • Built-in safety mechanism prevents table from operating without floor locks engaged." See Exhibit Q, ProAxis Brochure at 4. |
| a controller configured to activate an alarm when the brake is moved to the unbraked position when the patient support is connected to the external power source, and | The controller of the Hand Pendant or Auxiliary Panel is configured to activate an alarm when the brake is moved to the unbraked position when the patient support is connected to the external power source: |

2

"B. Powered Floor Locks • One-touch engagement of floor locks using either the Hand Pendant or Auxiliary Panel • Built-in safety mechanism prevents table from operating without floor locks engaged." See Exhibit O, Trios Brochure at 10.



See Exhibit O, Trios Brochure at 1.

"B. Powered Floor Locks • One-touch engagement of floor locks using either the Hand Pendant or Auxiliary Panel • Built-in safety mechanism prevents table from operating without floor locks engaged." See Exhibit Q, ProAxis Brochure at 4.



See Exhibit Q, ProAxis Brochure at 3.

| | |
|---|---|
| a battery enable switch that allows a caregiver to operate electrically controlled functions of the patient support using battery power when the patient support is disconnected from the external power source, wherein the bedframe includes a siderail and the battery enable switch is mounted to the siderail. | The Trios includes a battery enable switch as a power/standby switch that allows a caregiver to operate electrically controlled functions of the patient support using battery power when the patient support is disconnected from the external power source, for example: "NOTE: If the integrity of the AC power source is in doubt, the equipment shall be operated from its internal electrical power source (battery). Should the table be operated on battery power: 1. Ensure that the battery has been properly charged as outlined in Section 9.8. Press the Power/Standby Switch and observe that the switch illuminates with a green ring indicating that power is applied to the table. The Battery Indicator LED at the base of the Head-End column will not be illuminated, indicating that the table is being used on battery power (Figure 4, page 13)." See Exhibit P, Trios Manual at 18.<br><br>The Trios bedframe includes a siderail and the battery enable switch is mounted to the siderail as follows:<br><br><br>Figure 4: Head-End Column, Inside Base<br>See Exhibit P, Trios Manual at 13.<br><br>The ProAxis includes a battery enable switch as a power/standby switch that allows a caregiver to operate electrically controlled functions of the patient support using battery power when the patient support is disconnected from the external power source, for example: "NOTE: If the integrity of the AC power source is in doubt, the equipment shall be operated from its internal electrical power source (battery). Should the table be operated on battery power: 1. Ensure that the battery has been properly charged as outlined in Section 12.3. Depress |

the Power Switch and observe that the switch illuminates with a green ring indicating that power is applied to the table. The battery LED at the base of the Head-End column will not be illuminated, indicating that the table is being used on battery power (Figure 4, page 13)." See Exhibit R, ProAxis Manual at 19.

The ProAxis bedframe includes a siderail and the battery enable switch is mounted to the siderail as follows:



**Figure 4: ProAxis® Table Base, Head-End**

See Exhibit R, ProAxis Manual at 13.

# Exhibit N

**Claim Chart Comparing the Hana Orthopedic Surgery Table and the Hana SC Surgery Center Table to U.S. Patent No. 6,708,358**

| Claim | Hana Orthopedic Surgery Table |
|---|---|
| 1. A bed assembly comprising: | Hana Orthopedic Surgery Table and the Hana SC Surgery Center Table ("Hana") have the same structure.  Hana includes a bed assembly, for example:<br><br><br><br>See Exhibit T, Hana Brochure at 3. |
| a) a base,  b) a frame supported by the base, c) a deck supported by the frame, | Hana includes a base, a frame supported by the base, and a deck supported by the frame, for example:<br><br><br><br>See Exhibit T, Hana Brochure at 3. |

1

| the deck having a generally upwardly-facing top surface formed to include an opening, and | Hana includes a deck having a generally upwardly-facing top surface formed to include an opening, for example: <br><br>See Exhibit T, Hana Brochure at 6. |
|---|---|
| d) a unit received by the opening so that the unit is accessible from the top surface of the deck, further comprising a mattress pad defining an opening, at least a portion of the opening of the mattress pad being coextensive with at least a portion of the opening of the deck so that the unit is accessible through the mattress pad and the deck. | Hana includes a unit received by the opening so that the unit is accessible from the top surface of the deck, for example, the unit pictured below.  Hana further comprises a mattress pad defining an opening, at least a portion of the opening of the mattress pad being coextensive with at least a portion of the opening of the deck so that the unit is accessible through the mattress pad and the deck, for example: <br><br>See Exhibit T, Hana Brochure at 6. |

# Exhibit O





# Trios®

Simplified adjustability and positioning





# Simplicity Redefined

The **Trios® Surgical Table System** brings enhanced functionality to the original spinal platform used worldwide. Designed to meet the demands of today's surgical needs, the Trios Spine and Imaging Tops are equipped to support patient weight up to 650 pounds (295 kg) while remaining fully radiolucent. Featuring powered floor locks, a unique table top mounting interface, and a streamlined 180° rotation mechanism, Trios brings efficiency and ease of use to the operating room.

In addition to its Spine and Imaging Tops, Trios is equipped with the option of an Orthopedic Trauma Top designed to hold and position patients undergoing orthopedic surgical procedures. Featuring a wide variety of components, the Trios Orthopedic Trauma Top offers both skin and skeletal traction, a moveable traction arc, multiple leg support options, and pelvic support options for both supine and lateral decubitus positions.

With a focus on enhanced safety and precision, Trios offers a distinct user interface designed to complement the operating room workflow. This modern system features a table platform known for its customizable patient positioning for spine, imaging, and orthopedic trauma procedures. Trios brings a new confidence and control to a system created with the needs of both the user and patient in mind.



# 3

## Surgical Table Tops

Spine

Imaging

Orthopedic Trauma



An Innovative **Surgical Table System** Designed For The Demands Of Any Operating Room





# Advanced Simplicity and Positioning

# Spine & Imaging
## Table Tops





650 lbs.
weight capacity (295 kg)

## Procedures Supported

- Laminectomies
- Decompressions
- Osteotomies
- Anterior / Posterior Fusions
- Surgical Correction of Deformities
- Anterior / Posterior Cervical
- Kyphoplasties
- Vertebroplasties
- IDET Surgeries
- Vascular Surgery
- Joint Imaging
- Pain Management



The Trios two-column table base with interchangeable table tops creates the flexibility needed to support a variety of spine and imaging procedures. The open frame design of the spinal top provides the foundation for optimal prone positioning, while the versatility of the radiolucent imaging top allows for the desired supine or lateral set-up. Trios provides a sophisticated platform based on 25 years of industry leading performance.

## Prone Positioning Benefits

- Improves surgical access and visualization at surgical site
- Reduces vena caval compression
- Minimizes epidural venous bleeding
- Provides customizable pad and component placement to meet individual patient needs



Adaptable
Positioning
and Traction



# Orthopedic
## Trauma Table Top & Traction Arc



**500 lbs.**
weight capacity (227 kg)

**Procedures Supported**

- Hip Pinning
- Supine IM Femoral Nailing
- Lateral IM Femoral Nailing
- IM Tibial Nailing
- Ender Pinning



## Modernized Table Top and Traction Arc Attachment

- New Table Top mounting assembly connection ensures secure attachment to the Base's crossbar
- Simplified lower-and-lock Table Top mounting assembly decreases installation steps
- Integrated Traction Arc installation/removal guide on the IntelliPendant assists with setup

The Trios Orthopedic Trauma Top provides a comprehensive, orthopedic table system for adaptable patient positioning while providing skin or skeletal traction during key trauma procedures. The table's versatility and unique composite top enhance radiography for extremity imaging by providing maximized radiolucency at any angle. The Traction Arc's design allows for anatomically correct traction for the various procedures supported.

## Secure and Flexible

- Traction Arc provides constant traction on patient's leg for adduction/abduction
- Arc attachment supports multiple components for either skin or skeletal traction
- Multiple options to leg spar on operative side accomodate various setups

# Enhanced Control and Adjustment

## Tower and Ratchet System

The Tower and Ratchet system is a unique component that provides the adjustment and customization desired to properly position the table top. This simple and secure design offers users an easy-to-use setup process designed to improve the operating room workflow.

  



### Secure Table Top Attachment

- New connection interface eliminates risk of misuse that could result in table top dropping

- Each tower easily fastens to the Base's crossbar to allow the table top to be attached

- Simple table top hook connection ensures secure attachment to the towers

- Adjustment of table top's position relative to the cross bar is readily achieved using tower's unique ratchet mechanism

- Table top position can be adjusted before and after patient transfer





180°

# Simple and Safe

## 180° Patient Rotation

Simplified execution for 180° rotation controlled by a one handle unlocking system with a built-in safety mechanism that requires two-staged action to release the lock. Trios also features indicator lights at the head-end and foot-end of the table alerting the user of table's unlocked state.

