IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ALLEN MEDICAL SYSTEMS, INC. and HILL-ROM SERVICES, INC., <br><br> Plaintiffs, <br><br> v. <br><br> MIZUHO ORTHOPEDIC SYSTEMS, INC. D/B/A MIZUHO OSI, <br><br> Defendant. | Civil Action No. 21-1739-CFC |

## ORDER

NOW THEREFORE, at Wilmington this Seventh day of April in 2022, **IT IS HEREBY ORDERED** that Defendant Mizuho Orthopedic Systems Inc.'s Motion to Transfer Under 28 U.S.C. § 1404(a) (D.I. 15) is **GRANTED**.

COLM F. CONNOLLY
CHIEF JUDGE