### Procedure Benefits

- Facilitates safe and efficient rotations from supine to prone
- Enables completion of anterior/posterior procedures without use of additional tables



**2** Patient Securely Positioned For Rotation

**3** Patient Safely Rotated

**1** Supine Position

**4** Final Prone Position

# Features

## A. IntelliPendant® and Auxiliary Panel

- Display provides real-time information on table's height, lateral tilt and Trendelenburg position

- Pendant is equipped with two programmable memory positions

- Auxiliary Panel provides secondary source for controlling table motion

## B. Powered Floor Locks

- One-touch engagement of floor locks using either the Hand Pendant or Auxiliary Panel

- Built-in safety mechanism prevents table from operating without floor locks engaged

## C. Carbon Fiber Construction

- Provides complete radiolucency

- Supports unrestricted C-arm and O-arm® integration

- Allows anterior/posterior, lateral and oblique views intraoperatively

## D. Tempur–Pedic® Medical Pad Technology

- Tempur-Pedic Medical technology for all patient surfaces for supine and prone positioning

- Evenly distributes pressure load on patient during surgery

- Contours to patient anatomy, providing improved support

- Enhances patient comfort



# Specifications & Components



## Specifications

### Trios Base

| | |
|---|---|
| Crossbar to Floor Height | 33 in. – 51 in. (84 - 129 cm) |
| Table Top to Floor Height | 22 in. – 46 in. (56 - 117 cm) |
| Trendelenburg / Reverse Trendelenburg | 10° |
| Lateral Tilt | 25° |
| Base Width | 32 in. (81 cm) |
| Base Length | 110 in. (279 cm) |
| Retracted Base Length | 68 in. (173 cm) |

### Trios Spinal Surgery Top

| | |
|---|---|
| Table Top Length | 84 in. (213 cm) |
| Table Top Width | 17 in. (43 cm) |
| Patient Weight Capacity | 650 lbs. (295 kg) |

### Trios Radiolucent Imaging Top

| | |
|---|---|
| Table Top Length | 84 in. (213 cm) |
| Table Top Width | 21.5 in. (55 cm) |
| Patient Weight Capacity | 650 lbs. (295 kg) |

### Trios Orthopedic Trauma Top

| | |
|---|---|
| Table Top Length | 84 in. (213 cm) |
| Table Top Width | 21.5 in. (55 cm) |
| Patient Weight Capacity | 500 lbs. (227 kg) |

## Ordering Information

REF **Trios® Base**
7803
100-240 VAC, 50/60 Hz

REF **Trios® Spinal Surgery Top**
(Hip/Thigh Pad Sets and Arm Boards Sold Separately)
7943

REF **Hip/Thigh Pad Set Options:**
6956  Tempur-Pedic Comfort 8-Piece Hip/Thigh Pad Set
5939  Tempur-Pedic Combination Hip/Thigh Pad Set

REF **Arm Board Options:**
5579  Articulating Arm Board (each)
5376  Translating Arm Board (each)

REF **Trios® Radiolucent Imaging Top**
7927

REF **Trios® Orthopedic Trauma Top**
7855

## Standard Components

### Trios Spinal Surgery Top

- Towers (2)
- Spine Frame
- ProneView® Helmet and Mirror Platform
- Face Plate
- Tempur-Pedic Medical Chest Pad
- Leg Board with 1 in. (2.5 cm) Tempur-Pedic Medical Pad (2)
- Adjustable Leg Sling
- Buttocks Strap
- 60 in. (152 cm) Safety Strap
- 90 in. (229 cm) Safety Strap (4)
- Cervical Traction Vector
- Table Top Cover

### Trios Radiolucent Imaging Top

- Towers (2)
- Radiolucent Imaging Platform
- 2 in. (5 cm) Tempur-Pedic Medical Pad
- Supine Top Safety Strap
- 60 in. (152 cm) Safety Strap
- 6 in. (15 cm) Side Rail Adapter (2)
- Table Top Cover

### Trios Radiolucent Trauma Top

- Orthopedic Table Top
- Traction Arc with Cart
- Patient Transfer Board
- Traction Unit Upright (2)
- Traction Extension (3)
- Traction Unit (2)
- Traction Boot (pairs), Small and Large
- Traction Foot Plate (2)
- Soft Traction Boot (pairs), Small and Large
- 90° Pin & Wire Holder
- Kirschner Bow Holder
- G.M. Board, Right and Left
- Center Support Board
- Perineal Post, Child and Adult
- Lateral Illium and Perineal Post
- Tibia Counter-Traction Post and Support Upright
- Well Leg Support and Swing Arm
- Tibia Well Leg Support
- Radiolucent Auxiliary Leg Spar
- Leg Spar Upright
- Leg Board
- Lower Leg Support
- Tibia Traction Upright
- Accessory Clamp (2)
- Safety Strap (2)
- Patient Isolation Drape Hanger Posts and Rods
- Universal Side Rail Adapter (2)
- Table Top Cover

mizuhosi.com/trios



30031 Ahern Avenue
Union City, CA 94587-1234 USA
Telephone: 510-429-1500
Toll Free: 800-777-4674
Fax: 510-429-8500
Outside USA: +1-510-429-1500
mizuhosi.com
newhipnews.com

 EC REP

**Emergo Europe**
Prinsessegracht 20
2514 AP The Hague
The Netherlands

 Mizuho OSI   C E  
Intertek

Patents Pending

Note: Mizuho OSI is constantly improving its products. All specifications are subject to change
without notice. O-arm® is a registered trademark of Medtronic, Inc. • Tempur-Pedic® is a
registered trademark of Tempur-Pedic North America, LLC • ProneView® is a registered
trademark of Dupaco Inc. • Mizuho OSI is a Delaware Corporation. Manufactured in the USA.

2017 ©Mizuho OSI   REF NW0802 REV D

# Exhibit P

# Trios®
## Table Base

REF 7803, 7803AP

Owner's Manual

This manual is supplied in the following versions:
- English (EN)
- Spanish (ES)
- French (FR)
- German (DE)
- Italian (IT)
- Portuguese (PT-BR)
- Danish (DA)
- Japanese (JA)
- Chinese (ZH-CN)
- Multilingual (ML)

REF NW0785  Rev C
MIZUHO OSI ©2015





 MIZUHO OSI
30031 Ahern Avenue
Union City, CA 94587-1234 USA
Telephone: 510-429-1500
Outside USA: +1-510-429-1500
Toll Free: 800-777-4674
Fax: 510-429-8500

  

WWW.MIZUHOSI.COM
NEWHIPNEWS.COM


Emergo Europe
Molenstraat 15
2513 BH The Hague
The Netherlands
Telephone: (31) (0) 70 345-8570
Fax: (31) (0) 70 346-7299

# 2   Introduction

## 2.1 General Description

The Trios® Table Base is the primary component of the Trios® Surgical Table System and is designed to be used with multiple interchangeable table tops. The Trios® Surgical Table System provides the flexibility to position patients for a variety of surgical or radiographic imaging procedures. The Trios® Table Base provides the foundation on which a table top may be mounted, creating a surgical platform free of any obstructions when used with a fluoroscopic C-arm or the O-arm®. The Base is designed for use with the following procedure-specific table tops currently offered: Trios® Spinal Surgery Top, Trios® Radiolucent Imaging Top, and Trios® Orthopedic Trauma Top. The Trios® Table Base has electrically powered positioning and operating functions, which are controlled by means of the IntelliPendant®. The IntelliPendant® provides a visual status display for the Floor Locks, optional Advanced Control Pad System™ (ACP), Battery Status, Height Status, Trendelenburg/ Reverse Trendelenburg Angle, and Lateral Tilt Angle.

The Base may also be retracted for storage (see Section 4.7). The Base can be operated under AC power or internal batteries. The product life of the Trios® Table Base is ten (10) years when used and maintained as outlined in this manual.



**Figure 1: Trios® Table Base**



## 2.2 Intended Use

With a table top mounted on the Trios® Table Base, an electrically powered mobile operating table is created, designed for temporary (<24 hours) support and positioning of a patient in a prone, supine, or lateral position depending on the specific table top utilized. The Base with a table top mounted is intended for use during surgical procedures, including radiographic imaging during such procedures. The Base with a table top mounted should not be used for patient transport.

The table tops, when mounted on the Trios® Table Base, provide a platform designed to support and position adult and pediatric patients falling within the maximum weight limit allowed for each top as listed below:

- Trios® Spinal Surgery Top:         650 lbs (295 kg)
- Trios® Radiolucent Imaging Top:    650 lbs (295 kg)
- Trios® Orthopedic Trauma Top:      500 lbs (227 kg)

## 2.3 User Profile

The Trios® Surgical Table System is suitable for use by health care professionals, including but not limited to surgeons, radiologists, anesthesiologists, circulating nurses, surgical technicians, biomedical technicians, and radiology technicians.

## 2.4 Training Requirements

Before using the Trios® Surgical Table System, the user must read the [REF] NW0785 Trios® Table Base Owner's Manual. Depending on the table top(s) used, the user must also read the corresponding Owner's manual(s) listed below:

[REF] NW0786 Trios® Spinal Surgery Top Owner's Manual

[REF] NW0787 Trios® Radiolucent Imaging Top Owner's Manual

[REF] NW0816 Trios® Orthopedic Trauma Top Owner's Manual

It is required that personnel using the Trios® Surgical Table System receive training by either Mizuho OSI or by someone qualified by the medical facility to provide this training.

⚠ **WARNING: Failure to ensure training prior to use of this device may cause harm to the patient, healthcare professional, or the device.**

## 2.5 Conditions of Use

The Trios® Table Base may be used several times throughout the day and night in medical facilities; e.g. hospitals, and outpatient surgery/imaging centers. The Trios® Table Base will be used in an operating room or other treatment room, and may be rolled between rooms. It shall not be used for patient transport.



## 3.2.1 Base of the Head-End Column

The inside base of the Head-End Column is equipped with the following electrical features (Figure 4):

- Power/Standby Switch
- Power Cord Receptacle
- Two Reset Button Circuit Breakers
- External Ground Stud
- Battery Indicator LED
- AC Power Indicator LED
- Connection Port for diagnostics and service



**Figure 4: Head-End Column, Inside Base**

If the table is running on AC power, the Power/Standby Switch and AC Power Indicator LED will be illuminated green. The Battery Indicator LED will either be illuminated green, indicating batteries are fully charged, or yellow, indicating batteries are charging.

# 4   Basic Operation

## 4.1 Control Operation

⚠ **WARNING: To avoid risk of electric shock, this equipment must only be connected to a supply mains with protective earth.**

⚠ **CAUTION: The AC power cord is the primary means for isolating the Trios® Table Base from the electric Supply Mains power. To ensure safe operation of the equipment, do not positon the Base such that it is difficult to connect and disconnect the AC Power Cord.**

For use with AC power:

1.   Plug the Power Cord into a properly grounded receptacle. Refer to the manufacturer's label at the base of the Head-End column for input voltage requirements (Figure 8, page 17).

   **NOTE:**   *Only use the Power Cord supplied by Mizuho OSI with the table or if necessary, one of equivalent rating.*

2.   Press the Power/Standby Switch and observe that the switch illuminates with a green ring indicating that power is applied to the table.

3.   If the system is run on battery without an AC Power Cord present, then the external ground stud should be connected to earth ground via an equipotential connector/busbar (Figure 4, page 13).

⚠ **WARNING:** ⊕ **This symbol indicates an external ground stud that is required for use when the table is used under battery power when the AC power cable is not present. Failure to ensure ground may cause harm to the patient, healthcare professionals, or the device.**

   **NOTE:**   *If the integrity of the AC power source is in doubt, the equipment shall be operated from its internal electrical power source (battery).*

Should the table be operated on battery power:

1.   Ensure that the battery has been properly charged as outlined in Section 9.8. Press the Power/Standby Switch and observe that the switch illuminates with a green ring indicating that power is applied to the table. The Battery Indicator LED at the base of the Head-End column will not be illuminated, indicating that the table is being used on battery power (Figure 4, page 13).

2.   The battery status symbol ▬ on the screen of the IntelliPendant® indicates the level of charge in the batteries. If the battery status symbol with one green bar appears ▬, the battery is not charged and the table should only be used with AC power.

⚠ **WARNING: Failure to ensure the table is properly charged when used on battery power may cause the table to malfunction and may harm the patient, healthcare professional and the table.**

Trios® Table Base Owner's Manual



Figure 15: Unlocked Floor Locks Symbol          Figure 16: Locked Floor Locks Symbol

## 4.6.1 Table Functions

When in use, the table's position at any given time is identified on the IntelliPendant® (Figure 17) as follows:

- Height reported in inches/centimeters

- Angle of Trendelenburg/Reverse Trendelenburg reported in degrees

- Angle of Lateral Tilt reported in degrees

The function being executed is also reflected on the IntelliPendant® screen, informing the user of the action taking place (Figure 17 and 18).



Figure 17: Height Up Action Displayed          Figure 18: Height Down Action Displayed

 | OSI

Trios® Table Base Owner's Manual

## 4.6.2 Defined Function and Setting Symbols

The following symbols are utilized on the function buttons of the IntelliPendant®, the Auxiliary Control Panel, or on the display screen itself when in use.

| Symbol | Meaning |
|---|---|
| | Height Up |
| | Height Down |
| | Trendelenburg |
| | Reverse Trendelenburg |
| | Lateral Tilt, Right |
| | Lateral Tilt, Left |
| | Lock (Floor Locks) and Locked Position |
| | Unlock (Floor Locks) and Unlocked Position |
| | Half-lock Position; indicates the transitional stage of the Floor Locks while they are in the process of being either locked or unlocked |
| | Lock Error; indicates the Floor Locks must be locked before executing any table function |
| | Represents Return to Level on function button; also appears on the screen display to indicate height position |
| | Menu |
| ACP | ACP ON/OFF Function |
| | Save to Memory Position |
| | Go to Memory Position |
| | Back Arrow |
| | Select/Accept |
| | Advanced Control Pad Cycle, Fast |
| | Advanced Control Pad Cycle, Slow |
| | Home (Return to Level) Position Achieved |
| | Floor Lock Override |
| | Indicates system is running on battery power or AC power, and the battery voltage exceeds the 75% charge threshold |



Trios® Table Base Owner's Manual

| | |
|---|---|
| | Indicates system is running on battery power, and the battery voltage exceeds the 50% threshold but not the 75% threshold |
| | Indicates system is running on battery power, and the battery voltage exceeds the 25% threshold but not the 50% threshold |
| | Indicates system is running on battery power, and the battery voltage is below the 25% threshold; requires charging and AC power connection |
| | Indicates the battery is charging when the system is running on mains power, and the battery voltage is below the 25% threshold |
| | Indicates the battery is charging when the system is running on mains power, and the battery voltage is below the 50% threshold but not the 25% threshold |
| | Indicates the battery is charging when the system is running on mains power, and the battery voltage exceeds the 50% threshold but not the 75% threshold |
| | Indicates the battery is charging when the system is running on mains power, and the battery voltage equals or exceeds the 75% threshold |
| | AC Power Connected |
| M1 | Displayed when user has saved the current position as M1, or when the table has arrived at the stored M1 position |
| M2 | Displayed when user has saved the current position as M2, or when the table has arrived at the stored M2 position |
| | Indicates that the requested motion would exceed a boundary for height up or Trendelenburg angle increase |
| | Indicates that the requested motion would exceed a boundary for height down or Trendelenburg angle decrease |
| | Indicates that the requested left tilt motion would exceed a boundary |
| | Indicates that the requested right tilt motion would exceed a boundary |
| | Appears when Height Up button is held, and a boundary has been reached |
| | Appears when Height Down or Home button is held, and a boundary has been reached |
| | Appears when Trendelenburg button is held, and a boundary has been reached |
| | Appears when Reverse Trendelenburg button is held, and a boundary has been reached |
| | Appears when Lateral Tilt, Right button is held, and a boundary has been reached |
| | Appears when Lateral Tilt, Left button is held, and a boundary has been reached |
| | Appears when a button is held requesting a tilt right motion, and the Tilt motion lockout is in effect (due to the presence of the Traction Arc). *Note that the Lateral Tilt Right button and Go to Memory Position Soft Key can do this.* |
| | Appears when a button is held requesting a tilt left motion, and the Tilt motion lockout is in effect (due to the presence of the Traction Arc). *Note that the Lateral Tilt Left button and Go to Memory Position Soft Key can do this.* |



Trios® Table Base Owner's Manual

| | |
|---|---|
| | Appears when the 180 Degree Rotation Lock handle is operated and table rotation is prevented, either due to Trendelenburg being greater than 5 degrees or Reverse Trendelenburg being less than -5 degrees |
| | Appears when the 180 Degree Rotation Lock handle is operated and table rotation is allowed |
| | Appears when the E-Stop is enabled |

### 4.6.3 Return to Level

The IntelliPendant® is equipped with a Return to Level button ⊢——⏉ that allows the table to be returned to a neutral position from any current state. When the Return to Level function is activated, the Lateral Tilt Angle returns to 0 degrees and the Trendelenburg/Reverse Trendelenburg Angle returns to 0 degrees. Following a one (1) second pause, if the button continues to be depressed, the table top will return to a height of 37 inches (94 cm) above the floor, which is defined as its Home position.



**Figure 19: Display when Return to Level Function is Completed**

### 4.6.4 Soft Key Functions and Settings

To control system functions and settings, the Soft Keys corresponding to the icons at the bottom of the screen are utilized (Figure 20).



**Figure 20: Soft Key Selections**

Pressing the Menu Key provides the user with a list of setting choices for the table, which may be selected and customized as needed for each procedure (Figure 21).

   Trios® Table Base Owner's Manual

## 4.8.2 180 Degree Rotation Lock

The 180 Degree Rotation Lock Handle locks out the 180 Degree Rotation function by locking the Head-End and Foot-End Crossbars. This feature is designed to prevent the unintended rotation of the table top. The indicator lights at the Head-End and Foot-End are not illuminated when the 180 Degree Rotation Lock is engaged and the Handle is in the Locked position (Figure 40). To unlock the 180 Degree Rotation Lock, raise and turn the 180 Degree Rotation Lock Handle away from the table top. When the 180 Degree Rotation Lock is first raised, the indicator lights will illuminate amber. Upon full rotation of the Handle and release of the 180 Degree Rotation Lock, the amber lights will continuously flash until the lock is re-engaged. The Level indicator light must be illuminated for the 180 Degree Rotation Lock Handle to function.



**Figure 40: Unlocking the 180 Degree Rotation Safety Lock**

Only when the 180 Degree Rotation Lock is in the unlocked position will the Head-End and Foot-End Crossbars move freely, allowing for the attached table tops to be rotated.

> **NOTE:** *This function is specifically used for rotating a patient 180 degrees. When a rotation is not being performed, the 180 Degree Rotation Lock should remain locked with the corresponding indicator lights on the Head-End and Foot-End Columns unlit.*

⚠️ **WARNING: Failure to ensure that the 180 Degree Rotation Lock is locked with the corresponding indicator lights on the Head-End and Foot-End Columns unlit may result in harm to the patient, healthcare professionals, or device.**

When the 180 Degree Rotation Lock is engaged and the corresponding indicator lights are unlit, the table top can still be laterally rolled (tilted) by pressing the Left or Right Lateral Tilt button on the IntelliPendant® until the desired position is achieved.

# Exhibit Q





mizuhosi.com/proaxis

# ProAxis®

## Advanced surgical positioning





30031 Ahern Avenue
Union City, CA 94587-1234 USA
Telephone: 510-429-1500
Toll Free: 800-777-4674
Fax: 510-429-8500
Outside USA: +1-510-429-1500
mizuhosi.com
newhipnews.com



**Emergo Europe**
Prinsessegracht 20
2514 AP The Hague
The Netherlands

 Mizuho OSI  CE

Patent Numbers: US8,584,281. Other Patents Pending.

Note: Mizuho OSI is constantly improving its products. All specifications are subject to change without notice. O-arm® is a registered trademark of Medtronic, Inc. • DORO® is a registered trademark of pro med instruments GmbH • Mayfield® is a registered trademark of SM USA, Inc. • Tempur-Pedic® is a registered trademark of Tempur-Pedic North America, LLC • ProneView® is a registered trademark of Dupaco, Inc. • ARCADIS® is a registered trademark of Siemens Medical Solutions, Inc. • Mizuho OSI is a Delaware Corporation. Manufactured in the USA.

2017 ©Mizuho OSI   REF   NW0695 REV F



**Revolutionary Hinge Technology**

- Radiolucent hinge allows for anterior, posterior, lateral and oblique views intraoperatively without interference at the surgical site
- Two hinge modes provide for optimal patient positioning and surgical site control



**500 lbs.**
weight capacity (227 kg)

# Built With Precision For Precision

The **ProAxis® Spinal Surgery Table** is the first of its kind, featuring software-controlled advanced hinged technology. Through a system of synchronized movement, the hinged table system supports instantaneous axis of rotation with coordinated patient translation. Driven by an intelligent hand pendant, called the IntelliPendant®, ProAxis provides real-time information, allowing for precise monitoring of the table's position and clear selection of the table's functions.

Offering the latest technology in spinal surgery tables, ProAxis is designed to support the biomechanical aspects of spinal and imaging procedures while expanding on the key benefits of our original Spinal Table System.



 Precise Synchronized Movements

The ProAxis software-driven hinge technology allows for flexion and extension of the spine, providing direct visualization of intraoperative changes in spinal alignment. This capability facilitates controlled closure for lumbar osteotomies and spinal canal decompressions.



# Performance Maximized



## IntelliPendant® and Auxiliary Panel

The IntelliPendant is driven by a software technology that provides continual user feedback on the easy-to-read 3.5 inch (8.9 cm) display. The display offers real time status of table's hinge, height, lateral tilt and Trendelenburg position. Simple user interface allows for selection of hinge mode and memory storage.

The Auxiliary Panel provides a secondary source for controlling table motion.

**Procedures Supported**

- Pedicle Subtraction Osteotomies (PSO)
- Decompressions
- Laminectomies
- Spinal Fusions – Lateral, Anterior, Posterior, Transforaminal
- Surgical Correction of Deformities
- Lumbar Total Discs
- Kyphoplasties
- Vertebroplasties
- Joint Imaging
- Pain Management




**2 Programmable Memory Positions**

## Prone Positioning Benefits

- Improves surgical access and visualization at surgical site
- Reduces vena caval compression
- Minimizes epidural venous bleeding
- Provides customizable pad and component placement to meet individual patient needs

## Supine/Lateral Patient Position Benefits

- Advanced hinge technology facilitates techniques for supine and lateral procedures
- Provides full body support for patient positioning

## Hinge Modes

- Table provides 35º degrees of flexion and 20º degrees of extension
- Fixed Surgical Site mode maintains original surgical position during hinge articulations
- Fixed End mode maintains head-end and foot-end height during hinge movement



## Torso Trolley®

A Prone System of Synchronized Movement

- Provides translation of torso during intraoperative spinal flexion and extension
- Prevents distraction and compression of the spine
- Features adjustable Chest Slide and 5-way adjustable arm boards for optimal patient positioning

# Features



## A. Carbon Fiber Construction

- Provides complete radiolucency
- Supports unrestricted C-arm and O-arm® integration with open frame or removable two piece supine top setups
- Allows anterior/posterior, lateral and oblique views intraoperatively

## C. ProneView® Helmet System

- Superior head and eye protection for the prone patient
- Allows anesthesia to visually monitor patient
- Over two million procedures without patient eye injury

## B. Powered Floor Locks

- One-touch engagement of floor locks using either the Hand Pendant or Auxiliary Panel
- Built-in safety mechanism prevents table from operating without floor locks engaged

## D. Tempur-Pedic® Medcal Pad Technology

- Tempur-Pedic Medical technology for all patient surfaces for supine and prone positioning
- Evenly distributes pressure load on patient during surgery
- Contours to patient anatomy, providing improved support
- Enhances patient comfort

## Specifications & Components

### Specifications

**Patient Positioning Area**

| | |
|---|---|
| Prone | 19 in. (48 cm) Width 81 in. (206 cm) Length |
| Supine/Lateral | 21 in. (53 cm) Width 81 in. (206 cm) Length |
| Overall Table Length* Retracted Storage Length | 122 in. - 138 in. (310 - 351 cm) 80 in. (203 cm) |
| Height Range Hinge Up Hinge Down | 20 in. - 47 in. (51 - 119 cm) 35º 20º |
| Lateral Tilt Trendelenburg** Reverse Trendelenburg** | 15º (Right/Left) 15º 20º |
| Patient Weight Capacity | 500 lbs. (227 kg) |

\* Varies depending on table's position and motion
\*\*\* From Home Position

### Ordering Information

REF **6988 ProAxis® Spinal Surgery Table**
100/120 V, 50/60 Hz

REF **6988I ProAxis® Spinal Surgery Table**
220/240 V, 50/60 Hz

### Standard Components

- Carbon Fiber, Powered Hinged Frame
- ProAxis IntelliPendant
- Torso Trolley - Chest Slide, 5 Way Adjustable padded Armboards
- ProAxis Chest Pad
- Cervical Chest Tray
- Cervical Management Table Adaptor
- Cervical Traction Vector Adjustor
- ProAxis Tempur-Pedic Hip/Thigh Pads (1 pair)
- ProneView Mirror and Protective Helmet System
- Retractor Adaptor (1) (provides 6 in. (15 cm) of standard side rail)
- 60 in. (152 cm) Safety Strap (2)
- Buttocks Strap
- Adjustable Leg Sling
- Leg Boards (2)

- Tempur-Pedic Medical Positioning Pillows (3)
- Two-Piece Supine Top with 2 in. (5 cm) Tempur-Pedic Medical Pad with Translation Slide
- Supine Top Patient Safety Strap (2)
- Universal Side Rail Adaptors (4) (provides 6 in. (15 cm) of standard side rail)
- ProAxis Accessory Cart with Dust Cover
- ProAxis Table Cover
- Spar Protective Storage Covers (2)

### Optional Accessories

| REF | |
|---|---|
| 6988A-PV | ProAxis ProneView Patient Care Kit, 6/case |
| 6988A-GT | ProAxis GentleTouch® Patient Care Kit, 6/case |
| 6988-720 | Cervical Traction Vector, Short |
| 5356 | Pivoting Armboard with Tempur-Pedic Medical 2 in. (5 cm) Pad |
| 5857 | Cross Arm Support with Tempur-Pedic Medical 1 in. (2.5 cm) Pad |
| 5364 | Lateral Armboard Unit with Tempur-Pedic Medical 2 in. (5 cm) Pads |
| 5393 | Clark Socket |
| 5394 | Aluminum Side Rail Socket |
| 5300 | Lateral Positioner |
| 5301 | Deluxe Lateral Positioner |
| 6988-880 | Retractor Adaptor (provides 6 in. (15 cm) of standard side rail) |
| 6988-449 | Radiolucent Retractor Adaptor (provides 6 in. (15 cm) of standard side rail) |
| 6946 | Tempur-Pedic Medical Positioning Pillow (Standard size) |
| 6947 | Tempur-Pedic Medical Positioning Pillow (Queen size) |
| 6950 | 6-Piece Tempur-Pedic Positioning Pad Set |
| 6977-959 | Universal Side Rail Adaptor 6 in. (15 cm) |
| 6977-973 | Universal Side Rail Adaptor 18 in. (46 cm) |
| 5979-1 | Cervical Management Base Unit |
| 6910-1001 | DORO® QR3 Aluminum Skull Clamp |
| 6910-4004 | DORO Radiolucent Skull Clamp, Spinal Frame |
| 5979-300 | DORO Radiolucent Skull Clamp Adaptor, Cervical Management Base Unit |
| 5979-200 | Mayfield® Radiolucent Skull Clamp Adaptor, Cervical Management Base Unit |



A   B   C



D

# Exhibit R

# ProAxis®
# Spinal Surgery Table

REF 6988, 6988I

Owner's Manual

This manual is supplied in the following versions:

- English (EN)
- Spanish (ES)
- French (FR)
- German (DE)
- Italian (IT)
- Portuguese (PT-BR)
- Japanese (JA)
- Multilingual (ML)

REF NW0725  Rev K
MIZUHO OSI ©2016




 MIZUHO OSI
30031 Ahern Avenue
Union City, CA 94587-1234
Telephone: 510-429-1500
Outside USA: +1-510-429-1500
Toll Free: 800-777-4674
Fax: 510-429-8500



WWW.MIZUHOSI.COM
NEWHIPNEWS.COM

EC REP
Emergo Europe
Molenstraat 15
2513 BH The Hague
The Netherlands
Telephone: (31) (0) 70 345-8570
Fax: (31) (0) 70 346-7299

MIZUHO | OSI®                                    *ProAxis® Spinal Surgery Table Owner's Manual*

# 2 Introduction

## 2.1 General Description

The ProAxis® Spinal Surgery Table (Figure 1) is designed to support and position a patient undergoing surgical procedures while allowing for the articulation of the patient's spine intra-operatively through flexion and extension movements. These intra-operative movements allow the natural movement of the spine to be replicated during the surgical procedure.  The table provides prone, supine, and lateral positioning capabilities, with enhanced user and patient benefits through key proprietary features. The table's radiolucent hinge, spars, and two-piece supine top also allow for excellent intraoperative imaging using either a C-arm or O-arm®.

The ProAxis® table has electrically powered positioning and operating functions, which are controlled by means of the IntelliPendant®.  The IntelliPendant® provides a visual status display for the Floor Locks, Hinge Mode, Advanced Control Pad System™ (ACP), Battery Status, Height Status, Trendelenburg/Reverse Trendelenburg Angle, Hinge Angle, and Lateral Tilt Angle. The table provides a further feature in providing the user with the option of selecting between two Hinge Mode settings – Fixed Surgical Site (FSS) or Fixed End (FE) mode.

The table includes Mizuho OSI Tempur-Pedic® medical pad technology.  The material used in the manufacture of the Mizuho OSI pads has viscoelastic properties and is temperature sensitive, becoming softer where the patient's body makes the most contact with the surface and remaining firm in the areas where less body contact is being made.  Pressure is distributed evenly over the entire surface area.  The pads are radiolucent and made without natural rubber latex.  The benefits of using Mizuho OSI Tempur-Pedic® Medical Pads are improved pressure management, reduced shear forces, and enhanced patient comfort when used in ambient temperatures. In accordance with AORN recommendations, it is important to limit skin exposures to lower ambient temperatures, protect the patient by initiating passive warming interventions (e.g. applied forced-air warming systems, blankets, drapes and reflective composites), and to maintain an ambient room temperature of 20° to 25°C.

The Advanced Control Pad System™ is utilized when the patient is positioned prone. The pad control system, which is built into the table, is electronically controlled and pneumatically actuated, providing massage action and periodic pressure point stimulation through the Contoured ACP Hip Pads.

**Head-End**                                                      **Foot-End**



**Figure 1: ProAxis® Spinal Surgery Table – Prone Patient Setup, Fixed Surgical Site Hinge Mode**



## 2.2 Intended Use

The ProAxis® Spinal Surgery Table is a mobile, dual-column, carbon-fiber hinged frame surgery table designed for temporary support (<24 hours) and positioning of a patient in a prone, supine, or lateral position. The table is intended for use during surgical procedures, including radiographic imaging during such procedures. The table is not intended for use in patient transport.

ProAxis® provides a platform designed to support and position adult and pediatric patients with body weight less than 500 pounds (227 kg) that fall within the height range of 58-81 inches (147-206 cm).

The ProAxis® system, when used with the Torso Trolley® Chest Pad and the Contoured Hip Pads, shall support patients in a prone position with minimal iliac crest to iliac crest distances of 8.0 inches (20.3 cm).

## 2.3 User Profile

The ProAxis® Spinal Surgery Table is suitable for use by health care professionals, including but not limited to surgeons, radiologists, anesthesiologists, circulating nurses, surgical technicians, biomedical technicians, and radiology technicians.

## 2.4 Training Requirements

Before using the ProAxis® Spinal Surgery Table, the user must read this ProAxis® Spinal Surgery Table Owner's Manual (REF NW0725).

It is required that personnel using the ProAxis® Spinal Surgery Table receive training by either Mizuho OSI or by someone qualified by the medical facility to provide this training.

⚠ **WARNING: Failure to ensure training prior to use of this device may cause harm to the patient, healthcare professional, or the device.**

## 2.5 Conditions of Use

The ProAxis® Spinal Surgery Table may be used several times throughout the day and night in medical facilities; e.g. hospitals, and outpatient surgery/imaging centers. The ProAxis® Spinal Surgery Table will be used in an operating room or other treatment room, and may be rolled between rooms.  It shall not be used for patient transport.

⚠ **WARNING: To maximize patient safety, do not move the table with surgical equipment in vivo that is not free to move with the patient.**

## 2.6 Product Lifetime

The product's service lifetime is defined as 10 years.  At the time of delivery, your product fulfills existing regulations and standards. However, despite proper use, routine inspection, prescribed service, maintenance and repairs, the product is subject to aging and wear.  Therefore, Mizuho OSI cannot guarantee the product's safety after ten (10) years and recommends your product be taken out of service. For product warranty information, refer to Section 13 of this manual.

 **ProAxis®** Spinal Surgery Table Owner's Manual

| | |
|---|---|
| | the IntelliPendant® and the Auxiliary Control Panel used to Hinge Up the frame is labeled ![hinge up symbol]. |
| **Hinge Down** | Refers to the frame hinging such that the table is flexed downwards. The button on the IntelliPendant® and the Auxiliary Control Panel used to hinge down the table is labeled ![hinge down symbol]. |
| **Advanced Control Pad System™ (ACP)** | The Advanced Control Pad System™ provides user-selectable, pressure point stimulation to the patient's hips, thighs and chest when positioned prone.  The Contoured Hip Pads have built in cells that alternate between inflating and deflating with air. |
| **Return to Level** | Refers to the motion of the table required to return the table top to the neutral position.  When the Return to Level function is activated, the Lateral Tilt Angle returns to 0 degrees; Trendelenburg / Reverse Trendelenburg Angle returns to 0 degrees and the Hinge Angle returns to 0 degrees. Following a one (1) second pause, if the button continues to be depressed, the table top will return to a height of 32 inches (81 cm) above the floor, which is defined as its Home position.<br><br>**NOTE:** *The complete functionality of the Return to Level feature requires either the Rail Mounts or the Supine Tops to be installed on the open frame to be operational. If either of these components is not installed, the Return to Level feature will only return the Lateral Tilt Angle to 0 degrees and the table top height to 32 inches (81 cm) above the floor.*<br><br>The IntelliPendant® button used to return the table to level is labeled ![return to level symbol]. |
| **Home Position** | The position of the ProAxis® when the table top is level head-to-foot and side-to side, the hinge is neutral and the height of the table top is 32 inches (81 cm) above the floor. |
| **Fixed Surgical Site (FSS) Hinge Mode** | The hinge mode of the Frame that raises and lowers the Head-End and Foot-End while maintaining the height of the hinge as it is raised or lowered.  This motion approximates "fixing" the surgical site at a constant position.<br><br>When FSS Hinge Mode is selected and the Hinge Angle is positive, the ![FSS positive symbol] symbol is visible on the display of the IntelliPendant®.<br><br>When FSS Hinge Mode is selected and the Hinge Angle is negative, the ![FSS negative symbol] symbol is visible on the display of the IntelliPendant®. |
| **Fixed End (FE) Hinge Mode** | The hinge mode of the Frame that maintains the Head-End and Foot-End at a constant height as the hinge is raised and lowered.<br><br>When FE Hinge Mode is selected and the Hinge Angle is positive, the ![FE positive symbol] symbol is visible on the display of the IntelliPendant®.<br><br>When FE Hinge Mode is selected and the Hinge Angle is negative, the ![FE negative symbol] symbol is visible on the display of the IntelliPendant®. |
| **Hospital Grade AC Outlet** | Refers to specially designated outlets (receptacles) that include additional grounding reliability, assembly integrity, strength, and durability.  A hospital grade outlet in the United States may be indicated by a green colored dot on the face of the outlet. |

# 3 Component Identification

## 3.1 Table Orientation

The ProAxis® Spinal Surgery Table is described as having a Head-End and a Foot-End (Figure 2).

When the components are set up and the patient is positioned, the patient's head is oriented towards the Head-End of the device and his/her feet are oriented towards the Foot-End of the device.



**Figure 2: ProAxis® Spinal Surgery Table**

The linkage arms of the columns raise, lower, and rotate when the table is in use, and may come in contact with items located on or near the table, potentially causing damage to the table or item. The base surfaces at the Head-End and Foot-End columns are not intended to be used for storage.

⚠ **CAUTION: Do not place any items on the base of the Head-End or Foot-End columns or below the table.  Storing or placing anything in these areas may result in damage to the device or the item being stored.**

An important safety label regarding Patient Weight Capacity is also located at the Head-End of the table top (Figure 3).



**Figure 3: Patient Weight Capacity Label at Head-End**

  ProAxis® Spinal Surgery Table Owner's Manual

⚠ **WARNING: Use of the ProAxis® Spinal Surgery Table with patients weighing more than 500 pounds (227 kg) could result in damage to the table, possible injury to the patient, or harm to the healthcare professionals.**

The Power Switch, Battery, and AC Power Indicator LEDs, Power Receptacle, and Circuit Breakers are located on the Head-End table base.



**Figure 4: ProAxis® Table Base, Head-End**

The Hand Pendant, called the IntelliPendant®, the Auxiliary Control Panel, the Emergency Stop, and Cord Wrap are located on the Head-End column.

 **ProAxis® Spinal Surgery Table Owner's Manual**



**Figure 20: IntelliPendant® Screen at Start-Up**

The Floor Locks must be fully deployed for the IntelliPendant® or Auxiliary Control Panel motion buttons to function. To lock the Floor Locks, press the Floor Lock button once on the IntelliPendant® or the Auxiliary Control Panel and confirm the Floor Lock symbol is visible on the IntelliPendant®, indicating the Floor Locks have been engaged (Figure 22).



**Figure 21: Unlocked Floor Locks Symbol**          **Figure 22: Locked Floor Locks Symbol**



**ProAxis® Spinal Surgery Table Owner's Manual**

### 4.7.1 Table Functions

When in use, the table's position at any given time is identified on the IntelliPendant® (Figure 18, page 23) as follows:

- Height reported in inches/centimeters

- Angle of Trendelenburg/Reverse Trendelenburg reported in degrees

- Angle of Lateral Tilt reported in degrees

- Angle of the Hinge reported in degrees

The function being executed is also reflected on the IntelliPendant® screen, informing the user of the action taking place (Figures 23 and 24).



| Figure 23: Hinge Up Action Displayed | Figure 24: Hinge Down Action Displayed |



ProAxis® Spinal Surgery Table Owner's Manual

## 4.7.2 Defined Function and Setting Symbols

The following symbols are utilized on the function buttons of the IntelliPendant®, the Auxiliary Control Panel, or on the display screen itself when in use.

| Symbol | Meaning |
|---|---|
|  | Height Up |
|  | Height Down |
|  | Trendelenburg |
|  | Reverse Trendelenburg |
|  | Lateral Tilt, Right |
|  | Lateral Tilt, Left |
|  | Hinge Up |
|  | Hinge Down |
|  | Lock (Floor Locks) and Locked Position |
|  | Unlock (Floor Locks) and Unlocked Position |
|  | Half-lock Position; indicates the transitional stage of the Floor Locks while they are in the process of being either locked or unlocked |
|  | Lock Error; indicates the Floor Locks must be locked before executing any table function |
|  | Represents Return to Level on function button, also appears on the screen display to indicate height position |
|  | Menu |
|  | ACP ON/OFF Function |
|  | Save to Memory Position |
|  | Go to Memory Position |
|  | Cancel |
|  | Accept  / Select |



ProAxis® Spinal Surgery Table Owner's Manual

| | |
|---|---|
| | Advanced Control Pad Cycle, Fast |
| | Advanced Control Pad Cycle, Slow |
| | Fixed End Hinge Mode, Hinge Up |
| | Fixed End Hinge Mode, Hinge Down |
| | Fixed Surgical Site Hinge Mode, Hinge Up |
| | Fixed Surgical Site Hinge Mode, Hinge Down |
| | Home (Return to Level) Position Achieved |
| | Floor Lock Override |
| | Indicates the system is running on battery power or AC power, and the battery voltage meets or exceeds the 100% charged threshold |
| | Indicates the system is running on battery power, and the battery voltage exceeds the 75% threshold but not the 100% threshold |
| | Indicates the system is running on battery power, and the battery voltage exceeds the 50% threshold but not the 75% threshold |
| | Indicates the system is running on battery power, and the battery voltage is below the 50% threshold. Requires Charging and AC Power Connection |
| | Battery Charging |
| | AC Power Connected |
| M1 | Displayed when user has saved the current position as M1, or when the table has arrived at the stored position M1 |
| M2 | Displayed when user has saved the current position as M2, or when the table has arrived at the stored position M2 |
| | Indicates that the requested motion would exceed a boundary for height up, hinge angle increase, or Trendelenburg angle increase |
| | Indicates that the requested motion would exceed a boundary for height down, hinge angle decrease, or Trendelenburg angle decrease |
| | Indicates that the requested left tilt motion would exceed a boundary |
| | Indicates that the requested right tilt motion would exceed a boundary |
| | Appears when a "hinge up" button is held, and the maximum hinge angle has been reached |
| or | Appears when a "hinge up" button is held, and a boundary has been reached |



| | |
|---|---|
| | Appears when a "hinge down" button is held, and a boundary has been reached |
| | Appears when a "height up" button is held, and a boundary has been reached |
| | Appears when a "height down" or "home" button is held, and a boundary has been reached |
| | Appears when a "Trendelenburg" button is held, and a boundary has been reached |
| | Appears when a "Reverse Trendelenburg" button is held, and a boundary has been reached |
| | Appears when a "Lateral Roll Right" button is held, and a boundary has been reached |
| | Appears when a "Lateral Roll Left" button is held, and a boundary has been reached |
| | Appears when an upward hinge motion is requested, and hinge lockout is in effect (due to the hinge enable cables on Torso Trolley® or supine top not being plugged in) Note that hinge and memory buttons can do this. |
| | Appears when a downward hinge motion is requested, and hinge lockout is in effect (due to the hinge enable cables on Torso Trolley® or supine top not being plugged in) Note that hinge and memory buttons can do this. |
| | Appears when the Emergency Stop is enabled |

MIZUHO | OSI                                    **ProAxis® Spinal Surgery Table Owner's Manual**

### 4.7.3 Return to Level

The IntelliPendant® is equipped with a Return to Level button that allows the table to be returned to a neutral position from any current state.  When the Return to Level function is activated, the Lateral Tilt Angle returns to 0 degrees, Trendelenburg/Reverse Trendelenburg Angle returns to 0 degrees, and the Hinge Angle returns to 0 degrees. Following a one (1) second pause, if the button continues to be depressed, the table top will return to a height of 32 inches (81 cm) above the floor, which is defined as its Home position.

**NOTE:** *The complete functionality of the Return to Level feature requires either the Rail Mounts or the Supine Tops to be installed on the open frame to be operational. If neither of these components is installed, the Return to Level feature will only return the Lateral Tilt Angle to 0 degrees and the table top height to 32 inches (81 cm) above the floor.  This is intended to prevent unintentional traction via the automatic return of Trendelenburg/Reverse Trendelenburg to neutral when using Cervical Management.  The Hinge capability is not enabled when neither Rail Mounts nor the Supine Tops are installed.*



Graphical Display of Function

**Figure 25: Display when Return to Level Function is Completed**

### 4.7.4 Soft Keys Functions and Settings

To control system functions and settings, the Soft Keys corresponding to the icons at the bottom of the screen are utilized (Figure 26).



Save To Memory Position

ACP On/Off

Menu Function

Go To Memory Position

**Figure 26: Soft Key Selections**

# Exhibit S





mizuhosi.com/insite

# Insite®

## Contemporary imaging platform





 Mizuho OSI

30031 Ahern Avenue
Union City, CA 94587-1234 USA
Telephone: 510-429-1500
Toll Free: 800-777-4674
Fax: 510-429-8500
Outside USA: +1-510-429-1500
mizuhosi.com
newhipnews.com

Note: Mizuho OSI is constantly improving its products. All specifications are subject to change without notice. • BodyTom® is a registered trademark of NeuroLogica Corp., • O-arm® is a registered trademark of Medtronic, Inc., • DORO® is a registered trademark of pro med instruments GmbH • Tempur-Pedic® is a registered trademark of Tempur-Pedic North America, LLC., • ProneView® is a registered trademark of Dupaco, Inc. • Mizuho OSI is a Delaware Corporation. Manufactured in the USA.

2018 ©Mizuho OSI    REF  NW0639 REV G





450 lbs.
weight capacity (205 kg)



A Multi-Procedural Surgery Table

Designed to support a variety of spine and imaging procedures, Insite provides excellent patient access and optimized imaging access.

# Superior Surgical and Imaging Access

The **Insite® Multi-Procedural Surgery Table** is designed to give surgeons better imaging access to their patients during many types of procedures – including those requiring total access to the spine. Insite offers a radiolucent, cantilevered frame equipped with customizable positioning pads and components for prone, supine and lateral procedures. This versatile platform provides broad flexibility and ease of set-up for the OR team regardless of patient positioning or head orientation.

## 55" (140 cm)
### Unobstructed Imaging

55 inches (140 cm) of metal free interface allows for anterior, posterior, lateral and oblique intraoperative imaging views. The open frame design offers unrestricted access with most of today's imaging devices.





Cantilever Design For Enhanced Access





## A Multi-Procedural Surgery Table

- Prone, supine and lateral for any procedure
- One piece, carbon fiber Supine Top converts the open prone frame for supine or lateral patient positioning
- Patient head orientation can be at the cantilever or pedestal end
- Universal Side Rail Adaptor and Retractor Adaptor for mounting ancillary equipment
- Rail mounted IV pole keeps the floor clear for easy access of imaging devices

**Procedures Supported**

- Laminectomies
- Decompressions
- Spinal Fusions
- Osteotomies
- Posterior Cervical
- Surgical Correction of Deformities
- Vascular Surgery
- Joint Imaging
- Pain Management

# Flexibility & Control

### Open Frame Design Benefits
- Reduces vena cava compression
- Minimizes epidural venous bleeding
- Improves visualization at the surgical site

### Supine/Lateral Patient Position Benefits
- Provides full body support for patient positioning
- Tempur-Pedic® medical pad for patient comfort
- Multiple arm board options for enhanced patient positioning

### Prone Positioning Benefits
- Exceptional total spine access
- Customizable pad and component placement to meet individual patient needs
- Cervical Mounting Device permits cranial stabilization options
- 5-way articulating arm boards easily remove or pivot out of the way for patient transfer



## Real-Time Intraoperative Imaging Made Easier

The Insite Surgery Table is designed to optimize interaction with today's imaging devices including BodyTom®, O-arm® and C-arm technologies.

# Features



## Specifications & Components

### A. Leg Board Extension

- Allows patient's legs to be properly supported on open frame when head is positioned towards pedestal end
- Lightweight design and ergonomic handles allow for easy installation

### B. Easy Hand Pendant Control

- Controls all table functions
- Back lit for easy viewing
- LEDs indicate table top level, floor lock status and battery status
- Return to Level Feature
- Hand Pendant connection ports located at cantilever and pedestal end

### C. Proven Head & Eye Protection

- ProneView® Protective Helmet System offers head and eye protection for the prone patient while allowing anesthesia to monitor the patient
- Over 2,000,000 procedures without patient eye injury

### D. Tempur-Pedic® Medical Pad Technology

- Incorporated in all patient surfaces
- Equalizes pressure load on patient during surgery
- Contours to patient anatomy with support
- Enhances patient comfort

### Specifications

| | |
|---|---|
| Total Table Length | 90 in. (229 cm) |
| Table Top Length | 85 in. (216 cm) |
| Pedestal Top Width | 21 in. (53 cm) |
| Pedestal Top Length | 30 in. (76 cm) |
| Imaging Area Length | 55 in. (140 cm) |
| Imaging Area Width | 21 in. (53 cm) |
| Height Range | 32 - 42 in. (81-107 cm) |
| | |
| Lateral Roll (tilt) | ± 20° Degrees |
| Trendelenburg | 15° Degrees |
| Reverse Trendelenburg | 15° Degrees |
| | |
| Patient Weight Capacity | 450 lbs. (205 kg) |

### Ordering Information

[REF] **6844 Insite® Surgery Table**
120V, 60Hz

[REF] **6844I Insite® Surgery Table**
220-230V, 50/60Hz

### Standard Components

- Hand Pendant
- Patient Safety Straps (2)
- Insite ProneView Patient Care Kit (3/cs)
- Power Cord
- Table Storage Cover

**Prone Positioning**

- ProneView Protective Helmet System
- Patient Head Support Plate (Face Plate)
- Tempur-Pedic Medical Chest Pad
- Contoured Tempur-Pedic Medical Hip Pads (1 pr)
- 5-Way Articulating Arm Boards (2)
- Leg Board with Tempur-Pedic Medical Pad, 1 in. (2.5 cm)
- Retractor Adaptor, Prone Frame
- Buttocks Strap
- Cervical Mount, Coupler II Main Assembly

**Supine Positioning**

- Supine Top, 1 in. (2.5 cm) Tempur-Pedic Medical Pad
- Universal Side Rail Adaptor, Supine Top (2)

### Optional Accessories

| [REF] | | |
|---|---|---|
| 6800-7140 | Tempur-Pedic Medical, 2 in. (5 cm) Full Table Top Pad | |
| 6844PV | Insite ProneView Patient Care Kit (6/cs) | |
| 6747 | Insite GentleTouch® Patient Care Kit (6/cs) | |
| 5873 | Coupler II | |
| 5873-300 | DORO® Radiolucent Adaptor, Coupler II | |
| 6910-1001 | DORO® QR3 Aluminum Skull Clamp | |
| 6910-4004 | DORO® Radiolucent Skull Clamp, Spinal Frame | |
| 6946 | Positioning Pillow, Standard | |
| 6947 | Positioning Pillow, Queen | |
| 6900-23 | Rail Mounted IV Pole | |
| 6800-350 | Rail Mounted Drape Rod | |
| 6900-51 | Universal Foot Board | |
| 5356 | Pivoting Armboard with Tempur-Pedic Medical 2 in. (5 cm) Pad | |
| 5857 | Cross Arm Support with Tempur-Pedic Medical 1 in. (2.5 cm) Pad | |
| 5364 | Lateral Armboard Unit with Tempur-Pedic Medical 2 in. (5 cm) Pads | |
| 5393 | Clark Socket | |
| 5394 | Aluminum Side Rail Socket | |
| 5300 | Lateral Positioner Set | |
| 5301 | Deluxe Lateral Positioner Set | |



A



B



C/D

# Exhibit T





# Hana®
## Superior surgical access





# Optimized For Orthopedic Procedures

The **Hana® Orthopedic Surgery Table** is a state-of-the-art orthopedic table that enables surgeons to perform a variety of fracture and orthopedic procedures, including the anterior approach for total hip replacements.

With its unique capability to position the leg, the Hana table enables the surgeon to replace the hip through a short single incision[1,2] without detachment of muscle from the pelvis or femur.[3,4] The table allows hyperextension, abduction, adduction and external rotation of the legs for femoral component placement - a positioning option not possible with conventional tables. For this reason, the Hana table is an excellent resource for many orthopedic surgical procedures including femur fractures (supine or lateral positions), tibia fractures, hip pinnings, hip scopes, and total knee arthroplasties.

## Hana® Spar Lift-Assist

Ergonomically lift-assisted leg spars provide lighter weight manipulation of the patient's legs



450 lbs.
weight capacity (207 kg)



 Simplified Leg Maneuverability

- The leg spar joint design provides exclusive table maneuverability and aids in the articulation of the lower extremities

- Spars and traction boots allow precise control of patient position, manipulation, and traction

- Fracture kit helps support all lower extremity fracture procedures



Fine & Gross Traction



# Superior Access[1,2]

## Radiolucency For Imaging

- Carbon fiber construction
- Radiolucent leg spars and top for uninterrupted imaging
- Unrestricted C-arm access

## Supine/Lateral Patient Position Options

- Tempur-Pedic® medical pad for patient comfort
- Narrow supine and lateral pelvic support options
- Multiple arm board options for enhanced patient positioning

## Lower Extremity Manipulation Options

- Leg Spars permit traction, rotation, abduction/adduction, and raising/lowering of the legs
- Spar Traction Assembly facilitates both skin and skeletal traction
- Hana Knee Flexion System® allows for flexion/extension and internal/external rotation of the leg for total knee procedure (optional accessory)



## Radiolucent Leg Spars and Traction Boots

The leg spars of the Hana table provide unparalleled radiolucency. They are designed to provide unrestricted C-Arm access for lower extremity procedures. The table and leg spars' radiolucency allow for intraoperative fluoroscopy proven to provide more accurate leg length[5,6] and component placement.[5-9]

Traction boots are used to secure the patient's feet to the leg spars for procedures requiring skin traction. Optional pin and wire holding attachments are available for surgical procedures requiring skeletal traction.

**Procedures Supported**

- Anterior Approach (AA) Total Hip Arthroplasty (THA)
- Lateral Positioned THA
- Hip Arthroscopy
- Hip Pinning
- AA Hemiarthroplasty
- Intramedullary (IM) Femoral Nailing
- Retrograde IM Femoral Nailing
- Femur Plating
- IM Tibial Nailing
- Lateral Decubitus IM Femoral Nailing
- Total Knee Arthroplasty (TKA)



## Femur Hook and User-Controlled Power Lift

The Hana® table incorporates patented femoral hooks and a lift support system for use in anterior approach hip replacement surgery. The lift support assembly features a foot pedal activated power control for raising and lowering the femoral hook. The femoral hooks are designed to enhance femoral exposure for canal preparation and improve component placement. This hands-free interface provides the user with complete intraoperative control.

# Features

### Radiolucent Lift-Assist Leg Spars

- Lift-assisted spars lighten the load on OR staff

- Independently position and articulate the patient's legs

- Enables abduction, adduction, hyperextension, and flexion of the lower extremities

- Carbon fiber construct allows unrestricted C-Arm access for intraoperative anterior/posterior, lateral and oblique fluoroscopic views

### Fine and Gross Traction Adjustments

- Fine tune traction needs from full joint distraction to fracture reduction

- Traction boots secure the patient's feet to the spars, with pin and wire holder options for skeletal traction

### Femur Hook with Power Lift

- Unique femur hook design enhances femur exposure

- Foot-pedal activated power lift, controlled by surgeon

### Pressure Equalization Pads with Tempur-Pedic®

- Equalizes pressure load on patient during surgery for safety and comfort

- Contours to patient anatomy with support

### Hana Patient Care Kits

- Specifically designed for use on the Hana

- Fluid barrier protects the Hana and  aids infection control

- Soft pads provide support and optimize patient position



# Specifications & Components



## Specifications

| | |
|---|---|
| Table Top Length | 48.5 in. (123 cm) |
| Table Length w/Spars | 124 in. (315 cm) |
| Table Base Width | 36 in. (91 cm) |
| Table Top Width | 21.5 in. (55 cm) at Head-End |
| | 10 in. (25 cm) toward Foot-End |
| | 5 in. (13 cm) at Perineal Post |
| Table Top Height Range | 30 in. - 50 in. (76 cm - 127 cm) |
| | |
| Leg Spar Articulation | 28° Degrees up |
| | (10° Degrees with Lift Assist Support) |
| | 35° Degrees down |
| | 20° Degrees adduction |
| | 45° Degrees abduction |
| | |
| Lateral Tilt | 12° Degrees |
| Trendelenburg | 12° Degrees |
| Reverse Trendelenburg | 12° Degrees |
| | |
| Patient Weight Capacity | 450 lbs. (204 kg) |

## Ordering Information

 **REF**

**6875 Hana® Orthopedic Surgery Table**
120V, 4A, 60Hz

**6875i Hana® Orthopedic Surgery Table**
220-230V, 2.5A, 50/60Hz

**6875j Hana® Orthopedic Surgery Table**
100V, 4A, 50/60Hz

## Disposable Components

 **REF**

| | |
|---|---|
| 6851 | Hana Patient Care Kit (6/cs) |
| 5858 | Patient Isolation Drape (12/cs) |
| 5937DZ | Disposable Boot Liners (12/cs) |
| 6855-13 | Adult Perineal Post Cover (12/cs) |
| 5929DZ | 6 in. Dia. (15.2 cm) Perineal Post Cover (12/cs) |

## Standard Components

- Hana Table Base
- Patient Safety Strap, 90 in. (229 cm)
- Hana Hand Pendant
- Femoral Hook Support (2)
- Femur Lift Extension (2)
- Classic Femoral Hooks, Left/Right
- Femoral Hooks, Left/Right
- Femur Lift Assembly, Left/Right
- Hana Femur Lift Foot Pedal
- Adult Perineal Post
- Hana Lift-Assisted Radiolucent Leg Spars, Left/Right
- Large Traction Boot, Pair
- Small Traction Boot, Pair
- Traction Hook Extender (2)
- Well Leg Support Adapter
- Articulating Bracket
- Well Leg Support Assembly
- Hana Arm Board (2)
- Femur Lift Emergency Crank Handle
- Hana Table Cover
- Hana Patient Care Kit (3/cs)

## Optional Accessories

 **REF**

| | |
|---|---|
| 6875-500 | Hana Equipment Cart |
| 6850-487 | X-Large Traction Boot, Pair |
| 6850-170 | Lower Leg Support |
| 6875-250 | Lateral Perineal Post and Board |
| 6875-230 | Hana Knee Flexion System® |
| 5855-61 | Accessory Clamp |
| 5857 | Cross Arm Support with Pad |
| 5393 | Clark Socket |
| 3368 | 3 in. (7.6 cm) Shortened Perineal Post |
| 6850-420 | 3 in. (7.6 cm) Extended Perineal Post |
| 3369 | Large Diameter Perineal Post, 6 in. (15.2 cm) |
| 6300-93 | 90° Degree Pin and Wire Holder, Ovation |
| 6850-27 | ProFx® Traction Boot Adapter Assembly |
| 5855-411 | Tibia Traction Upright |
| 5855-345 | Traction Unit |
| 6850-25 | Tibia Traction Boot Adapter |
| 5855-440 | Traction Foot Plate Assembly |
| 6875-2740 | Patient Transfer Board with Pad |
| 6950 | Tempur-Pedic® Medical Positioning Pad Set, 6 pcs |
| | |
| 6875-2761 | Hana Fracture Kit |
| | |
| | Kit Includes: |
| | Patient Transfer Board with Pad |
| | Head & Foot-End Complete Drape Assembly |
| | Lateral Perineal Post and Mount Bracket |
| | Traction Device Hook |
| | Patient Isolation Drapes (3) |

mizuhosi.com/hana

**References**

1. Kennon et al., Total hip arthroplasty through a minimally invasive anterior surgical approach JBJS Am., Nov 2003, 85(suppl 4): 39-48

2. Siguier et al., Mini-incision anterior approach does not increase dislocation rate: a study of 1037 total hip replacements. Clin Orthop Relat Res., Sep 2004, (426): 164-73

3. Seng et al., Anterior-supine minimally invasive total hip arthroplasty: defining the learning curve. Orthop Clin North Am., Jul 2009, 40(3): 343-50

4. Moskal et al., Anterior muscle sparing approach for total hip arthroplasty. World J Orthop., Jan 2013, 4(1): 12-18

5. Matta et al., Single-incision anterior approach for total hip arthroplasty on an orthopaedic table. Clin Orthop Relat Res., Dec 2005, (441): 115-24

6. Masonis et al., Safe and accurate: learning the direct anterior total hip arthroplasty. Orthopedics, Dec 2008, 31(12 suppl 2)

7. Jennings et al., Intraoperative Fluoroscopy Improves Component Positioning During Anterior Hip Arthroplasty.  Orthopedics, Nov 2015, 31(11): e970-975

8. Hamilton et al., Comparison of Cup Alignment, Jump Distance, and Complications in Consecutive Series of Anterior Approach and Posterior Approach Total Hip Arthroplasty. Journal of Arthroplasty, Nov 2015, 30(11): 1959-1962

9. Slotkin et al., Accuracy of Fluoroscopic Guided Acetabular Component Positioning During Direct Anterior Total Hip Arthroplasty, Sep 2015, 30(9): 102-106

 **MIZUHO | OSI®**

 Mizuho OSI   C E   

30031 Ahern Avenue
Union City, CA 94587-1234 USA
Telephone: 510-429-1500
Toll Free: 800-777-4674
Fax: 510-429-8500
Outside USA: +1-510-429-1500
mizuhosi.com
newhipnews.com

 EC | REP
Emergo Europe
Prinsessegracht 20
2514 AP The Hague
The Netherlands

Patent Numbers: US7824353 B2, US9119610 B2, AU2005282927, AU2006280003, CA 2578462 C, EP 1799161 B1, JP 4864893 B, JP 5186369 B, KR 10-1247544, KR 10-1247544, KR 10-1336214, CN10129982B

Note: Mizuho OSI is constantly improving its products. All specifications are subject to change without notice. • Tempur-Pedic® is a registered trademark of Tempur-Pedic North America, LLC • Mizuho OSI is a Delaware Corporation. Manufactured in the USA.

2019 ©Mizuho OSI    REF   NW0465 REV H